# EXHIBITS TO COMPLAINT

# Contents

|  |  | Pages |
|---|---|---|
| **EXHIBIT "A"** | Notice of Trustee Sale (2011), Cancellation of NTS (2011) | |
|  | Settlement Check from BofA for wrongful foreclosure | 8 |
| **EXHIBIT "B"** | Plaintiff's Affidavit of Secured Interest | 4 |
| **EXHIBIT "C"** | Plaintiff is paying his own taxes | 4 |
| **EXHIBIT "D"** | Plaintiff is paying his own insurance | 1 |
| **EXHIBIT "E"** | Plaintiff's Warranty Deed, Acknowledgment, Homestead | |
|  | Declaration with Land Patent | 22 |
| **EXHIBIT "F"** | Notice to Sue to all Defendants with Affidavit of Service, | |
|  | Rebutment of Statement of Breach or non Performance | |
|  | and Election to Sell Under Deed of Trust Arizona, | |
|  | Notice of Trustee Sale (2013) | 19 |
| **EXHIBIT "G"** | Proof of Claim (2) to SPS sent 2013, and | |
|  | Proof of Claim to BofA sent 2011 | 8 |
| **EXHIBIT "H"** | Four Offers to Pay the entire amount due sent to all | |
|  | Defendants, payoff departments and their attorneys | 33 |
| **EXHIBIT "I"** | Plaintiff's Deed of Trust | 16 |
| **EXHIBIT "J"** | Plaintiff's Deed of Revocation | 2 |
| **EXHIBIT "K"** | Plaintiff's Adjustable Rate Note (The Note) | 6 |
| **EXHIBIT "L"** | Notice of Complaint, Letter of Rescission sent to BofA, | |
|  | BNY Mellon, ReconTrust plus 20 other regulatory agencies | |
|  | in 2011. Part of this Notice of Complaint was sent in the | |
|  | Notice to Sue to all Defendants in 2013 | 96 |

**EXHIBIT "A"**

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20110706281  08/24/2011  02:15
ELECTRONIC RECORDING

110407742nt-3-3-3--
sarabiam

**RECORDING REQUESTED BY:**
**RECONTRUST COMPANY, N.A.**
**2380 Performance Dr, TX2-985-07-03**
**Richardson, TX  75082**
**WHEN RECORDED MAIL TO:**
**BANK OF AMERICA, N.A.**
**400 National way**
**SIMI VALLEY, CA  93065**
**Attn: FORECLOSURE DEPT**
**TS No.  11-0075989**
**Title Order No.  110407742AZGTI**
**APN No.  304-77-004W4**

## NOTICE OF TRUSTEE'S SALE ARIZONA

The following legally described trust property will be sold, pursuant to the power of sale under that certain Deed of Trust Recorded on 12/18/2006, as Instrument Number 20061646998, Book N/A, Page N/A, in the records of Maricopa County, Arizona, at public auction to the highest bidder, in the Courtyard, by the main entrance of the Superior Court Building, 201 West Jefferson, Phoenix, AZ 85003 on 11/28/2011 at 10:00 AM of said day.

SEE ATTACHED LEGAL DESCRIPTION

The Deed of Trust and/or Beneficiary provide the following purported property location:
23410 SOUTH 161ST WAY, GILBERT, Maricopa County, AZ 85297

Said sale will be made for cash (payable at time of sale) but without covenant or warranty, express or implied, regarding title, possession or encumbrances, to pay the remaining principal sum of the note secured by said Deed of Trust, which includes interest thereon as provided in said note, advances, if any under the terms of said Deed of Trust, interest on advances, if any, fees, charges and expenses of the Trustee and of the trust created by said Deed of Trust. The original sum of the note is $681,750.00. Trustee will accept only cash or cashier's check for reinstatement or price bid payment. Reinstatement payment must be paid before five o'clock P.M on the last day other than a Saturday or legal holiday before the date of the sale. The Purchaser at the sale, other than the beneficiary to the extent of his credit bid shall pay the price no later than five o'clock P.M. of the following day, other than a Saturday or legal holiday.

Name and Address of Original Trustor: IVAYLO T. DODEV, 23410 SOUTH 161ST WAY, GILBERT, AZ 85297
Name and Address of Current Trustee: RECONTRUST COMPANY, N.A., 2380 Performance Dr, TX2-985-07-03 Richardson, TX  75082 FOR INFORMATION/SALE INFORMATION CALL:  (800) 281-8219

Name and Address of Current Beneficiary: BANK OF NEW YORK, 400 National way, SIMI VALLEY, CA 93065 PHONE: (800) 669-6650

RECONTRUST COMPANY, N.A. IS THE CURRENT TRUSTEE. RECONTRUST COMPANY, N.A. QUALIFIES AS A TRUSTEE OF THE TRUST DEED UNDER ARIZONA REVISED STATUTES SECTION 33-803, SUBSECTION A. 5., BECAUSE IT IS A NATIONAL ASSOCIATION REGULATED BY THE OFFICE OF THE COMPTROLLER OF THE CURRENCY("OCC")

*Form aznos (05/08)*

http://recorder.maricopa.gov/recert.aspx?id=103172 [20110706281] 4 Pages

DATED: August 23, 2011

RECONTRUST COMPANY, N.A.
As Trustee

State of: **Texas**                    )     BY: _Tammy Thompson_  8/23/2011

County of: **Tarrant**                 )     Tammy Thompson, Authorized Signer

On _8-23-11_ before me _Kanetta Denise Edward_, personally appeared **Tammy Thompson** / **Authorized Signer**, know to me (or proved to me on the oath of _____ or through _TXDL_ ) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Witness my hand and official seal.

_Kanetta Denise Edw_
Notary Public's Signature

KANETTA DENISE EDWARDS
Notary Public
State of Texas
My Comm. Expires 4-19-2014

THIS FIRM IS ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  THE DEBT SET FORTH ON THIS NOTICE WILL BE ASSUMED TO BE VALID UNLESS YOU DISPUTE THE DEBT BY PROVIDING THIS OFFICE WITH A WRITTEN NOTICE OF YOUR DISPUTE WITHIN 30 DAYS OF YOUR RECEIPT OF THIS NOTICE, SETTING FORTH THE BASIS OF YOUR DISPUTE.  IF YOU DISPUTE THE DEBT IN WRITING WITHIN 30 DAYS, WE WILL OBTAIN AND MAIL VERIFICATION OF THE DEBT TO YOU.  IF THE CREDITOR IDENTIFIED IN THIS NOTICE IS DIFFERENT THAN YOUR ORIGINAL CREDITOR, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF YOU REQUEST THIS INFORMATION IN WRITING WITHIN 30 DAYS.

*Form aznos (05/08)*

MCR 2 of 4

http://recorder.maricopa.gov/cert.aspx?id=103172 [20110706281] 4 Pages

TS# 11-0075989
LEGAL DESCRIPTION

A PORTION OF LAND IN THE SOUTHWEST QUARTER OF SECTION 22, TOWNSHIP 2 SOUTH, RANGE 6 EAST, GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, DESCRIBED AS FOLLOWS;

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 22;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 1284.85 FEET;

THENCE NORTH 00 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 415.04 FEET;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 193.02 FEET TO THE POINT OF BEGINNING;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 367.57 FEET;

THENCE NORTH 00 DEGREES 03 MINUTES 42 SECONDS EAST, A DISTANCE OF 9.56 FEET;

THENCE NORTH 18 DEGREES 49 MINUTES 40 SECONDS EAST, A DISTANCE OF 266.94 FEET;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 279.44 FEET;

THENCE SOUTH 00 DEGREES 25 MINUTES 50 SECONDS EAST, A DISTANCE OF 262.23 FEET TO THE POINT OF BEGINNING.

http://recorder.maricopa.gov/cert.aspx?id=103172 [20110706281] 4 Pages

http://recorder.maricopa.gov/cert.aspx?id=103172 [20110706281] 4 Pages

20110706281
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL



The foregoing instrument is an
**electronically prepared**
full, true and correct copy
of the original record in this
office.
Attest:  05/06/2013  11:31:54 AM

By _____ Recorder

To Verify this purchase visit
http://recorder.maricopa.gov/cert.aspx?id=103172

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20130250732   03/19/2013   04:16
ELECTRONIC RECORDING

110407742CL01-2-1-1--
hoyp

**RECORDING REQUESTED BY:**
**RECONTRUST COMPANY, N.A.**
**2380 Performance Dr, TX2-984-04-07**
**Richardson, TX  75082**

**WHEN RECORDED MAIL TO:**
**Owner of Record**
**23410 SOUTH 161ST WAY**
**GILBERT, AZ 85297**
**TS No.  11-0075989**
**Title Order No.  110407742AZGTI**
**APN No.  304-77-004W4**

## CANCELLATION OF NOTICE OF SALE ARIZONA

The undersigned trustee hereby cancels the Notice of Sale Recorded on 08/24/2011, as Instrument Number 20110706281, on trust property legally described as:

**SEE ATTACHED EXHIBIT 'A' - LEGAL DESCRIPTION**

which Notice of Sale refers to a trust deed executed by IVAYLO T. DODEV, A MARRIED MAN, AS HIS SOLE AND SEPARATE PROPERTY, as trustor, in which MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., is named as beneficiary, and NONE, is named as trustee, and Recorded on 12/18/2006, as Instrument Number 20061646998, Book N/A, Page N/A, of official records of Maricopa County, Arizona.

DATED: March 15, 2013                    RECONTRUST COMPANY, N.A.,
                                          Successor Trustee

_Tonya Malugen 3-18-13_

State of: _____Texas_____ )
County of: _____Tarrant_____ )          **Tonya Malugen  AVP**

On _3-18-2013_ before me _____Elsie Kroussakis_____, personally appeared
_Tonya Malugen_  _AVP  Recontrust Company, N.A._, know to me (or proved to me on the oath of
_____ or through _____ ) to be the person whose name is subscribed to the
foregoing instrument and acknowledged to me that he/she executed the same for the purposes and
consideration therein expressed.
Witness my hand and official seal.

_Elsie Kroussakis_

Notary Public's Signature

ELSIE KROUSSAKIS
Notary Public, State of Texas
My Commission Expires
October 14, 2015

*AZCNCLNOS_2012.10.0_12/2012*

http://recorder.maricopa.gov/cert.aspx?id=106461 [20130250732] 3 Pages

ORDER NO: 110407742

## EXHIBIT A

REF. NO. 11-0075989

A PORTION OF LAND IN THE SOUTHWEST QUARTER OF SECTION 22, TOWNSHIP 2 SOUTH, RANGE 6 EAST, GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 22;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 1284.85 FEET;

THENCE NORTH 00 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 415.04 FEET;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 193.02 FEET TO THE POINT OF BEGINNING;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 367.57 FEET;

THENCE NORTH 00 DEGREES 03 MINUTES 42 SECONDS EAST, A DISTANCE OF 9.56 FEET;

THENCE NORTH 18 DEGREES 49 MINUTES 40 SECONDS EAST, A DISTANCE OF 266.94 FEET;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 279.44 FEET;

THENCE SOUTH 00 DEGREES 25 MINUTES 50 SECONDS EAST, A DISTANCE OF 262.23 FEET TO THE POINT OF BEGINNING.

http://recorder.maricopa.gov/cert.aspx?id=106461 [20130250732] 3 Pages

http://recorder.maricopa.gov/cert.aspx?id=106461 [20130250732] 3 Pages

20130250732
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL



The foregoing instrument is an
**electronically prepared**
full, true and correct copy
of the original record in this
office.
Attest: 07/08/2013 01:59:46 PM

By _____Recorder

To Verify this purchase visit
http://recorder.maricopa.gov/cert.aspx?id=106461

00000685
ARIZONA BANK OF AMERICA SETTLEMENT
A.B. DATA, LTD. AS SETTLEMENT ADMINISTRATOR FOR THE
ATTORNEY GENERAL OF THE STATE OF ARIZONA
PO BOX 170500
MILWAUKEE, WI 53217-8091

18574083-0

October 02, 2013

Baylake Bank
79-210/759

CHECK NUMBER:
DATE:                    10/02/2013
CHECK AMOUNT:    $1,250.00
CLAIM NUMBER:      18574083-0

IVAYLO DODEV
6312 S 161ST WAY
GILBERT AZ  85298-8455

Dear Consumer:

On February 9, 2012, a joint state-federal settlement was reached between Arizona and 48 other states, the federal government, and the nation's five largest residential mortgage loan servicers.  On the same date, the Arizona Attorney General announced the settlement of a separate lawsuit against Bank of America.  A portion of the funds obtained by Arizona was allocated to help Arizona consumers who filed mortgage servicing related complaints that contributed to the successful resolution of the lawsuit against Bank of America.  Your restitution amount is based upon information you provided when you returned the claim form in this matter and other records regarding your consumer complaint.  You may obtain additional information regarding the mortgage settlements at https://www.azag.gov/foreclosure/ .

This check is valid for ninety days from the issue date and should be cashed on or before December 31, 2013. You may contact the Settlement Administrator with any questions by phone at 800-331-8642 or by writing to Arizona Bank of America Settlement, c/o A.B. Data, Ltd., PO Box 170500, Milwaukee, WI  53217-8091.

**CASH PROMPTLY – VOID IF NOT CASHED BY DECEMBER 31, 2013**

THIS CHECK IS PRINTED WITH THE VERBIAGE "SECURITY DOCUMENT" IN FLUORESCENT INK - DO NOT ACCEPT UNLESS THE WORDS ARE PRESENT

Arizona Bank of America Settlement
A.B. Data, Settlement Administrator
PO Box 170500
Milwaukee, WI  53217-8091

Baylake Bank
Sturgeon Bay, WI
79-210/759

DATE    10/02/2013

PAY TO THE
ORDER OF    IVAYLO DODEV                                                    $    1,250.00

One Thousand Two Hundred Fifty and 00/100 Dollars

VOID IF NOT CASHED BY DECEMBER 31, 2013
Please be advised that the Settlement Administrator will not be liable
for any financial institution fees resulting from improper endorsement of this check.
Security features included; details on back.

AUTHORIZED SIGNATURE

MP

**EXHIBIT "B"**

**Recording Requested By:**
**Ivaylo Dodev**

**When recorded mail documents to:**
**Ivaylo Dodev**
**6312 S 161st Way**
**Gilbert, AZ 85298**

# AFFIDAVIT OF SECURED INTEREST
# OF IVAYLO DODEV

STATE OF ARIZONA         )
                                 ) SS

COUNTY OF MARICOPA    )

Comes now, Ivaylo Dodev, hereinafter known as Affiant; being of sound mind, competent to testify and being over the age of 21 years, after first being duly sworn according to law to tell the truth to the facts related herein, states the he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. Your Affiant, Ivaylo Dodev, entered into an agreement to purchase specific real property on the 16th of July, 2004.

2. Your Affiant, Ivaylo Dodev, notices that the address of said property is 6312 South 161st Way, Gilbert, Arizona 85298.

3. Your Affiant, Ivaylo Dodev, notices that the legal description of said property is as attached.  See EXHIBIT A.

4. Your Affiant, Ivaylo Dodev, had a mortgage agreement specific to said property in which the sales price was $385,000.00

5. Your Affiant, Ivaylo Dodev, made a down payment of $19,300.00, paid to the Sellers, JUSTIN C. FRANKS AND DAIDRIA FRANKS, through CAPITAL TITLE AGENCY, INC., AN ARIZONA CORP on July 21, 2004.

6. As of September 29th 2008, Your Affiant, Ivaylo Dodev, made payments totaling $120,000.00. (All Loan Servicing Companies, which include first's, second's, refinanced loans, Home Equity Lines of Credit, Taxes, Insurance, etc.) to multiple alleged servicers,

1

pursuant to the alleged loan agreement specific to the purchase of the above described property, including but not limited to Select Portfolio Servicing, Inc.

7. Your Affiant, Ivaylo Dodev, as of the 8th of July, 2013, has Nine Years (Original loan date to present) of maintenance and upkeep of said property, which have an approximate value of $807,760.00. See exhibit B

8. Your Affiant, Ivaylo Dodev, has made improvements to said property, from the time of original purchase, which has an approximate value of $106,100.00. See exhibit B.

9. Your Affiant, Ivaylo Dodev, has a total secured interest in the above referenced property, as of 10th of July, 2013, of approximately $1,053,160.00 (Total amount of all payments made on 4-9).

10. To date, no party has made any offer to Your Affiant, Ivaylo Dodev, to settle Affiant's interest in said property.

11. Further, Affiant sayeth naught

Offered at Arm's Length on this _15-th_ day of July 2013

By: _Ivaylo Dodev_

I, Ivaylo Dodev, ARR, Explicitly Without Prejudice

STATE OF ARIZONA ⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀) SS
COUNTY OF MARICOPA ⠀⠀⠀⠀)

Subscribed and sworn to (or affirmed) before me on this _15_ day of July, 2013 by Ivaylo Dodev, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, as his free will act and deed, for the purposes and considerations therein expressed. I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing statement is true and correct. WITNESS my hand and the official seal.

Executed by my own free will

_Curtis Fetter_ ⠀⠀⠀⠀⠀⠀⠀ (Seal)
Notary Public

Curtis Fetter
NOTARY PUBLIC
MARICOPA COUNTY, ARIZONA
My Commission Expires
04-28-2015

2

# EXHIBIT A

## *PROPERTY LEGAL DESCRIPTION*

**PHYSICAL ADDRESS:**

# 6312 South 161st Way, Gilbert, Arizona 85298

*Legal Description*

Commencing at the Southwest corner of Section 22;

Thence North 90 degrees 00 minutes 00 seconds East, a distance of 1284.85 feet;

Thence North 00 degrees 00 minutes 00 seconds East, a distance of 415.05 feet;

Thence South 90 degrees 00 minutes 00 seconds West, a distance of 193.02 feet to the point of beginning;

Thence South 90 degrees 00 minutes 00 seconds West, a distance of 367.57 feet;

Thence North 00 degrees 03 minutes 42 seconds East, a distance of 9.56 feet;

Thence North 18 degrees 49 minutes 40 seconds East, a distance of 266.94 feet;

Thence North 90 degrees 00 minutes 00 seconds East, a distance of 279.44 feet;

Thence South 00 degrees 25 minutes 50 seconds East, a distance of 262.23 feet to the point of beginning.

*The Above Legal Description is the same property conveyed in deed recorded 07/26/2004 as Instrument No. 20040852027 in the Official Records of Maricopa County Recorder Helen Purcell.*

3

# EXHIBIT B
## *IMPROVEMENTS AND MAINTENANCE*

## 6312 South 161st Way, Gilbert, Arizona 85298

*Legal Description*
*See Attached Exhibit A*
*Instrument No. 20040852027*

IMPROVEMENTS FROM JULY 25, 2004 TO JULY 10, 2013
   Built Barn: $ 65,000.00
   Window Tinting, Coverings and Repairs:  $ 3,500.00
   AC Repair: $ 4,000.00
   Garage- Built In Cabinets and Door Insulation: $1,200.00
   New wood floors: $6,000.00
   Landscaping- Planting Orchard: $13,400.00
   Water Softener: $2,200.00
   Reverse Osmosis System: $600.00
   Fencing, Decorative Columns: $9,000.00
   Water Heater: $1,200.00

   **TOTAL: $106,100.00**

MAINTENANCE AND UPKEEP FROM JULY 25, 2004 TO JULY 10, 2013
   Weed/Pest Control: $1,260.00
   Landscape: $9,500.00
   Irrigation of Pastures: $5,800.00
   Air Filters: $700.00
   Carpet/House Cleaning: $1,500.00
   Total Maintenance at $10.00 per hour 24/7: ≈$789,000.00

   **TOTAL: $807,760.00**

4

**EXHIBIT "C"**

Certified Mail # 7013 0600 0000 3572 3322

**Ivaylo Dodev**
**6312 S 161st Way**
**Gilbert, AZ 85298**
**Owner of Account:**
**304-77-004W**

# Lawful Notification Letter

September 30, 2013

**MARICOPA COUNTY TREASURER'S OFFICE**
**CHARLES "HOS" HOSKINS**
**301 W JEFFERSON**
**PHOENIX, AZ 85003**

Mr. CHARLES "HOS" HOSKINS, This letter is a lawful notification to you and the MARICOPA
COUNTY TREASURE'S OFFICE that I, Ivaylo Dodev, owner of account #304-77-004W, am
alive and well and able to pay the taxes associated with my house, located at 6312 S. 161st Way,
Gilbert, Arizona. I am including the first portion of taxes due for year 2013, $1,019.02, Wells
Fargo Bank, NA, check # 545, along with a Tax Statement.

**The reason for this letter is to instruct you not to accept any payments towards my account**
**from third parties and that I will be responsible for all payments due. Any and all**
**statements, bills or notices should be addressed to me at the address associated with my**
**account.**

Further, any future payment from the following companies: SELECT PORTFOLIO SERVICING,
INC., BANK OF NEW YORK MELLON, NA, BANK OF AMERICA, NA or any other party
should be returned to the sender/originator.

Some, or all, of the aforementioned company has attempted to steal my property through theft by
deception, and a Legal Notice to Sue has been Processed and they have been Served. By accepting
a payment from a third party, you might put yourself or your office in a situation where a judge
might rule that you aided and abetted a party with unclean hands, especially after you have read
this notice. A response is not necessary and if I do not hear from you in 15 days I will assume that
my notice and instructions are clear, understood and implemented.

Respectfully,

Ivaylo T Dodev, ARR

Print

| Subject: | USPS Shipment Info for 70130600000035723322 |
|---|---|
| From: | US_Postal_Service@usps.com (US_Postal_Service@usps.com) |
| To: | dodev7@yahoo.com; |
| Date: | Sunday, October 6, 2013 2:36 PM |

This is a post-only message. Please do not respond.

Ivaylo Dodev has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 70130600000035723322

Service Type: Certified Mail™

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | PHOENIX, AZ 85003 | October 1, 2013 8:48 am |
| Depart USPS Sort Facility | PHOENIX, AZ 85043 | October 1, 2013 |
| Arrival at Unit | PHOENIX, AZ 85034 | October 1, 2013 4:17 am |
| Processed at USPS Origin Sort Facility | PHOENIX, AZ 85043 | September 30, 2013 10:13 pm |
| Dispatched to Sort Facility | HIGLEY, AZ 85236 | September 30, 2013 2:46 pm |
| Acceptance | HIGLEY, AZ 85236 | September 30, 2013 1:57 pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirm.htm

7013 0600 0000 3572 3322

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | $5.60 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | $8.70 |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

PHOENIX AZ 85003

@@ Certified
Label # : 70130600000035723322

Issue PVI:    $8.70

Total:    $8.70

Paid by:
Debit Card
Account #:  XXXXXXXXXXXX3784
Approval #:  864957
Transaction #:  616
2390381499
Receipt#:

008995

2.20 oz.
Scheduled Delivery Day: Tue
10/01/13
Includes $50 insurance

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

-- Save this receipt as evidence of
insurance. For information on filing

1/1



**CHARLES "HOS" HOSKINS**
TREASURER
301 W JEFFERSON
PHOENIX, AZ 85003-2199
(602)506-8511

**PARCEL/ACCOUNT #  304-77-004W**



PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
PHOENIX, AZ
PERMIT #359

C-160531

# 2013

**Tax Information**
**Statement**
**for mortgaged property**

**Sign up for**
## Parcel Watch
at
http://treasurer.maricopa.gov

96   474   ****AUTO**SCH 5-DIGIT 85297
DODEV IVAYLO T
6312 S 161ST WAY
GILBERT, AZ 85298-8455

Tax Code 800600

|  | **2013** | **Ratio** | **Assessed** |
|---|---|---|---|
| Limited Value (Primary) | **209,300** | **.100** | **20,930** |
| Full Cash Value (Secondary) | **209,300** | **.100** | **20,930** |
| **Total 2013 Taxes Assessed** | | | **$2,038.04** |

---

**IVAYLO T DODEV**
**NIKOLINA T DODEV**
6312 S 161ST WAY
GILBERT, AZ 85298-8455

545

91-527/1221 5207
3929182149

*Sept 30, 2013* Date

Pay to the Order of  *Maricopa County Treasurer*  $ *1,019.02*

*One Thousand Nineteen 02/100*  Dollars

Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

Security Features Details on Back.

For  *304-77-004W*                          *Ivaylo Dodev*  MP

⑈122105278⑈ 3929182149⑈ 00545



**Maricopa County Treasurer's Office**

**Charles "Hos" Hoskins, Treasurer**

**2013 Property Tax Statement - Parcel 304-77-004W 4**

**❽ When are taxes due?**

- First half taxes are due **Tuesday, October 01, 2013**, delinquent after **Friday, November 01, 2013**.

- Second half taxes are due **Saturday, March 01, 2014**, delinquent after **Thursday, May 01, 2014**.

- You may pay both halves together until December 31.   If you miss a deadline you may owe fees plus interest charges of 16% per year prorated monthly.

**!** The Full Year Amount is for the current tax year only. It does NOT include late payment interest charges or delinquent prior year taxes.

The statement is for 2013 only.  To view the Total Amount Due including interest and penalties **Click Here**.

**☎** Please call (602) 506-8511 for any questions concerning the Statement or Amount Due.

Include a **Tax Stub** with your check.

---

**Current Mailing Name and Address**

DODEV IVAYLO T
6312 S 161ST WAY
GILBERT AZ 852988455
  **Request Name/Mailing Address Changes**
    **☎** Or call the Treasurer at (602)506-8511.

**Legal Description**

**Section/Lot** 22   **Township/Block** 2S
**Range/Tract** 6E

PT SW4 SEC SEC 22 DAF COM SW COR SD SEC 22 TH E
1284.85F TH N 415.04F TH W 193.02F TPOB TH W
367.57F TH N 9.56F TH N 18D 49M E 266.94F TH E
279.44F TH S 262.23F TPOB

---

**Tax Bill Summary**  Area Code: 800600

|  | 2013 Assessed Value | 2013 Tax Amount |
|---|---|---|
| **Primary (Limited)** | $20,930 | $1,192.64 |
| **Secondary (Full Cash)** | $20,930 | $834.94 |
| **Special Districts** |  | $10.46 |
| **Full Year Amount !**    No delinquent prior year taxes. |  | $2,038.04 |
| **First Half Due** |  | $1,019.02 |
| **Second Half Due** |  | $1,019.02 |
| **Total Payments Made** |  | $0.00 |

**EXHIBIT "D"**

# Your insurance bill

Oct 10, 2013

Page 1 of 2

*Nikolina Dodev*
*Ivaylo Dodev*

**Account number** J700301055
**Home policy** 97103-31-39     6312 S 161st Way Gilbert, AZ 85298

### Your agent

JOSEPH LAMBROS
Phone: (480)551-4442
Email: jlambros
@farmersagent.com

## Welcome to Farmers.

## Your billing summary

New policy - Home
Payment received - Sep 30 Thank you          -$397.68

**Pay in full**                                    **$372.67**
Minimum due                                   $0.00
**Due date**                              **October 30, 2013**
Payments and policy changes received after Oct 10 will appear on your next bill.

Important - Payment Must Be Received by the Due Date.

**Pay in full by the due date and save on service charges.**

If the minimum amount is paid, your next payment of $377.67 will be due on 01/30/2014 and includes a $5.00 service charge.

Changes to your policy may change your next payment amount.

### Questions about your bill?
You can call 1-877-327-6392
7:30 am - 10:00 pm Mon-Fri(CST)
9:30 am - 6:00 pm Sat-Sun(CST).

### Get the latest at farmers.com
Make a payment or get up-to-date information on your coverage and payments.

### Farmers HelpPoint®
For assistance with insurance claims, call us immediately! We're here for you 24/7, at 1-800-HelpPoint(435-7764) Espanol 877-732-5266.

### Pay Plan Options
Other pay plan options may be available to you. Please contact your agent for details.

26-5090    04-10

## Thank you for your business.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# Payment Stub

**Paying by check?**
Please make your check payable to *Farmers Insurance Exchange*, write your Account number on it, and mail it to us with this payment stub.

JOSEPH LAMBROS
916 E BASELINE #103
MESA, AZ. 85204

NIKOLINA DODEV
IVAYLO DODEV
6312 S 161ST WAY
GILBERT AZ 85298-8455

|||||||||||||||||||||||||||||||||||||||||||||||||||

| Account number: | **J700301055** |
|---|---|
| Pay in Full: | **$372.67** |
| Minimum due: | **$0.00** |
| Due Date: | **Oct 30, 2013** |

| Amount enclosed: | $ |
|---|---|

*The Returned payment charge for payments not honored by your bank will be $25.00.*

*Payments received after the due date will incur a $10.00 late payment service charge.*



88J700301055003726700000000000000002007

**EXHIBIT "E"**

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20040852027  07/26/2004  10:56
ELECTRONIC RECORDING

Recorded at the request of *Capital Title Agency Inc.*
when recorded mail to

**IVAYLO T. DODEV**
23410 South 161st Way
Gilbert, AZ 85242

22040541-3-4-1--
Fimbrezr

# Warranty Deed

Escrow No. 22040541

1/3

For the consideration of Ten Dollars, and other valuable considerations, I or we, **JUSTIN C. FRANKS, an unmarried man and DAIDRIA FRANKS, an unmarried woman,** do/does hereby convey to **IVAYLO T. DODEV and NIKOLINA T DODEVA,** husband and wife, the following real property situated in **Maricopa,** County, Arizona:

**See Exhibit A attached hereto and made a part hereof.**

*\* Who acquired title as Daidria Howe, an unmarried woman*

SUBJECT TO:   Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated July 16, 2004.

_____        _____
**JUSTIN C. FRANKS**                                    **DAIDRIA FRANKS**

STATE OF ARIZONA
COUNTY OF MARICOPA     } SS.

This instrument was acknowledged before me this 16th day of July, 2004 by:
JUSTIN C. FRANKS and DAIDRIA FRANKS.

My Commission Expires: 9/5/2006

_____
Notary Public

OFFICIAL SEAL
DORIS BURRELL
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Sep. 5, 2006

http://recorder.maricopa.gov/cert.aspx?id=112988 [20040852027] 4 Pages

20040852027

# ACCEPTANCE OF COMMUNITY PROPERTY

## (Grantee)

Escrow No.: 22040541

Attachment to Warranty Deed Dated:   July 16, 2004

KNOWN ALL MEN BY THESE PRESENTS:

**THAT  IVAYLO T. DODEV AND NIKOLINA T DODEVA, HUSBAND AND WIFE**

each being first duly sworn upon oath each for himself or herself and jointly but not one for the other deposes and says:

THAT I am one of the Grantees named in that certain Deed which is dated July 16, 2004, and executed by  **JUSTIN C. FRANKS, an unmarried man and DAIDRIA FRANKS, an unmarried woman as Grantor, and IVAYLO T. DODEV and NIKOLINA T DODEVA, husband and wife as Grantee**, and which instrument concerns the following described property:

**See Exhibit A attached hereto and made a part hereof.**

THAT the interests of the undersigned are being taken by them as Community Property with right of survivorship.

THAT each of us individually and jointly hereby assert and affirm that it is our intention to accept said interest as community property with right of survivorship and to acquire any interest in, or any proceeds arising out of said property, not as tenants in common and not as joint tenants, but as Community Property with right of survivorship.

**BUYERS:**

_____          _____
IVAYLO T. DODEV                                          NIKOLINA T DODEVA

STATE OF ARIZONA
COUNTY OF MARICOPA          } SS:

This instrument was acknowledged before me this _22nd_ day of _July_ 20 _04_ by:
IVAYLO T. DODEV and NICKOLINA T. DODEVEA.

My Commission Expires: _5 23-08_          _____
                                                                    Notary Public

OFFICIAL SEAL
CHERYL WATSON
Notary Public - State of Arizona
PINAL COUNTY
My Comm. Expires May 23, 2008

http://recorder.maricopa.gov/cert.aspx?id=112988 [20040852027] 4 Pages

MCR 2 of 4

20040852027

Exhibit A

A PORTION OF LAND IN THE SOUTHWEST QUARTER OF SECTION 22, TOWNSHIP 2 SOUTH, RANGE 6 EAST, GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, DESCRIBED AS FOLLOWS;

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 22;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 1284.85 FEET;

THENCE NORTH 00 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF  415.04 FEET;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF  193.02  FEET TO THE POINT OF BEGINNING;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 367.57 FEET;

THENCE NORTH 00 DEGREES 03 MINUTES 42 SECONDS EAST, A DISTANCE  OF 9.56 FEET;

THENCE NORTH 18 DEGREES 49 MINUTES 40 SECONDS EAST, A DISTANCE  OF 266.94 FEET;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE  OF 279.44 FEET;

THENCE SOUTH 00 DEGREES 25 MINUTES 50 SECONDS EAST, A DISTANCE  OF 262.23 FEET TO THE POINT OF BEGINNING.

http://recorder.maricopa.gov/cert.aspx?id=112988 [20040852027] 4 Pages

http://recorder.maricopa.gov/cert.aspx?id=112988 [20040852027] 4 Pages

20040852027
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL



The foregoing instrument is an
**electronically prepared**
full, true and correct copy
of the original record in this
office.
Attest:  10/22/2013  11:17:40 AM

By _____ Recorder

To Verify this purchase visit
http://recorder.maricopa.gov/cert.aspx?id=112988

# EXHIBIT A:
## ACKNOWLEDGEMENT FOR THE ACCEPTANCE OF DEED

**I, Ivaylo T, a living man, of the family Dodev, made in the Creator's image,** in the capacity of IVAYLO T. DODEV, with indefeasible title to my land, and lawful owner of the landed Estate known as IVAYLO T. DODEV and its real property and interest, under the seal: "Ivaylo T. Dodev," and any or all derivations thereof, am recorded as the grantee on the Warranty Deed for the real property described on the attached certified copy of said deed. Said Warranty Deed is Instrument Number 2004-0852027, recorded July 26th, 2004 as part of the Official Records of Maricopa County Recorder Helen Purcell in the COUNTY OF MARICOPA, STATE OF ARIZONA.

**Let it be known by these presents,** that it is my freewill act and deed to execute this Acknowledgement for my Acceptance of the Deed, and lawful ownership of the property, in fee simple, to have and to hold, under the terms of the deed in accordance with the land patent and covenants, as my claim of unalienable right. I demand that the record on file in the Maricopa Recorder's Office be updated to show my acceptance of the deed, as lawful owner of the real estate.  All other real property and interest issued for this real estate and its gain is to be immediately returned to me.

**Further let it be known by these presents** that I accept the oaths of all public officers and bind them to such, as well as bestow my sovereign immunity on them while administering my lawful orders. This public record under the seal of a competent court is guaranteed full faith and credit per Article 4 Section 1 of the United States Constitution.

**I, Ivaylo T. Dodev, on this ____ day of July, 2013, do hereby swear under oath, attest and affirm,** that I have prepared this document for the sole purposes as set forth herein, and not for any other purpose and not to mislead, obstruct, obscure or impede the rightful due processes as provided by law, public codes and legal statutes.  As the below signatory claimant, I declare under penalty of perjury that this instrument is not recorded for the purpose of slandering title to real property and is filed with good faith and clean hands to preserve my interests as described, and as signatory claimant hereby enter this into the public record based on informed firsthand knowledge and stating that the herein contained information is true, correct, complete and certain, and claimant will testify to the veracity thereof.

Witness my Hand and Seal as my freewill act and deed,
Offered at Arm's Length on this _15th_ day of July 2013

By: _____
Ivaylo T. Dodev, Executor

## ATTESTATION OF NOTARY AND ADMINISTERING OF OATH

I, _Curtis Fetter_ , the below subscribed Notary in and for the State of Arizona, do solemnly attest that I administered an Oath to the Man, Ivaylo T. Dodev, as the living being who swore to the veracity and validity of this Acknowledgment for the Acceptance of Deed, that he did so of his own freewill act and deed, and that I personally witnessed his execution of same with original wet ink signature and seal as entered above. Be it further known by these presents that I, _Curtis Fetter_ , as Witness for the herein matter, on this _15_ day of July, 2013, am a third party and not a party to the matter.  As Witness in this matter I am acting for the purpose of taking and administering the oath of the party as stated and of sealing same into the public record.

_____
Affirmed on the date as set forth herein

We, the undersigned witnesses, do hereby swear or affirm that Ivaylo T. Dodev has stated to us that this is his freewill act and deed to execute his acceptance of said deed and lawful ownership of the property under the terms of the deed and to record this "Acknowledgement for the Acceptance of Deed" at the Maricopa County Recorder.

Witness: _Yehuda Gur-Arie_
         Yehuda GUR-ARIE          15 of July, 2013

Witness: _Marcia Gur-Arie_
         Marcia Gur-Arie          15 of July, 2013

STATE OF ARIZONA                    )
                                    ) SS
COUNTY OF MARICOPA                  )

Subscribed and sworn to (or affirmed) before me on this 15 day of July, 2013 by Ivaylo T. Dodev, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, as his free will act and deed, for the purposes and considerations therein expressed. I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing statement is true and correct. WITNESS my hand and the official seal.

Executed by my own free will

_Curtis Fetter_          (Seal)
Notary Public

Curtis Fetter
NOTARY PUBLIC
MARICOPA COUNTY, ARIZONA
My Commission Expires
04-26-2015

Ivaylo T. Dodev
6312 S 161st Way
Gilbert, AZ 85298

# HOMESTEAD DECLARATION

I, Ivaylo T. Dodev, do hereby certify and declare as follows:

I hereby claim and declare Homestead the premises (land tract and its appurtenances) located in the City of Gilbert, County of Maricopa, State of Arizona, commonly known as

6312 SOUTH 161st WAY, GILBERT, ARIZONA 85298

AKA 23410 SOUTH 161st WAY, GILBERT, ARIZONA 85297

and more particularly described as follows:

6312 S 161st Way in the City of Gilbert, County of Maricopa, State of Arizona as per Map recorded in Book 502, Page 8 of the Official Records of Maricopa County Recorder Helen Purcell. Assessor's Parcel No. 304-77-004.

Homestead is in Township 2 S, Range 6 E, Section 22, SW$^{1/4}$ as surveyed by Wickerly and Associates for Vineyard Land Company, LLC; EXHIBIT A, attached hereto and made a part hereof. Legal description of property is as follows:
Commencing at the Southwest corner of Section 22;
Thence North 90 degrees 00 minutes 00 seconds East, a distance of 1284.85 feet;
Thence North 00 degrees 00 minutes 00 seconds East, a distance of 415.05 feet;
Thence South 90 degrees 00 minutes 00 seconds West, a distance of 193.02 feet to the point of beginning;
Thence South 90 degrees 00 minutes 00 seconds West, a distance of 367.57 feet;
Thence North 00 degrees 03 minutes 42 seconds East, a distance of 9.56 feet;
Thence North 18 degrees 49 minutes 40 seconds East, a distance of 266.94 feet;
Thence North 90 degrees 00 minutes 00 seconds East, a distance of 279.44 feet;
Thence South 00 degrees 25 minutes 50 seconds East, a distance of 262.23 feet to the point of beginning.

Initials

Aforementioned land tract falls under Patent #50523 in the USA Record of Patents, registered with the United Sates Department of the Interior, Bureau of Land Management, official since its signing on December 30th, 1915 by Woodrow Wilson, to be kept in the national archive FOREVER; EXHIBIT B, attached hereto and made a part hereof. Patent is as referenced in Warranty Deed.

Land, and Rights or privileges in association with, are granted exclusively to the owner of apportioned land tract, originally the Santa Fe Pacific Railroad Company at the time of patent issue.

*"NOW KNOW YE, That the UNITED STATES OF AMERICA, in considerations of the premises, HAS GIVEN AND GRANTED, and by these presents DOES GIVE AND GRANT, unto the said Santa Fe Pacific Railroad Company, and to its **successors**, the lands above described"* Patent 505230, Page 7.

Successor defines as, *"a term borrowed from the civil law, denoting a person who succeeds to the rights of a former owner in a single article of property, (as by purchase,) as distinguished from a universal successor, who succeeds to all the rights and powers of a former owner, as in the case of a bankrupt or intestate estate."* Black's Law Dictionary, 4th Edition, Pg. 1600.

Through acquisition of the aforementioned land tract, as substantiated through warranty deed (EXHIBIT C, attached hereto and made a part hereof), and absorption of the Rights, powers, and responsibilities associated with the article of property of the original grantee, I, Ivaylo T. Dodev, hereby declared myself to be the qualified Successor and Assignee of the land tract now known as 6312 S 161st Way, Gilbert, AZ 85298.

Patent notes that land is given *"TO HAVE AND TO HOLD the same, together with all of the rights, privileges, immunities, and appurtenances, of whatever nature, thereunto belonging, unto the said Santa Fe Pacific Railroad Company, and to its successors and assigns **forever**; subject to any vested and accrued water rights for mining, agricultural, manufacturing or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local custom, laws and decisions of courts."* Patent 505230, Pg. 8.

And those Rights are reserved and passed down to me, the lawful owner of my homestead, FOREVER. I hereby claim possession of said land, rights, privileges, immunities, and appurtenances, as established with the fruition of Patent #505230 through the endorsement of president Woodrow Wilson.

By definition, a Land Patent is the only form of proof of absolute title to Land in the United States of America. *"A patent is the highest evidence of title and is conclusive as against the government and all claiming under junior patents or titles"* U.S. v. Stone *2 U.S. 525.* The patented *"grant of land is a public law standing on the statute books of the State, and is notice to every subsequent purchaser under any conflicting sale made afterward."* Wineman v. Gastrell *2 U.S. App. 581.* "State statutes that give less authoritative ownership of title than the patent can not even be brought into federal court" Langdon v. Sherwood, *124 U.S. 74, 81.*

Initials:

Therefore, if some Right is not expressly reserved, directly on the actual United States Land Patent, it can never be reserved on a later date. *Summa v. California. 466 U.S. 198.* This patent reserves no Rights for the state, county, city, or town, private or public settlement, roads, and easements, with the exception of aforementioned limited water rights expressly for the United States [federal] government, and "*there is reserved from the land hereby granted, a right of way thereon for ditches or canals constructed by the authority of the United States.*" Patent 505230, Pg. 8.

I am the declared Homestead owner of the above declared Homestead. I own the following interest in the above declared Homestead: 100%. The above declared Homestead is my principal dwelling and I am currently residing on that declared Homestead. Residing in the sense that it is used as a shelter from the elements for me and my immediate family, a place to live, plant orchards and vineyards, and raise livestock in order to ensure sustenance for ourselves, a place of protection.

The facts as stated in this Declaration of Homestead are known to be true as of my own personal knowledge and this documented is executed in my authorized capacity, as my free will act and deed.

Offered at Arm's Length on this 15ᵗʰ day of July 2013

By: _____

I, Ivaylo T. Dodev, ARR, Explicitly Without

Prejudice

STATE OF ARIZONA                    )
                                    ) SS
COUNTY OF MARICOPA                  )

Subscribed and sworn to (or affirmed) before me on this 15 day of July, 2013 by Ivaylo T. Dodev, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, as his free will act and deed, for the purposes and considerations therein expressed. I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing statement is true and correct. WITNESS my hand and the official seal.

Executed by my own free will

_____  (Seal)
Notary Public

Curtis Fetter
NOTARY PUBLIC
MARICOPA COUNTY, ARIZONA
My Commission Expires
04-28-2015

Initials: _____

Page 3 of 3

# EXHIBIT A



OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
99-0466504    05/17/99    11:41
MESA1

99-0466504  -- See Book 502  Map    8

Recorded on 05/17/99 @ 11:41am



CORNER SURVEY

1 Page

Township    2 S
Range       6 E
Section     22

Lot        RESULTS OF SURVEY MAP VIN

DYER DENNIS L                                    GRANTEE
RESULTS OF SURVEY MAP VINEYARD LAND COMPANY     GRANTOR
WECKERLY AND ASSOCIATES                          GRANTEE

http://recorder.maricopa.gov/cert.aspx?id=106390 [19990466504] 2 Pages



http://recorder.maricopa.gov/cert.aspx?id=106390 [19990466504] 2 Pages

19990466504
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL



The foregoing instrument is an
**electronically prepared**
full, true and correct copy
of the original record in this
office.
Attest: 07/05/2013  03:52:32 PM

By ⎯⎯⎯⎯⎯⎯⎯⎯Recorder

To Verify this purchase visit
http://recorder.maricopa.gov/cert.aspx?id=106390

# EXHIBIT B



# United States Department of the Interior

## Bureau of Land Management

Eastern States
7450 Boston Boulevard
Springfield, Virginia 22153
http://www.es.blm.gov



JAN 07 2013

TO WHOM IT MAY CONCERN:

**I HEREBY CERTIFY THAT** the attached reproduction(s) is an exact copy of the official document on file in this office.

**IN TESTIMONY WHEREOF** I have hereunto subscribed my name and caused the seal of this office to be affixed on the above day and year.

_Authorized Signature_

Telephone (703)440-1600 or Fax (703)440-1609

ES 1845.1 (Nov 2011)

Phoenix 022272.                    4-1048-B.

# The United States of America,

### To all to whom these presents shall come, Greeting:

WHEREAS, the Santa Fe Pacific Railroad Company, being the owner of certain lands situated and included within the limits of the Navajo Indian Reservation, Arizona, has, under the provisions of the Act approved April 21, 1904 (33 Stat., 189-225), entitled "An Act making appropriations for the current and contingent expenses of the Indian Department and for fulfilling treaty stipulations with the various Indian tribes for the fiscal year ending June 30, 1905, and for other purposes," reconveyed and relinquished the said lands to the United States and has, under the provisions of said act, selected in lieu thereof the following-described tracts of vacant public land now open to settlement, to-wit:

Gila and Salt River Meridian  - Arizona.

Township one south of Range six east.
The north half of the southwest quarter and the north half of the southeast quarter of Section thirty-five;

Township one south of Range seven east.
Section one; the Lots one and two, the south half of the northeast quarter and the south half of Section three; the west half of Section nine; the southwest quarter of Section ten; the north half, the north half of the southeast quarter and the north half of the southwest quarter of Section eleven; the north half and the southeast quarter of Section twelve; Section thirteen; the south half of the northeast quarter, the south half of the northwest quarter and the south half of Section fourteen; Section fifteen; the Lots three and four and the east half of the southwest quarter of Section eighteen; the north half, the north half of the southeast quarter and the Lot one of Section twenty-two; Section twenty-three; the north half and the southeast quarter of Section twenty-four; and the Lot one of Section thirty-four;

RECORD OF PATENTS: Patent Number 505230
4-6348

1

Township twenty-one north of Range six west.
The north half and the southeast quarter of Section ten;

Township two south of Range six east.
The southwest quarter of Section twenty-two;and the Lots one,
two and three, the east half of the northwest quarter, the northeast
quarter of the southwest quarter and the north half of the northeast
quarter of Section thirty-one;

Township two south of Range twenty-three west.
The Lots three, four and five, the southeast quarter of the north-
west quarter, the south half of the northeast quarter, the east half of
the southwest quarter and the southeast quarter of Section six; the Lots
two, three and four, the southeast quarter of the northwest quarter, the
southwest quarter of the northeast quarter, the east half of the south-
west quarter and the south half of the southeast quarter of Section
eighteen; and the Lots one and two, the east half of the northwest
quarter, the north half of the northeast quarter, the southwest quar-
ter of the northeast quarter, the northeast quarter of the southwest
quarter and the northwest quarter of the southeast quarter of Section
nineteen;

Township five south of Range twenty-two east.
The east half of the northwest quarter, the southwest quarter of
the northwest quarter and the northwest quarter of the southwest quarter
of Section nine; the north half of the southeast quarter, the southwest
quarter of the southeast quarter and the southeast quarter of the south-
west quarter of Section eighteen; and the southwest quarter and the
southwest quarter of the southeast quarter of Section twenty-five;

Township seven south of Range six east.
The southwest quarter of Section thirteen;

Township eight south of Range eighteen west.
The Lots three and four and the east half of the southwest quarter

505230

2

of Section thirty;

Township eleven south of Range eleven east.
The west half of Section twenty-six;

Township twelve south of Range nineteen east.
The southeast quarter of the northeast quarter, the east half of
the southeast quarter and the southwest quarter of the southeast quarter
of Section nineteen;

Township twelve south of Range twenty-eight east.
The southeast quarter and the southwest quarter of Section twenty-
nine; and the Lots three and four, the east half of the southwest quarter
and the southeast quarter of Section thirty;

Township fifteen south of Range twenty-six east.
The southwest quarter of Section five; the southeast quarter of Sec-
tion six; and the east half of the east half of Section seven;

Township seventeen south of Range fourteen east.
The west half of the east half of Section eight;

Township eighteen south of Range twenty-six east.
The north half of the southwest quarter and the north half of the
southeast quarter of Section two;

Township eighteen south of Range twenty-seven east.
The Lots three and four, the east half of the southwest quarter and
the south half of the southeast quarter of Section thirty; and the Lots
one, two, three and four, the southeast quarter of the northwest quarter
and the east half of the southwest quarter of Section thirty-one;

Township twenty south of Range seventeen east.
The southeast quarter of the northwest quarter, the southwest quar-
ter of the northeast quarter, the northeast quarter of the southwest quar-
ter and the northwest quarter of the southeast quarter of Section twenty-
one;

505230

3

Township twenty south of Range twenty-six east.

The southeast quarter of the northwest quarter, the southwest quarter of the northeast quarter and the east half of the southwest quarter of Section nineteen; the southeast quarter of Section thirty; and the Lots one, two and three, the east half of the northwest quarter, the west half of the northeast quarter, the east half of the southwest quarter and the southwest quarter of the southeast quarter of Section thirty-one;

Township twenty-one south of Range twenty east.

The northwest quarter of Section twenty-three;

Township twenty-one south of Range twenty-one east.

The Lots one and two and the east half of the northwest quarter of Section thirty;

Township twenty-one south of Range twenty-six east.

The southeast quarter of Section eight; and the east half of Section thirteen;

Township twenty-two south of Range sixteen east.

The Lots one, two and three and the southeast quarter of the northeast quarter of Section six;

Township twenty-two south of Range twenty east.

The east half of the southwest quarter and the west half of the southeast quarter of Section twenty-six;

Township twenty-two south of Range twenty-one east.

The south half of Section seventeen; the Lots three and four and the east half of the southwest quarter of Section nineteen; and the Lots one and two and the east half of the northwest quarter of Section thirty;

Township twenty-three south of Range twenty east.

The north half of the northeast quarter and the north half of the

505260

4

northwest quarter of Section one;

Township twenty-three south of Range twenty-six east.
The northeast quarter of Section thirty-four;

Township twenty-four south of Range twenty-six east.
The northeast quarter of Section eight; and the northwest quarter
of Section nine;

Township one north of Range six east.
The northwest quarter of Section twelve; the east half of the south-
east quarter of Section twenty-three; and the southwest quarter and the
south half of the southeast quarter of Section twenty-four;

Township four north of Range one east.
The east half of Section twenty-one; and the north half of Section
twenty-two;

Township four north of Range two east.
The northwest quarter of Section twenty-four;

Township seven north of Range four west.
The southeast quarter of the northwest quarter, the east half of the
southwest quarter and the southwest quarter of the southeast quarter of
Section eighteen;

Township seven north of Range five west.
The southwest quarter of the southwest quarter of Section twelve;
and Section thirteen;

Township eight north of Range thirty-one east.
The Lots one, two, three and four, the west half of the northwest
quarter and the west half of the southwest quarter of Section eleven;

Township nine north of Range thirty east.
The Lots three, four, five and six of Section six; and the east
half of the southwest quarter and the south half of the southeast quar-
ter of Section thirty;

505250

5

Township eleven north of Range three west.

The southwest quarter of Section fourteen; the northeast quarter, the northeast quarter of the southeast quarter, the west half of the southwest quarter and the southeast quarter of the southwest quarter of Section fifteen; the east half of the northeast quarter and the northwest quarter of Section twenty-two; and the northwest quarter of Section twenty-three;

Township thirteen north of Range thirty-one east.

The southwest quarter of the northwest quarter, the southeast quarter of the northeast quarter, the northeast quarter of the southeast quarter and the northwest quarter of the southwest quarter of Section twenty;

Township fourteen north of Range one west.

The Lots four, five, six and seven of Section six;

Township fourteen north of Range twenty-seven east.

The south half of the northwest quarter and the south half of Section twenty-six;

Township fifteen north of Range four east.

The Lots one and two and the south half of the northwest quarter of Section one;

Township twenty-one north of Range six west.

The Lots one, two, three and four, the south half of the northeast quarter, the south half of the northwest quarter and the southeast quarter of Section four; and the west half, the west half of the southeast quarter and the west half of the northeast quarter of Section twelve;

Township twenty-three north of Range one east.

The east half of the northwest quarter and the west half of the northeast quarter of Section thirty;

Township twenty-eight north of Range one west.

The southeast quarter of Section six;

Township twenty-eight north of Range one west.

The north half of the northwest quarter, the southwest quarter of the northwest quarter and the northwest quarter of the southwest quarter of Section seventeen;

Township twenty-eight north of Range two west.

The northeast quarter of the northeast quarter, the south half of the northeast quarter and the northwest quarter of the southeast quarter of Section twenty-five;

Containing in the aggregate twenty thousand nine hundred ninety-five and eleven-hundredths acres:

NOW KNOW YE, That the UNITED STATES OF AMERICA, in consideration of the premises, HAS GIVEN AND GRANTED, and by these presents DOES GIVE AND GRANT, unto the said Santa Fe Pacific Railroad Company, and to its successors, the lands above described; TO HAVE AND TO HOLD the same,

505260

7

4-1044-B.

together with all the rights, privileges, immunities, and appurtenances, of whatsoever nature, thereunto belonging, unto the said Santa Fe Pacific Railroad Company, and to its successors and assigns forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs, laws and decisions of courts. And there is reserved from the lands hereby granted, a right of way thereon for ditches or canals constructed by the authority of the United States.

IN TESTIMONY WHEREOF, I,   Woodrow Wilson

President of the United States of America, have caused these letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the   THIRTIETH

(SEAL)

day of   DECEMBER   in the year of our Lord one thousand nine hundred and   FIFTEEN   and of the Independence of the United States the one hundred and   FORTIETH.

By the President:   Woodrow Wilson,

By   M. K. Gulick, Assistant Secretary,

L. Q. C. Lamar,

Recorder of the General Land Office.

RECORD OF PATENTS: Patent Number  505230

4-8130

8

**EXHIBIT "F"**

Ivaylo Dodev
IVAYLO DODEV
6312 South 161st Way
Gilbert, AZ 85298
(480) 457-8888

### IN THE COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF

**IVAYLO DODEV**

Plaintiff,

vs.

**RECONSTRUST COMPANY, N.A.; BANK OF
NEW YORK MELLON; SELECT PORTFOLIO
SERVICING, INC.; BANK OF AMERICA, N.A.**

Defendant.

Case Number: _____

**AFFIDAVIT OF SERVICE**

Received by ANDERSON INVESTIGATIONS, INC. on the 5th day of September, 2013 at 11:51 am to be served on **SELECT PORTFOLIO SERVICING, INC. ATTN: MATT HOLLINGSWORTH, 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115.**

I, C. D. ANDERSON, being duly sworn, depose and say that on the **5th day of September, 2013 at 2:00 pm,** I:

SERVED the within named **CORPORATION** by delivering a true copy of the **NOTICE OF INTENT TO SUE; VOID AB INITIO; NOTICE OF TRUSTEE'S SALE ARIZONA; EXHIBITS; LEGAL NOTICE AND DEMAN; NOTICE OF DEFAULT AND OPPORTUNITY TO CURE WITH NEW GOOD-FAITH OFFER TO PAY THE TOTAL AMOUNT DUE** with the date and hour of service endorsed thereon by me to TAMMY CUNNINGHAM as AUTHORIZED LEGAL AGENT of the within named corporation, in compliance with state statutes.

I am over the age of 21 and have no interest in the above action.

UCA 78B-5-705. I declare under criminal penalty that the foregoing is true and correct.



Subscribed and Sworn to before me on the 6th day
of September, 2013 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

_____
**C. D. ANDERSON**
Private Investigator G101390

**ANDERSON INVESTIGATIONS, INC.
230 West 200 South
Suite 2302
Salt Lake City, UT 84101
(801) 619-1110**
Our Job Serial Number: AND-2013003654

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

IVAYLO DODEV PRO_SE
6312 SOUTH 161ST WAY
GILBERT, AZ 85298
(480) 457-8888


## IN THE COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF

IVAYLO DODEV

                Plaintiff,

Case Number: RE: CREDITOR ACCOUNT #
147338494

vs.

**AFFIDAVIT OF SERVICE**

BANK OF AMERICA

                Defendant.

---

Received by Process Servers Etc. of North Carolina on the 28th day of August, 2013 at 3:23 pm to be served on **BANK OF AMERICA, N.A. ATTN: BRIAN T. MOYNIHAN, CEO, 100 N. TRYON STREET, CHARLOTTE, NC 28255.**

I, DARLEEN CARTER, being duly sworn, depose and say that on the **29th day of August, 2013 at 10:30 am, I:**

served a **CORPORATION** by delivering a true copy of the **NOTICE OF INTENT TO SUE (2 PGS.), NOTICE OF INTENT TO SUE (7 PGS.), STATEMENT OF BREACH OR NON PERFORMANCE AND ELECTION TO SELL UNDER DEED OF TRUST ARIZONA (1PG.), NOTICE OF TRUSTEE'S SALE ARIZONA with LEGAL DESCRIPTION, USPS CERTIFIED MAIL LETTER (2PGS), LEGAL NOTICE AND DEMAND (3PGS), NOTICE OF DEFAULT AND OPPORTUNITY TO CURE WITH NEW GOOD-FAITH OFFER TO PAY THE TOTAL AMOUNT DUE (4PGS), NOTICE OF COMPLAINT DATED AUGUST, 2011 (75PGS), with EXHIBITS** with the date and hour of service endorsed thereon by me, to: **ASHLEY NOBLE as ASSISTANT MANAGER for BANK OF AMERICA, N.A.**, at the address of: **100 N. TRYON STREET, CHARLOTTE, NC 28255**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
No one is able to get through security to the offices of the President, Vice President, CEO, etc. The person served stated that they were the highest in the chain of command that was available for service of documents.

**Description** of Person Served: Age: 31, Sex: F, Race/Skin Color: BLACK, Height: 5-10, Weight: 160, Hair: BLACK, Glasses: Y

I certify that I have no interest in the above action, am of legal age, and have proper authority in the jurisdiction in which this service was made.


Subscribed and Sworn to before me on the 30 day of August, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

DARLEEN CARTER
Process Server #3815

**Process Servers Etc. of North Carolina
9635 Southern Pine Blvd
Suite 138
Charlotte, NC 28273
(704) 248-4817**
Our Job Serial Number: SNC-2013001334

*AMY PETTEWAY
Notary Public
Mecklenburg County
My Commission Expires
1-31-2016
NORTH CAROLINA*

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

## AFFIDAVIT OF SERVICE

### CASE NO. 147338494

**IVAYLO DODEV**                                                    COUNTY COURT

*Plaintiff(s)*

**VS.**

**BANK OF AMERICA**                                              STATE OF ARIZONA

*Defendant(s)*

Documents: **NOTICE OF INTENET TO SUE, NOTICE OF INTENT TO SUE, STATEMENT OF BREACH OR NON PERFORMANCE AND ELECTION TO SELL UNDER DEED OF TRUST ARIZONA, NOTICE OF TRUSTEE'S SALE ARIZONA WITH LEGAL DESCRIPTION, USPS CERTIFIED MAIL LETTER, LEGAL NOTICE AND DEMAND, NOTICE OF DEFAULT AND OPPORTUNITY TO CURE WITH NEW GOOD-FAITH OFFER TO PAY THE TOTAL AMOUNT DUE, NOTICE OF COMPLAINT DATED AUGUST, 2011, WITH EXHIBITS**

Came to hand: __SEPTEMBER 19, 2013__ at _____4:05_____ **P.M.** the above documents to be delivered to:

**RECONTRUST COMPANY, N.A., ATTN: JAMES F. TAYLOR, CEO**
**2380 PERFORMANCE DR., RICHARDSON, TX 75082**

I, ___**DARLA GRAY**___, the undersigned, being duly sworn, depose and say, that I am duly authorized under Rule 103 and 536(a) to make delivery of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter. Delivery of said documents occurred in the following manner:

**By delivering to:**_____**AMY REYNA**_____

**(Title / Relationship):**__**V.P.**_____

**Address of Service:**___**7105 PERFORMANCE DR., PLANO, TX 75024**_____

**Date of Service:**_____**SEPTEMBER 20, 2013**_____**Time of Service:**_____**11:25 A.M.**_____

**Type of Service:**

☐ **PERSONAL SERVICE:** Individually and personally to the above named recipient.

☐ **SUBSTITUTE SERVICE:** By leaving a true copy of said process with a person residing therein, who is of suitable age, at the above listed address, which is the usual place of abode or dwelling house of the above named person.

■ **CORPORATION / PARTNERSHIP:** By delivering a true copy of said process to an officer, agent, partner or other designated agent of the above named entity whose name and title is listed above.

☐ **POSTING WITH COURT ORDER:** By posting a true copy of said process along with a true copy of the Court Order to the front entrance of the above listed address in accordance with Court Order.

☐ **OTHER:**_____

_____

**"I declare under penalties of perjury that the information contained herein is true and correct"**

Signature _____        PS#:__SCH2010__
                                 Exp:___4/30/15__

Subscribed and sworn to before me, a notary
public on__September 21__ 2013

_____
Notary Public in and of the State of Texas

VIVIAN WINTER
MY COMMISSION EXPIRES
March 24, 2014

# NOTICE OF INTENT TO SUE

———————————————————————————————————X

  IVO DODEV

            Index No.

      -against-

  BNY MELLON

———————————————————————————————————X

| | |
|---|---|
| STATE OF NEW YORK      ) | |
| | ) ss: |
| COUNTY OF KINGS      ) | |

### AFFIDAVIT OF SERVICE

**Documents:** **NOTICE OF INTENT TO SUE** (2 PGS.), NOTICE OF INTENT TO SUE (7 PGS.), STATEMENT OF BREACH OR NON PERFORMANCE AND ELECTION TO SELL UNDER DEED OF TRUST ARIZONA (1PG.), NOTICE OF TRUSTEE'S SALE ARIZONA with LEGAL DESCRIPTION, USPS CERTIFIED MAIL LETTER (2PGS), LEGAL NOTICE AND DEMAND (3PGS), NOTICE OF DEFAULT AND OPPORTUNITY TO CURE WITH NEW GOOD-FAITH OFFER TO PAY THE TOTAL AMOUNT DUE (4PGS), NOTICE OF COMPLAINT DATED AUGUST, 2011 (75PGS), with EXHIBITS

MANUEL BAYO, being duly sworn, states as follows:

I am over 18 years of age, and I reside in the State of New York and am not a party to this action.

On August 29, 2013, I DELIVERED THE ABOVE STATED DOCUMENTS TO PETER PAIK PARALEGAL at 0ne Wall Street New York New York

Deponent further states he informed said person of the contents therein in compliance with state statutes.

_____

Manuel Bayo

Sworn to before me on this

29ᵗʰ day of August, 2013

_____

NOTARY PUBLIC

Ann Marie Melia

Notary Public, State of New York

No. 01ME4914451

Qualified in Nassau County Commission

Expires 12/14/2013

**Ivaylo Dodev**
**6312 South 161ˢᵗ Way**
**Gilbert, Arizona**

# Notice of Intent to Sue

**TO:**
RECONTRUST COMPANY, N.A.
ATTN: **JAMES F. TAYLOR,** *and/or his successor, in his/their individual and official capacity*
2380 Performance Dr. TX2-985-07-03
Richardson, TX 75082

BANK OF NEW YORK MELLON
ATTN: **GERALD HASSELL,** *and/or his successor, in his/their individual and official capacity*
Bank of New York Mellon, One Wall Street
New York, NY  10286

SELECT PORTFOLIO SERVICING, INC.
ATTN: **MATT HOLLINGSWORTH,** *and/or his successor, in his/their individual and official capacity*
3815 South West Temple
Salt Lake City, UT 84115

BANK OF AMERICA, N.A.
ATTN: **BRIAN T. MOYNIHAN,** *and/or his successor, in his/their individual and official capacity*
Bank of America Corporation
100 N. Tryon St.
Charlotte, NC 28255


**RE: Creditor Account # 0014052088**

Please be advised that on July 2, 2013 I directed a request via Proof of Claim that Select Portfolio Servicing, Inc. (SPS) validate the alleged debt per FDCPA §809 and Arizona Administrative Code R20-4-1514. You have received a follow-up demand via USPS certified mail # 23110770000057409879, delivered to you on August 8, 2013. Via this final notice, I invoke my right to a direct dispute per FCRA §623(a)(8)(D), 16 CFR 660.4 and Arizona Administrative Code R20-4-1521, provide you with a timely Notice of Injunctive Relief under A.R.S § 33-811(C) and rebut the STATEMENT OF BREACH OR NON PERFORMANCE AND ELECTION TO SELL UNDER DEED OF TRUST ARIZONA (Included).

My record shows that you have tacitly admitted by estoppel that you do not have a bona fide proof of contract that binds me, Ivaylo Dodev, to perform under the said Deed of Trust recorded

**Page 1 of 7**

on December 12, 2006, as Instrument Number 20061646998 in the Maricopa County Recorder; thus, breach of such alleged contract is legally impossible.

**Furthermore,** my record shows and retains that you have violated UCC 3-603, are subject to Federal Persecution, and have Defaulted on my Good Faith Offer to Pay, and are subject to damages. (Included)

**Furthermore,** my record shows and retains a major violation of UCC § 3-301 PETE ("person entitled to enforce the note") under the Deed of Trust and comprises recorded default under the Rules of Civil Procedures when I, Ivaylo Dodev, owner of the estate in controversy, offered to pay in cash the balance of the alleged loan secured by the Deed of Trust in exchange for the physical instrument that secures it (the note) in order to avoid future extortions under the same alleged instrument (included) UCC § 3-309, *Morgan v. Farmers Merchs. Bank*, 856 So. 2d 811, 819 (Ala. 2003).

**Furthermore,** my record shows and retains that the debt associated with the Deed of the Trust has been paid/discharged through Bankruptcy Proceedings, Case No. 2-09-bk-00043-CGC and there is not debt owned under the said Deed of Trust.

**Furthermore,** my record shows and retains that neither Select Portfolio Servicing, Inc, ReconTrust, NA or Bank of New York Mellon are injured parties, holders in due course (A.R.S. § 47–3302 & UCC 3-3-2) or have any standing to bring a foreclosure sale against the property of controversy, and that the only parties of interest are the shareholders of the security, with 50% or more representation.

**Furthermore,** my record shows and retains no evidence that Select Portfolio Servicing, Inc. holds a debt collection license from the State of Arizona, despite being a debt collector pursuant to Sec. 803 of FDPCA. If so, provide the date of the license, the name on the license, the license number, and the name, address and telephone number of the state agency issuing the license.

**Furthermore,** my record shows and retains no evidence that I was contacted by Select Portfolio Servicing, Inc. within 5 days of initial communication with a disclosure pursuant to Sec. 809 of FDPCA.

**Furthermore,** my record shows and retains that I, Ivaylo Dodev, have lost income and opportunities and suffered irreparable damages to my reputation and quality of family life for the last 5 years while having to defend my house from predatory lending schemes, letter and phone harassments, and unlawful filings under my name with the Maricopa County Recorder in violation of A.R.S. § 33–420 and A.R.S. § 39–161.

**Furthermore,** my record shows and retains that my health and wellbeing has gravely deteriorated as a result of constant pressure and harassment under Sec. 806 of the Fair Debt Collection Practices Act (FDCPA), in violation of Sec. 811(a)(1) of FDCPA and liable under FDCPA 813(2)(A)(B)(3), from pretender lenders and fear of losing my house by deception and coercion. I suffered mental anguish, ulcers, constant headaches, depression, sleep apnea, heart palpitation, high blood pressure, multiple micro-strokes, skin rush and alcoholism.

**Furthermore,** my record shows and retains that you, Matt Hollingsworth, CEO and President of Select Portfolio Servicing, INC. and you, Gerald Hassell, CEO and President of Bank of New York Mellon, and you Brian T Moynihan, CEO and President of Bank of America, NA have tacitly admitted that you are attempting to take my property through theft by deception or larceny by trickery, both of which are felonies.

**Furthermore,** my record shows and retains that I have secured and valid interest in the property of controversy exceeding $1,000,000 through a down payment, monthly payments, improvements, maintenance and sweat equities.

**Furthermore,** my record shows and retains that I, Ivaylo Dodev, have submitted a Declaration of Possession of the property of controversy to Select Portfolio Servicing and possession is 9/10th of the law, and anyone to have a claim against my house needs to present evidence of 10 times stronger title to the aforementioned property.

**Furthermore,** my record shows and retains that you have not proven beyond a reasonable doubt that you are a Party of Interest, Damaged Party or a Holder in Due Course of any documents that substantiates, legally and lawfully, the alleged debt. Sec. 806 of Fair Debt Collection Practices Act. See Hernandez v. IndyMac Bank, No. 2:12-cv-00369-MMD-CWH, 2012 WL 3860646, at *4 (D. Nev. Sept. 5, 2012), also see 969 N.E.2d 1118 (Mass. 2012).

A party other than the originating Lender seeking to conduct a non-judicial foreclosure under the "Deed of Trust" must comply with the following:
  a.) The foreclosing party must be the lawful owner of the note;
  b.) The foreclosing party must be in possession of the original promissory note along with the Deed of Trust;
  c.) The foreclosing party must be the Mortgagee (as that term is defined by statute and under the common law) by way of a valid assignment(s) at the time the foreclosure sale is noticed (and at the time any sale is conducted).

If challenged, the foreclosing entity must be able to prove that it has a complete, unbroken chain of title from the originating Lender together with valid documentation, with proper and lawful endorsement, of all intervening Assignees. A.R.S § 47-3308
(*See U.S. Bank National Association v. Ibanez*, 458 Mass. 637 (2011); *HSBC Bank USA, N.A. v. Haro*, Suffolk County District Court, Chelsea Division, Case No. 201014SU000264, 6/15/2011; and *Eaton v. Federal National Mortgage Association*, Suffolk County Superior Court, Civil Action No. 11-1382, 6/17/2011)

**Furthermore,** my record shows and retains that you have re-recorded a fraudulent Trustee Sale under a Trustee Sale Number that has previously been recorded as cancelled, deemed insufficient to foreclose by Bank of America, NA, which has agreed to restitutions, in violation of A.R.S. § 33–420 and have committed felony under A.R.S. § 39–161 (11 count of felony under Arizona law).
*"Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes*

**Page 3 of 7**

*'fraud,' and entitles party deceived to avoid contract or recover damages." Barnsdall Refining Corn. v. Birnam Wood Oil Co.. 92 F 26 817.*

**Furthermore,** my record shows and retains that there is not any proof, based on evidence via bank ledger, money draft or cashier's check, that any pretend lender has paid money or suffered any damages according to the said Deed of Trust. *"A loan is the creation of debt by the lender's agreement to pay MONEY TO THE DEBTOR"* See: Maine Consumer Credit Code 9-A, Sec. 1.301 (23)(a)(1), *"A loan may be defined as the delivery by one party to, and the receipt by another of a sum of money."* See: Kirkland v. Bailes, 155 S.E. 2d 701. Yet the Federal Reserve Bank of Chicago says, in *Modern Money Mechanics*, that banks make loans by promising to lend. However, a promise to lend cannot be enforced. In order to constitute a loan, money must be loaned, but banks make loans by promising to lend, and promises to lend cannot be enforced, 5 MRSA.

**Furthermore,** my record shows and retains that I have rescinded the aforementioned Deed of Trust and my signature on all documents alleging loan, under RICO, for lack of disclosure and consideration and lack of proper assignments, and that Timely Rebuttal OR Proof of Claim to the contrary was never recorded.

**Furthermore,** my record shows and retains that the document that purports to assign the mortgage under Deed of Trust to the Trust was signed AFTER the cut-off date for the transfer of all such to the Trust, pursuant to the Pooling and Servicing Agreement. *"DELIVERY OF MORTGAGE LOAN DOCUMENTS. The Seller will, on or prior the Closing Date, deliver or cause to be delivered to the Purchaser or any assignee, transferee or designee of the Purchaser each of the following documents for each Mortgage Loan"*

**Furthermore,** my record shows and retains that aforementioned assignment was executed by a known Robo-Signer without proper authority or personal knowledge of the document's contents and legal effect. My record retains a timely complaint filed against that fraudulent instrument.

**Furthermore,** my record shows and retains that Carmelia Boone, who signed as Assistant Secretary of Mortgage Electronic Registrations Systems, Inc on CORPORATION ASSIGNMENT OF DEED OF TRUST ARIZONA, recorded on August 24, 2011 in Maricopa County Recorder, as Instrument Number 20110706279, is an alleged "robo signer." If this is to be conclusively proven, then the chain of tile on the aforementioned Deed of Trust has been broken and foreclosure is legally impossible.

**Furthermore,** my record shows and retains that you are using a fraudulent assignment from Mortgage Electronic Registration Systems, Inc. (MERS). MERS failed to identify the Principal Member who is purported to have assigned the mortgage. There lacks established proof that bona fide signatures endorse MERS documents and there is no "grant" from a person who can be confirmed as an authorized signer; therefore, seeing as MERS has produced an assignment without any complete chain of title from the originator to the trustee, the assignment is presumptively invalid.

An assignment executed by a purported MERS "Certifying Officer" that attempts to convey the mortgage from MERS to the foreclosing entity is adjudicated ineffective and invalid for the reasons stated above.

An assignment from MERS is limited by the agency status contained in the mortgage between MERS and its principal whereby MERS has limited power(s) to act solely as "nominee" for the originating Lender and for the Lender's successors and assigns. MERS' unilateral statement that it is the "mortgagee" under a typical MERS mortgage does not automatically confer the legal status of a mortgagee upon MERS simply because the document states so. See *(Agard; BONY v. Silverberg)*

An assignment from MERS as nominee for the Lender or the Lender's successors and assigns that fails to validly assign the mortgage to the current note holder will not comport with the requirement that the note and mortgage be held in the same ownership by the foreclosing entity. Accordingly, the Assignee will not have the legal authority to foreclose the mortgage non- judicially or judicially and the assignment will be considered invalid when used for that purpose.

**Furthermore,** my record shows and retains that MERS has delinked securities from mortgages, generally; thus, the alleged debt in the aforementioned Deed of Trust, become <u>unsecured debt</u> — there is no property backing the securities. What this means is that foreclosure is not permitted. Your attempt to foreclose is illegal seizure of property — home theft by using the Maricopa County Recorder and USPS as your accessory to crime.

The logic behind the notion that the securitization of the mortgage has created an unsecured debt is aptly summed by L. Randall Wray, Professor of Economics and Research Director of the Center for Full Employment and Price Stability, University of Missouri–Kansas City, as follows:

*1. A valid "mortgage" requires a ("wet signature") note and a security instrument; these must be <u>kept together</u>, and any subsequent transfer of lien rights to the security instrument must be recorded at the appropriate public office. The mortgage note must be properly indorsed each time the mortgage is transferred. In the era of securitized mortgages this can be a dozen times or more. If ever presented for foreclosure, endorsements should demonstrate a clear chain of title, from origination through to foreclosure; and this should match the records at the public office.*
*2. MERS intended to provide an electronic registry of all mortgages. By appointing a <u>"vice president"</u> in every financial firm, it believed that all transfers of lien rights among these firms were "in house". Hence it operated on the belief that no subsequent public recording was necessary, and no further endorsement of the mortgage note was necessary for in-house transfers of the payment intangible as it kept a record of transfers of the mortgage. It claimed to be a nominee of these firms (purported to hold the mortgage) but also to be the holder of the mortgages including the "Unidentified Indorsees In Blank" — mortgages that were never properly endorsed over to purchasers. We know, however, that MERS recommended that mortgage servicers retain notes, so <u>MERS</u>'s claim to be the holder rests on its claim that appointed VPs are employees. But these employees are not an*

*agent/employee of the "Unidentified Indorsee in Blank", nor are they paid by MERS or in any way supervised by MERS.*

*3. This practice is in violation of numerous laws. Property law requires filing sales in the public record. Notes must be affixed (permanently) to the security instrument — a mortgage without the note has been ruled a "nullity" by the Supreme Court. MERS's recommended business practice (with the servicer retaining the note) would make the mortgages a "nullity". A complete chain of title is required to foreclose on property — every sale of a mortgage must be endorsed over to the purchaser, and properly recorded. Without this, it is illegal to foreclose on property — no matter how many payments the homeowner has missed.*

*4. However, if the notes can be found and if MERS can provide records, it is possible that the mortgages can be made valid ("proved up") for purposes of collecting upon the indebtedness, but foreclosure would not be possible without a valid continuous perfected mortgage showing a chain of title from origination through to the current party trying to enforce the mortgage note. Any break in the chain of endorsements along with any break in the chain of title renders the Power of Sale clause in the security instrument to be a nullity and therefore no party can foreclose on the real property. So long as there is no fraud affecting the mortgage note, then rights to enforce the indebtedness can be further negotiated. If there is no break in the chain, when fraud is shown affecting the security instrument (such as robo-signers, etc), this does not affect the rights to enforce the mortgage note — but such fraud will affect the validity of the security instrument perhaps making foreclosure impossible. Fraud affecting the mortgage note would affect the right to foreclose.*

*5. If the notes cannot be found and a Lost Note Affidavit cannot reestablish the indebtedness, then foreclosure is not possible and collecting of the indebtedness is also not possible. Homeowners still can be sued for collection of owed moneys upon a "proved up" note or lost note affidavit but a current perfected lien is required to foreclose.*

*6. However since the mortgage-backed securities are governed by PSAs (pooling and service agreements), the practices above make the securities unsecured debt and there is no solution. The securities are no good. (This would be a Representation & Warrant violation as the MBSs stated that a secured indebtedness was to be purchased, but since the Trustees of the securitization would not have the notes, the securities cannot be "secured".)*

**For these reasons, and many more, a lawsuit is to be filed against you in the Arizona District Court without further notice for Fraud** (Pino v. Bank of New York Mellon, 57 So.3d 950 (Fla. 4th DCA 2011), **Damages, Harassment, RICO, a Declatory Judgment and Quiet Title.**

**AT THIS TIME <u>I AM WILLING TO ACCEPT A SETTLEMENT</u> TO AVOID USING THE COURTS TO RESOLVE THIS MATTER. I, IVAYLO DODEV, RE-ALLEGE AND INCORPORATE HEREIN BY REFERENCE ALL THE ALLEGATIONS SET FORTH IN THIS NOTICE TO SUE.**

**THE TERMS WHICH I WILL SETTLE ARE:**

1)    Bank of New York Mellon, ReconTrust NA and Select Porfoio Servinig, INC agree to consider the alleged debt paid in full so that they cannot sell or otherwise transfer the debt to any other collector for later collection activity.

2)    Bank of New York Mellon, ReconTrust NA and Select Porfoio Servinig, INC agree to pay treble damages of the alleged debt of $721,199.48 to the owner of the disputed property, Ivaylo Dodev.

3)    Bank of New York Mellon, ReconTrust NA and Select Porfoio Servinig, INC agree to pay treble damages on all the profits and dividends generated by securitizing the Note, according the PSA to the signee of the Note, Ivaylo Dodev, because the one-sided, signed contract was executed without full disclosure and consideration, thus rendering it fraud. See *Welsch Furnace Co, Inc. v. Vescovo*, 805 S.W.2d 727, 728 (Mo.App. 1991), *Vintila v. Drassen*, 52 S.W.3d 28, 38 (Mo.App. 2001), *Mills Realty, Inc. v. Wolff*, 910 S.W.2d 320, 322 (Mo.App. 1995) et. seq.

4)    Upon satisfaction of these demands I, Ivaylo Dodev, agree not to pursue any further action in the matters discussed in this letter.

Please consider this a bone fide offer to settle. You may accept this offer to settle by sending me your written acceptance letter within 15 calendar days of receipt of this Notice. I hereby bind myself to these terms if they are met within 15 calendar days from your receipt of this Notice to Sue.

I reserve my right to amend my complaint prior to filing it in the Arizona District Court,

Executed in good faith on this 26 day of August, 2013

_____

By: Ivaylo Dodev, Without Prejudice

State of ARIZONA                    )
                                    ) SS
County of MARICOPA                  )

Subscribed and sworn to (or affirmed) before me on this ___ day of August, 2013 by Ivaylo Dodev _____ proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Executed by my own free will

_____ (Seal)

Notary Public

Lizette Cornejo
Notary Public
Maricopa County, Arizona
My Comm. Expires 09-30-15

Ivaylo Dodev
6312 South 161st Way
Gilbert, Arizona

# Notice of Intent to Sue

**TO:**
BANK OF AMERICA, N.A.
ATTN: **BRIAN T. MOYNIHAN**, *and/or his successor, in his/hers individual and official capacity*
Bank of America Corporation
100 N. Tryon St.
Charlotte, NC 28255

**RE: Creditor Account # 147338494**

Mr. Moynihan,

Through a correspondence dated August 30, 2011, your office was informed via legal complaint and demand for full disclosure (Proof of Claim aka PC) under the Fair Debt Collection Practices Act (FDCPA), that the alleged loan on my home, located at 6312 South 161st Way, Gilbert, Arizona (AKA 23410 South 161st Way, Gilbert, Arizona) is in violation of numerous state and federal laws and that until you prove standing or rebut my findings and beliefs you have no legal rights to the title of my home and any attempted to imitate foreclosure actions would cause further damages to my welfare. The complaint was identical to one forwarded to you from the Office of the Comptroller of the Currency in September. With the same certified mail #23083250000030152349, received in your office on September 1st, 2011 I had enclosed rescission of my signature on the Deed of Trust and on all documents alleging a loan, under RICO, for lack of disclosure and consideration and lack of proper assignments. (Included)

My record shows and retains evidence that you defaulted on all my legal requests and continued to harass me in violation of the Federal Debt Collection Practices Act 15 U.S.C. § 1692 et seq by recording, and then re-recording after postponement, trustee sales through the ReconTrust, NA (subsidiary of bank of America, NA) website for 19 consecutive months, inflicting irreparable damages to my health and welfare. Once a trustee sale is publicly recorded through the county recorder, the trustee has 12 months to conduct the sale; ReconTrust was in violation by trying to conduct a sale even after one would have been deemed invalid. Furthermore, you have sent me dozens of letters without a debt collector disclosure statement, as mandated by law, in an attempt to collect payment, despite knowing that the alleged debt is discharged in Bankruptcy Proceedings, Case No. 2-09-bk-00043-CGC.

Consequently, instead of releasing and reconveying the title, you elected to sell/transfer the alleged debt to a third party servicer/collector in violation of my legal dispute enquiring your PC of standing and ownership of the alleged debt prior to selling, failing to establish standing as a Holder

**Page 1 of 2**

in Due Course, and disregarded that the debt has been discharged in Bankruptcy Proceedings and there is no debt owed under the said Deed of Trust.

You should be aware that I am familiar with the difference between a servicer and a purported servicer, who has purchased uncollectible debt and is now acting as a third party debt collector. It is a crime, classified as sham legal process for a debt collector to misrepresent himself as the original creditor or a party of interest of a discharged security. Through your negligence in following laws and statutes that govern legal and proper transfer of security AND/OR debt, you have further clouded the title of my home and caused me undue burden by prompting this third party to believe that it has an interest in my property and right to foreclose.

You have a legal duty to disclose the true facts regarding my account status and to provide complete records, such as ones that were requested in the referenced correspondence ex. Pulling and Servicing Agreements, assignments and terms/negotiations under which they were assigned, properly recorded beneficiary(s), etc. These records can be compelled in a court of law, as well as mandatory depositions from all parties alleging an interest in my primarily residents, especially when the violations committed and the disregard of my legal requests accumulatively calls for such action.

I will pursue resolution of this matter in a federal venue in which I will demand discovery and full disclosure, restitution for Damages, Harassment, RICO violations, and a Declatory Judgment and Quiet Title.

Notification of legal responsibility is "the first essential of due process of law." Also, see: *U.S. v. Tweel*, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."


All Rights Reserved, Without Recourse

Executed on this 26 day of August, 2013


By: Ivaylo Dodev


State of ARIZONA                    )
                                    ) SS
County of MARICOPA                  )

Subscribed and sworn to (or affirmed) before me on this 26 day of August, 2013 by Ivaylo Dodev, proved to me on the basis of satisfactory evidence to be the person who appeared before me.
Executed by my own free will

_____ (Seal)

Notary Public

Lizette Cornejo
Notary Public
Maricopa County, Arizona
My Comm. Expires 09-30-15

**Page 2 of 2**



7187 7930 3132 2135 1607

TS NO: 11-0075989          **AZ**

IVAYLO T. DODEV

23410 SOUTH 161ST WAY

GILBERT, AZ   85297

*Stamped on back*
*VOID AB INITIO*
*(see next page)*
*[signature]*

Bank of America, N.A.
400 National way
SIMI VALLEY, CA 93065

TS No. 11-0075989

Title Order No. 110407742AZGTI
APN No. 304-77-004W4

# STATEMENT OF BREACH OR NON PERFORMANCE AND ELECTION TO SELL UNDER DEED OF TRUST ARIZONA

NOTICE: ANY INTEREST IN TRUST PROPERTY THAT IS SUBORDINATE IN PRIORITY TO THE DEED OF TRUST SET FORTH BELOW MAY BE SUBJECT TO BEING TERMINATED BY THE TRUSTEE'S SALE. IF YOU HAVE ANY QUESTIONS, YOU SHOULD CONTACT AN ATTORNEY.

The following described breach or non-performance has occured of that certain Deed of Trust recorded on 12/18/2006, as Instrument Number 20061646998, Book N/A, Page N/A, in which IVAYLO T. DODEV, A MARRIED MAN, AS HIS SOLE AND SEPARATE PROPERTY, Trustor and NONE, Trustee and RECONTRUST COMPANY, N.A., Successor Trustee.

The breach of the contract for which said Deed of Trust is security, is as follows:

FAILURE TO PAY THE INSTALLMENT OF PRINCIPAL, INTEREST AND IMPOUNDS WHICH BECAME DUE ON 11/01/2008 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL, INTEREST AND IMPOUNDS, TOGETHER WITH ALL LATE CHARGES, PLUS ADVANCES MADE AND COSTS INCURRED BY THE BENEFICIARY, INCLUDING FORECLOSURE FEES AND COSTS AND/OR ATTORNEYS' FEES. IN ADDITION, THE ENTIRE PRINCIPAL AMOUNT WILL BECOME DUE ON 01/01/2037 AS A RESULT OF THE MATURITY OF THE OBLIGATION ON THAT DATE.

By reason of said breach or non-performance, the current Beneficiary under said Deed of Trust has elected to sell or cause to be sold the Trust property described in said Deed of Trust at a Trustee's Sale in compliance with ARS 33-801 et. Seq. (Except that part of Trust property previously released.)

The Beneficiary's records reflect the following:

PROPERTY ADDRESS: 23410 SOUTH 161ST WAY, GILBERT, AZ 85297
PARCEL NUMBER: 304-77-004W4
Original Principal Balance: $681,750.00
Current Principal Balance: $721,199.48

Name and Address of Current Trustor: IVAYLO T. DODEV, 23410 SOUTH 161ST WAY, GILBERT, AZ 85297

Dated: 08/26/2011

Name and Address of Current Beneficiary:
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA7
400 National way
SIMI VALLEY, CA 93065
(800) 669-6650

By: Beneficiary/Agent

_____
Authorized Signor
For Information Call (800) 281-8219

Form azmlngbrch (05/08)

## VOID AB INITIO

**I, Ivaylo Dodev, do not accept the offer to contract. You are in default on my Offer to Pay under FRCP and have not established ownership of the alleged debt by replying to my Proof of Claim, thus admitting that you are attempting theft by deception of Real Property.**

All Rights Reserved,

Executed on this _26_ day of August, 2013

_(signature)_

By: Ivaylo Dodev, Without Prejudice

State of ARIZONA                )
                                ) SS
County of MARICOPA              )

Subscribed and sworn to (or affirmed) before me on this _____ day of August, 2013 by _____, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Executed by my own free will

_(signature)_

_____  (Seal)

Notary Public

Lizette Cornejo
Notary Public
Maricopa County, Arizona
My Comm. Expires 09-30-15

DATED:  August 26, 2011

RECONTRUST COMPANY, N.A.
As Trustee


State of: _____ )          BY:    _____[notice copy of signed original]_____
County  of: _____ )


On_____before me_____, notary public, personally
appeared_____, personally known to me (or proved to me on the basis
of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and
that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

Witness my hand and official seal.


[notice copy]_____
Notary Public's Signature


THIS FIRM IS ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL
BE USED FOR THAT PURPOSE.  THE DEBT SET FORTH ON THIS NOTICE WILL BE
ASSUMED TO BE VALID UNLESS YOU DISPUTE THE DEBT BY PROVIDING THIS OFFICE
WITH A WRITTEN NOTICE OF YOUR DISPUTE WITHIN 30 DAYS OF YOUR RECEIPT OF
THIS NOTICE, SETTING FORTH THE BASIS OF YOUR DISPUTE.  IF YOU DISPUTE THE
DEBT IN WRITING WITHIN 30 DAYS, WE WILL OBTAIN AND MAIL VERIFICATION OF THE
DEBT TO YOU.  IF THE CREDITOR IDENTIFIED IN THIS NOTICE IS DIFFERENT THAN
YOUR ORIGINAL CREDITOR, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS
OF THE ORIGINAL CREDITOR IF YOU REQUEST THIS INFORMATION IN WRITING WITHIN
30 DAYS.

RECORDING REQUESTED BY:
RECONTRUST COMPANY, N.A.
2380 Performance Dr, TX2-985-07-03
Richardson, TX  75082
WHEN RECORDED MAIL TO:
RECONTRUST COMPANY, N.A.
2380 Performance Dr, TX2-985-07-03
Richardson, TX  75082

**This is a notice copy of the document that was recorded on 08/24/2011 as Instrument No. 20110706281**

TS No.  11-0075989
Title Order No.  110407742AZGTI
APN No.  304-77-004W4

## NOTICE OF TRUSTEE'S SALE ARIZONA

The following legally described trust property will be sold, pursuant to the power of sale under that certain Deed of Trust Recorded on 12/18/2006, as  Instrument Number 20061646998, Book N/A, Page N/A, in the records of Maricopa County, Arizona, at public auction to the highest bidder:  In the Courtyard, by the main entrance of the Superior Court Building, 201 West Jefferson, Phoenix, AZ 85003  on 11/28/2011 at 10:00 AM of said day.

SEE ATTACHED LEGAL DESCRIPTION

The Deed of Trust and/or Beneficiary provide the following purported property location:
23410 SOUTH 161ST WAY, GILBERT, Maricopa County, AZ 85297

Said sale will be made for cash, but without covenant or warranty, express or implied, regarding title, possession or encumbrances , to pay the remaining principal sum of the note secured by said Deed of Trust, which includes interest thereon as provided in said note, advances, if any under the terms of said Deed of Trust, interest on advances, if any, fees, charges and expenses of the Trustee and of the trust created by said Deed of Trust.  The original sum of the note is $681,750.00.  Trustee will accept only cash or cashier's check for reinstatement or price bid payment.  Reinstatement payment must be paid before five o'clock P.M. on the last day other than a Saturday or legal holiday before the date of the sale.  The Purchaser at the sale, other than the beneficiary to the extent of his credit bid, shall pay the price no later than five o'clock P.M. of the following day, other than a Saturday or legal holiday.
Name and Address of Original Trustor:  IVAYLO T. DODEV, 23410 SOUTH 161ST WAY, GILBERT, AZ 85297
Name and Address of Current Trustee:  RECONTRUST COMPANY, N.A., 2380 Performance Dr, TX2-985-07-03 Richardson, TX  75082 FOR INFORMATION/SALE INFORMATION CALL:  (800) 281-8219

Name and Address of Current Beneficiary:  BANK OF NEW YORK, 400 National waySIMI VALLEY, CA 93065 PHONE: (800) 669-6650

RECONTRUST COMPANY, N.A. IS THE CURRENT TRUSTEE.  RECONTRUST COMPANY, N.A. QUALIFIES AS A TRUSTEE OF THE TRUST DEED UNDER ARIZONA REVISED STATUTES SECTION 33-803, SUBSECTION A. 5., BECAUSE IT IS A NATIONAL ASSOCIATION REGULATED BY THE OFFICE OF THE COMPTROLLER OF THE CURRENCY("OCC").

TS# 11-0075989
LEGAL DESCRIPTION

A PORTION OF LAND IN THE SOUTHWEST QUARTER OF SECTION 22, TOWNSHIP 2 SOUTH, RANGE 6 EAST, GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, DESCRIBED AS FOLLOWS;

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 22;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 1284.85 FEET;

THENCE NORTH 00 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 415.04 FEET;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 193.02 FEET TO THE POINT OF BEGINNING;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 367.57 FEET;

THENCE NORTH 00 DEGREES 03 MINUTES 42 SECONDS EAST, A DISTANCE OF 9.56 FEET;

THENCE NORTH 18 DEGREES 49 MINUTES 40 SECONDS EAST, A DISTANCE OF 266.94 FEET;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 279.44 FEET;

THENCE SOUTH 00 DEGREES 25 MINUTES 50 SECONDS EAST, A DISTANCE OF 262.23 FEET TO THE POINT OF BEGINNING.