**EXHIBIT "L"**

# FACSIMILE TRANSMITTAL SHEET

| TO: LEGAL | FROM: IVAYLO DODEV |
|---|---|

| COMPANY: BANK OF AMERICA, N.A., BANK OF NEW YORK, FIRST MAGNUS FINANCIAL CORPORATION, MERS RECONTRUST COMPANY, N.A. | DATE: AUGUST 30, 2011 |
|---|---|

| FAX NUMBERS: | PAGES: INCLUSIVE |
|---|---|

| PHONE NUMBERS: | SENDER'S REFERENCE NUMBER: LOAN # 6531180433 and 147338494 **MIN# 10003926531180433 and 1473384942** |
|---|---|

| RE: IVAYLO DODEV 6312 S. 161ˢᵗ Way, Gilbert, AZ 85298 | YOUR REFERENCE NUMBER: Letter of Rescission and Cancellation and Notice of Complaint and Demands |
|---|---|

To: BANK OF AMERICA, N.A., NO TRUSTEE ON DEED OF TRUST, FIRST MAGNUS FINANCIAL CORPORATION, MERS, BANK OF NEW YORK, RECONTRUST COMPANY, N.A. and others:

Today, August 30, 2011, I am filing a complaint with you, the Comptroller of the Currency and the Arizona Attorney General and the Arizona Department of Financial Institutions, the Arizona Secretary of State, the Maricopa County Attorney and Recorder among other investigative institutions. You denied my previous Complaints and ignored my demands. The Attorney General of Arizona has already responded with an investigation to similar complaints filed by others, and filed a Complaint against Bank of America based on fraud. My case is similar to the numerous cases which led to this ruling against Bank of America. Further, the Supreme Court of Massachusetts ruled against US Bank National Association for fraudulent assignments. Their complaint largely identifies the complaints I have with you. Again, I submit these demands and statements for your review and action.

There are many issues that I have discovered which I feel are illegal and/or incorrect, but I will only discuss a few. A few of my concerns in reference to my promissory note are:

    a) Unless an asset is transferred into a lifetime trust, the asset does not become trust property. Was there a legal transfer into this trust that claims to be the beneficiary of my note?

    b) The assignment of a mortgage without transfer of the underlying promissory note is a nullity. I understand that the Deed of Trust and promissory note were separated at the inception of the loan.

    c) A trustee's act that is contrary to the trust agreement is void. The new trustee has created documents that are incorrect and have been completed by Robo Signers. There was never a Trustee on my Deed of Trust, thus making my Deed of Trust and Note void.

    d) If my note was just assigned to this trust you say it is on the same day that you recorded the Substitution of Trustee and Notice of Trustee's Sale documents, where was it for the previous five years? Are you saying that it was in some other trust? On my Deed of Trust

recorded December 18, 2006, it says that First Magnus Financial Corporation is the lender and Mortgage Electronic Registration Systems, Inc. (MERS) is the beneficiary. Who is the trustee? Who is the real beneficiary? The assignment that was created by ReconTrust Company, N.A. by that Robo Signer shows Bank of New York is the beneficiary, when MERS shows it to be Bank of New York Mellon, N.A., a completely different entity, which makes the Notice of Trustee's Sale null and void. Which one is the real beneficiary?

e)   The only document that was purportedly recorded legally was the Deed of Trust showing that First Magnus Financial Corporation is the lender and MERS is the beneficiary, yet there was never a Trustee on this document, making it null and void. On this Deed of Trust, a legal three party contract, it is legally deficient because two of the three parties are missing. The Trustee and the Beneficiary are not legal entities to do any legal cause. How and when did that get changed? This only assignment that you created and recorded was fraudulent. This Assignment was created, signed, notarized and recorded on the same day and time as the Substitution of Trustee and Notice of Trustee's Sale documents. Obviously, this is a clear sign of the sloppiness of my loan and legal documentation, and the fraudulent activity within to cover it up. My Note was transferred into a trust at the inception of my loan, as recorded on the MERS Milestone on my Note referenced above.

f)   My Deed of Trust is missing two parties of a legal document, the Trustee and Beneficiary (MERS), who has no beneficial interest in my note, and due to Legal Cause, the only way to substitute a trustee in is with Legal Cause. You are creating illegal documents using my Deed of Trust above as a basis.

**IT IS HEREBY DEMANDED THAT YOU IMMEDIATELY VOID THE NOTICE OF TRUSTEE'S SALE, CEASE AND DESIST ALL TRUSTEE'S SALE ACTIVITIES AND WITHIN TWENTY DAYS, RELEASE OR CORRECT ALL FALSE DOCUMENTS YOU HAVE RECORDED OR CAUSED TO BE RECORDED IN CONNECTION WITH THE BELOW REFERENCED PROPERTY.**

You are hereby noticed that you have participated in a process that is statutorily and contractually out of compliance and VOID!

IT IS HEREBY DEMANDED THAT YOU CEASE AND DESIST and CANCEL the above referenced sale as noticed by the Notice of Trustee's Sale which you have recorded or caused to have recorded in the above referenced County of Maricopa, Arizona.

There are numerous violations of the Deed of Trust that you purport to be proceeding through as well as provisions of Arizona Statutory requirements relating to the exercise of the "power of sale" You have not met the presumptions of A.R.S. § 33-811 (B) and (C) of contractual and statutory compliance. Violations include noticing, recording, mailing, publishing and posting of notice of sale and the conduct of the sale as more fully described below. Since you proceeded with the Trustee's Sale your actions are considered an attempt to unlawfully convert title of real property though the filing of forged and/or groundless documents in a public office.

The Arizona Supreme Court has ruled that foreclosing parties must strictly comply with the statutory scheme of requirements applicable to the notice and conduct of a non-judicial Trustee's Sale. Further the court has ruled that any Trustee's Sale which is held without complying with such statutory requirements is VOID. The court has also ruled that a party availing himself of the contractual provisions providing for a sale and forfeiture must comply

strictly with all the requirements of the contract. You have not met the obligations of such compliance as further set-forth below.

Below are the items of non-compliance with the Arizona Trustee's Sale process found thus far.

## **Contractual Violations**

According to the Arizona Supreme Court if you wish to avail yourself of a contractual provision providing for forfeiture you are required to comply strictly with all of the requirements of the contract as indicated in the below cited rulings.

1. The Deed of Trust, Section 22, for the referenced property states, "Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument." The Lender, FIRST MAGNUS FINANCIAL CORPORATION, has never provided such a notice to the Borrower as is required by this contractual provision.

2. Further, the Deed of Trust, Section 22, paragraph 1, subsection (c) for the referenced property states the Lender is required to invoke the power of sale on "a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured." No party has provided a breach notice allowing the contractually required 30 day cure period prior to invoking a power of sale or other remedies permitted by Applicable Law. Therefore, this foundational basis upon which a power of sale may be exercised has not been met and any action by you to initiate a Notice of Trustee's Sale is void.

3. The Deed of Trust, Section 24 for the referenced property states "Lender may, … appoint a successor trustee to any Trustee appointed hereunder." You are in violation of the contractual provisions as the Lender, FIRST MAGNUS FINANCIAL CORPORATION, who is named in the Deed of Trust has never made an appointment of a "successor trustee" to the party so designated in the Notice of Trustee's Sale. Therefore, the Notice of Trustee's Sale is void as the cited Trustee has no authority to exercise a "power of sale" against the property.

4. The Deed of Trust, Section 15 states you must meet notice requirements which are "also required under Applicable Law." There are additional requirements under Applicable Law in Arizona. A.R.S. § 33-807.01 requires that you attempt to contact me with a 30 day written notice "to explore options to avoid foreclosure" prior to the recordation of a Notice of Trustee's Sale. No such Written Notice has been delivered to me in the required time period.

According to the Arizona Supreme Court you are required to strictly comply with all statutory notice requirements for Trustee's Sales as indicated in the statutes and cited rulings below.

## Statutory Civil Violations

5.  A.R.S. § 33-420 (A), states, "A person purporting to claim an interest in, or a lien or encumbrance against, real property, who causes a document asserting such claim to be recorded in the office of the county recorder, knowing or having reason to know that the document is forged, groundless, contains a material misstatement or false claim or is otherwise invalid is liable to the owner or beneficial title holder of the real property for the sum of not less than five thousand dollars, or for treble the actual damages caused by the recording, whichever is greater, and reasonable attorney fees and costs of the action." You have caused such documents to be recorded in the county recorder's office. Per document, you are liable for a minimum sum of five thousand dollars and you may be liable for treble damages as my home has gone to trustee's sale based upon forged or groundless recorded documents which may contain material misstatements, false claims or are otherwise invalid.

6.  A.R.S. § 33-420 (C), states "A person who is named in a document which purports to create an interest in, or a lien or encumbrance against, real property and who knows that the document is forged, groundless, contains a material misstatement or false claim or is otherwise invalid shall be liable to the owner or title holder for the sum of not less than one thousand dollars, or for treble actual damages, whichever is greater, and reasonable attorney fees and costs as provided in this section, if he willfully refuses to release or correct such document of record within twenty days from the date of a written request from the owner or beneficial title holder of the real property." Again, you are named in such documents and have the opportunity to take corrective actions. If you take no such action within the twenty days from this notice, you will be liable to me "for the sum of not less than one thousand dollars, or for treble actual damages, which ever is greater..."

## Deed of Trust Statutory Violations

7.  MERS (Mortgage Electronic Registration Systems, Inc.) is designated as the "Beneficiary" in the Deed of Trust. For MERS to be a "Beneficiary" is a factual impossibility. MERS states on its own homepage, www.MERSinc.org, "MERS is an innovative process that simplifies the way mortgage ownership and servicing rights are originated, sold and tracked." MERS is strictly a process with a database; it cannot meet the statutory definition (A.R.S. § 33-801) of a "Beneficiary." A process is merely a methodology and a database is a compilation of information and it cannot be a "Beneficiary" as it cannot receive payments nor can it ever hold title to an instrument pertaining to real property or the real property itself. The process elaborating how "mortgage ownership and servicing rights are originated, sold and tracked" does not create statutory status as a Beneficiary. The Beneficiary cited in the Notice of Trustee's Sale never received an authorization from an original Beneficiary as there never was a statutorily compliant Beneficiary in the Deed of Trust. Since there was never a

Beneficiary established in the <u>Deed of Trust</u>, the <u>Deed of Trust</u> is void and of no force and effect. The indicated Beneficiary has no authorization to initiate a "power of sale" against the property.

8. In the event the Borrower, or someone on behalf of the Borrower, were to satisfy all obligations the <u>Deed of Trust</u> seeks to secure; MERS would be unable to offer the satisfaction of obligation which is required under A.R.S. § 47-3602. This is further indication that MERS is indeed NOT the Beneficiary of anything and has no authority to act in that capacity.

9. Since MERS cannot meet the contractual or statutory threshold of a Beneficiary, the <u>Deed of Trust</u> also fails as there can be no trust without a valid Beneficiary.

10. Additionally, MERS published Announcement Bulletin 2011-01 on 2011-02-16 (See http://www.mersinc.org/files/filedownload.aspx?id=678&table=ProductFile) in which it expressly stated that "their Members" were "NOT to foreclose in MERS' name."

11. Revised Statutes §33-804(F), which states: "Resignation by a trustee is made by recordation of a notice of resignation in the office of the county recorder of each county in which the trust property or some part of the trust property is situated at the time of the resignation. Written notice shall be given through registered or certified mail, with postage prepaid, to the Trustor and the beneficiary." No such Resignation has ever been recorded in the applicable county recorder's office. Therefore, since there was no current trustee listed on this deed of trust, this document is null and void, and can not be the original trustee as designated in the <u>Deed of Trust</u>. Since the original trustee, NO TRUSTEE NAMED, is still the trustee of record and has never exercised the power of sale as provided for in the <u>Deed of Trust</u> the <u>Notice of Trustee's Sale</u> is void and of no force and effect.

### **Corporation Assignment of Deed of Trust Violations**

12. A.R.S. § 33-818 states that an "assignment of a beneficial interest under a trust deed… if acknowledged… shall from the time of being recorded … impart notice of the content." Additionally, A.R.S. § 33-412 (A) states, "All bargains, sales and other conveyances whatever of …, and deeds of trust and mortgages of whatever kind, shall be void as to creditors and subsequent purchasers for valuable consideration without notice, unless they are acknowledged and recorded in the office of the county recorder as required by law." You are in violation of the statutory notice requirements for Trustee's Sales as, prior to the recording of the <u>Notice of Trustee's Sale</u>, there was never made a recorded and acknowledged assignment of beneficial interest by an authentic and authorized party to Mortgage Electronic Registration who is designated as the beneficiary in the recorded <u>Notice of Trustee's Sale</u>. A.R.S. § 33-420 (C), states, "A document purporting to create an interest in, or a lien or encumbrance against, real property not authorized by statute, judgment or other specific legal authority is presumed to be groundless and invalid." There is no valid document recorded in this County prior to the filing of a <u>Notice of</u>

Trustee's Sale which conveys beneficial interest to Mortgage Electronic Registration. Therefore, the Notice of Trustee's Sale is void as the cited Beneficiary has no authorization to exercise a "power of sale" against the property.

13. For the foregoing reasons, the Notice of Trustee's Sale is void and of no force and effect as the cited Beneficiary has no authorization to exercise a "power of sale" against the property.

**Substitution of Trustee Violations**

14. A valid Substitution of Trustee has never been made by a beneficiary with authority to appoint a successor trustee pursuant to A.R.S. § 33-804 (B) which states, "The beneficiary may at any time remove a trustee for any reason or cause and appoint a successor trustee, and such appointment shall constitute a substitution of trustee." The phrase 'for cause' must mean some cause affecting or concerning the ability or fitness of the trustee to perform the duty imposed upon him. It does not mean an arbitrary will of the appointing power, for that might be the outgrowth of mere whim, caprice, prejudice, or passion, which would, in reality, be no cause at all. The recorded Substitution of Trustee also fails to meet the requirements of A.R.S. § 33-804 (D) in that no document has ever been acknowledged that substitutes or appoints a trustee by an authorized Beneficiary or its agent. A.R.S. § 33-420 (C), states, "A document purporting to create an interest in, or a lien or encumbrance against, real property not authorized by statute, judgment or other specific legal authority is presumed to be groundless and invalid." A valid Substitution of Trustee to RECONTRUST COMPANY has never been made in accord with any contractual provision, Arizona statute or court action. Therefore, the Notice of Trustee's Sale is void as the cited Trustee has never been authorized to exercise a "power of sale" against the property.

15. Since the recorded Substitution of Trustee upon which the trustee's sale process is based are groundless and invalid pursuant to A.R.S. § 33-420; the entire Trustee's Sale process is groundless, void and of no force and effect.

16. The Substitution of Trustee recorded on the same day as the Notice of Trustee's Sale is not dated. The fact that this document is not dated invalidates this document. Additionally, there is no way to assure that the Darius Alexander personally appeared in front of the notary Alexis west. This nullifies the notary performed by Alexis West. Perhaps this is why there is a subsequent Substitution of Trustee filed four days after the recording of the Notice of Trustee's Sale  This subsequent Substitution of Trustee is in-adequate in making an appointment of "ReconTrust Company" (see below) as the Trustee for purposes of exercising a power of sale. At the time of recording the Notice of Trustee's Sale, there was no TRUSTEE named on the Deed of Trust. But yet another problem surfaces in that there is no company registered in either a state or federal capacity named "ReconTrust Company." Clearly, the Substitutions of Trustee and all future-predicant documents are void and of no force and effect.

**Notice of Trustee's Sale Violations**

17. The Notice of Trustee's Sale states that the Beneficiary is "Bank of New York."  The Deed of Trust states that the Beneficiary is "Mortgage Electronic Registration Systems, Inc."  There is no entity named "Bank of New York".  The MERS Milestone shows the beneficiary to be the Bank of New York Mellon, N.A.  This incongruity in these two documents renders the Notice of Trustee's Sale void as the named Beneficiary does not even exist.  A non-existent entity could not exercise a power of sale against a Trustor. This oversight on the part of the Beneficiary and Trustee are forever causing a defect in the chain of title to the real property.

18. The address that you have listed on the Notice of Trustee's Sale is legally incorrect.  You show 23410 S. 161st Way, Gilbert, AZ 85297 as the address that is being foreclosed on. That is not the current legal address.  The legal address is 6312 S. 161st Way, Gilbert, AZ 85298.  There is no address or property registered at that location at all.  But that address is not participating in this Trustee's Sale process.  For this matter there is no valid Notice of Trustee's Sale recorded against the Trustor's property.

**Procedural Notice Violations**

19. A.R.S. § 33-809 (C), states "The trustee, within five business days after the recordation of a notice of sale, shall mail by certified or registered mail, with postage prepaid, a copy of the valid Notice of Trustee's Sale."   I was not mailed such a copy within the required five business days after the recording of the Notice of Trustee's Sale.

20. A.R.S. § 33-809 (C), states that the parties to the trust deed shall be mailed "a statement that a breach or nonperformance of the trust deed or the contract or contracts secured by the trust deed, or both, has occurred."   I was not mailed such a statement within the required five business days after the recording of the Notice of Trustee's Sale nor was one mailed with any required mailing of a copy of the recorded Notice of Trustee's Sale.

21. A.R.S. § 33-808 (A) (3), states that the property shall be posted with a copy of the Notice of Trustee's Sale.  No proof exists that the property has ever been posted with such a copy of the Notice of Trustee's Sale.

22. A.R.S. § 33-808 (A) (4), states that there shall be published a written notice of the Notice of Trustee's Sale.   No proof exists that such publishing took place in a "Newspaper of General Circulation" as required.

23. A.R.S. § 33-808 (A) (3), states that there shall be posted a written notice of the Notice of Trustee's Sale in a "Public place at the Superior Court in the County."  No proof exists that such posting ever took place in this county's Superior Court as required.

**Notice of Trustee's Sale Violations**

24. The <u>Notice of Trustee's Sale</u> is built upon a trail of false and forged documents.  Such a sale is not within the confines of the Arizona Statutes or the <u>Deed of Trust</u>.  The sale will be exercised under a power of sale for a "non-entity" beneficiary by a "non-entity" trustee.  The chain of custody and the chain of title of both the Trustee and the Beneficiary leading to the Notice of Trustee's Sale are severely defective.  "Bank of New York" (a non-entity) attempted to appoint "ReconTrust Company, N.A." to conduct an illegal sale that resulted in the property being granted to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE TRUST that it purportedly is in.  This sale is void and of no force and effect.

**Statutory Criminal Violations**

25. A.R.S. § 39-161, states, "A person who acknowledges, certifies, notarizes, procures or offers to be filed, registered or recorded in a public office in this state an instrument he knows to be false or forged, which, if genuine, could be filed, registered or recorded under any law of this state or the United States, or in compliance with established procedure is guilty of a class 6 felony."  You are fully aware and herein redundantly noticed that the documents you have recorded or caused to have recorded with this county's recorder's office are false or forged.  Your past and continued efforts to knowingly record false or forged documents are deemed by statute to be criminal in nature and subject to damages and other remedies as may be deemed appropriate by a court of law.

26. As demonstrated above, known criminal activity has taken place by you in proffering instruments for recordation in public offices within the state of Arizona.  Your documents are false and forged and therefore any <u>Notice of Trustee's Sale</u> which is predicated on those documents is void and of no force and effect.

**Supporting Arizona Supreme Court Cases**

*Patton v. First Federal Savings And Loan Association of Phoenix*, 118 Ariz. 473, 578 P.2d 152, 153 (1978) (holding, "If a trustee's sale, conducted pursuant to a deed of trust, is held without complying with statutory notice requirements, such a sale would be VOID, for statutes set forth only procedure for a valid trustee's sale.  A.R.S. § 33-801 et seq.")

*Schaeffer v. Chapman*, 176 Ariz. 326, 861 P.2d 611 (1993) (holding, "We repeatedly have held that contracts will be strictly construed to avoid forfeitures" and "30-day notice period in deed of trust was separate from 90-day period set forth by statute and lenders' failure to give total of 120-day notice prior to sale was breach of deed of trust.")

*Glad Tidings Church of America v. Hinkley*, 71 Ariz. 306, 226 P.2d 1016 (holding, "the law does not favor forfeitures and if a party would avail himself of a contractual provision providing for such a forfeiture, he must comply strictly with all the requirements of the contract.")

### **Federal Violations**

You are additionally noticed that there are violations of Federal Statutes including but not limited to the following.

27. According to the United States Postal Inspection Service Mail Fraud includes any scheme that attempts to unlawfully obtain money or valuables in which the postal system is used at any point in the commission of a criminal offense. There are two elements to mail fraud: (1) a scheme or artifice to defraud; and (2) a mailing to carry out the scheme. Pursuant to U.S.C.A 18 § 1341 you are participating in a scheme or artifice to defraud me of – title and possession of my real property. You have used the United States Postal Service in an attempt to unlawfully obtain money or valuables from me. You are attempting to divest me of my property. For the reasons cited above, the false documents you have devised and mailed in an intentional scheme to obtain property from me subject you to 18 U.S.C.A § 1341 which states as follows:

> Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.

28. Wire fraud, in the United States Code, is any criminally fraudulent activity that has been determined to have involved electronic communications of any kind, at any phase of the event. To commit wire fraud, one must (1) devise, or intend to devise, a scheme or artifice to defraud another person on the basis of a material representation, and (2) do it with the intent to defraud, and (3) do it through the use of interstate wire facilities (i.e. telecommunications of any kind). Pursuant to U.S.C.A 18 § 1343 you are participating in a scheme or artifice to defraud me of – title and possession of my real property. You

have used transmitted or caused to be transmitted material in an attempt to unlawfully obtain money or valuables from me. You are attempting to divest me of my property. For the reasons cited above, the false documents you have devised and wired in an intentional scheme to obtain property from me subject you to 18 U.S.C.A § 1343 which states as follows:

> Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

29. Pursuant to the Fair Debt Collections Practices Act 15 U.S.C.A. § 1692 et. seq., you are making "false, deceptive and misleading representations" in the collection of the alleged debt as there is not named in the recorded Notice of Trustee's Sale a valid Beneficiary or Trustee. You are not "vouched" as a Debt Collector entitled to pursue the collection of the alleged debt. You are threatening to "take an action that you cannot legally take." You are also representing that your insufficient documents are "legal process." You are using a "business or company name other than the true name of the debt collector's business or company."

30. Since you are communicating personal credit information you know to be false you are further in violation of the Fair Credit Reporting Act pursuant to 15 U.S.C.A § 1681 et. seq. Therefore, it is further demanded that you cease your erroneous reporting and expunge from my Credit Report any derogatory information you may have communicated to any and all Credit Reporting Agencies.

## Demand

IT IS HEREBY DEMANDED THAT YOU IMMEDIATELY VOID THE NOTICE OF TRUSTEE'S SALE, CEASE AND DESIST ALL TRUSTEE'S SALE ACTIVITIES AND WITHIN TWENTY DAYS, RELEASE OR CORRECT ALL FALSE DOCUMENTS YOU HAVE RECORDED OR CAUSED TO BE RECORDED IN CONNECTION WITH THE ABOVE REFERENCED PROPERTY.

A.R.S. § 808 (F), states, "The notice of trustee sale may not be rerecorded for any reason." Therefore, you are hereby demanded to file with this county's Recorder's Office a CANCELLATION OF NOTICE OF TRUSTEE'S SALE on the referenced Notice of Trustee's Sale immediately. You are also demanded to deliver to me a fully executed copy of the same document to me at the referenced property address.

There has been no notice of my right to file a lawsuit against you as per my rights. On January 07, 2011, the Massachusetts Supreme Court ruled against US Bank in the Ibanez Case, in a foreclosure-related case where these banks were foreclosing on a property where they had no right or authorization to do so. They did not have possession of the Deed of Trust, Promissory Note, or Title to properties they had bought at foreclosure sales, and the court stated that the banks failed to show they held the underlying mortgages at the time of foreclosure. As a result of a failure to hold these mortgages, these banks failed to show they acquired title to the properties. This is similar to my case. The legal citation on that case that applies here is U.S. Bank National Association v. Ibanez, 458 Mass. 637, 2011 WL 38071 (January 07, 2011). There are five other cases that I would cite also: In Re: Zitta, US Bankruptcy Court D. Arizona; US BK Court D. New Jersey, Kemp vs. ; US BK Court D. Eastern New York, In re: Agard; Bank of New York vs. Raftogianis, Superior Court of New Jersey; Arizona SB 1259, Proof of Ownership and Title.

Some of the complaints I have with you and the above entities is the Wrongful Lien and False Claim of my loan documentation, including my recorded documents on my property.  Also included in this complaint is the Fraudulent handling and activity with my Note, as shown in the Uniform Commercial Code (UCC) Article 3-203 through 3-207; and UCC 3-301 through 3-308; and UCC 3-104 (a) through (d).  To be specific, the Assignment on my Deed of Trust and Note was created by a Robo Signer on the same day and time, signed by his Robo Signer Notary and recorded on the same day August 24, 2011 to an unknown entity, Bank of New York.

This Assignment was fraudulently created, signed and notarized.  The signor, signed it as an Assistant Secretary to Mortgage Electronic Registration Systems, Inc. (MERS), when he has never worked for MERS.  He forged his name as an employee of MERS, when he never was. Then, his notary attested to the fact that he was an Assistant Secretary to MERS.  When, in fact, both worked for Bank of America, N.A. or ReconTrust Company, N.A., who they were attempting to sign the Assignment over to.  This is such blatant FRAUD and a conspiracy to cover the illegal handling of my Note and Deed of Trust.  My note was separated at the inception of my loan, thus causing my Deed of Trust to be null and void.  Of this three party contract, my Deed of Trust, two of the three parties are non-existent or not qualified to be in that position.

With an unknown trust or certificate as beneficiary for the trust that holds my Promissory Note and Deed of Trust, I have no specific address for the legal holder of my note to contact. There was no assignment of my Promissory Note and Deed of Trust to BANK OF NEW YORK or BANK OF AMERICA, N.A. from the inception of my loan, as recorded on the Mortgage Electronic Registration Systems (MERS). The last three documents that were recorded on my Deed of Trust and property were the Assignment, Substitution of Trustee and Notice of Trustee's Sale.  All of them signed by a Robo-Signer, and all of the documents Fraudulent, signed without authority.  This fraudulent and sloppy documentation and recording is part of what has caused all of this documentation to be fraudulent, thus making it null and void.

Because of this fraudulent Assignment, it caused several other legal documents to be recorded into public records, which were also fraudulent.  These other documents, the Substitution of Trustee and the Notice of Trustee's Sale Documents, were filed and recorded fraudulently. There was no legal authorization to create or record the Substitution of Trustee document. This Substitution of Trustee document was fraudulently created, signed, notarized and recorded.  The

signature on this document is also forged, as it is not the same as other documents by Robo Signer. This signature is very different from the various other recorded documents by him.

Another issue with the fraudulent activity on my Note and Deed of Trust is: Is this a sloppy attempt to cover up the Fraud created on the Deed of Trust? Not only is the Deed of Trust and subsequent Assignment Fraudulent, it proves the Fraud, Forgery, and Perjury of the signors of this document recorded on August 24, 2011. This will be forwarded to the investigative agencies for their review on Bank of America, N.A., ReconTrust Company, N.A., and Bank of New York Mellon, N.A. This is more acts of blatant Fraud, among other crimes, committed against me and on my loan documentation.

With these fraudulent Assignments and Substitution of Trustee Documents recorded, it gave ReconTrust Company, N.A. the ability to create and file the Notice of Trustee's Sale document to foreclose on my home. It is obvious that they created the above documents, ever so sloppily and illegally, so that they could create this Notice of Trustee's Sale (NOT). Both notaries on these two documents, the Assignment and the Substitution of Trustee, committed fraud, forgery and perjury on these documents. All three people on these two documents work for ReconTrust Company, N.A., the purported and self appointed trustee to my Deed of Trust and Promissory Note. ReconTrust Company, N.A. did not have any right or legal authority on my Note or Deed of Trust. It is evident that these documents were fraudulently created solely for the purpose of foreclosing on my home. **On this NOT, it states that ReconTrust Company, N.A. is the beneficiary, which the Assignments show that they are not. Also, on my Deed of Trust, MERS is the beneficiary, not ReconTrust Company, N.A. This makes the Note and the NOT null and void. The three signors of these recorded documents and the notaries should be investigated for their fraud, forgery and perjury of legal documents on my property. All three are employees of the purported trustee, ReconTrust Company, N.A. These illegal acts will be forwarded to the proper agencies for their investigation. The recorded NOT on my property is fraudulent, null and void.**

The only person or company that could have assigned any of these documents was the beneficiary, MERS, if done so when the document or note was actually assigned. Not now, where the assignment is either nonexistent, or fabricated in order for the foreclosing trustee to get legal right to foreclose on my property. A copy of these facts will be forwarded to the Arizona State Bar Association for further investigation on ReconTrust Company, N.A.

Neither RECONTRUST COMPANY, N.A., BANK OF AMERICA, N.A., MERS nor BANK OF NEW YORK has any authority to file any documents or give any notice on my mortgage or Promissory Note. There should have been an assignment done when the note was actually transferred on DECEMBER 18, 2006, as is stated on the MERS Milestone with the above MIN # on my property. There is no filing of proof of claim. This causes an FDIC claim, and consequently, will be forwarded to the FDIC as well. This also causes a Title Claim, and will be forwarded to the Title Company for a claim on the Title Insurance.

Along with the previously submitted Notices and Demands, further investigation has proven that on **DECEMBER 18, 2006**, I acquired my Deed of Trust and Promissory Note where FIRST MAGNUS FINANCIAL CORPORATION is my lender and MERS is my Beneficiary, and there is NO TRUSTEE LISTED ON MY DEED OF TRUST. Nowhere does it show any transfer to BANK OF AMERICA, N.A. or BANK OF NEW YORK from FIRST MAGNUS FINANCIAL CORPORATION. There is no Assignment of my Promissory Note or Deed of Trust from First

Magnus Financial Corporation or MERS to the Trust or Certificate where it is being held and traded now, as still reported on the MERS Milestone, even though it has been through foreclosure. It legally should have been done at the inception of my loan in 2006, not now when Bank of America, N.A. and ReconTrust Company, N.A. is attempting to foreclose on my home. Nowhere is it documented that BANK OF AMERICA, N.A. or ReconTrust Company, N.A. has any authority to sign on behalf of Bank of New York, First Magnus Financial Corporation, MERS or the unknown or Listed TRUSTEE ON MY DEED OF TRUST.

The note is being traded in an unknown trust that Bank of New York is the trustee of. I have demanded to see the earnings of my note in this trust, and where the profit and loss statements are for my review. I also have demanded to see and verify the documents confirming the taxes paid to the Internal Revenue Service on these earnings on my note and the fees paid to the Securities and Exchange Commission. I also demand to know the investors of the trust where my note is being traded, along with all of their contact information.

There is no documentation that shows the current holder of my Promissory Note has any right to hold or be in possession of my note. I demand to know who the holder of my note is and where it is. Since there have been no legal assignments on my Promissory Note, I am assuming that it is being held and traded illegally, and I demand that my Deed of Trust be reconveyed back to me. The actual assignment of my Promissory Note should have been done when the Promissory Note and Deed of Trust was assigned and transferred to this unknown trust over five (5) YEARS ago. Therefore, unless proven otherwise, and a current copy of the Promissory Note dated **DECEMBER 18, 2006** is provided with the Allonge and all current transfers, assignments, endorsements and stamps, the note is considered null and void. You have transacted my Promissory Note and Deed of Trust incorrectly and possibly illegally by separating the two and causing illegal and fraudulent assignments, again causing an FDIC and Title claim with the Lender and Title Company because of the Defect of Title. At this point, the title cannot be transferred. There is no disclosure, and the title is not proper or judicially correct. It is unknown at this time where my Promissory Note is being held, and traded. Further investigation will retrieve the milestones at MERS and the SEC for verification. I demand a copy of these documents showing the Milestones of my Promissory Note.

There was no transfer or assignment of my Promissory Note or Deed of Trust to give any of these companies or people the authorization to take any legal action or foreclose on my property. I actually accepted and signed my paperwork, including the Deed of Trust and Promissory Note on DECEMBER 18, 2006, as notarized and recorded. It appears that my note was illegally assigned and securitized prior to me endorsing or authorizing this note. I was induced to sign this document, because it had already been sold prior to me doing the deal, or authorizing my credit to be used, thus committing an illegal act against me. My note was assigned to a trust on DECEMBER 18, 2006, thus starting the securitization of my Promissory Note. I have demanded all documents on this note and loan documents, to include the MERS Milestones, to see what Trust or Certificate the Promissory Note is being traded, bought and sold. This is creating an obvious FDIC claim, and an impossibility for any title company to give clean and clear title to my property, without knowing who owns the Promissory Note and Deed of Trust, or chain of title. There is no evidence that any taxes have been paid on my note or earning made for the past three (3) years. How many felonies have been committed with my note, against my wishes?

Another big issues is:  **WHY IS MY NOTE STILL BEING TRADED** in this Trust and in the MERS System **AFTER THE TRUST STOPPED OPERATING AND IS NO LONGER IN EXISTENCE?**  IT IS EVIDENT IN THE MERS MILESTONE AND THE MERS DOC.  This is Fraud with the SEC and also Bank Fraud.  Under the UCC Article 3 and UCC Article 8, you can not do that.  Also, once the Note was transferred to this Trust and converted to a Financial Instrument, no one can take it back out of the trust and convert it to Promissory Note again and take legal action against it, to include foreclosure.  So, the foreclosure action that is being taken to sell my property on November 28, 2011 will be done so illegally, and without legal merit. The entire foreclosure action is thereby null and void.

You incorrectly transferred my loan to BANK OF AMERICA, N.A. and my Promissory Note to BANK OF NEW YORK showing that my loan was securitized, as the Note and Deed of Trust were separated and securitized. On further investigation, the Promissory Note is in a trust. BANK OF AMERICA, N.A. is the Master Servicer. Neither Bank of New York nor BANK OF AMERICA, N.A. is the beneficiary, as stated on the Deed of Trust. The Investors in the Trust that holds my Promissory Note above are the beneficiaries. Neither ReconTrust Company, N.A., Bank of New York nor BANK OF AMERICA, N.A. has the right to order any legal action against me or my home. The Note and Deed of Trust dated above were separated at the inception of the loan as indicated. Again, the note is considered null and void.  You have committed felonies against me by illegally using my promissory note for your financial gain.

I demand that you reconvey my Deed of Trust back to me, or issue a Quit Claim Deed back to me on my property. I demand a copy of the agreement between the Servicer and Trustee on this property. I also demand a copy of the Pooling and Servicing Agreement and the agreement between the Certificated Holders on the Trust and the Trust. I also demand a copy of the Prospectus Supplement and Prospectus Dated for the above listed Trust, where my Promissory Note is being. Attached to this fax cover page is the Notice and findings of my Expert Bank Witness and Private Investigator, one of who found the Promissory Note, and the documentation mentioned above where there was an incorrect and possibly fraudulent transfer and no assignment of Deed of Trust. I also demand a copy of the following documents:

1) The 2046 balance sheet as it relates to the original "loan" which is a mandatory filing pursuant to Title 12 U.S.C. 248 & 347
2) The 1099 OID (Original Issued Document)
3) The S3 A registration statement
4) The 424 B-5 prospectus
5) The RC S & RC B call schedules.
6) The FAS 125, 133, 140, 5, and 95. [FASB (Financial Accounting Standards Board) part of GAAP (Generally Accepted Accounting Standards)]

I also demand that you provide me with a copy of all documents that I am entitled to from the inception of my loan to today's date. I also demand the Note, a Milestone indicating all transactions with my note and MERS Milestones on this note. Please only contact me via mail at the above address. Do not contact me via telephone. Do not report any negative activity on my loan or note with any of the Credit Bureaus.  I demand all of the above under the Frank-Dodd Act.  Thank you very much for your time.

IVAYLO DODEV        LOAN # 6531180433 and 147338494

Page 14 of 75

<u>**WHEN RECORDED, MAIL TO**</u>:                    SENT VIA CERTIFIED MAIL
IVAYLO DODEV
6312 S. 161st Way
GILBERT, AZ  85298

AUGUST 30, 2011

**BANK OF AMERICA, N.A.**                  **Bank of New York Mellon, N.A.**
400 National Way                           101 Barclay St. 4W
Simi Valley, CA  93065                     New York, NY 10286

**RECONTRUST COMPANY, N.A.**              **MERS**
2380 Performance Dr. TX2-985-07-03         1818 Library Street, suite 300
Richardson, TX  75082                      Reston, VA  20190

**FIRST MAGNUS FINANCIAL CORPORATION**    **BANK OF NEW YORK**
603 N. Wilmot Rd                           400 National Way
Tucson, AZ  85711                          Simi Valley, CA  93065

RE: Account No.: LOAN # 6531180433 and 147338494
IVAYLO DODEV, 6312 S. 161st Way, Gilbert, AZ  85298

ATTN: LEGAL

## <u>NOTICE OF COMPLAINT</u>

To: BANK OF AMERICA, N.A., NO TRUSTEE ON DEED OF TRUST, FIRST MAGNUS
FINANCIAL CORPORATION, MERS, BANK OF NEW YORK, RECONTRUST
COMPANY, N.A. and others:

Today, August 30, 2011, I am filing a complaint with you, the Comptroller of the Currency and
the Arizona Attorney General and the Arizona Department of Financial Institutions, the Arizona
Secretary of State, the Maricopa County Attorney and Recorder among other investigative
institutions. You denied my previous Complaints and ignored my demands. The Attorney
General of Arizona has already responded with an investigation to similar complaints filed by
others, and filed a Complaint against Bank of America based on fraud. My case is similar to the
numerous cases which led to this ruling against Bank of America. Further, the Supreme Court of
Massachusetts ruled against US Bank National Association for fraudulent assignments. Their
complaint largely identifies the complaints I have with you. Again, I submit these demands and
statements for your review and action.

There are many issues that I have discovered which I feel are illegal and/or incorrect, but I will
only discuss a few. A few of my concerns in reference to my promissory note are:
   a) Unless an asset is transferred into a lifetime trust, the asset does not become trust
      property. Was there a legal transfer into this trust that claims to be the beneficiary of my
      note?
   b) The assignment of a mortgage without transfer of the underlying promissory note is a
      nullity. I understand that the Deed of Trust and promissory note were separated at the
      inception of the loan.

c) A trustee's act that is contrary to the trust agreement is void. The new trustee has created documents that are incorrect and have been completed by Robo Signers. There was never a Trustee on my Deed of Trust, thus making my Deed of Trust and Note void.

d) If my note was just assigned to this trust you say it is on the same day that you recorded the Substitution of Trustee and Notice of Trustee's Sale documents, where was it for the previous five years? Are you saying that it was in some other trust? On my Deed of Trust recorded December 18, 2006, it says that First Magnus Financial Corporation is the lender and Mortgage Electronic Registration Systems, Inc. (MERS) is the beneficiary. Who is the trustee? Who is the real beneficiary? The assignment that was created by ReconTrust Company, N.A. by that Robo Signer shows Bank of New York is the beneficiary, when MERS shows it to be Bank of New York Mellon, N.A., a completely different entity, which makes the Notice of Trustee's Sale null and void. Which one is the real beneficiary?

e) The only document that was purportedly recorded legally was the Deed of Trust showing that First Magnus Financial Corporation is the lender and MERS is the beneficiary, yet there was never a Trustee on this document, making it null and void. On this Deed of Trust, a legal three party contract, it is legally deficient because two of the three parties are missing. The Trustee and the Beneficiary are not legal entities to do any legal cause. How and when did that get changed? This only assignment that you created and recorded was fraudulent. This Assignment was created, signed, notarized and recorded on the same day and time as the Substitution of Trustee and Notice of Trustee's Sale documents. Obviously, this is a clear sign of the sloppiness of my loan and legal documentation, and the fraudulent activity within to cover it up. My Note was transferred into a trust at the inception of my loan, as recorded on the MERS Milestone on my Note referenced above.

f) My Deed of Trust is missing two parties of a legal document, the Trustee and Beneficiary (MERS), who has no beneficial interest in my note, and due to Legal Cause, the only way to substitute a trustee in is with Legal Cause. You are creating illegal documents using my Deed of Trust above as a basis.

**IT IS HEREBY DEMANDED THAT YOU IMMEDIATELY VOID THE <u>NOTICE OF TRUSTEE'S SALE</u>, CEASE AND DESIST ALL TRUSTEE'S SALE ACTIVITIES AND WITHIN TWENTY DAYS, RELEASE OR CORRECT ALL FALSE DOCUMENTS YOU HAVE RECORDED OR CAUSED TO BE RECORDED IN CONNECTION WITH THE BELOW REFERENCED PROPERTY.**

You are hereby noticed that you have participated in a process that is statutorily and contractually out of compliance and VOID!

IT IS HEREBY DEMANDED THAT YOU CEASE AND DESIST and CANCEL the above referenced sale as noticed by the <u>Notice of Trustee's Sale</u> which you have recorded or caused to have recorded in the above referenced County of Maricopa, Arizona.

There are numerous violations of the <u>Deed of Trust</u> that you purport to be proceeding through as well as provisions of Arizona Statutory requirements relating to the exercise of the "power of sale" You have not met the presumptions of A.R.S. § 33-811 (B) and (C) of contractual and statutory compliance. Violations include noticing, recording, mailing, publishing and posting of notice of sale and the conduct of the sale as more fully described below. Since you proceeded with the Trustee's Sale your actions are considered an attempt to unlawfully convert title of real property though the filing of forged and/or groundless documents in a public office.

The Arizona Supreme Court has ruled that foreclosing parties must strictly comply with the statutory scheme of requirements applicable to the notice and conduct of a non-judicial Trustee's Sale. Further the court has ruled that any Trustee's Sale which is held without complying with such statutory requirements is VOID. The court has also ruled that a party availing himself of the contractual provisions providing for a sale and forfeiture must comply strictly with all the requirements of the contract. You have not met the obligations of such compliance as further set-forth below.

Below are the items of non-compliance with the Arizona Trustee's Sale process found thus far.

### Contractual Violations

According to the Arizona Supreme Court if you wish to avail yourself of a contractual provision providing for forfeiture you are required to comply strictly with all of the requirements of the contract as indicated in the below cited rulings.

1. The <u>Deed of Trust</u>, Section 22, for the referenced property states, "Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument." The Lender, FIRST MAGNUS FINANCIAL CORPORATION, has never provided such a notice to the Borrower as is required by this contractual provision.

2. Further, the <u>Deed of Trust</u>, Section 22, paragraph 1, subsection (c) for the referenced property states the Lender is required to invoke the power of sale on "a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured." No party has provided a breach notice allowing the contractually required 30 day cure period prior to invoking a power of sale or other remedies permitted by Applicable Law. Therefore, this foundational basis upon which a power of sale may be exercised has not been met and any action by you to initiate a <u>Notice of Trustee's Sale</u> is void.

3. The <u>Deed of Trust</u>, Section 24 for the referenced property states "Lender may, ... appoint a successor trustee to any Trustee appointed hereunder." You are in violation of the contractual provisions as the Lender, FIRST MAGNUS FINANCIAL CORPORATION, who is named in the <u>Deed of Trust</u> has never made an appointment of a "successor trustee" to the party so designated in the <u>Notice of Trustee's Sale</u>. Therefore, the <u>Notice of Trustee's Sale</u> is void as the cited Trustee has no authority to exercise a "power of sale" against the property.

4. The <u>Deed of Trust</u>, Section 15 states you must meet notice requirements which are "also required under Applicable Law." There are additional requirements under Applicable Law in Arizona. A.R.S. § 33-807.01 requires that you attempt to contact me with a 30 day written notice "to explore options to avoid foreclosure" prior to the recordation of a

<u>Notice of Trustee's Sale.</u>  No such Written Notice has been delivered to me in the required time period.

According to the Arizona Supreme Court you are required to strictly comply with all statutory notice requirements for Trustee's Sales as indicated in the statutes and cited rulings below.

## <u>Statutory Civil Violations</u>

5. A.R.S. § 33-420 (A), states, "A person purporting to claim an interest in, or a lien or encumbrance against, real property, who causes a document asserting such claim to be recorded in the office of the county recorder, knowing or having reason to know that the document is forged, groundless, contains a material misstatement or false claim or is otherwise invalid is liable to the owner or beneficial title holder of the real property for the sum of not less than five thousand dollars, or for treble the actual damages caused by the recording, whichever is greater, and reasonable attorney fees and costs of the action." You have caused such documents to be recorded in the county recorder's office.  Per document, you are liable for a minimum sum of five thousand dollars and you may be liable for treble damages as my home has gone to trustee's sale based upon forged or groundless recorded documents which may contain material misstatements, false claims or is otherwise invalid.

6. A.R.S. § 33-420 (C), states  "A person who is named in a document which purports to create an interest in, or a lien or encumbrance against, real property and who knows that the document is forged, groundless, contains a material misstatement or false claim or is otherwise invalid shall be liable to the owner or title holder for the sum of not less than one thousand dollars, or for treble actual damages, whichever is greater, and reasonable attorney fees and costs as provided in this section, if he willfully refuses to release or correct such document of record within twenty days from the date of a written request from the owner or beneficial title holder of the real property."  Again, you are named in such documents and have the opportunity to take corrective actions.  If you take no such action within the twenty days from this notice, you will be liable to me "for the sum of not less than one thousand dollars, or for treble actual damages, which ever is greater…"

## <u>Deed of Trust Statutory Violations</u>

7. MERS (Mortgage Electronic Registration Systems, Inc.) is designated as the "Beneficiary" in the <u>Deed of Trust</u>.  For MERS to be a "Beneficiary" is a factual impossibility.  MERS states on its own homepage, www.MERSinc.org, "MERS is an innovative process that simplifies the way mortgage ownership and servicing rights are originated, sold and tracked."  MERS is strictly a process with a database; it cannot meet the statutory definition (A.R.S. § 33-801) of a "Beneficiary."  A process is merely a methodology and a database is a compilation of information and it cannot be a

"Beneficiary" as it cannot receive payments nor can it ever hold title to an instrument pertaining to real property or the real property itself. The process elaborating how "mortgage ownership and servicing rights are originated, sold and tracked" does not create statutory status as a Beneficiary. The Beneficiary cited in the <u>Notice of Trustee's Sale</u> never received an authorization from an original Beneficiary as there never was a statutorily compliant Beneficiary in the <u>Deed of Trust</u>. Since there was never a Beneficiary established in the <u>Deed of Trust</u>, the <u>Deed of Trust</u> is void and of no force and effect. The indicated Beneficiary has no authorization to initiate a "power of sale" against the property.

8.  In the event the Borrower, or someone on behalf of the Borrower, were to satisfy all obligations the <u>Deed of Trust</u> seeks to secure; MERS would be unable to offer the satisfaction of obligation which is required under A.R.S. § 47-3602. This is further indication that MERS is indeed NOT the Beneficiary of anything and has no authority to act in that capacity.

9.  Since MERS cannot meet the contractual or statutory threshold of a Beneficiary, the <u>Deed of Trust</u> also fails as there can be no trust without a valid Beneficiary.

10. Additionally, MERS published Announcement Bulletin 2011-01 on 2011-02-16 (See http://www.mersinc.org/files/filedownload.aspx?id=678&table=ProductFile) in which it expressly stated that "their Members" were "NOT to foreclose in MERS' name."

11. Revised Statutes §33-804(F), which states: "Resignation by a trustee is made by recordation of a notice of resignation in the office of the county recorder of each county in which the trust property or some part of the trust property is situated at the time of the resignation. Written notice shall be given through registered or certified mail, with postage prepaid, to the Trustor and the beneficiary." No such Resignation has ever been recorded in the applicable county recorder's office. Therefore, since there was no current trustee listed on this deed of trust, this document is null and void, and can not be the original trustee as designated in the <u>Deed of Trust</u>. Since the original trustee, NO TRUSTEE NAMED, is still the trustee of record and has never exercised the power of sale as provided for in the <u>Deed of Trust</u> the <u>Notice of Trustee's Sale</u> is void and of no force and effect.

## Corporation Assignment of Deed of Trust Violations

12. A.R.S. § 33-818 states that an "assignment of a beneficial interest under a trust deed… if acknowledged… shall from the time of being recorded … impart notice of the content." Additionally, A.R.S. § 33-412 (A) states, "All bargains, sales and other conveyances whatever of …, and deeds of trust and mortgages of whatever kind, shall be void as to creditors and subsequent purchasers for valuable consideration without notice, unless they are acknowledged and recorded in the office of the county recorder as required by law." You are in violation of the statutory notice requirements for Trustee's Sales as, prior to the recording of the <u>Notice of Trustee's Sale</u>, there was never made a recorded

and acknowledged assignment of beneficial interest by an authentic and authorized party to Mortgage Electronic Registration who is designated as the beneficiary in the recorded Notice of Trustee's Sale. A.R.S. § 33-420 (C), states, "A document purporting to create an interest in, or a lien or encumbrance against, real property not authorized by statute, judgment or other specific legal authority is presumed to be groundless and invalid." There is no valid document recorded in this County prior to the filing of a Notice of Trustee's Sale which conveys beneficial interest to Mortgage Electronic Registration. Therefore, the Notice of Trustee's Sale is void as the cited Beneficiary has no authorization to exercise a "power of sale" against the property.

13. For the foregoing reasons, the Notice of Trustee's Sale is void and of no force and effect as the cited Beneficiary has no authorization to exercise a "power of sale" against the property.

## Substitution of Trustee Violations

14. A valid Substitution of Trustee has never been made by a beneficiary with authority to appoint a successor trustee pursuant to A.R.S. § 33-804 (B) which states, "The beneficiary may at any time remove a trustee for any reason or cause and appoint a successor trustee, and such appointment shall constitute a substitution of trustee." The phrase 'for cause' must mean some cause affecting or concerning the ability or fitness of the trustee to perform the duty imposed upon him. It does not mean an arbitrary will of the appointing power, for that might be the outgrowth of mere whim, caprice, prejudice, or passion, which would, in reality, be no cause at all. The recorded Substitution of Trustee also fails to meet the requirements of A.R.S. § 33-804 (D) in that no document has ever been acknowledged that substitutes or appoints a trustee by an authorized Beneficiary or its agent. A.R.S. § 33-420 (C), states, "A document purporting to create an interest in, or a lien or encumbrance against, real property not authorized by statute, judgment or other specific legal authority is presumed to be groundless and invalid." A valid Substitution of Trustee to RECONTRUST COMPANY has never been made in accord with any contractual provision, Arizona statute or court action. Therefore, the Notice of Trustee's Sale is void as the cited Trustee has never been authorized to exercise a "power of sale" against the property.

15. Since the recorded Substitution of Trustee upon which the trustee's sale process is based are groundless and invalid pursuant to A.R.S. § 33-420; the entire Trustee's Sale process is groundless, void and of no force and effect.

16. The Substitution of Trustee recorded on the same day as the Notice of Trustee's Sale is not dated. The fact that this document is not dated invalidates this document. Additionally, there is no way to assure that the Darius Alexander personally appeared in front of the notary Alexis west. This nullifies the notary performed by Alexis West. Perhaps this is why there is a subsequent Substitution of Trustee filed four days after the recording of the Notice of Trustee's Sale This subsequent Substitution of Trustee is in-adequate in making an appointment of "ReconTrust Company" (see below) as the

Trustee for purposes of exercising a power of sale.  At the time of recording the <u>Notice of Trustee's Sale</u>, there was no TRUSTEE named on the <u>Deed of Trust</u>.  But yet another problem surfaces in that there is no company registered in either a state or federal capacity named "ReconTrust Company."  Clearly, the <u>Substitutions of Trustee</u> and all future-predicant documents are void and of no force and effect.

## Notice of Trustee's Sale Violations

17. The <u>Notice of Trustee's Sale</u> states that the Beneficiary is "Bank of New York."  The <u>Deed of Trust</u> states that the Beneficiary is "Mortgage Electronic Registration Systems, Inc."  There is no entity named "Bank of New York".  The MERS Milestone shows the beneficiary to be the Bank of New York Mellon, N.A.  This incongruity in these two documents renders the <u>Notice of Trustee's Sale</u> void as the named Beneficiary does not even exist.  A non-existent entity could not exercise a power of sale against a Trustor.  This oversight on the part of the Beneficiary and Trustee are forever causing a defect in the chain of title to the real property.

18. The address that you have listed on the <u>Notice of Trustee's Sale</u> is legally incorrect.  You show 23410 S. 161st Way, Gilbert, AZ  85297 as the address that is being foreclosed on.  That is not the current legal address.  The legal address is 6312 S. 161st Way, Gilbert, AZ 85298.  There is no address or property registered at that location at all.  But that address is not participating in this Trustee's Sale process.  For this matter there is no valid <u>Notice of Trustee's Sale</u> recorded against the Trustor's property.

## Procedural Notice Violations

19. A.R.S. § 33-809 (C), states "The trustee, within five business days after the recordation of a notice of sale, shall mail by certified or registered mail, with postage prepaid, a copy of the valid <u>Notice of Trustee's Sale</u>."  I was not mailed such a copy within the required five business days after the recording of the <u>Notice of Trustee's Sale</u>.

20. A.R.S. § 33-809 (C), states that the parties to the trust deed shall be mailed "a statement that a breach or nonperformance of the trust deed or the contract or contracts secured by the trust deed, or both, has occurred."  I was not mailed such a statement within the required five business days after the recording of the <u>Notice of Trustee's Sale</u> nor was one mailed with any required mailing of a copy of the recorded <u>Notice of Trustee's Sale</u>.

21. A.R.S. § 33-808 (A) (3), states that the property shall be posted with a copy of the <u>Notice of Trustee's Sale</u>.  No proof exists that the property has ever been posted with such a copy of the <u>Notice of Trustee's Sale</u>.

22. A.R.S. § 33-808 (A) (4), states that there shall be published a written notice of the <u>Notice of Trustee's Sale</u>.  No proof exists that such publishing took place in a "Newspaper of General Circulation" as required.

23. A.R.S. § 33-808 (A) (3), states that there shall be posted a written notice of the <u>Notice of Trustee's Sale</u> in a "Public place at the Superior Court in the County." No proof exists that such posting ever took place in this county's Superior Court as required.

## Notice of Trustee's Sale Violations

24. The <u>Notice of Trustee's Sale</u> is built upon a trail of false and forged documents. Such a sale is not within the confines of the Arizona Statutes or the <u>Deed of Trust</u>. The sale will be exercised under a power of sale for a "non-entity" beneficiary by a "non-entity" trustee. The chain of custody and the chain of title of both the Trustee and the Beneficiary leading to the Notice of Trustee's Sale are severely defective. "Bank of New York" (a non-entity) attempted to appoint "ReconTrust Company, N.A." to conduct an illegal sale that resulted in the property being granted to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE TRUST that it purportedly is in. This sale is void and of no force and effect.

## Statutory Criminal Violations

25. A.R.S. § 39-161, states, "A person who acknowledges, certifies, notarizes, procures or offers to be filed, registered or recorded in a public office in this state an instrument he knows to be false or forged, which, if genuine, could be filed, registered or recorded under any law of this state or the United States, or in compliance with established procedure is guilty of a class 6 felony." You are fully aware and herein redundantly noticed that the documents you have recorded or caused to have recorded with this county's recorder's office are false or forged. Your past and continued efforts to knowingly record false or forged documents are deemed by statute to be criminal in nature and subject to damages and other remedies as may be deemed appropriate by a court of law.

26. As demonstrated above, known criminal activity has taken place by you in proffering instruments for recordation in public offices within the state of Arizona. Your documents are false and forged and therefore any <u>Notice of Trustee's Sale</u> which is predicated on those documents is void and of no force and effect.

## Supporting Arizona Supreme Court Cases

*Patton v. First Federal Savings And Loan Association of Phoenix*, 118 Ariz. 473, 578 P.2d 152, 153 (1978) (holding, "If a trustee's sale, conducted pursuant to a deed of trust, is held without complying with statutory notice requirements, such a sale would be VOID, for statutes set forth only procedure for a valid trustee's sale. A.R.S. § 33-801 et seq.")

*Schaeffer v. Chapman*, 176 Ariz. 326, 861 P.2d 611 (1993) (holding, "We repeatedly have held that contracts will be strictly construed to avoid forfeitures" and "30-day notice period in deed of trust was separate from 90-day period set forth by statute and lenders' failure to give total of 120-day notice prior to sale was breach of deed of trust.")

*Glad Tidings Church of America v. Hinkley*, 71 Ariz. 306, 226 P.2d 1016 (holding, "the law does not favor forfeitures and if a party would avail himself of a contractual provision providing for such a forfeiture, he must comply strictly with all the requirements of the contract.")

### **Federal Violations**

You are additionally noticed that there are violations of Federal Statutes including but not limited to the following.

27. According to the United States Postal Inspection Service Mail Fraud includes any scheme that attempts to unlawfully obtain money or valuables in which the postal system is used at any point in the commission of a criminal offense. There are two elements to mail fraud: (1) a scheme or artifice to defraud; and (2) a mailing to carry out the scheme. Pursuant to U.S.C.A 18 § 1341 you are participating in a scheme or artifice to defraud me of – title and possession of my real property. You have used the United States Postal Service in an attempt to unlawfully obtain money or valuables from me. You are attempting to divest me of my property. For the reasons cited above, the false documents you have devised and mailed in an intentional scheme to obtain property from me subject you to 18 U.S.C.A § 1341 which states as follows:

> Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.

28. Wire fraud, in the United States Code, is any criminally fraudulent activity that has been determined to have involved electronic communications of any kind, at any phase of the event. To commit wire fraud, one must (1) devise, or intend to devise, a scheme or

artifice to defraud another person on the basis of a material representation, and (2) do it with the intent to defraud, and (3) do it through the use of interstate wire facilities (i.e. telecommunications of any kind). Pursuant to U.S.C.A 18 § 1343 you are participating in a scheme or artifice to defraud me of – title and possession of my real property. You have used transmitted or caused to be transmitted material in an attempt to unlawfully obtain money or valuables from me. You are attempting to divest me of my property. For the reasons cited above, the false documents you have devised and wired in an intentional scheme to obtain property from me subject you to 18 U.S.C.A § 1343 which states as follows:

> Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

29. Pursuant to the Fair Debt Collections Practices Act 15 U.S.C.A. § 1692 et. seq., you are making "false, deceptive and misleading representations" in the collection of the alleged debt as there is not named in the recorded <u>Notice of Trustee's Sale</u> a valid Beneficiary or Trustee. You are not "vouched" as a Debt Collector entitled to pursue the collection of the alleged debt. You are threatening to "take an action that you cannot legally take." You are also representing that your insufficient documents are "legal process." You are using a "business or company name other than the true name of the debt collector's business or company."

30. Since you are communicating personal credit information you know to be false you are further in violation of the Fair Credit Reporting Act pursuant to 15 U.S.C.A § 1681 et. seq. Therefore, it is further demanded that you cease your erroneous reporting and expunge from my Credit Report any derogatory information you may have communicated to any and all Credit Reporting Agencies.

### <u>Demand</u>

IT IS HEREBY DEMANDED THAT YOU IMMEDIATELY VOID THE <u>NOTICE OF TRUSTEE'S SALE</u>, CEASE AND DESIST ALL TRUSTEE'S SALE ACTIVITIES AND WITHIN TWENTY DAYS, RELEASE OR CORRECT ALL FALSE DOCUMENTS YOU HAVE RECORDED OR CAUSED TO BE RECORDED IN CONNECTION WITH THE ABOVE REFERENCED PROPERTY.

A.R.S. § 808 (F), states, "The notice of trustee sale may not be rerecorded for any reason." Therefore, you are hereby demanded to file with this county's Recorder's Office a <u>CANCELLATION OF NOTICE OF TRUSTEE'S SALE</u> on the referenced <u>Notice of Trustee's</u>

Sale immediately.  You are also demanded to deliver to me a fully executed copy of the same document to me at the referenced property address.

There has been no notice of my right to file a lawsuit against you as per my rights. On January 07, 2011, the Massachusetts Supreme Court ruled against US Bank in the Ibanez Case, in a foreclosure-related case where these banks were foreclosing on a property where they had no right or authorization to do so. They did not have possession of the Deed of Trust, Promissory Note, or Title to properties they had bought at foreclosure sales, and the court stated that the banks failed to show they held the underlying mortgages at the time of foreclosure. As a result of a failure to hold these mortgages, these banks failed to show they acquired title to the properties. This is similar to my case. The legal citation on that case that applies here is U.S. Bank National Association v. Ibanez, 458 Mass. 637, 2011 WL 38071 (January 07, 2011). There are five other cases that I would cite also: In Re: Zitta, US Bankruptcy Court D. Arizona; US BK Court D. New Jersey, Kemp vs. ; US BK Court D. Eastern New York, In re: Agard; Bank of New York vs. Raftogianis, Superior Court of New Jersey; Arizona SB 1259, Proof of Ownership and Title.

Some of the complaints I have with you and the above entities is the Wrongful Lien and False Claim of my loan documentation, including my recorded documents on my property.  Also included in this complaint is the Fraudulent handling and activity with my Note, as shown in the Uniform Commercial Code (UCC) Article 3-203 through 3-207; and UCC 3-301 through 3-308; and UCC 3-104 (a) through (d).  To be specific, the Assignment on my Deed of Trust and Note was created by a Robo Signer on the same day and time, signed by his Robo Signer Notary and recorded on the same day August 24, 2011 to an unknown entity, Bank of New York.

This Assignment was fraudulently created, signed and notarized.  The signor, signed it as an Assistant Secretary to Mortgage Electronic Registration Systems, Inc. (MERS), when he has never worked for MERS.  He forged his name as an employee of MERS, when he never was.  Then, his notary attested to the fact that he was an Assistant Secretary to MERS.  When, in fact, both worked for Bank of America, N.A. or ReconTrust Company, N.A., who they were attempting to sign the Assignment over to.  This is such blatant FRAUD and a conspiracy to cover the illegal handling of my Note and Deed of Trust.  My note was separated at the inception of my loan, thus causing my Deed of Trust to be null and void.  Of this three party contract, my Deed of Trust, two of the three parties are non-existent or not qualified to be in that position.

With an unknown trust or certificate as beneficiary for the trust that holds my Promissory Note and Deed of Trust, I have no specific address for the legal holder of my note to contact. There was no assignment of my Promissory Note and Deed of Trust to BANK OF NEW YORK or BANK OF AMERICA, N.A. from the inception of my loan, as recorded on the Mortgage Electronic Registration Systems (MERS). The last three documents that were recorded on my Deed of Trust and property were the Assignment, Substitution of Trustee and Notice of Trustee's Sale.  All of them signed by a Robo-Signer, and all of the documents Fraudulent, signed without authority.  This fraudulent and sloppy documentation and recording is part of what has caused all of this documentation to be fraudulent, thus making it null and void.

Because of this fraudulent Assignment, it caused several other legal documents to be recorded into public records, which were also fraudulent.  These other documents, the Substitution of Trustee and the Notice of Trustee's Sale Documents, were filed and recorded fraudulently.

There was no legal authorization to create or record the Substitution of Trustee document. This Substitution of Trustee document was fraudulently created, signed, notarized and recorded. The signature on this document is also forged, as it is not the same as other documents by Robo Signer. This signature is very different from the various other recorded documents by him.

Another issue with the fraudulent activity on my Note and Deed of Trust is: Is this a sloppy attempt to cover up the Fraud created on the Deed of Trust? Not only is the Deed of Trust and subsequent Assignment Fraudulent, it proves the Fraud, Forgery, and Perjury of the signors of this document recorded on August 24, 2011. This will be forwarded to the investigative agencies for their review on Bank of America, N.A., ReconTrust Company, N.A., and Bank of New York Mellon, N.A. This is more acts of blatant Fraud, among other crimes, committed against me and on my loan documentation.

With these fraudulent Assignments and Substitution of Trustee Documents recorded, it gave ReconTrust Company, N.A. the ability to create and file the Notice of Trustee's Sale document to foreclose on my home. It is obvious that they created the above documents, ever so sloppily and illegally, so that they could create this Notice of Trustee's Sale (NOT). Both notaries on these two documents, the Assignment and the Substitution of Trustee, committed fraud, forgery and perjury on these documents. All three people on these two documents work for ReconTrust Company, N.A., the purported and self appointed trustee to my Deed of Trust and Promissory Note. ReconTrust Company, N.A. did not have any right or legal authority on my Note or Deed of Trust. It is evident that these documents were fraudulently created solely for the purpose of foreclosing on my home. **On this NOT, it states that ReconTrust Company, N.A. is the beneficiary, which the Assignments show that they are not. Also, on my Deed of Trust, MERS is the beneficiary, not ReconTrust Company, N.A. This makes the Note and the NOT null and void. The three signors of these recorded documents and the notaries should be investigated for their fraud, forgery and perjury of legal documents on my property. All three are employees of the purported trustee, ReconTrust Company, N.A. These illegal acts will be forwarded to the proper agencies for their investigation. The recorded NOT on my property is fraudulent, null and void.**

The only person or company that could have assigned any of these documents was the beneficiary, MERS, if done so when the document or note was actually assigned. Not now, where the assignment is either nonexistent, or fabricated in order for the foreclosing trustee to get legal right to foreclose on my property. A copy of these facts will be forwarded to the Arizona State Bar Association for further investigation on ReconTrust Company, N.A.

Neither RECONTRUST COMPANY, N.A., BANK OF AMERICA, N.A., MERS nor BANK OF NEW YORK has any authority to file any documents or give any notice on my mortgage or Promissory Note. There should have been an assignment done when the note was actually transferred on DECEMBER 18, 2006, as is stated on the MERS Milestone with the above MIN # on my property. There is no filing of proof of claim. This causes an FDIC claim, and consequently, will be forwarded to the FDIC as well. This also causes a Title Claim, and will be forwarded to the Title Company for a claim on the Title Insurance.

Along with the previously submitted Notices and Demands, further investigation has proven that on **DECEMBER 18, 2006**, I acquired my Deed of Trust and Promissory Note where FIRST MAGNUS FINANCIAL CORPORATION is my lender and MERS is my Beneficiary, and there is NO TRUSTEE LISTED ON MY DEED OF TRUST. Nowhere does it show any transfer to

BANK OF AMERICA, N.A. or BANK OF NEW YORK from FIRST MAGNUS FINANCIAL CORPORATION.  There is no Assignment of my Promissory Note or Deed of Trust from First Magnus Financial Corporation or MERS to the Trust or Certificate where it is being held and traded now, as still reported on the MERS Milestone, even though it has been through foreclosure.  It legally should have been done at the inception of my loan in 2006, not now when Bank of America, N.A. and ReconTrust Company, N.A. is attempting to foreclose on my home. Nowhere is it documented that BANK OF AMERICA, N.A. or ReconTrust Company, N.A. has any authority to sign on behalf of Bank of New York, First Magnus Financial Corporation, MERS or the unknown or Listed TRUSTEE ON MY DEED OF TRUST.

The note is being traded in an unknown trust that Bank of New York is the trustee of.  I have demanded to see the earnings of my note in this trust, and where the profit and loss statements are for my review.  I also have demanded to see and verify the documents confirming the taxes paid to the Internal Revenue Service on these earnings on my note and the fees paid to the Securities and Exchange Commission.  I also demand to know the investors of the trust where my note is being traded, along with all of their contact information.

There is no documentation that shows the current holder of my Promissory Note has any right to hold or be in possession of my note. I demand to know who the holder of my note is and where it is. Since there have been no legal assignments on my Promissory Note, I am assuming that it is being held and traded illegally, and I demand that my Deed of Trust be reconveyed back to me. The actual assignment of my Promissory Note should have been done when the Promissory Note and Deed of Trust was assigned and transferred to this unknown trust over five (5) YEARS ago. Therefore, unless proven otherwise, and a current copy of the Promissory Note dated **DECEMBER 18, 2006** is provided with the Allonge and all current transfers, assignments, endorsements and stamps, the note is considered null and void. You have transacted my Promissory Note and Deed of Trust incorrectly and possibly illegally by separating the two and causing illegal and fraudulent assignments, again causing an FDIC and Title claim with the Lender and Title Company because of the Defect of Title. At this point, the title cannot be transferred. There is no disclosure, and the title is not proper or judicially correct. It is unknown at this time where my Promissory Note is being held, and traded. Further investigation will retrieve the milestones at MERS and the SEC for verification. I demand a copy of these documents showing the Milestones of my Promissory Note.

There was no transfer or assignment of my Promissory Note or Deed of Trust to give any of these companies or people the authorization to take any legal action or foreclose on my property. I actually accepted and signed my paperwork, including the Deed of Trust and Promissory Note on DECEMBER 18, 2006, as notarized and recorded. It appears that my note was illegally assigned and securitized prior to me endorsing or authorizing this note. I was induced to sign this document, because it had already been sold prior to me doing the deal, or authorizing my credit to be used, thus committing an illegal act against me. My note was assigned to a trust on DECEMBER 18, 2006, thus starting the securitization of my Promissory Note. I have demanded all documents on this note and loan documents, to include the MERS Milestones, to see what Trust or Certificate the Promissory Note is being traded, bought and sold. This is creating an obvious FDIC claim, and an impossibility for any title company to give clean and clear title to my property, without knowing who owns the Promissory Note and Deed of Trust, or chain of title.  There is no evidence that any taxes have been paid on my note or earning made for the past three (3) years.  How many felonies have been committed with my note, against my wishes?

Another big issues is: **WHY IS MY NOTE STILL BEING TRADED** in this Trust and in the MERS System **AFTER THE TRUST STOPPED OPERATING AND IS NO LONGER IN EXISTENCE?** IT IS EVIDENT IN THE MERS MILESTONE AND THE MERS DOC. This is Fraud with the SEC and also Bank Fraud. Under the UCC Article 3 and UCC Article 8, you can not do that. Also, once the Note was transferred to this Trust and converted to a Financial Instrument, no one can take it back out of the trust and convert it to Promissory Note again and take legal action against it, to include foreclosure. So, the foreclosure action that is being taken to sell my property on November 28, 2011 will be done so illegally, and without legal merit. The entire foreclosure action is thereby null and void.

You incorrectly transferred my loan to BANK OF AMERICA, N.A. and my Promissory Note to BANK OF NEW YORK showing that my loan was securitized, as the Note and Deed of Trust were separated and securitized. On further investigation, the Promissory Note is in a trust. BANK OF AMERICA, N.A. is the Master Servicer. Neither Bank of New York nor BANK OF AMERICA, N.A. is the beneficiary, as stated on the Deed of Trust. The Investors in the Trust that holds my Promissory Note above are the beneficiaries. Neither ReconTrust Company, N.A., Bank of New York nor BANK OF AMERICA, N.A. has the right to order any legal action against me or my home. The Note and Deed of Trust dated above were separated at the inception of the loan as indicated. Again, the note is considered null and void. You have committed felonies against me by illegally using my promissory note for your financial gain.

I demand that you reconvey my Deed of Trust back to me, or issue a Quit Claim Deed back to me on my property. I demand a copy of the agreement between the Servicer and Trustee on this property. I also demand a copy of the Pooling and Servicing Agreement and the agreement between the Certificated Holders on the Trust and the Trust. I also demand a copy of the Prospectus Supplement and Prospectus Dated for the above listed Trust, where my Promissory Note is being. Attached to this fax cover page is the Notice and findings of my Expert Bank Witness and Private Investigator, one of who found the Promissory Note, and the documentation mentioned above where there was an incorrect and possibly fraudulent transfer and no assignment of Deed of Trust. I also demand a copy of the following documents:

1) The 2046 balance sheet as it relates to the original "loan" which is a mandatory filing pursuant to Title 12 U.S.C. 248 & 347
2) The 1099 OID (Original Issued Document)
3) The S3 A registration statement
4) The 424 B-5 prospectus
5) The RC S & RC B call schedules.
6) The FAS 125, 133, 140, 5, and 95. [FASB (Financial Accounting Standards Board) part of GAAP (Generally Accepted Accounting Standards)]

The original Note and Deed of Trust was sold/assigned/transferred to BANK OF AMERICA, N.A. as should be stipulated in the Pooling and Servicing Agreement (PSA) of this servicer, yet it is not. The original Note was not endorsed by manual or facsimile signature in BLANK form and was not properly endorsed. The Beneficiary, who appears to be BANK OF AMERICA, N.A./FIRST MAGNUS FINANCIAL CORPORATION or Mortgage Electronic Registration Systems (MERS), has no authority to transfer any authority on my Deed of Trust. The Original Trustee is NO TRUSTEE ON DEED OF TRUST Below is a list of charges:

1. There is no one entity as in a lender foreclosing on the home, but an economic interest. TARP and FDIC programs do offer significant conflicts in terms and meanings which are grounds to hold up a foreclosure.
2. The foreclosing entity is backed by the FDIC. The government support is directed from the Department of Treasury. The foreclosure is deceptive and not what you see and grounds to file injunction to stop foreclosure.
3. This foreclosure madness requires the foreclosing entity to bridge the gap between securitizations and stock registrants. I intend to use the FDIC to confirm how the foreclosure can be stopped where parties bringing the recovery are lost to the form and substance of their collateral.
4. I am moving to stop my foreclosure under the true meaning of a security in a mortgage or deed is the right of holder in due course to foreclose. By the FDIC admission, the foreclosure offers no holder in due course upon a preconditioned transfer by assignment.
5. By the FDIC declining to comment, I do believe Washington is likewise concerned with my findings in regards to the accounting rules breach and FAS 140 3. Servicers cannot foreclose without breaching the accounting rules under GAAP.
6. Risk Loss Share is in fact a FDIC participating factor in "each" foreclosure by member banks and is administered by on a loan by loan basis. This is the strongest argument made to obtain a stay for a proposed sale.

Below is the Notice and findings of my Expert Bank Witness and Private Investigator.

According to the research of the Expert Bank Witness who will testify in court if this proceeds:

a. The Deed of Trust shows that the BENEFICIARY appears to be <u>MERS</u>. The Original Trustee is NO TRUSTEE ON DEED OF TRUST Ins. There was no recording to change either the Trustee or the Beneficiary up to this point. On the face of the Deed of Trust sent to me by BANK OF AMERICA, N.A. On behalf of FIRST MAGNUS FINANCIAL CORPORATION that was recorded through the County Recorder. A Notice of Mortgagee's Intention to Foreclose was never filed by **FIRST MAGNUS FINANCIAL CORPORATION**, hence they had no authority to authorize, pursue or conduct any actions of collection on the above property.

b. Had BANK OF AMERICA, N.A. been properly substituted in as Trustee, Lender, or Beneficiary, they still remain only the servicer of the Trust Fund and MERS with no beneficial interest, secured interest or any standing in this loan.

Therefore, aside from never executing proper substitution, the naming of this or any Substitute Trustee is invalid.

c.  NO ASSIGNMENT OF DEED OF TRUST: THIS WAS NOT FILED THOUGH THE COUNTY RECORDER. Now Mortgage Electronic Registration Systems, Inc. (MERS) is attempting to assign the Deed of Trust to BANK OF AMERICA, N.A. MERS was the original Beneficiary named on the Deed of Trust "as nominee for the Lender." They do not and have never had any beneficial interest in this loan as has been decided in many of the courts including the local Superior Court.

d.  Naming (MERS) as the Beneficiary voids the Deed of Trust, because it creates an immediate cloud on title and impedes the marketability of title. The reason it creates a cloud on title is that on its very face, it's a declaration that the parties are naming an uncapitalized interest in the property to affect a series of unrecorded transactions that will not be recorded in accordance with Arizona recording statutes.

e.  From the beginning, when and if MERS is designated as the Beneficiary on the deed of trust, which it intended and did include with the language, in bold print, in the Deed of Trust stating "**MERS is the Beneficiary under this Security Instrument,**" it is indicated that from inception of the transaction, MERS and the other Defendants intended to make unrecorded, off record transfers. I have named this the "MERS Gap" and it has a devastating effect on the certainty of real estate transactions that the recording statutes are designed to protect. At the close when the property is sold, conveyed, refinanced, or foreclosed, there is contemplated a new series of documents that will be concurrently created and will disclose the "present owner" of the beneficial interest in the property. In between, in the years of MERS gap, one can ascertain that there have been a series of transfers and possible third party owners, who were unrecorded and undisclosed, and who may be lying in wait with potential claims against the interests in the property.

f.  Designation of MERS as the Beneficiary instantly clouds title beyond the point where it can be cured. Therefore, it is void at the time of execution. The deed of trust is void and the property cannot be sold pursuant to a void of deed of trust. Any purported sales on a failed deed of trust are likewise of no legal effect, but void at the inception.

g.  Designating MERS as the Beneficiary has the same legal effect as filling out the Beneficiary in blank. Arizona law holds that a blank deed of trust is invalid.

h.  The interest in the obligation, the note as evidence of the obligation, and the security interest for the obligation were transferred without recording the change in ownership of an interest in real property in the appropriate county records. This was accomplished by the creation of a record keeping service known as MERS, which is named in the Deed of Trust as a Beneficiary and a nominee but not as a holder or lender except for the purposes of deceiving the borrower and the clerk's office where the document was to be recorded. The purpose as expressed by industry members of MERS and MERS itself is to side-step state recording requirements. The effect of the exclusive use of MERS or any private parallel system of record keeping, without complying with state law by recording appropriate documents within the county in which the subject property or property interest is located, is to create a permanent cloud on title and marketability of title; this cloud exists because of the disclosure of MERS as a parallel record keeping system but withholding the records from the state and notice to the world of the parties who could claim an interest in the property, the obligation, the note or the security interest.

i.  Looking at who the Assignor and Assignee are brings up many more questions as to what is really going on. The Assignor is BANK OF AMERICA, N.A. (How did they become assignor?) And they are now assigning it to a Trust for securitization. NO TRUSTEE ON DEED OF TRUST Ins. is already the Trustee for the Trust Fund when the Loan was sold/transferred into it shortly after the close of escrow.

j. There is no way that any of this can take place according to the rules in the Pooling & Servicing Agreement and according to REMIC, along with the Agreement between the Servicer and the Trustee.

k. The only potential holder in due course of a note falls within one or more of the following classifications:

(1) Investors who purchased asset backed securities in which ownership of the loans were described with sufficient specificity as to at least express the intent to convey ownership of the obligation as evidenced by the Promissory Note and an interest in real property consisting of security interest held by an entity that was described as the Beneficiary of a Trust created by an instrument entitled Deed of Trust;

(2) Insurers that paid some party on behalf of said investors;

(3) Counterparties on credit default swaps;

(4) Conveyances or constructive trusts arising by operation of law through cross collateralization and over-collateralization within the aggregate asset pools or later within the Special Purpose Vehicle tranches ("tranches") is an industry term of art referring to the types of division within a Special Purpose Vehicle);

(5) The United States Treasury Department through the Troubled Assets Relief Program in which approximately $600 billion of $700 billion has been authorized and paid to purchase or pay the obligation on "troubled" (non-performing) assets, with loans such as Me's being designated as a class of assets targeted by TARP;

(6) The United States Federal Reserve, which has extended credit on said troubled assets and has exercised options to purchase said troubled assets;

(7)    Any other arty that has traded in mortgage backed securities from the aggregated pools or securitized tranches containing interests in the loans.

l.    The parties listed above, its successors in interest and MERS Inc. do not fall within any of the classifications of holders in due course on the subject loan.

m.    The parties listed above, its successors in interest and MERS Inc. have not suffered any financial loss relating to the loan.

n.    The parties listed above, its successors in interest and MERS Inc. have never been the real party in interest as a lender or financial institution underwriting a loan while funding same with respect to the subject loan;

o.    The parties listed above, its successors in interest and MERS Inc. suffered no monetary loss through non-performance of the loan;

p.    The parties listed above, its successors in interest and MERS Inc. have received fees and profits relating to the loan;

q.    The existence and identity of the real parties in interest was withheld from me in the closing and servicing of the loan.

r.    This loan does not fall in the category of loans intended to be covered by Arizona law providing for non-judicial remedies. Without giving notice to all potentially interested stakeholders using service of process, a non-judicial foreclosure of a securitized loan does not dispose of the matter. Since there is no procedure for service of process without a lawsuit, the only procedure available is judicial.

s.    I have no knowledge, but have demanded information from the loan servicers and its agent and done due diligence to determine whether the note, security interest, or obligation has been extinguished or paid in whole or in part by co-obligors, insurers and/or federal bailout. The "election" of non-judicial process shifts the burden to the borrowers in the loans to allege facts that are solely within the knowledge of the Defendant's and its successors in interest which were intentionally withheld by the Defendant and its successors in interest.

t.  In the securitization of the loan, the rights of various named Trustees have been superseded by succeeding trustees ending with the Trustee for the holders of mortgage backed securities, alleged to be Deutsche Bank National Trust Company in the recorded documents in the present case, whose powers are limited to ONLY what the certificate holders authorize. Accordingly, the only potential party to foreclosure wherein the Defendants allege financial injury and therefore a right to collect the obligation, enforce the note or enforce the security instrument is either a party who has actually lost money or stands to lose money, or an authorized representative who can show such authority and is answerable to the claims, affirmative defenses and counterclaims of the borrowers for such causes of action or defenses as might be applicable.

You are hereby demanded to cancel, within 10 days, any "Legal Action" which has been allegedly recorded per the loan for the home located as stated above.

You are participating in a process that is legally insufficient and VOID on its face! The Arizona Supreme Court (and others) has ruled that lenders must strictly comply with Deed of Trust and Promissory Notes statutes. Further the court has ruled that any Trustee's Sale which is held without complying with the notice requirements of statutes would be VOID. You are required to put in the Legal Action or Notice of Default as per the Deed of Trust that I have the right to cure the default and a Notice that I may file a law suit against the lender. You have done neither of these. Therefore, your Legal Action has been filed problematically. I demand a copy of the Pooling and Servicing Agreement (PSA), and a copy of the agreement between the Servicer and New Trustee. These agreements must show the responsibility and liability of recording documents that may be fraudulent. My research shows this might be the case.

As an attachment to the previous notice sent, other information has been discovered about the transfer of my loan and note. The Lender and the others listed above have no right to my note because of the improper transfer, endorsement and assignment of the note. The actual holder of the note improperly assigned the note, with no endorsement. Only the holder of the note can properly endorse and transfer the note when it is sold or assigned. As to be held in Discovery, produce the original note and a copy of the note to me for verification of these findings within 60 days at the place of your choosing in my city.

**I will need only 48 hours notice for my experts to review the fingerprint, handwriting analysis and this Electronic Information Code at the bottom of the Note showing the Transfer, endorsements and Chain of Custody upon Transfer. This Code must be on the Note for verification and registration, along with any and all Allonges.**

I am in receipt of your letter and voicemail regarding your request for items to qualify for a loan modification. I have not received any response regarding the Letter that I sent certified mail in

reference to my demands and questions. In that Letter you had twenty days after receipt of the Notice to respond. Title 15 USC 1635 and related regulations are quite clear about what should transpire once the notice is given. I did not request a loan modification or send a QWR, nor is it appropriate for me to send any documents necessary to qualify for a loan modification. Any negotiation to take place must be pertaining to a settlement. I have not submitted a "QWR" only the notice.

Should we not be able to come to a settlement agreement, the issue concerning my home will surely become an adversarial proceeding within the courts.

In the forensic audit that was performed there was discovery of miscalculations, misrepresentations, and the appearance of problems1 detected in the loan process from the inception of the transaction onward. It is unclear if BANK OF AMERICA, N.A. is now the holder in due course/real party in interest or the servicer as there is no assignment(s) that appear in the public record. This has culminated in my tendering to BANK OF AMERICA, N.A. this Notice. When or if the Notice submitted is made part of a bankruptcy or court action and the court requires a Proof of Claim to be filed, it will be revealed that the servicer is not the real party in interest2 and without right to the property, and the Proof of Claim will be expunged, the foreclosure shall be declared void and the property deeded to me. At that time the home will be awarded to me through the courts. In this case, BANK OF AMERICA, N.A. and the undisclosed and therefore unknown real party(s) in interest/holder(s) in due course of the Note will be deprived of all alleged right to the property.

**At this time, I am demanding all original loan documents, Securities and Exchange Commission filings and recording with my loan and Promissory Note, along with Maricopa County Recorder Filings, and any and all Mortgage Insurance Claims on my loan. Please see the attached NOTICE which I have sent with this letter. This notice also includes the issues of STANDING, which is very problematic in this case. Please stop any and all legal action on the above property and loan. You have made illegal transfers, endorsements and/or transactions with my Promissory Note or Loan, so you must submit my Promissory Note cancelled to me.**

**Under the Securities and Exchange Commission laws, it is required by all states that state filing for Securitization for any loan or mortgage under Section 473309A, be reported and recorded through the Securities and Exchange Commission. Through my research, this has not been done. According to this law, if such recording has not been done, it can be ruled by a judge as a felony. If there have been any Mortgage Insurance Claims on my loan, I demand to be informed of them, and to know if my loan has been satisfied. I am also demanding any and all information to the real party of interest on my loan. That is to**

---

1 Leonard v. Springer 197 Ill 532. 64 NE 301
Whipp v. Iverson, 43 Wis 2d 166
Barnsdall Refining Corn. v. Birnam Wood Oil Co... 92 F 26 817
Guardian Agency v. Guardian Mut. Savings Bank, 227 Wis 550, 279 NW 83

2 See: In re Vargas, 396 B.R. 511 (Bankr. C.D. Cal. 2008) at 520.
See: Wright & Miller, 6A Federal Practice & Procedure Civ. 2d § 1553.
See: In re Hwang, 396 B.R. 757 (Bankr. C.D. Cal. Sept. 2008)
Popular Financial Services, LLC. v. Jordan, Case No. 91675 (Ohio App. March 12, 2009)

include, name, address, phone number, email address, and any other pertinent information on the investor or real party of interest. Along with this information, I demand all documentation that orders and demands that the Trustee sell my property in foreclosure from the real party of interest. **This information and documentation must be present in order for the Trustee, <u>NO TRUSTEE ON DEED OF TRUST</u>, to sell my property in foreclosure. The Trustee must present the proper documentation from the real party of interest to sell my property in foreclosure. If <u>NO TRUSTEE ON DEED OF TRUST</u> does not have this documentation from the real party of interest, then they cannot legally conduct any legal action or the foreclosure sale of my property.**

Prior to my loan being transferred to BANK OF AMERICA, N.A., I was promised, during numerous phone conversations with GMAC Servicing representatives, the entire file of **original** loan documents that I was entitled to at closing. These documents were to be mailed or faxed to me, but I was never to receive a complete set with all original documents. I hereby demand the full closing document file that BANK OF AMERICA, N.A. has because the packet of documents I was given at closing is incomplete. That is indicative of non-disclosure of material facts and has the appearance of constructive problems. BANK OF AMERICA, N.A.'s refusal to provide disclosure in response to my good faith efforts to validate BANK OF AMERICA, N.A.'s claim and lien perfection efforts presents a dilemma which logically leads me to question the verity of the refinance transaction from the beginning. Including the present claims being made against my property by BANK OF AMERICA, N.A., and the standing of the parties named on the Deed of Trust to commence and prosecute any foreclosure action on my property. (See: ARS § 39-161 below)

Although **MERS** is named as Beneficiary on the Deed of Trust, it is not and never was the holder of the Note, a Negotiable Instrument. According to UCC Article 3 Negotiable Instruments and other sources, what is indicated and admitted by BANK OF AMERICA, N.A. by the above mentioned is that neither BANK OF AMERICA, N.A. nor MERS can meet the requirements of the UCC with regard to a "holder" and/or "real party in interest" with standing to commence or prosecute a foreclosure in this instance.

MERS is purporting to act as a nominee, as trustee and as Beneficiary for the original lender, or for the purported assignee of the beneficial interest in the Deed of Trust signed by the borrowers, or for that the assignee of the original lender's successors and assigns as well as for the Beneficiary under that security instrument though it lacks authority to do so from me.

By reason of the above referenced inconsistent, misleading and problematic designations of MERS' alleged role in my home loan, MERS' alleged role in the servicing of the Deed of Trust and MERS' alleged role in efforts to enforce the security represented by the Promissory Note signed by me, along with MERS role, if any, in efforts to non-judicially foreclose on the subject property and to sell the property at the Trustee's Sale, MERS involvement in the present mortgage loan transaction is purposely made vague, ambiguous and uncertain, thereby hopelessly obfuscating the true relationship among and between (a) MERS, (b) my home mortgage loan /mortgagors, (c) the original mortgage lender/mortgagee shown on the Deed of Trust as **FIRST MAGNUS FINANCIAL CORPORATION** (d) the assignee of the original lender, if any, whose true name has never been disclosed to me, (e) the investor or investors providing money to finance the purchase Mortgage of my residence, (f) the Loan Servicer, (g) the loan originator, (h) the individual scheduled to conduct the upcoming non-judicial Trustee's

Sale, and (i) the issuers and underwriters of the Certificates pursuant to which my mortgage loan has been securitized.

In the late 1990's, members of the real estate mortgage industry created MERS, an electronic registration system for mortgages, for the purpose of streamlining the mortgage process by eliminating the need to prepare and record paper assignments of mortgages, as had been done for hundreds of years. To accomplish that goal, MERS purports to act as nominee and as mortgagee of record for its members nationwide and appoints itself nominee, as mortgagee, for its members' successors and assigns, thereby remaining nominal mortgagee of record no matter how many times loan servicing, or the mortgage itself may be transferred. MERS claims that once it becomes the Beneficiary of record as nominee, it remains the Beneficiary when the beneficial ownership interests in the Promissory Note or servicing rights are transferred by one MERS member to another MERS member. MERS further claims that so long as the sale of the Promissory Note signed by me involves a member of MERS, MERS remains the Beneficiary of record on the deed of trust and continues to act as nominee for the new beneficial owner of the note.

The above actions and representations by MERS constitute misrepresentation, negligent misrepresentation, and concealment and/or common law problems to the extent that they falsely purport to describe MERS' continuing role in my home loan occurring outside of the public record. That in making such false representations, MERS has acted with an "evil mind" in willful or wanton disregard of the interests of my mortgage loan entitling me to an award of punitive damages in an amount to be proven at trial, but in any event, in an amount that exceeds the arbitration limits of this court. In the present case, in the event that there has in fact been an assignment by the original lender of its beneficial interest in the Deed of Trust naming me as borrower and BANK OF AMERICA, N.A. as lender to an undisclosed third-party assignee, I have never been notified of such an assignment which, on information and belief, has been registered electronically in the bowels of MERS accessible only to members of the MERS system but which assignment has been never recorded in the Office of the Maricopa County Recorder.

That in the event there has been an assignment of the original lender, FIRST MAGNUS FINANCIAL CORPORATION, any such assignment has never been recorded in the Office of the Maricopa County Recorder. MERS is a national electronic registration and tracking system that tracks the beneficial ownership interests and servicing rights in residential mortgage loans. On its website, MERS purports to be an innovative process that simplifies the way mortgage ownership and servicing rights are originated, sold and tracked. Created by the real estate finance industry, MERS claims that it eliminates the need to prepare and record assignments when trading residential and commercial mortgage loans. Entities such as mortgage lenders, banks and others in the mortgage lending industry frequently subscribe to and are members of the MERS system and pay fees for the electronic processing and tracking of ownership and transfers of residential mortgages. These MERS members contractually agree to appoint MERS to act as their common agent on all mortgages they register in the MERS system.

MERS electronically registers and stores, among other information, data regarding assignments of Deeds of Trust, mortgages, conveyances and other documents relating to mortgaged residential real property located in various counties in states throughout the United States and is used by participants in the residential mortgage lending industry and by others who are members of MERS, in part, as a vehicle designed to save money for its members by circumventing the

recording laws and statutes of all fifty (50) states including the recording laws of the State of Arizona thereby depriving local county recorders' offices in Arizona and throughout the country of over one billion dollars of valuable revenue since the creation of MERS. MERS has never had an ownership interest in the Deed of Trust securing payment of the Promissory Note signed by me, neither the mortgagor/borrower nor any interest whatsoever in my property at any time and lacks the right to sell or to dispose of any interest I have in my property.

**BANK OF AMERICA, N.A.'S NEGLIGENT OR INTENTIONAL FAILURE TO DISCLOSE AND CONCEALMENT OF THE DETAILS REGARDING AND THE SECURITIZATION OF MY HOME LOAN.** My mortgage loan with you as lender has been securitized, i.e. bundled with other loans and sold to one or more investors and/or converted into one or more collateralized debt obligations ("CDOs") which CDOs have been sold to one or more investors, whose names have never been disclosed to me, the mortgage loan borrower.

The Servicer of my mortgage loan, BANK OF AMERICA, N.A., has no authority under the Loan Servicing Agreement to modify my mortgage loan without the prior written consent of the entity that currently owns my home mortgage loan whose true name is unknown to me, the home loan borrower.

**THE REQUIREMENT THAT THE ORIGINAL NOTE THAT I SIGNED BE PRODUCED BEFORE ANY EFFECTIVE NON-JUDICIAL TRUSTEE'S SALE CAN BE CONDUCTED.** That BANK OF AMERICA, N.A. lacks the power or authority to enforce the security represented by the Promissory Note signed by me on January 25, DECEMBER 18, 2006 or to conduct or to authorize any trustee to conduct the planned non-judicial foreclosure sale/Trustee's Sale of my property without first demonstrating that the person or entity conducting the planned Trustee's Sale has authority from the original lender or from the assignee of record of that lender or Holder of the Original Note to do so.

**LACK OF AUTHORIZATION OF BANK OF AMERICA, N.A. TO CONDUCT OR TO COMMISSION ANY TRUSTEE TO CONDUCT A NON-JUDICIAL FORECLOSURE SALE OF MY RESIDENCE.** The Loan Servicing Agreement among and between BANK OF AMERICA, N.A. and or other unnamed holder of my original note, the assignee of my mortgage loan whose name is unknown to me at the present time, does not authorize the Loan Servicer or any purported agent or representative of the Loan Servicer to conduct or to commission someone else to conduct a non-judicial foreclosure sale/Trustee's Sale of the true lender's beneficial interest in the Deed of Trust or to conduct or to commission someone else to conduct a Trustee's Sale of the subject property without first obtaining the prior written consent of the actual lender or the assignee of record of that lender and, on information and belief, without first producing the original of the Promissory Note signed by the borrowers or otherwise explaining the circumstances surrounding the loss or destruction of that Note at or before the planned Trustee's Sale.

**MISREPRESENTATIONS MADE BY , THE LOAN SERVICER, REGARDING ITS AUTHORITY TO MODIFY MY HOME LOAN.** I have contacted and re-contacted representatives of  which I understood was the servicer of my loan and to whom I was previously making regular monthly mortgage payments.  had no right to offer me a reduction in the principal amount of the balance due under the Promissory Note I signed at the inception of my home loan, along with a reduction in the annual interest rate charged to me, the borrower.

During the above time period,   deceptively represented to me and based upon those representations I reasonably understood and believed that  had authority to modify my home loan when in fact my home loan could be modified only with the knowledge and the express written consent of the actual unknown lender, or the assignee of  rights to my home loan whose name and address has never been disclosed to and have been unlawfully concealed from me, the home loan borrower. The representatives of the Loan Servicer,  problematically and deceptively continued in bad faith to engage in negotiations and discussions with me with regard to a possible modification of my home loan after the Deed of Trust had already been assigned to some other trustee for the purpose of conducting the planned non-judicial Trustee's Sale of my property.

WITHOUT A SHOWING THAT IT IS THE HOLDER OF THE PROMISSORY NOTE SIGNED BY ME, THE BORROWER, AND THE TRANSFEREE BY ENDORSEMENT OR OTHERWISE OF THE ORIGINAL PROMISSORY NOTE SIGNED BY ME, WITH AUTHORITY TO ENFORCE THE INSTRUMENT, THE TRUSTEE LACKS AUTHORITY TO CONDUCT A TRUSTEE'S SALE OF MY RESIDENCE.

BANK OF AMERICA, N.A. HAS NEVER SHOWN THAT PAYMENTS MADE BY ME HAVE IN FACT BEEN FORWARDED ON TO THE LENDER OR TO ANY LAWFUL ASSIGNEE OF BANK OF AMERICA, N.A.

Furthermore, there appears to be a direct violation since YSP (Yield Spread Premium) was not disclosed.  I have serious issues with that, and the appraisal that was done on the property. Remedies are available and notice has been given of the problems with this loan. I am basing all of this on the laws of TILA, RESPA, and the law on disclosure. **You have no rights to the note because of improper transfer, endorsement and assignment of the note. The holder of the note improperly assigned the note, with no endorsement.** Here are some of the findings in the Loan Audit on this Loan:

1. **Allonges must be firmly attached to the note in order to be effective, and this one is not. See UCC 3-204. In most jurisdictions, the Allonge must be attached so firmly that no dispute can be made to the fact that the signatures were attached at the time of consummation and not added at a later date or not at all. Stapling the allonge to the note indicates attachment. This note had no Allonges on the copy provided.**
2. **Notice of Right to Cancel does not appear to be appropriate but is rebuttable since Title Company kept original in file until the 3 days was passed after closing.**
3. **Overcharges for the application fee and processing fee, all appear not only excessive but problematic and in excess of the minimum.  These fees appear and most likely are intentionally excessive.**
4. **When a loan goes into foreclosure, the loan becomes rescindable if there is any mortgage broker fee that was charged to the borrower but not disclosed as a finance charge.**
5. **The broker fee regarding YSP is not disclosed and only a minimal broker fee is disclosed. This is a direct violation of TILA and is rescindable if it is found out that the YSP to broker was not disclosed. This is a material violation and would not only be problematic but exceed the maximum APR on the TIL beyond which is necessary for this notice.**
6. **The credit report fee is EXCESSIVE.**
7. **The processing fee is EXCESSIVE.**

8. **The amount charged for application fee is EXCESSIVE.**
9. **Not all cash disbursements from the closing that were supposed to go directly to the borrower actually went to the borrower. Also, ensure that the borrower did not pay any additional application fee or other fee to the broker that was not disclosed on the HUD-1 Settlement Statement. Even one penny that goes to the broker that is not properly disclosed as a finance charge on the HUD-1 can create a Canceled loan.**

These are a few of the violations that have been uncovered, among many. Again, I am rescinding this loan to which you have my Notice. And, again, I demand my original loan documents for my review. I have requested these documents for months now, and want to know when I can review them for a forensic fingerprint and handwriting analysis to be performed.

In fact, the UCC lends clarity to what we are dealing with: securities and negotiable instruments. All indications up to this point are that BANK OF AMERICA, N.A. does not have standing to file a Notice of Trustee Sale.  Take note of the following:

### A.R.S. § 39-161. Presentment of false instrument for filing; classification

> *A person who acknowledges, certifies, notarizes, procures or offers to be filed, registered or Recorded in a public office in this state an instrument he knows to be false or forged, which, if genuine, could be filed, registered or recorded under any law of this state or the United States, or in compliance with established procedure is guilty of a class 6 felony. As used in this section "instrument" includes a written instrument as defined in section 13-2001.*

**If that is the case, an immediate and complete retraction of the foreclosure action is in order and is hereby demanded.**

Recent case law has settled many times over that only the holder in due course, and/or the real party in interest has standing to foreclose. BANK OF AMERICA, N.A. has so far refused to provide proof of its standing on this loan, thus it appears BANK OF AMERICA, N.A. does not have standing to foreclose as agent for the Beneficiary nor does MERS, even though several requests have been made for the original documents on this loan. Reference the following citations:

> *The servicing agent may have standing if acting as an agent for the holder, assuming that the agent can both show agency status and that the principle is the holder.* In re Vargas, 396 B.R. 511 (Bankr. C.D. Cal. 2008) at 520.

> ... *"Only the Holder of the Note is the "Real Party in Interest."....The right to enforce the mortgage on behalf of the note holder does not, however, render the note holder's agent into the real party in interest. "As a general rule, a person who is an attorney-in-fact or an agent solely for the purpose of bringing suit is viewed as a nominal rather than a real party in interest and will be required to litigate in the name of his principal rather than in his own name." Wright & Miller, 6A Federal Practice & Procedure Civ. 2d § 1553. Consequently, even if a court finds that a proper agency relationship exists between the holder of a note and the party seeking to enforce its security, this does not excuse the agent from the requirement that an action be prosecuted in the name of the note holder, who is the real party in interest. Fed.R.Civ.P. 17(a)(1)".* In re Hwang, 396 B.R. 757 (Bankr. C.D. Cal. Sept. 2008)

*Given that "the debt is the principal thing and the mortgage an accessory," the Supreme Court reasoned long ago that as a corollary, "the mortgage can have no separate existence."* <u>Carpenter, 83 U.S. at 274.</u>

<u>BANK OF AMERICA, N.A. v. Jordan, Case No. 91675 (Ohio App. March 12, 2009)</u> *(reversing grant of summary judgment and remanding to trial court to dismiss foreclosure suit because BANK OF AMERICA, N.A. was not the real party in interest on date of foreclosure complaint and thus lacked standing).*

The law says the foreclosing party must "produce the NOTE" or lose ALL rights to the property. The law is very clear. If a foreclosing party cannot "produce the original NOTE" they cannot foreclose. It is really that simple. A court has NO LAWFUL CHOICE except to issue a summary judgment in favor of the Home Owner and have the attorney for the foreclosing party removed from the court. That would be what the law requires any judge to do.

Pursuant to Arizona law, which accepted in totality the U.C.C. under the name A.R.S. Title 47, when the lender voluntarily shredded the NOTE, the lender simultaneously cancelled the mortgage. There is no way to lawfully argue against this fact.

Here are some of the laws, definitions and case precedents that apply:

**1) A.R.S. 47-3604. <u>Discharge by cancellation or renunciation and U.C.C 3-604</u>**
*A. A person entitled to enforce an instrument, with or without consideration, may discharge the obligation of a party to pay the instrument:*
*1. By an intentional voluntary act, such as surrender of the instrument to the party, destruction, mutilation or cancellation of the instrument, cancellation or striking out of the party's signature or the addition of words to the instrument indicating discharge; or*
*2. By agreeing not to sue or otherwise renouncing rights against the party by a signed writing.*
*B. Cancellation or striking out of an endorsement pursuant to subsection A does not affect the status and rights of a party derived from the endorsement.*

**2) A.R.S. § 47-3302 & U.C.C. 3-302 Holder in due course.**
*A. Subject to subsection C of this section and section 47-3106, subsection D, "holder in due course" means the holder of an instrument if:*
*1. The instrument when issued or negotiated to the holder does not bear such apparent evidence of forgery or alteration or is not otherwise so irregular or incomplete as to call into question its authenticity; and 2. The holder took the instrument:*
*(a) For value; (b) In good faith; (c) Without notice that the instrument is overdue or has been dishonored or that there is an uncured default with respect to payment of another instrument issued as part of the same series; (d) Without notice that the instrument contains an unauthorized signature or has been altered (e) Without notice of any claim to the instrument described in section 47-3306; and (f) Without notice that any party has a defense or claim in recoupment described in section 47-3305, subsection A.*

*B. Notice of discharge of a party, other than discharge in an insolvency proceeding, is not notice of a defense under subsection a of this section, but discharge is effective against a person who became a holder in due course with notice of the discharge. Public*

*filing or recording of a document does not of itself constitute notice of a defense, claim in recoupment or claim to the instrument.*
*C. Except to the extent a transferor or predecessor in interest has rights as a holder in due course, a person does not acquire rights of a holder in due course of an instrument taken:*
*1. By legal process or by purchase Mortgage in an execution, bankruptcy or creditors or similar proceeding*
*2. By purchase Mortgage part of a bulk transaction not in ordinary course of business of the transferor; or    3. As the successor in interest to an estate or other organization.*

3) Arizona Rules of Evidence Rule 408 Evidence of (1) furnishing or offering or promising to furnish, or (2) accepting or offering or promising to accept, a valuable consideration in compromising or attempting to compromise a claim which was disputed as to either validity or amount, is not admissible to prove liability for or invalidity of the claim or its amount. Evidence of conduct or statements made in compromise negotiations is likewise not admissible. This rule does not require the exclusion of any evidence otherwise discoverable merely because it is presented in the course of compromise negotiations. This rule also does not require exclusion when the evidence is offered for another purpose, such as proving bias or prejudice of a witness, negative on contention of undue delay, or proving an effort to obstruct a criminal investigation or prosecution.

4) USC Title 15 Chapter 41 Subchapter V § 1692, and/or A.R.S. § 47-3101 through 47-4504,

5) RESCISSION of contract: Black's Law Sixth Edition;
The right of rescission is the right to cancel (rescind) upon the occurrence of certain kinds of default (1) by the other contracting party. To declare a contract void in its inception and put an end to it as though it never were. Russell v. Stephens, 191 Wash. 314, 71 P.2d 30, 31. A "rescission" amounts to the unmaking of a contract, or an undoing of it from the beginning, and not merely a termination, and it may be effected by mutual agreement or by one of the parties declaring rescission of contract without consent of the other if a legally sufficient ground therefore exists (2), or by applying to the courts for a decree of rescission.

6) **A.R.S. § 47-3309. Enforcement of lost, destroyed or stolen instrument**
*A. A person not in possession of an instrument is entitled to enforce the instrument if:*
*1. The person was in possession of the instrument and entitled to enforce it when loss of possession occurred;*
*2. The loss of possession was not the result of a transfer by the person or a lawful seizure; and*
*3. The person cannot reasonably obtain possession of the instrument because the    instrument was destroyed, its whereabouts cannot be determined or it is in the wrongful possession of an unknown person or a person that cannot be found or is not amenable to service of process;*
*B. A person seeking enforcement of an instrument under subsection A of this section must prove the terms of the instrument and the person's right to enforce the instrument. If that proof is made, section 47-3308 applies to the case as if the person seeking enforcement had produced the instrument. The court may not enter judgment in favor of the person seeking enforcement unless it finds that the person required to pay the    instrument is adequately protected against loss that might occur by reason of a claim by another person to enforce the instrument. Adequate protection may be provided by any reasonable means.*

7) Cases:

i) A US Federal Judge, C.A. Boyko in Federal District Court in Cleveland Ohio ruled to dismiss a claim by FIRST MAGNUS FINANCIAL CORPORATION National Trust Company. DB's US subsidiary was seeking to take possession of 14 homes from Cleveland residents living in them, in order to claim the assets.

ii) UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO WESTERN DIVISION AT DAYTON IN RE FORECLOSURE CASES CASE NO. 3:07CV043 To satisfy Article III's standing requirements, the foreclosing agent must show: (1) it has suffered an injury in fact that is concrete and particularized and actual or imminent, not conjectural or hypothetical; (2) the injury is fairly traceable to the challenged action of the defendant; and (3) it is likely, as opposed to merely speculative, that the injury will be redressed by a favorable decision. Loren, 2007 WL 2726704 at 7. To show standing, then, in a foreclosure action, the foreclosing agent must show that it is the holder of the note and the mortgage at the time the complaint was filed (*1). The foreclosing agent must also show, at the time the foreclosure action is filed, that the holder of the note and mortgage is harmed (*2)....

iii) First National Bank of Montgomery vs. Jerome Daly, IN THE JUSTICE COURT STATE OF MINNESOTA COUNTY OF SCOTT TOWNSHIP OF CREDIT RIVER, JUSTICE MARTIN V. MAHONEY December 7, 1968;

8) FEDERAL RESERVE's plan developed by J.P.Morgan;
**"... Debts must be collected and loans and mortgages foreclosed as soon as possible. When through a process of law the common people have lost their homes, they will be more tractable and more easily governed by the strong arm of the law applied by the central power of leading financiers. People without homes will not quarrel with their leaders. This is well known among our principle men now engaged in forming an imperialism of capitalism to govern the world. By dividing the people we can get them to expend their energies in fighting over questions of no importance to us except as teachers of the common herd**

9) Banks can not lend credit:
Bank transactions require a legal object and purpose. In this instant matter, FIRST MAGNUS FINANCIAL CORPORATION may have committed the following illegal acts, the problematic representation of facts, the lending of credit instead of money which is illegal in and of itself and leads to problematic consideration. RPII Offeror cites for FIRST MAGNUS FINANCIAL CORPORATION's review the following cases;

See: "In the federal courts, it is well established that a national bank has not power to lend its credit to another by becoming surety, endorser, or guarantor for him.'" FarMERS and Miners Bank v. Bluefield Nat 'l Bank, 11 F 2d 83, 271 U.S. 669.

See: "A national bank has no power to lend its credit to any person or corporation . . . Bowen v. Needles Nat. Bank, 94 F 925 36 CCA 553, certiorari denied in 20 S.Ct 1024, 176 US 682, 44 LED 637.
See: "The doctrine of ultra vires is a most powerful weapon to keep private corporations within their legitimate spheres and to punish them for violations of their corporate charters, and it probably is not invoked too often . . . Zinc Carbonate Co. v. First National Bank, 103 Wis 125, 79 NW 229. American Express Co. v. Citizens State Bank, 194 NW 430.

See: "A bank may not lend its credit to another even though such a transaction turns out to have been of benefit to the bank, and in support of this a list of cases might be cited, which would look like a catalog of ships." [Emphasis added] Norton Grocery Co. v. Peoples Nat. Bank, 144 SE 505. 151 Va 195.

See: "Neither, as included in its powers not incidental to them, is it a part of a bank's business to lend its credit. If a bank could lend its credit as well as its money, it might, if it received compensation and was careful to put its name only to solid paper, make a great deal more than any lawful interest on its money would amount to. If not careful, the power would be the mother of panics; indeed, lending credit is the exact opposite of lending money, which is the real business of a bank, for while the latter creates a liability in favor of the bank, the former gives rise to a liability of the bank to another. I Morse. Banks and Banking 5th Ed. Sec 65; Magee, Banks and Banking, 3rd Ed. Sec 248." American Express Co. v. Citizens State Bank, 194 NW 429.

See: "It is not within those statutory powers for a national bank, even though solvent, to lend its credit to another in any of the various ways in which that might be done." Federal Intermediate Credit Bank v. L'Herrison, 33 F 2d 841, 842 (1929).

See: "There is no doubt but what the law is that a national bank cannot lend its credit or become an accommodation endorser." National Bank of Commerce v. Atkinson, 55 E 471.

See: "A bank can lend its money, but not its credit." First Nat'l Bank of Tallapoosa v. Monroe. 135 Ga 614, 69 SE 1124, 32 LRA (NS) 550.

See: ". . . the bank is allowed to hold money upon personal security; but it must be money that it loans, not its credit." Seligman v. Charlottesville Nat. Bank, 3 Hughes 647, Fed Case No.12, 642, 1039.

See: "Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes 'fraud,' and entitles party deceived to avoid contract or recover damages." Barnsdall Refining Corn. v. Birnam Wood Oil Co.. 92 F 26 817.

See: "Any conduct capable of being turned into a statement of fact is representation. There is no distinction between misrepresentations effected by words and misrepresentations effected by other acts." Leonard v. Springer 197 Ill 532. 64 NE 301.

See: "If any part of the consideration for a promise be illegal, or if there are several considerations for an unseverable promise one of which is illegal, the promise, whether written or oral, is wholly void, as it is impossible to say what part or which one of the considerations induced the promise." Menominee River Co. v. Augustus Spies L & C Co., 147 Wis 559. 572; 132 NW 1122.

See: "The contract is void if it is only in part connected with the illegal transaction and the promise single or entire." Guardian Agency v. Guardian Mut. Savings Bank, 227 Wis 550, 279 NW 83.

See: "It is not necessary for rescission of a contract that the party making the misrepresentation should have known that it was false, but recovery is allowed even though misrepresentation is innocently made, because it would be unjust to allow one who made false representations, even innocently, to retain the fruits of a bargain induced by such representations." Whipp v. Iverson, 43 Wis 2d 166.

10) Maxim's of law apply in this MATTER:
**Ex dolo malo no oritur action:** Out of fraud no action arises; fraud never gives a right of action. No court will lend its aid to a man who founds his cause of action upon an immoral or illegal act.

11) Pursuant to the Erie doctrine Arizona Law prevails under diversity of jurisdiction:
Erie Railroad Co. v. Tompkins, 304 U.S. 64 (1938), was a decision by the Supreme Court of the United States in which the Court held that federal courts did not have the power to make up general federal common law when hearing state law claims under diversity jurisdiction. In reaching this holding, the Court overturned almost a century of federal civil procedure law, and established what remains the modern law of diversity jurisdiction for United States federal courts.

In the law of the United States, Erie doctrine is a fundamental legal doctrine of civil procedure mandating that a federal court in diversity jurisdiction must apply state substantive law.

The doctrine follows from Supreme Court landmark decision in Erie Railroad Co. v. Tompkins 304 U.S. 64 (1938), written by Justice Louis Brandeis. The case overturned Swift v. Tyson, which allowed federal judges sitting in a state to ignore the common law local decisions of state courts in the same state, in cases based on supplemental jurisdiction.

12) Real Party in Interest:  Pursuant to Arizona Rules of Civil Procedure Rule 17 the bank must prove that it is THE REAL PARTY IN INTEREST in this MATTER before the bank can argue against this MATTER.

Absent prima facie evidence that **FIRST MAGNUS FINANCIAL CORPORATION** is THE REAL PARTY IN INTEREST in this MATTER and any and all courts in America shall only conclude that **FIRST MAGNUS FINANCIAL CORPORATION** is NOT THE REAL PARTY IN INTEREST in this MATTER and thus **FIRST MAGNUS FINANCIAL CORPORATION** voluntarily forsakes ALL rights by default and/or its error(s) in fact.

Pursuant to Arizona Law the foreclosing party is demanded, for ratification of commencement, to properly inform the owner, who is THE REAL PARTY IN INTEREST in this MATTER.

13) CAVEAT: FOR THE BENEFIT OF ALL PARTIES

DO NOT ATTEMPT TO OFFER INTO EVIDENCE A COPY OF THE NOTE; A HOLDER IN DUE COURSE MUST SUPPLY THE ORIGINAL NOTE; ABSENT THE ORIGINAL NOTE ANY PARTY CLAIMING TO BE THE HOLDER IN DUE COURSE IS PURPOSELY, WITH MALICE AFORETHOUGHT, COMMITTING FRAUD UPON THE COURT AS EVIDENCED BY THIS NOTICE.

ANY ATTEMPT TO FILE A COPY OF THE NOTE AS THE ORIGINAL NOTE SHALL BE CONSIDERED A CRIMINAL ACT, PURSUANT TO ARS. 39-161.

DO NOT ATTEMPT to reestablish the note as this would be a fraud upon the court pursuant to Arizona law. Pursuant to Arizona Rules of Civil Procedure Rule 17 and Federal rules of Civil procedure rule 17.

The NOTE was purposely destroyed and was not lost and as such any claim that said note was lost would be perjury.

This and/or any communication may be recorded and used as evidence in any court in accordance with Rule 902.

There is substantially more that is available to cite so I will stop here. I believe the point about lack of standing has been made. Again, if I am wrong please feel free to show it by providing verifiable Proof Of Claim. [*BLACK'S LAW DICTIONARY: VERIFICATION. Confirmation of correctness, truth, or authenticity, by affidavit, oath, or deposition.*]

There is a purported contract under which BANK OF AMERICA, N.A. claims I must perform. There are serious discrepancies that have been uncovered in the preliminary audit of the transaction. BANK OF AMERICA, N.A. as the purported agent and un-named parties [John Does 1 to 1000] have a clearly defined duty under the law of contracts to provide each and every one of the five essential components that are required to establish a lawful contract. With at least three of the essential components missing from the contract under discussion, BANK OF AMERICA, N.A. cannot enforce or collect on this unconscionable contract… check any edition of Black's Law Dictionary under "contract". Under the definition of Fraud in the factum: "misrepresentation as to the nature of a writing (contract) that a person signs with neither knowledge nor reasonable opportunity to obtain knowledge of its character or essential terms". The presence of any type of fraud in a contract "vitiates" the contract: cancels it from its inception and there is no statute of limitations on discovering fraud. I invoke my right to equal protection under the law and to "seek a remedy for the breach of those duties" (Contract as defined in Black's Law Dictionary 6th Edition).

Proof of Claim is hereby **demanded** in order to validate BANK OF AMERICA, N.A.' standing as Real Party In Interest and/or Holder In Due Course of the Note and Mortgage, proving lawful authority to have commenced the foreclosure action on my home, and BANK OF AMERICA, N.A.' authority as agent, or any other party that may choose to reveal its identity, to act in its behalf in demanding and collecting payments from me. I herewith [again] demand that BANK OF AMERICA, N.A. produce for my inspection **all original documents** that I was entitled to at the closing of the refinance transaction on my home, to also include the 1003 application, the final HUD-1 Settlement, the Deed of Trust, all disclosures, the appraisal, the Note, the allonge to the Note, and the agency agreement between BANK OF AMERICA, N.A., and any other party that may choose to come forth. If any document cannot be produced, state the reason why it cannot be produced. These documents are needed to perform a full forensic fingerprint and signature analysis. I further **demand** the following documents if they are available: (If they are not available please state why they are not available)

1) The 2046 balance sheet as it relates to the original "loan" which is a mandatory filing pursuant to Title 12 U.S.C. 248 & 347

2) The 1099 OID (Original Issued Document)
3) The S3 A registration statement
4) The 424 B-5 prospectus
5) The RC S & RC B call schedules.
6) The FAS 125, 133, 140, 5, and 95. [FASB (Financial Accounting Standards BANK OF AMERICA, N.A. rd) part of GAAP (Generally Accepted Accounting Standards)]
These documents will be needed as part of my forensic analysis on this loan in its entirety.

In the event a valid Proof of Claim in the form of what is asked for above cannot be produced within 10 days, BANK OF AMERICA, N.A. agrees that a Deed of Release and full Reconveyance to me is to be issued and filed in the office of the County Recorder. Failing the voluntary production of that above mentioned documentation or the issue of Deed of Release and Full Reconveyance shall be interpreted as an invitation to exercise my right to remedy through more formal proceedings where BANK OF AMERICA, N.A. and other parties named will be compelled to respond at a much greater monetary outlay, when an action for injunctive relief and quiet title, which is now being composed, is filed in the appropriate court. I would rather we settle this matter administratively, but if forced I will deliver-serve a filed copy of the Complaint, the action, memorandums of law, interrogatories, and request for admissions and Temporary Restraining Order. It is your choice, voluntary now or compelled explanation later.

While this letter is written in part for purposes of settlement and compromise, it is already a demand letter which can and will be used as necessary. It is therefore not a confidential communication protected under the rules of settlement disclosures and correspondence.

You have previously been presented with proper notices of deceptive lending practices in the closing on the above-referenced loans and lack of standing to prosecute a foreclosure. Within said notices was contained equitable resolution to this matter to be a set-off to the entire account. That is, settle with me by declaring the account paid as agreed and issuing a Deed of Full Reconveyance. This will avoid the time, expense, and damage awards should I decide to seek all remedy that I am entitled to through more formal proceedings.

Notwithstanding the above, BANK OF AMERICA, N.A. cannot state affirmatively that the borrower is or is not in default, the lender is in default of its obligations under applicable Federal and State laws, the lender at the closing, the servicing agent, and the named Beneficiary on the Deed of Trust are not the real parties in interest (i.e., they lack standing to proceed to judicial or non-judicial sale), the trustee and lender lack authority to proceed but have intentionally and problematically filed papers and posted notices as though the authority was present. See: A.R.S. § 39-161. Presentment of false instrument for filing; classification [a class 6 felony]

I HEREWITH DEMAND THE NAMES AND CONTACT INFORMATION ALONG WITH A DESCRIPTION OF THE SECURITY SOLD, THE ASSIGNMENT MADE, AGREEMENTS SIGNED, BETWEEN ALL OF THE MORTGAGE BROKERS, REAL ESTATE BROKERS, DEVELOPERS, APPRAISERS, MORTGAGE AGGREGATORS, INVESTMENT BANKERS, RETAIL OR OTHER SELLER OF SECURITIES AND THE INVESTORS WHO PURCHASE MORTGAGED THE SECURITIES.

Based upon information received from the experts in this case and based upon my own factual and legal investigation there appear to be claims in addition to the claims stated in prior correspondence, which claims based upon the following summary, are in most cases not

exclusive and therefore the demands stated in this letter and prior correspondence you have received, which is incorporated herein as specifically as if set forth at length here at, should all be considered cumulative.

**Usury:** As a result of the artificially inflated "fair market values" utilized by LENDER et al, its agents, servants and/or employees, to induce the borrower to sign the mortgage documents, the effective yield now vastly exceeds the legal lending limit in the State of Arizona, if the borrower pays in accordance with the mortgage and note indentures. A quick review of the usury law in Arizona will reveal that while it has been relaxed somewhat to accommodate predatory lending through credit cards and payday loans, it remains somewhat stringent in connection with other loans and allows the borrower to cancel the loan and collect damages. Hence, just for the record, in the unlikely event we do not settle this case, demand is herewith made for full satisfaction of the mortgage and note plus three times the value of the note in damages, plus attorney fees and costs of 10% of the value of the of the claim which is the principal of the note plus three times the principal of the note.

**Security Violation:** Believing I was being granted a loan, I was lead into issuing a private unregistered negotiable instrument, the Note. A Promissory Note falls under Arizona Revised Statutes (A.R.S.) Title 47 Chapter 3 because it is a negotiable instrument, once it is securitized; it falls under A.R.S. 47 Chapters 8 & 9 as a security. The lender illegally sold my un-registered negotiable instrument. Deeds of trust and mortgage deeds are always registered as evidences of debt... notes are never registered... selling un-registered securities is an automatic right of rescission of the original contract. I possess entitlement rights and possessory rights to my original note... it is negotiable. Since compensation arising from the transaction with this borrower was not disclosed to the borrower, the transaction lacked proper disclosure and is subject to rescission, compensatory and punitive damages. This may be noticed:

**Common Law Fraud in the Inducement and Fraud in the execution of the closing documents including but not limited to the settlement statement, the mortgage and note.**

**Arizona Consumer Fraud Act** at A.R.S. §44-1521 thru §44-1534: while the transaction clearly involves interstate commerce, Arizona law provides for much the same remedies as described above for unfair and deceptive lending and/or business practices. Hence, just for the record, in the unlikely event we do not settle this case, demand is herewith made for full satisfaction of the mortgage and note plus three times the value of the note in damages, plus punitive and/or exemplary damages plus attorney fees of 10% of the value of the of the claim which is the principal of the note plus three times the principal of the note.

**TILA claims have been summarized in prior correspondence.** Because the transaction is not a pure first mortgage residential transaction, the TILA exception for rescission does not apply and we therefore demand rescission in addition to the above-stated claims. Hence, just for the record, in the unlikely event we do not settle this case, demand is herewith made for full satisfaction of the mortgage and note plus three times the value of the note in damages, plus punitive and/or exemplary damages plus attorney fees of 10% of the value of the of the claim which is the principal of the note plus three times the principal of the note.

**RESPA:** You have failed to properly respond to the claims under the act and are currently in violation. Hence, just for the record, in the unlikely event we do not settle this case, demand is herewith made for full satisfaction of the mortgage and note plus three times the value of the

note in damages, plus punitive and/or exemplary damages plus attorney fees of 10% of the value of the of the claim which is the principal of the note plus three times the principal of the note.

**RICO:** As stated above there were multiple parties in multiple states in a scheme spanning virtually all continents in which false, misleading and non-conforming statements were made to investors and borrowers alike, wherein LENDER et al acted in concert with other "lenders" and investment bankers to artificially create the appearance of higher market values for property and the false appearance of trends that did not in actuality exist, but for the "free money" (secured under false pretenses) pumped tactics whose objectives were to get the borrower's signature without regard for the consequences to either the borrower or the investor. Hence, just for the record, in the unlikely event we do not settle this case, demand is herewith made for full satisfaction of the mortgage and note plus three times the value of the note in damages, plus punitive and/or exemplary damages plus attorney fees of 10% of the value of the of the claim which is the principal of the note plus three times the principal of the note.

Under Arizona Revised Statutes (A.R.S.) *§47-3303 Value and Consideration (a) An instrument is issued and transferred for value if: (1) the instrument is issued or transferred for a promise of performance, to the extent the promise has been performed...*

*(b)...The drawer or maker of an instrument has a defense if the instrument is issued without consideration. If an instrument is issued for a promise of performance, the issuer has a defense to the extent performance of the promise is due and the promise has not been performed.*

The alleged lender, MERS converted my Note and negotiated it for an undisclosed and unknown sum, then funded the alleged loan with the funds from the sale of the Note. There was no loan made. The pretender lender took my Note, converted it, and sold it to fund the alleged loan. So in effect, I funded my own transaction by being deceived into issuing what in reality was a negotiable security. That scenario is grounds for immediate rescission under A.R.S. §47-3305 Defenses and Claims in Recoupment at *(a) (1) (iii) fraud that induced the obligor to sign the instrument with neither knowledge nor reasonable opportunity to learn of its character or its essential terms.*

Based on the problems detected in the subject transaction, as of August 30, 2011 when BANK OF AMERICA, N.A. signed the Certified Mail Return Receipt for the Notice mailed to BANK OF AMERICA, N.A., I have RESCINDED the transaction from the beginning. As the original funds transferor, I am making a claim for recoupment of my original Note, all monies made from the sale of said Note to 3rd parties, and all funds paid by me since the beginning under A.R.S. § 47-3306 and the UCC.

Under Federal Law, you are a provider of financial services and/or products to a borrower whom you or your agents, predecessors, or successors intentionally deceived at the closing of the loan, conspired to misrepresent the proper appraised value of the property, and have now ignored your basic responsibilities of presenting a response to the notices and correspondence already on file with you and regulatory agencies, who have been informed of your illegal and improper conduct.

Notwithstanding the above, I am now faced with the apparent prospect of losing my house, damage to my credit rating, and have been required to seek the services of legal counsel and

other professionals to forestall the loss, for which services demand is herewith made under the terms of the mortgage and all applicable Federal (TILA, RESPA, RICO) and State Law..

YOUR CONDUCT, IF YOU PROCEED, CONSTITUTES CRIMINAL THEFT AND CIVIL THEFT OF THE REAL PROPERTY SUBJECT TO THE MORTGAGE, NOTE AND PROCEEDINGS YOU HAVE POSTED AND FILED. Accordingly your position, in the absence of any authority to do so under law is invalid and illegal. DEMAND IS HEREWITH MADE THAT ALL EFFORTS AT FORECLOSURE, SALE, OR EVICTION BE STOPPED IMMEDIATELY.

Any further attempts at collection will result in further action taken by me for all remedies available in law and equity in both administrative proceedings, and judicial forums possessing competent jurisdiction, which will seek damages for unfair trade practices, treble damages under applicable law for RICO, FTC, consequential damages and refunds, attorney fees, court costs, and all other available remedies in law or equity. Stop any and all negative reporting to the credit bureaus.

It is an established fact that the problems such as the Assignment of Deed of Trust was not filed by BANK OF AMERICA, N.A./FIRST MAGNUS FINANCIAL CORPORATION. Stop all legal and/or foreclosure proceedings now. I presume that any forthcoming legal action will be postponed pending the amicable resolution of this loan. Please ONLY contact me via mail at the above address. Do not contact me telephonically.
Thank you very much for your time and assistance.

Sincerely,

IVAYLO DODEV
Loan Account No.: # LOAN # 6531180433 and 147338494

**CC: Attorney General of Arizona              Federal Deposit Insurance Corporation**
**Securities and Exchange Commission      Comptroller of the Currency**
**Arizona Bar Association                         Arizona Secretary of State**
**Arizona Department of Financial Institutions  Federal Reserve**
**County Recorder                                   County Attorney**

**WHEN RECORDED MAIL TO:**                          **SENT CERTIFIED MAIL**
IVAYLO DODEV
6312 S. 161st Way
GILBERT, AZ  85298


AUGUST 30, 2011


**BANK OF AMERICA, N.A.**                    **Bank of New York Mellon, N.A.**
400 National Way                             101 Barclay St. 4W
Simi Valley, CA  93065                       New York, NY 10286


**RECONTRUST COMPANY, N.A.**                 **MERS**
2380 Performance Dr. TX2-985-07-03           1818 Library Street, suite 300
Richardson, TX 75082                         Reston, VA  20190


**FIRST MAGNUS FINANCIAL CORPORATION**       **BANK OF NEW YORK**
603 N. Wilmot Rd                             400 National Way
Tucson, AZ 85711                             Simi Valley, CA  93065


RE: Account No.: LOAN # 6531180433 and 147338494
IVAYLO DODEV, 6312 S. 161st Way, Gilbert, AZ  85298

ATTN: LEGAL

## LETTER OF RESCISSION

To: BANK OF AMERICA, N.A., NO TRUSTEE ON DEED OF TRUST, FIRST MAGNUS FINANCIAL CORPORATION, MERS, BANK OF NEW YORK, RECONTRUST COMPANY, N.A. and others:

Today, August 30, 2011, I am filing a complaint with you, the Comptroller of the Currency and the Arizona Attorney General and the Arizona Department of Financial Institutions, the Arizona Secretary of State, the Maricopa County Attorney and Recorder among other investigative institutions. You denied my previous Complaints and ignored my demands. The Attorney General of Arizona has already responded with an investigation to similar complaints filed by others, and filed a Complaint against Bank of America based on fraud. My case is similar to the numerous cases which led to this ruling against Bank of America. Further, the Supreme Court of Massachusetts ruled against US Bank National Association for fraudulent assignments. Their complaint largely identifies the complaints I have with you. Again, I submit these demands and statements for your review and action.

There are many issues that I have discovered which I feel are illegal and/or incorrect, but I will only discuss a few. A few of my concerns in reference to my promissory note are:
   a)  Unless an asset is transferred into a lifetime trust, the asset does not become trust property. Was there a legal transfer into this trust that claims to be the beneficiary of my note?
   b)  The assignment of a mortgage without transfer of the underlying promissory note is a nullity. I understand that the Deed of Trust and promissory note were separated at the inception of the loan.

c) A trustee's act that is contrary to the trust agreement is void. The new trustee has created documents that are incorrect and have been completed by Robo Signers. There was never a Trustee on my Deed of Trust, thus making my Deed of Trust and Note void.

d) If my note was just assigned to this trust you say it is on the same day that you recorded the Substitution of Trustee and Notice of Trustee's Sale documents, where was it for the previous five years? Are you saying that it was in some other trust? On my Deed of Trust recorded December 18, 2006, it says that First Magnus Financial Corporation is the lender and Mortgage Electronic Registration Systems, Inc. (MERS) is the beneficiary. Who is the trustee?  Who is the real beneficiary? The assignment that was created by ReconTrust Company, N.A. by that Robo Signer shows Bank of New York is the beneficiary, when MERS shows it to be Bank of New York Mellon, N.A., a completely different entity, which makes the Notice of Trustee's Sale null and void. Which one is the real beneficiary?

e) The only document that was purportedly recorded legally was the Deed of Trust showing that First Magnus Financial Corporation is the lender and MERS is the beneficiary, yet there was never a Trustee on this document, making it null and void. On this Deed of Trust, a legal three party contract, it is legally deficient because two of the three parties are missing. The Trustee and the Beneficiary are not legal entities to do any legal cause. How and when did that get changed? This only assignment that you created and recorded was fraudulent. This Assignment was created, signed, notarized and recorded on the same day and time as the Substitution of Trustee and Notice of Trustee's Sale documents.  Obviously, this is a clear sign of the sloppiness of my loan and legal documentation, and the fraudulent activity within to cover it up.  My Note was transferred into a trust at the inception of my loan, as recorded on the MERS Milestone on my Note referenced above.

f) My Deed of Trust is missing two parties of a legal document, the Trustee and Beneficiary (MERS), who has no beneficial interest in my note, and due to Legal Cause, the only way to substitute a trustee is in with Legal Cause.  You are creating illegal documents using my Deed of Trust above as a basis.

**IT IS HEREBY DEMANDED THAT YOU IMMEDIATELY VOID THE <u>NOTICE OF TRUSTEE'S SALE</u>, CEASE AND DESIST ALL TRUSTEE'S SALE ACTIVITIES AND WITHIN TWENTY DAYS, RELEASE OR CORRECT ALL FALSE DOCUMENTS YOU HAVE RECORDED OR CAUSED TO BE RECORDED IN CONNECTION WITH THE BELOW REFERENCED PROPERTY.**

You are hereby noticed that you have participated in a process that is statutorily and contractually out of compliance and VOID!

IT IS HEREBY DEMANDED THAT YOU CEASE AND DESIST and CANCEL the above referenced sale as noticed by the <u>Notice of Trustee's Sale</u> which you have recorded or caused to have recorded in the above referenced County of Maricopa, Arizona.

There are numerous violations of the <u>Deed of Trust</u> that you purport to be proceeding through as well as provisions of Arizona Statutory requirements relating to the exercise of the "power of sale"  You have not met the presumptions of A.R.S. § 33-811 (B) and (C) of contractual and statutory compliance. Violations include noticing, recording, mailing, publishing and posting of notice of sale and the conduct of the sale as more fully described below.  Since you proceeded with the Trustee's Sale your actions are considered an attempt to unlawfully convert title of real property though the filing of forged and/or groundless documents in a public office.

The Arizona Supreme Court has ruled that foreclosing parties must strictly comply with the statutory scheme of requirements applicable to the notice and conduct of a non-judicial Trustee's Sale.  Further the court has ruled that any Trustee's Sale which is held without complying with such statutory requirements is VOID.  The court has also ruled that a party availing himself of the contractual provisions providing for a sale and forfeiture must comply strictly with all the requirements of the contract.  You have not met the obligations of such compliance as further set-forth below.

Below are the items of non-compliance with the Arizona Trustee's Sale process found thus far.

### Contractual Violations

According to the Arizona Supreme Court if you wish to avail yourself of a contractual provision providing for forfeiture you are required to comply strictly with all of the requirements of the contract as indicated in the below cited rulings.

1.  The <u>Deed of Trust</u>, Section 22, for the referenced property states, "Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument."  The Lender, FIRST MAGNUS FINANCIAL CORPORATION, has never provided such a notice to the Borrower as is required by this contractual provision.

2.  Further, the <u>Deed of Trust</u>, Section 22, paragraph 1, subsection (c) for the referenced property states the Lender is required to invoke the power of sale on "a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured."  No party has provided a breach notice allowing the contractually required 30 day cure period prior to invoking a power of sale or other remedies permitted by Applicable Law.  Therefore, this foundational basis upon which a power of sale may be exercised has not been met and any action by you to initiate a <u>Notice of Trustee's Sale</u> is void.

3.  The <u>Deed of Trust</u>, Section 24 for the referenced property states "Lender may, … appoint a successor trustee to any Trustee appointed hereunder."  You are in violation of the contractual provisions as the Lender, FIRST MAGNUS FINANCIAL CORPORATION, who is named in the <u>Deed of Trust</u> has never made an appointment of a "successor trustee" to the party so designated in the <u>Notice of Trustee's Sale</u>. Therefore, the <u>Notice of Trustee's Sale</u> is void as the cited Trustee has no authority to exercise a "power of sale" against the property.

4.  The <u>Deed of Trust</u>, Section 15 states you must meet notice requirements which are "also required under Applicable Law."  There are additional requirements under Applicable Law in Arizona.  A.R.S. § 33-807.01 requires that you attempt to contact me with a 30 day written notice "to explore options to avoid foreclosure" prior to the recordation of a

Notice of Trustee's Sale.    No such Written Notice has been delivered to me in the required time period.

According to the Arizona Supreme Court you are required to strictly comply with all statutory notice requirements for Trustee's Sales as indicated in the statutes and cited rulings below.

### Statutory Civil Violations

5. A.R.S. § 33-420 (A), states, "A person purporting to claim an interest in, or a lien or encumbrance against, real property, who causes a document asserting such claim to be recorded in the office of the county recorder, knowing or having reason to know that the document is forged, groundless, contains a material misstatement or false claim or is otherwise invalid is liable to the owner or beneficial title holder of the real property for the sum of not less than five thousand dollars, or for treble the actual damages caused by the recording, whichever is greater, and reasonable attorney fees and costs of the action." You have caused such documents to be recorded in the county recorder's office.    Per document, you are liable for a minimum sum of five thousand dollars and you may be liable for treble damages as my home has gone to trustee's sale based upon forged or groundless recorded documents which may contain material misstatements, false claims or are otherwise invalid.

6. A.R.S. § 33-420 (C), states  "A person who is named in a document which purports to create an interest in, or a lien or encumbrance against, real property and who knows that the document is forged, groundless, contains a material misstatement or false claim or is otherwise invalid shall be liable to the owner or title holder for the sum of not less than one thousand dollars, or for treble actual damages, whichever is greater, and reasonable attorney fees and costs as provided in this section, if he willfully refuses to release or correct such document of record within twenty days from the date of a written request from the owner or beneficial title holder of the real property."  Again, you are named in such documents and have the opportunity to take corrective actions.  If you take no such action within the twenty days from this notice, you will be liable to me "for the sum of not less than one thousand dollars, or for treble actual damages, which ever is greater…"

### Deed of Trust Statutory Violations

7. MERS (Mortgage Electronic Registration Systems, Inc.) is designated as the "Beneficiary" in the Deed of Trust.   For MERS to be a "Beneficiary" is a factual impossibility.  MERS states on its own homepage, www.MERSinc.org, "MERS is an innovative process that simplifies the way mortgage ownership and servicing rights are originated, sold and tracked."  MERS is strictly a process with a database; it cannot meet the statutory definition (A.R.S. § 33-801) of a "Beneficiary."   A process is merely a methodology and a database is a compilation of information and it cannot be a

"Beneficiary" as it cannot receive payments nor can it ever hold title to an instrument pertaining to real property or the real property itself. The process elaborating how "mortgage ownership and servicing rights are originated, sold and tracked" does not create statutory status as a Beneficiary. The Beneficiary cited in the <u>Notice of Trustee's Sale</u> never received an authorization from an original Beneficiary as there never was a statutorily compliant Beneficiary in the <u>Deed of Trust</u>. Since there was never a Beneficiary established in the <u>Deed of Trust</u>, the <u>Deed of Trust</u> is void and of no force and effect. The indicated Beneficiary has no authorization to initiate a "power of sale" against the property.

8.  In the event the Borrower, or someone on behalf of the Borrower, were to satisfy all obligations the <u>Deed of Trust</u> seeks to secure; MERS would be unable to offer the satisfaction of obligation which is required under A.R.S. § 47-3602. This is further indication that MERS is indeed NOT the Beneficiary of anything and has no authority to act in that capacity.

9.  Since MERS cannot meet the contractual or statutory threshold of a Beneficiary, the <u>Deed of Trust</u> also fails as there can be no trust without a valid Beneficiary.

10. Additionally, MERS published Announcement Bulletin 2011-01 on 2011-02-16 (See http://www.mersinc.org/files/filedownload.aspx?id=678&table=ProductFile) in which it expressly stated that "their Members" were "NOT to foreclose in MERS' name."

11. Revised Statutes §33-804(F), which states: "Resignation by a trustee is made by recordation of a notice of resignation in the office of the county recorder of each county in which the trust property or some part of the trust property is situated at the time of the resignation. Written notice shall be given through registered or certified mail, with postage prepaid, to the Trustor and the beneficiary." No such Resignation has ever been recorded in the applicable county recorder's office. Therefore, since there was no current trustee listed on this deed of trust, this document is null and void, and can not be the original trustee as designated in the <u>Deed of Trust</u>. Since the original trustee, NO TRUSTEE NAMED, is still the trustee of record and has never exercised the power of sale as provided for in the <u>Deed of Trust</u> the <u>Notice of Trustee's Sale</u> is void and of no force and effect.

<u>**Corporation Assignment of Deed of Trust Violations**</u>

12. A.R.S. § 33-818 states that an "assignment of a beneficial interest under a trust deed... if acknowledged... shall from the time of being recorded ... impart notice of the content." Additionally, A.R.S. § 33-412 (A) states, "All bargains, sales and other conveyances whatever of ..., and deeds of trust and mortgages of whatever kind, shall be void as to creditors and subsequent purchasers for valuable consideration without notice, unless they are acknowledged and recorded in the office of the county recorder as required by law." You are in violation of the statutory notice requirements for Trustee's Sales as, prior to the recording of the <u>Notice of Trustee's Sale</u>, there was never made a recorded

and acknowledged assignment of beneficial interest by an authentic and authorized party to Mortgage Electronic Registration who is designated as the beneficiary in the recorded <u>Notice of Trustee's Sale</u>. A.R.S. § 33-420 (C), states, "A document purporting to create an interest in, or a lien or encumbrance against, real property not authorized by statute, judgment or other specific legal authority is presumed to be groundless and invalid." There is no valid document recorded in this County prior to the filing of a <u>Notice of Trustee's Sale</u> which conveys beneficial interest to Mortgage Electronic Registration. Therefore, the <u>Notice of Trustee's Sale</u> is void as the cited Beneficiary has no authorization to exercise a "power of sale" against the property.

13. For the foregoing reasons, the <u>Notice of Trustee's Sale</u> is void and of no force and effect as the cited Beneficiary has no authorization to exercise a "power of sale" against the property.

<b><u>Substitution of Trustee Violations</u></b>

14. A valid <u>Substitution of Trustee</u> has never been made by a beneficiary with authority to appoint a successor trustee pursuant to A.R.S. § 33-804 (B) which states, "The beneficiary may at any time remove a trustee for any reason or cause and appoint a successor trustee, and such appointment shall constitute a substitution of trustee." The phrase 'for cause' must mean some cause affecting or concerning the ability or fitness of the trustee to perform the duty imposed upon him. It does not mean an arbitrary will of the appointing power, for that might be the outgrowth of mere whim, caprice, prejudice, or passion, which would, in reality, be no cause at all. The recorded <u>Substitution of Trustee</u> also fails to meet the requirements of A.R.S. § 33-804 (D) in that no document has ever been acknowledged that substitutes or appoints a trustee by an authorized Beneficiary or its agent. A.R.S. § 33-420 (C), states, "A document purporting to create an interest in, or a lien or encumbrance against, real property not authorized by statute, judgment or other specific legal authority is presumed to be groundless and invalid." A valid <u>Substitution of Trustee</u> to RECONTRUST COMPANY has never been made in accord with any contractual provision, Arizona statute or court action. Therefore, the <u>Notice of Trustee's Sale</u> is void as the cited Trustee has never been authorized to exercise a "power of sale" against the property.

15. Since the recorded <u>Substitution of Trustee</u> upon which the trustee's sale process is based are groundless and invalid pursuant to A.R.S. § 33-420; the entire Trustee's Sale process is groundless, void and of no force and effect.

16. The <u>Substitution of Trustee</u> recorded on the same day as the <u>Notice of Trustee's Sale</u> is not dated. The fact that this document is not dated invalidates this document. Additionally, there is no way to assure that the Darius Alexander personally appeared in front of the notary Alexis west. This nullifies the notary performed by Alexis West. Perhaps this is why there is a subsequent <u>Substitution of Trustee</u> filed four days after the recording of the <u>Notice of Trustee's Sale</u> This subsequent <u>Substitution of Trustee</u> is inadequate in making an appointment of "ReconTrust Company" (see below) as the

Trustee for purposes of exercising a power of sale. At the time of recording the <u>Notice of Trustee's Sale</u>, there was no TRUSTEE named on the <u>Deed of Trust</u>. But yet another problem surfaces in that there is no company registered in either a state or federal capacity named "ReconTrust Company." Clearly, the <u>Substitutions of Trustee</u> and all future-predicant documents are void and of no force and effect.

### Notice of Trustee's Sale Violations

17. The <u>Notice of Trustee's Sale</u> states that the Beneficiary is "Bank of New York." The <u>Deed of Trust</u> states that the Beneficiary is "Mortgage Electronic Registration Systems, Inc." There is no entity named "Bank of New York". The MERS Milestone shows the beneficiary to be the Bank of New York Mellon, N.A. This incongruity in these two documents renders the <u>Notice of Trustee's Sale</u> void as the named Beneficiary does not even exist. A non-existent entity could not exercise a power of sale against a Trustor. This oversight on the part of the Beneficiary and Trustee are forever causing a defect in the chain of title to the real property.

18. The address that you have listed on the <u>Notice of Trustee's Sale</u> is legally incorrect. You show 23410 S. 161st Way, Gilbert, AZ 85297 as the address that is being foreclosed on. That is not the current legal address. The legal address is 6312 S. 161st Way, Gilbert, AZ 85298. There is no address or property registered at that location at all. But that address is not participating in this Trustee's Sale process. For this matter there is no valid <u>Notice of Trustee's Sale</u> recorded against the Trustor's property.

### Procedural Notice Violations

19. A.R.S. § 33-809 (C), states "The trustee, within five business days after the recordation of a notice of sale, shall mail by certified or registered mail, with postage prepaid, a copy of the valid <u>Notice of Trustee's Sale</u>." I was not mailed such a copy within the required five business days after the recording of the <u>Notice of Trustee's Sale</u>.

20. A.R.S. § 33-809 (C), states that the parties to the trust deed shall be mailed "a statement that a breach or nonperformance of the trust deed or the contract or contracts secured by the trust deed, or both, has occurred." I was not mailed such a statement within the required five business days after the recording of the <u>Notice of Trustee's Sale</u> nor was one mailed with any required mailing of a copy of the recorded <u>Notice of Trustee's Sale</u>.

21. A.R.S. § 33-808 (A) (3), states that the property shall be posted with a copy of the <u>Notice of Trustee's Sale</u>. No proof exists that the property has ever been posted with such a copy of the <u>Notice of Trustee's Sale</u>.

22. A.R.S. § 33-808 (A) (4), states that there shall be published a written notice of the <u>Notice of Trustee's Sale</u>. No proof exists that such publishing took place in a "Newspaper of General Circulation" as required.

23. A.R.S. § 33-808 (A) (3), states that there shall be posted a written notice of the <u>Notice of Trustee's Sale</u> in a "Public place at the Superior Court in the County." No proof exists that such posting ever took place in this county's Superior Court as required.

## Notice of Trustee's Sale Violations

24. The <u>Notice of Trustee's Sale</u> is built upon a trail of false and forged documents. Such a sale is not within the confines of the Arizona Statutes or the <u>Deed of Trust</u>. The sale will be exercised under a power of sale for a "non-entity" beneficiary by a "non-entity" trustee. The chain of custody and the chain of title of both the Trustee and the Beneficiary leading to the Notice of Trustee's Sale are severely defective. "Bank of New York" (a non-entity) attempted to appoint "ReconTrust Company, N.A." to conduct an illegal sale that resulted in the property being granted to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE TRUST that it purportedly is in. This sale is void and of no force and effect.

## Statutory Criminal Violations

25. A.R.S. § 39-161, states, "A person who acknowledges, certifies, notarizes, procures or offers to be filed, registered or recorded in a public office in this state an instrument he knows to be false or forged, which, if genuine, could be filed, registered or recorded under any law of this state or the United States, or in compliance with established procedure is guilty of a class 6 felony." You are fully aware and herein redundantly noticed that the documents you have recorded or caused to have recorded with this county's recorder's office are false or forged. Your past and continued efforts to knowingly record false or forged documents are deemed by statute to be criminal in nature and subject to damages and other remedies as may be deemed appropriate by a court of law.

26. As demonstrated above, known criminal activity has taken place by you in proffering instruments for recordation in public offices within the state of Arizona. Your documents are false and forged and therefore any <u>Notice of Trustee's Sale</u> which is predicated on those documents is void and of no force and effect.

## Supporting Arizona Supreme Court Cases

*Patton v. First Federal Savings And Loan Association of Phoenix*, 118 Ariz. 473, 578 P.2d 152, 153 (1978) (holding, "If a trustee's sale, conducted pursuant to a deed of trust, is held without complying with statutory notice requirements, such a sale would be VOID, for statutes set forth only procedure for a valid trustee's sale. A.R.S. § 33-801 et seq.")

*Schaeffer v. Chapman*, 176 Ariz. 326, 861 P.2d 611 (1993) (holding, "We repeatedly have held that contracts will be strictly construed to avoid forfeitures" and "30-day notice period in deed of trust was separate from 90-day period set forth by statute and lenders' failure to give total of 120-day notice prior to sale was breach of deed of trust.")

*Glad Tidings Church of America v. Hinkley*, 71 Ariz. 306, 226 P.2d 1016 (holding, "the law does not favor forfeitures and if a party would avail himself of a contractual provision providing for such a forfeiture, he must comply strictly with all the requirements of the contract.")

<u>**Federal Violations**</u>

You are additionally noticed that there are violations of Federal Statutes including but not limited to the following.

27. According to the United States Postal Inspection Service Mail Fraud includes any scheme that attempts to unlawfully obtain money or valuables in which the postal system is used at any point in the commission of a criminal offense. There are two elements to mail fraud: (1) a scheme or artifice to defraud; and (2) a mailing to carry out the scheme. Pursuant to U.S.C.A 18 § 1341 you are participating in a scheme or artifice to defraud me of – title and possession of my real property. You have used the United States Postal Service in an attempt to unlawfully obtain money or valuables from me. You are attempting to divest me of my property. For the reasons cited above, the false documents you have devised and mailed in an intentional scheme to obtain property from me subject you to 18 U.S.C.A § 1341 which states as follows:

> Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.

28. Wire fraud, in the United States Code, is any criminally fraudulent activity that has been determined to have involved electronic communications of any kind, at any phase of the event. To commit wire fraud, one must (1) devise, or intend to devise, a scheme or

artifice to defraud another person on the basis of a material representation, and (2) do it with the intent to defraud, and (3) do it through the use of interstate wire facilities (i.e. telecommunications of any kind). Pursuant to U.S.C.A 18 § 1343 you are participating in a scheme or artifice to defraud me of – title and possession of my real property. You have used transmitted or caused to be transmitted material in an attempt to unlawfully obtain money or valuables from me. You are attempting to divest me of my property. For the reasons cited above, the false documents you have devised and wired in an intentional scheme to obtain property from me subject you to 18 U.S.C.A § 1343 which states as follows:

> Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

29. Pursuant to the Fair Debt Collections Practices Act 15 U.S.C.A. § 1692 et. seq., you are making "false, deceptive and misleading representations" in the collection of the alleged debt as there is not named in the recorded <u>Notice of Trustee's Sale</u> a valid Beneficiary or Trustee. You are not "vouched" as a Debt Collector entitled to pursue the collection of the alleged debt. You are threatening to "take an action that you cannot legally take." You are also representing that your insufficient documents are "legal process." You are using a "business or company name other than the true name of the debt collector's business or company."

30. Since you are communicating personal credit information you know to be false you are further in violation of the Fair Credit Reporting Act pursuant to 15 U.S.C.A § 1681 et. seq. Therefore, it is further demanded that you cease your erroneous reporting and expunge from my Credit Report any derogatory information you may have communicated to any and all Credit Reporting Agencies.

## Demand

IT IS HEREBY DEMANDED THAT YOU IMMEDIATELY VOID THE <u>NOTICE OF TRUSTEE'S SALE</u>, CEASE AND DESIST ALL TRUSTEE'S SALE ACTIVITIES AND WITHIN TWENTY DAYS, RELEASE OR CORRECT ALL FALSE DOCUMENTS YOU HAVE RECORDED OR CAUSED TO BE RECORDED IN CONNECTION WITH THE ABOVE REFERENCED PROPERTY.

A.R.S. § 808 (F), states, "The notice of trustee sale may not be rerecorded for any reason." Therefore, you are hereby demanded to file with this county's Recorder's Office a <u>CANCELLATION OF NOTICE OF TRUSTEE'S SALE</u> on the referenced <u>Notice of Trustee's</u>

<u>Sale</u> immediately. You are also demanded to deliver to me a fully executed copy of the same document to me at the referenced property address.

There has been no notice of my right to file a lawsuit against you as per my rights. On January 07, 2011, the Massachusetts Supreme Court ruled against US Bank in the Ibanez Case, in a foreclosure-related case where these banks were foreclosing on a property where they had no right or authorization to do so. They did not have possession of the Deed of Trust, Promissory Note, or Title to properties they had bought at foreclosure sales, and the court stated that the banks failed to show they held the underlying mortgages at the time of foreclosure. As a result of a failure to hold these mortgages, these banks failed to show they acquired title to the properties. This is similar to my case. The legal citation on that case that applies here is U.S. Bank National Association v. Ibanez, 458 Mass. 637, 2011 WL 38071 (January 07, 2011). There are five other cases that I would cite also: In Re: Zitta, US Bankruptcy Court D. Arizona; US BK Court D. New Jersey, Kemp vs. ; US BK Court D. Eastern New York, In re: Agard; Bank of New York vs. Raftogianis, Superior Court of New Jersey; Arizona SB 1259, Proof of Ownership and Title.

Some of the complaints I have with you and the above entities is the Wrongful Lien and False Claim of my loan documentation, including my recorded documents on my property. Also included in this complaint is the Fraudulent handling and activity with my Note, as shown in the Uniform Commercial Code (UCC) Article 3-203 through 3-207; and UCC 3-301 through 3-308; and UCC 3-104 (a) through (d). To be specific, the Assignment on my Deed of Trust and Note was created by a Robo Signer on the same day and time, signed by his Robo Signer Notary and recorded on the same day August 24, 2011 to an unknown entity, Bank of New York.

This Assignment was fraudulently created, signed and notarized. The signor, signed it as an Assistant Secretary to Mortgage Electronic Registration Systems, Inc. (MERS), when he has never worked for MERS. He forged his name as an employee of MERS, when he never was. Then, his notary attested to the fact that he was an Assistant Secretary to MERS. When, in fact, both worked for Bank of America, N.A. or ReconTrust Company, N.A., who they were attempting to sign the Assignment over to. This is such blatant FRAUD and a conspiracy to cover the illegal handling of my Note and Deed of Trust. My note was separated at the inception of my loan, thus causing my Deed of Trust to be null and void. Of this three party contract, my Deed of Trust, two of the three parties are non-existent or not qualified to be in that position.

With an unknown trust or certificate as beneficiary for the trust that holds my Promissory Note and Deed of Trust, I have no specific address for the legal holder of my note to contact. There was no assignment of my Promissory Note and Deed of Trust to BANK OF NEW YORK or BANK OF AMERICA, N.A. from the inception of my loan, as recorded on the Mortgage Electronic Registration Systems (MERS). The last three documents that were recorded on my Deed of Trust and property were the Assignment, Substitution of Trustee and Notice of Trustee's Sale. All of them signed by a Robo-Signer, and all of the documents Fraudulent, signed without authority. This fraudulent and sloppy documentation and recording is part of what has caused all of this documentation to be fraudulent, thus making it null and void.

Because of this fraudulent Assignment, it caused several other legal documents to be recorded into public records, which were also fraudulent. These other documents, the Substitution of Trustee and the Notice of Trustee's Sale Documents, were filed and recorded fraudulently.

There was no legal authorization to create or record the Substitution of Trustee document. This Substitution of Trustee document was fraudulently created, signed, notarized and recorded. The signature on this document is also forged, as it is not the same as other documents by Robo Signer. This signature is very different from the various other recorded documents by him.

Another issue with the fraudulent activity on my Note and Deed of Trust is: Is this a sloppy attempt to cover up the Fraud created on the Deed of Trust? Not only is the Deed of Trust and subsequent Assignment Fraudulent, it proves the Fraud, Forgery, and Perjury of the signors of this document recorded on August 24, 2011. This will be forwarded to the investigative agencies for their review on Bank of America, N.A., ReconTrust Company, N.A., and Bank of New York Mellon, N.A. This is more acts of blatant Fraud, among other crimes, committed against me and on my loan documentation.

With these fraudulent Assignments and Substitution of Trustee Documents recorded, it gave ReconTrust Company, N.A. the ability to create and file the Notice of Trustee's Sale document to foreclose on my home. It is obvious that they created the above documents, ever so sloppily and illegally, so that they could create this Notice of Trustee's Sale (NOT). Both notaries on these two documents, the Assignment and the Substitution of Trustee, committed fraud, forgery and perjury on these documents. All three people on these two documents work for ReconTrust Company, N.A., the purported and self appointed trustee to my Deed of Trust and Promissory Note. ReconTrust Company, N.A. did not have any right or legal authority on my Note or Deed of Trust. It is evident that these documents were fraudulently created solely for the purpose of foreclosing on my home. **On this NOT, it states that ReconTrust Company, N.A. is the beneficiary, which the Assignments show that they are not. Also, on my Deed of Trust, MERS is the beneficiary, not ReconTrust Company, N.A. This makes the Note and the NOT null and void. The three signors of these recorded documents and the notaries should be investigated for their fraud, forgery and perjury of legal documents on my property. All three are employees of the purported trustee, ReconTrust Company, N.A. These illegal acts will be forwarded to the proper agencies for their investigation. The recorded NOT on my property is fraudulent, null and void.**

The only person or company that could have assigned any of these documents was the beneficiary, MERS, if done so when the document or note was actually assigned. Not now, where the assignment is either nonexistent, or fabricated in order for the foreclosing trustee to get legal right to foreclose on my property. A copy of these facts will be forwarded to the Arizona State Bar Association for further investigation on ReconTrust Company, N.A.

Neither RECONTRUST COMPANY, N.A., BANK OF AMERICA, N.A., MERS nor BANK OF NEW YORK has any authority to file any documents or give any notice on my mortgage or Promissory Note. There should have been an assignment done when the note was actually transferred on DECEMBER 18, 2006, as is stated on the MERS Milestone with the above MIN # on my property. There is no filing of proof of claim. This causes an FDIC claim, and consequently, will be forwarded to the FDIC as well. This also causes a Title Claim, and will be forwarded to the Title Company for a claim on the Title Insurance.

Along with the previously submitted Notices and Demands, further investigation has proven that on **DECEMBER 18, 2006**, I acquired my Deed of Trust and Promissory Note where FIRST MAGNUS FINANCIAL CORPORATION is my lender and MERS is my Beneficiary, and there is NO TRUSTEE LISTED ON MY DEED OF TRUST. Nowhere does it show any transfer to

BANK OF AMERICA, N.A. or BANK OF NEW YORK from FIRST MAGNUS FINANCIAL CORPORATION. There is no Assignment of my Promissory Note or Deed of Trust from First Magnus Financial Corporation or MERS to the Trust or Certificate where it is being held and traded now, as still reported on the MERS Milestone, even though it has been through foreclosure. It legally should have been done at the inception of my loan in 2006, not now when Bank of America, N.A. and ReconTrust Company, N.A. is attempting to foreclose on my home. Nowhere is it documented that BANK OF AMERICA, N.A. or ReconTrust Company, N.A. has any authority to sign on behalf of Bank of New York, First Magnus Financial Corporation, MERS or the unknown or Listed TRUSTEE ON MY DEED OF TRUST.

The note is being traded in an unknown trust that Bank of New York is the trustee of. I have demanded to see the earnings of my note in this trust, and where the profit and loss statements are for my review. I also have demanded to see and verify the documents confirming the taxes paid to the Internal Revenue Service on these earnings on my note and the fees paid to the Securities and Exchange Commission. I also demand to know the investors of the trust where my note is being traded, along with all of their contact information.

There is no documentation that shows the current holder of my Promissory Note has any right to hold or be in possession of my note. I demand to know who the holder of my note is and where it is. Since there have been no legal assignments on my Promissory Note, I am assuming that it is being held and traded illegally, and I demand that my Deed of Trust be reconveyed back to me. The actual assignment of my Promissory Note and Deed of Trust should have been done when the Promissory Note and Deed of Trust was assigned and transferred to this unknown trust over five (5) YEARS ago. Therefore, unless proven otherwise, and a current copy of the Promissory Note dated **DECEMBER 18, 2006** is provided with the Allonge and all current transfers, assignments, endorsements and stamps, the note is considered null and void. You have transacted my Promissory Note and Deed of Trust incorrectly and possibly illegally by separating the two and causing illegal and fraudulent assignments, again causing an FDIC and Title claim with the Lender and Title Company because of the Defect of Title. At this point, the title cannot be transferred. There is no disclosure, and the title is not proper or judicially correct. It is unknown at this time where my Promissory Note is being held, and traded. Further investigation will retrieve the milestones at MERS and the SEC for verification. I demand a copy of these documents showing the Milestones of my Promissory Note.

There was no transfer or assignment of my Promissory Note or Deed of Trust to give any of these companies or people the authorization to take any legal action or foreclose on my property. I actually accepted and signed my paperwork, including the Deed of Trust and Promissory Note on DECEMBER 18, 2006, as notarized and recorded. It appears that my note was illegally assigned and securitized prior to me endorsing or authorizing this note. I was induced to sign this document, because it had already been sold prior to me doing the deal, or authorizing my credit to be used, thus committing an illegal act against me. My note was assigned to a trust on DECEMBER 18, 2006, thus starting the securitization of my Promissory Note. I have demanded all documents on this note and loan documents, to include the MERS Milestones, to see what Trust or Certificate the Promissory Note is being traded, bought and sold. This is creating an obvious FDIC claim, and an impossibility for any title company to give clean and clear title to my property, without knowing who owns the Promissory Note and Deed of Trust, or chain of title. There is no evidence that any taxes have been paid on my note or earning made for the past three (3) years. How many felonies have been committed with my note, against my wishes?

Another big issues is: **WHY IS MY NOTE STILL BEING TRADED** in this Trust and in the MERS System **AFTER THE TRUST STOPPED OPERATING AND IS NO LONGER IN EXISTENCE?** IT IS EVIDENT IN THE MERS MILESTONE AND THE MERS DOC. This is Fraud with the SEC and also Bank Fraud. Under the UCC Article 3 and UCC Article 8, you can not do that. Also, once the Note was transferred to this Trust and converted to a Financial Instrument, no one can take it back out of the trust and convert it to Promissory Note again and take legal action against it, to include foreclosure. So, the foreclosure action that is being taken to sell my property on November 28, 2011 will be done so illegally, and without legal merit. The entire foreclosure action is thereby null and void.

You incorrectly transferred my loan to BANK OF AMERICA, N.A. and my Promissory Note to BANK OF NEW YORK showing that my loan was securitized, as the Note and Deed of Trust were separated and securitized. On further investigation, the Promissory Note is in a trust. BANK OF AMERICA, N.A. is the Master Servicer. Neither Bank of New York nor BANK OF AMERICA, N.A. is the beneficiary, as stated on the Deed of Trust. The Investors in the Trust that holds my Promissory Note above are the beneficiaries. Neither ReconTrust Company, N.A., Bank of New York nor BANK OF AMERICA, N.A. has the right to order any legal action against me or my home. The Note and Deed of Trust dated above were separated at the inception of the loan as indicated. Again, the note is considered null and void. You have committed felonies against me by illegally using my promissory note for your financial gain.

I demand that you reconvey my Deed of Trust back to me, or issue a Quit Claim Deed back to me on my property. I demand a copy of the agreement between the Servicer and Trustee on this property. I also demand a copy of the Pooling and Servicing Agreement and the agreement between the Certificated Holders on the Trust and the Trust. I also demand a copy of the Prospectus Supplement and Prospectus Dated for the above listed Trust, where my Promissory Note is being. Attached to this fax cover page is the Notice and findings of my Expert Bank Witness and Private Investigator, one of who found the Promissory Note, and the documentation mentioned above where there was an incorrect and possibly fraudulent transfer and no assignment of Deed of Trust. I also demand a copy of the following documents:

1) The 2046 balance sheet as it relates to the original "loan" which is a mandatory filing pursuant to Title 12 U.S.C. 248 & 347
2) The 1099 OID (Original Issued Document)
3) The S3 A registration statement
4) The 424 B-5 prospectus
5) The RC S & RC B call schedules.
6) The FAS 125, 133, 140, 5, and 95. [FASB (Financial Accounting Standards Board) part of GAAP (Generally Accepted Accounting Standards)]

Pursuant to TILA, 15 U.S.C. § 1635 and Regulation Z, 12 C.F.R. § 226.23, I hereby exercise my right to rescind the mortgage transaction that is identified by the above referenced account number. The primary basis of the rescission is that numerous issues named below and attached have been discovered that in a court of law may be found as felonies, and I was not provided with a completed copy of the notice of my right to rescind the consumer credit transaction, in violation of 15 U.S.C. § 1635(a) and Regulation Z, 12 C.F.R. §§ 226.17 and 226.23, and my notice of right to cancel, you transferred my note through the Securities and Exchange Commission illegally, and wrongfully advised the investors on my Promissory Note as stated in

the case below. No original Closing documents on this loan have been given to me, yet there have been numerous requests for these documents. In order to prove standing on this loan, verification of possession of the original documents must be proven, along with who the actual investor who has these documents. **There are many issues that must be addressed. You have no rights to the note because of improper transfer, endorsement and assignment of the note. The holder of the note improperly assigned the note, with no endorsement. There is no Allonge attached to the Promissory Note. Please send me a copy of the Promissory Note showing the proper Transfers and endorsements. I demand all copies of the Securities and Exchange Commission filings and recordings on my loan or Promissory Note. I also demand a copy of the Pooling and Servicing Agreement on my note. I also demand a copy of the Agreement between the Servicer and the Trustee. Below is another list of charges:**

1. There is no one entity as in a lender foreclosing on the home, but an economic interest. TARP and FDIC programs do offer significant conflicts in terms and meanings which are grounds to hold up a foreclosure.
2. The Servicing entity is backed by the FDIC. The government support is directed from the Department of Treasury. The Legal Action is deceptive and not what you see and grounds to file injunction to stop foreclosure.
3. This foreclosure madness requires the Servicing entity to bridge the gap between securitizations and stock registrants. I intend to use the FDIC to confirm how the foreclosure can be stopped where parties bringing the recovery are lost to the form and substance of their collateral.
4. I am moving to stop any legal action on my property under the true meaning of a security in a mortgage or deed is the right of holder in due course to foreclose. By the FDIC admission, the foreclosure offers no holder in due course upon a preconditioned transfer by assignment.
5. By the FDIC declining to comment, I do believe Washington is likewise concerned with my findings in regards to the accounting rules breach and FAS 140 3. Servicers cannot foreclose without breaching the accounting rules under GAAP.
6. Risk Loss Share is in fact a FDIC participating factor in "each" foreclosure by member banks and is administered by on a loan by loan basis. This is the strongest argument made to obtain a stay for a proposed sale.

The original Note and Deed of Trust was sold/assigned/transferred to BANK OF AMERICA, N.A. as should be stipulated in the Pooling and Servicing Agreement (PSA) of this servicer, yet is not. The original Note was not endorsed by manual or facsimile signature in BLANK form. Not properly endorsed. The BENEFICIARY who appears to be BANK OF AMERICA, N.A./FIRST MAGNUS FINANCIAL CORPORATION and/or MERS, or Mortgage Electronic Registration Systems, has no authority to transfer any authority on my Deed Of Trust or Promissory Note. The Original Trustee is NO TRUSTEE ON DEED OF TRUST.

Below is the Notice and findings of my Expert Bank Witness and Private Investigator. According to the research of the Expert Bank Witness who will testify in court if this proceeds:

    u. The Deed of Trust shows that the BENEFICIARY appears to be <u>MERS</u>. The

       Original Trustee is NO TRUSTEE ON DEED OF TRUST. There was no

       recording to change either the Trustee or the Beneficiary up to this point. On the

face of the Deed of Trust sent to me by BANK OF AMERICA, N.A. on behalf of FIRST MAGNUS FINANCIAL CORPORATION by MERS that was recorded through the County Recorder. A Notice of Mortgagee's Intention to Foreclose was never filed by **FIRST MAGNUS FINANCIAL CORPORATION**, hence they had no authority to authorize, pursue or conduct any actions of collection on the above property.

v. Had BANK OF AMERICA, N.A. been properly substituted in as Trustee, Lender, or Beneficiary, they still remain only the servicer of the Trust Fund and MERS with no beneficial interest, secured interest or any standing in this loan. Therefore, aside from never executing proper substitution, the naming of this or any Substitute Trustee is invalid.

w. NO ASSIGNMENT OF DEED OF TRUST: THIS WAS NOT FILED THOUGH THE COUNTY RECORDER. Now Mortgage Electronic Registration Systems, Inc. (MERS) is attempting to assign the Deed of Trust to BANK OF AMERICA, N.A. MERS was the original Beneficiary named on the Deed of Trust "as nominee for the Lender." They do not and have never had any beneficial interest in this loan as has been decided in many of the courts including the local Superior Court.

x. Naming (MERS) as the Beneficiary voids the Deed of Trust, because it creates an immediate cloud on title and impedes the marketability of title. The reason it creates a cloud on title is that on its very face, it's a declaration that the parties are naming an uncapitalized interest in the property to affect a series of unrecorded transactions that will not be recorded in accordance with Arizona recording statutes.

y. From the beginning, when MERS is designated as the Beneficiary on the deed of trust, which it intended and did include with the language, in bold print, in the Deed of Trust stating "FIRST MAGNUS FINANCIAL CORPORATION and/or **MERS is the Beneficiary under this Security Instrument,**" it is indicated that from inception of the transaction, MERS and the other Defendants intended to

make unrecorded, off record transfers. I have named this the "MERS Gap" and it has a devastating effect on the certainty of real estate transactions that the recording statutes are designed to protect. At the close when the property is sold, conveyed, refinanced, or foreclosed, there is contemplated a new series of documents that will be concurrently created and will disclose the "present owner" of the beneficial interest in the property. In between, in the years of MERS gap, one can ascertain that there have been a series of transfers and possible third party owners, who were unrecorded and undisclosed, and who may be lying in wait with potential claims against the interests in the property.

z.  Designation of MERS as the Beneficiary instantly clouds title beyond the point where it can be cured. Therefore, it is void at the time of execution. The deed of trust is void and the property cannot be sold pursuant to a void of deed of trust. Any purported sales on a failed deed of trust are likewise of no legal effect, but void at the inception.

aa. Designating MERS as the Beneficiary has the same legal effect as filling out the Beneficiary in blank. Arizona law holds that a blank deed of trust is invalid.

bb. The interest in the obligation, the note as evidence of the obligation, and the security interest for the obligation was transferred without recording the change in ownership of an interest in real property in the appropriate county records. This was accomplished by the creation of a record keeping service known as MERS, which is named in the Deed of Trust as a Beneficiary and a nominee but not as a holder or lender except for the purposes of deceiving the borrower and the clerk's office where the document was to be recorded. The purpose as expressed by industry members of MERS and MERS itself is to side-step state recording requirements. The effect of the exclusive use of MERS or any private parallel system of record keeping, without complying with state law by recording appropriate documents within the county in which the subject property or property interest is located, is to create a permanent cloud on title and marketability of title; this cloud exists because of the disclosure of MERS as a

parallel record keeping system but withholding the records from the state and notice to the world of the parties who could claim an interest in the property, the obligation, the note or the security interest.

cc. Looking at who the Assignor and Assignee are brings up many more questions as to what is really going on. The Assignor is BANK OF AMERICA, N.A. (how did they become assignor?) and they are now assigning it to a Trust for securitization. NO TRUSTEE ON DEED OF TRUST Ins. is already the Trustee for the Trust Fund when the Loan was sold/transferred into it shortly after the close of escrow.

dd. There is no way that any of this can take place according to the rules in the Pooling & Servicing Agreement and according to REMIC, along with the Agreement between the Servicer and the Trustee.

ee. The only potential holder in due course of a note falls within one or more of the following classifications:

    (1)    Investors who purchased asset backed securities in which ownership of the loans were described with sufficient specificity as to at least express the intent to convey ownership of the obligation as evidenced by the Promissory Note and an interest in real property consisting of security interest held by an entity that was described as the Beneficiary of a Trust created by an instrument entitled Deed of Trust;

    (2)    Insurers that paid some party on behalf of said investors;

    (3)    Counterparties on credit default swaps;

    (4)    Conveyances or constructive trusts arising by operation of law through cross collateralization and over-collateralization within the aggregate asset pools or later within the Special Purpose Vehicle tranches ("tranches") is an industry term of art referring to the types of division within a Special Purpose Vehicle);

(5)     The United States Treasury Department through the Troubled Assets Relief Program in which approximately $600 billion of $700 billion has been authorized and paid to purchase or pay the obligation on "troubled" (non-performing) assets, with loans such as Me's being designated as a class of assets targeted by TARP;

(6)     The United States Federal Reserve, which has extended credit on said troubled assets and has exercised options to purchase said troubled assets;

(7)     Any other arty that has traded in mortgage backed securities from the aggregated pools or securitized tranches containing interests in the loans.

ff. The parties listed above, its successors in interest and MERS Inc. do not fall within any of the classifications of holders in due course on the subject loan.

gg. The parties listed above, its successors in interest and MERS Inc. have not suffered any financial loss relating to the loan.

hh. The parties listed above, its successors in interest and MERS Inc. have never been the real party in interest as a lender or financial institution underwriting a loan while funding same with respect to the subject loan;

ii. The parties listed above, its successors in interest and MERS Inc. suffered no monetary loss through non-performance of the loan;

jj. The parties listed above, its successors in interest and MERS Inc. have received fees and profits relating to the loan;

kk. The existence and identity of the real parties in interest was withheld from me in the closing and servicing of the loan.

ll. This loan does not fall in the category of loans intended to be covered by Arizona law providing for non-judicial remedies. Without giving notice to all potentially interested stakeholders using service of process, a non-judicial foreclosure of a securitized loan does not dispose of the matter. Since there is no procedure for service of process without a lawsuit, the only procedure available is judicial.

mm.   I have no knowledge, but have demanded information from the loan servicers and its agent and done due diligence to determine whether the note, security interest, or obligation has been extinguished or paid in whole or in part by co-obligors, insurers and/or federal bailout. The "election" of non-judicial process shifts the burden to the borrowers in the loans to allege facts that are solely within the knowledge of the Defendant's and its successors in interest which were intentionally withheld by the Defendant and its successors in interest.

nn. In the securitization of the loan, the rights of various named Trustees have been superseded by succeeding trustees ending with the Trustee for the holders of mortgage backed securities, alleged to be Deutsche Bank National Trust Company in the recorded documents in the present case, whose powers are limited to ONLY what the certificate holders authorize. Accordingly, the only potential party to foreclosure wherein the Defendants allege financial injury and therefore a right to collect the obligation, enforce the note or enforce the security instrument is either a party who has actually lost money or stands to lose money, or an authorized representative who can show such authority and is answerable to the claims, affirmative defenses and counterclaims of the borrowers for such causes of action or defenses as might be applicable.

As an attachment to the previous notice sent, other information has been discovered about the transfer of my loan and note. The Lender and the others listed above have no right to my note because of the improper transfer, endorsement and assignment of the note. The actual holder of the note improperly assigned the note, with no endorsement. Only the holder of the note can properly endorse and transfer the note when it is sold or assigned. As to be held in Discovery, produce the original note to me for verification of these findings within 60 days at the place of your choosing in my city.

**I will need only 48 hours notice for my experts to review this Electronic Information Code at the bottom of the Note showing the Transfer, endorsements and Chain of Custody upon Transfer. This Code must be on the Note for verification, along with any and all Allonges.**

Pursuant to TILA and Regulation Z, you have twenty days after receipt of this Notice of Rescission to return all monies paid and to take action necessary and appropriate to terminate the security interest. Please be advised that the mortgage is automatically voided by operation of law upon rescission under 15 U.S.C. § 1635(b). Therefore, any attempt to report any late payments or anything negative on this mortgage to a credit agency is a willful violation of TILA and the Fair Credit Reporting Act, 15 U.S.C. § 1681a, et seq.

**THE DEMAND STATED IN THIS NOTICE AND PRIOR CORRESPONDENCE THAT YOU HAVE RECEIVED, WHICH IS INCORPORATED HEREIN, AS SPECIFICALLY AS IF SET FORTH AT LENGTH HERE SHOULD ALL BE CONSIDERED CUMULATIVE. THIS NOTICE AND LETTER OF RESCISSION IS IN ADDITION TO THE ONE ALREADY SUBMITTED AND SENT TO ALL PARTIES. I HEREBY EXERCISE MY RIGHTS TO RESCIND THE LOAN TRANSACTION IN ITS ENTIRETY UNDER THE THREE DAY RULE, THE THREE YEAR LIMITATION, AND UNDER THE USURY AND GENERAL CLAIMS THEORIES AND CAUSES OF ACTION. BY FAILING TO DISCLOSE THE TRUE LENDER AND USING SUBTERFUGE TO HIDE THE FACT THAT THE "LENDER" AT CLOSING WAS PAID TO POSE AS THE LENDER WHEN IN FACT AN UNDISCLOSED UNREGISTERED THIRD PARTY HAD RENTED THE CHARTER OR LENDING LICENSE OF THE "LENDER", THE LIMITATION ON MY RIGHT TO RESCIND WAS EXTENDED INDEFINITELY. UNDER STATE AND FEDERAL LAW, THE MORTGAGE IS NOW EXTINGUISHED AND YOUR RIGHTS UNDER THE TRUSTEE DEED HAVE TERMINATED.** I hereby rescind the above referenced loan and/or declare it to be null and void and demand treble damages for the face value of the note, on the grounds set forth below:

1. **Appraisal Problems**: The original loan transaction and application appear to have been falsified by the 'lender' (the party named at closing as the Beneficiary under the Trustee or the mortgagee, and the party named on the Promissory Note that was allegedly secured by the mortgage or terms of the deed of trust), its agents, servants and employees as to fair market value of the property, my ability to repay and the prospective terms and fees associated with the loan. At the behest and direction of the 'lender' the property was appraised at a much higher amount that was warranted by good appraisal practices conforming with industry standards. All parties at the loan closing, other than the one above, were aware of the appraisal problems and directly and intentionally withheld this vital information from me. I reasonably relied upon this appraisal, believing that the 'lender' was at risk and had performed due diligence and conformed with underwriting practices conforming with industry standards, when in fact the 'lender' was not at risk, the loan was in essence 'table funded' and the real lender was hidden from me. Not only did I not know about the existence of the real lender, but the real lender's identify and contact information were withheld at the loan closing so that I was unaware of the any of the realities of the closing, nor that the 'loan closing' was in fact part of a scheme to issue a negotiable instrument that would be issued by me (by trick and deception) and later converted to other uses and terms, including allocation of payments inconsistent with the original terms of the note and inconsistent with the reasonable expectations of me. The over-appraisal conformed with a scheme for investors in certificates of asset and securities that were similarly overvalued. In both instances — the appraisal of the property and the appraisal of the securities, the true parties to the entire transaction paid and directed 'independent' third parties to lie about the quality and value of the 'investment.' For me, the scheme shortened the expected life or duration of the loan transaction, and taking the appraisal problems into consideration, along with the many undisclosed fees, resulted in an exponentially higher cost of the loan than what was estimated or disclosed prior to or at closing. I was induced to pay more for the property and borrow more on the property than the property was worth.

2. **Problems in the inducement**: I reasonably relied to my detriment upon the representations and good faith estimates and the duty of the mortgage broker and "lender" to act within their duties as my fiduciaries and representatives in executing a loan that was vastly different from the loan I was promised or reasonably believed to be the case at the loan closing.

3. **Problems in the execution**: I reasonably relied upon the representations and good faith estimates of the parties at the loan closing and was tricked into issuing what became a negotiable security from which the participants received fees and profits far in excess of their normal remuneration. The participants at the loan closing knew that I believed that I was merely entering into a loan closing when I, without my knowledge or consent, was in fact issuing what would be used as a negotiable security to commit was is believed to be problems upon other third parties.

4. **Usury:** The appearance of appraisal problems resulted in an undisclosed cost of the loan, in addition to the loss of earnest money, costs of closing and after-purchase expenses and costs that raised the cost of the loan well above standards set in this state for usury. No exemptions apply because (1) the real lender was not a bank or other registered or chartered lender nor even a party registered to do business within this state and (2) the transaction was in fact a securities transaction in which the rights of rescission were ignored and undisclosed.

5. **PAYMENT:** The "lender" was paid in full before, during or immediately following the loan closing by an agent of the real lender. To this was added a fee of approximately 2.5%. If there was or is a party that is a holder in due course of the note and who has not been paid by reserves, overcollateralization, credit default swaps, insurance, or cross guarantees, then demand is herewith made for the name(s) of such holder(s) in due course and their contact information.

6. **SECURITES PROBLEMS:** As the lender, investor, or person/entity who has standing with my loan or Promissory Note, there should have been the proper filings and recordings with the Securities and Exchange Commission and County Recorder's Office for each transfer of my note. None of these filings have been done, yet my Promissory Note was used and exchanged as a security. No record of these transactions has been recorded, either with the County Recorder's Office or the Securities and Exchange Commission. You have also illegally identified my Promissory Note to the investors as a asset making residential mortgage backed security. This is shown through the trading of the security through MERS, yet not registered or recorded through the Securities and Exchange Commission. This is all found in the case of the SEC vs. Goldman Sachs and Co. dated April 16, 2010. This issue with be brought before a Court that has jurisdiction over this action pursuant to Sections 21(d), 21(e), and 27 of the Exchange Act [15 U.S.C. §§ 78u(d), 78u(e), and 78aa]. Each defendant, directly or indirectly, made use of the means or instruments of interstate commerce, or of the mails, or the facilities of a national securities exchange in connection with the transactions, acts, practices, and courses of business alleged herein. Certain of the acts, practices, and courses of conduct constituting the violations of law alleged herein occurred within this judicial district.

If an action is brought to court, this is what will be sought:

WHEREFORE, I respectfully request that this Court enter a judgment:

A.     Finding that BANK OF AMERICA, N.A. and MERS each violated the federal securities laws and the Commission rule alleged in this Complaint;

B.    Permanently restraining and enjoining BANK OF AMERICA, N.A. and MERS from violating Section 17(a) of the Securities Act [15 U.S.C. §77q(a)], Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Exchange Act Rule 10b-5 [17 C.F.R. § 240.10b-5];

C.    Ordering BANK OF AMERICA, N.A. and MERS to disgorge all illegal profits that they obtained as a result of their misconduct, acts or courses of conduct described in this Complaint, and to pay prejudgment interest thereon;

D.    Imposing civil monetary penalties on BANK OF AMERICA, N.A. and MERS pursuant to Section 20(d)(2) of the Securities Act [15 U.S.C. § 77t (d)(2)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)]; and

E.    Granting such equitable relief as may be appropriate or necessary for my benefit

pursuant to Section 21(d)(5) of the Exchange Act [15 U.S.C. § 78u(d)(5)] .

Please contact me by mail at the above address to arrange the delivery to me of all monies paid under the mortgage, including all closing costs, principal, and interest. Please do not attempt to contact me telephonically. All communication must be by mail only.

Additionally, please mail me confirmation the mortgage has been voided and no negative information will be reported to the credit bureaus with respect to this loan.

SINCERELY,

IVAYLO DODEV

Loan Account No.: # LOAN # 6531180433 and 147338494

These documents have been sent to the above addresses via Certified Mail.

State of Arizona}
County of Maricopa}

On _Auqust 30, 2011_____ before me, _Zyven Josiah Fontes Evans_____
personally appeared Ivaylo Dodev who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of Arizona, County of Maricopa that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Zyven Josiah Fontes-Evans
NOTARY PUBLIC–ARIZONA
MARICOPA COUNTY
My Commission Expires
March 26, 2015

_____    (Notary Seal)  Signature of Notary Public

Page 73 of 75

**CC: Attorney General of Arizona**
    **Securities and Exchange Commission**
    **Arizona Bar Association**
    **Arizona Department of Financial Institutions**
    **County Recorder**

**Federal Deposit Insurance Corporation**
**Comptroller of the Currency**
**Arizona Secretary of State**
**Federal Reserve**
**County Attorney**

**Tammy Seto, Senior Examiner, AZDFI**
2910 N. 44th St., Ste. 310
Phoenix, AZ 85018

Attorney General of Arizona
1275 West Washington Street
Phoenix, AZ 85007

FDIC, Consumer Response Center
2345 Grand Boulevard, Suite 100
Kansas City, MO 64108-2638

**SEC Headquarters**
100 F Street, NE
Washington, DC 20549

Comptroller of the Currency
Administrator of National Banks
Washington, DC 20219

Ms. Sheila Maricopa
Program Director, Office of Diversity and Inclusion
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, DC 20551

Arizona Bar Association
4201 N. 24th Street, Suite 200
Phoenix, Arizona 85016-6288

**Maricopa County Recorder, Helen Purcell**
111 S. 3rd Ave.
Phoenix, AZ 85003
Federal Trade Commission, Room H-240
600 Pennsylvania Ave., N.W.
Washington, DC 20580

Federal Housing Finance Agency
Attn: Office Of Internal Audit
1625 I Street, NW
Washington, DC 20006

United States Postal Inspection Service
    Mail Fraud Complaint Form: https://postalinspectors.uspis.gov/forms/MailFraudComplaint.aspx
    Mail Fraud
    Inspection Service Support Group
    222 S. Riverside Plaza, Ste. 1250

Chicago, IL  60606-6100

Federal Trade Commission
FTC Bureau of Consumer Protection
Consumer Response Center
600 Pennsylvania Ave N.W.
Washington DC 20580
General complaints: 1-877-382-4357
kNOw Fraud: 1-877-987-3728
Complaint Form: https://www.ftccomplaintassistant.gov

Maricopa County Attorney
Bill Montgomery
301 West Jefferson Street
Phoenix, AZ 85003
Phone: 602-506-3844
Fax: 602-506-3116

Arizona Attorney General
Tom Horne
1275 W Washington
Phoenix, AZ  85007
Phone: 602-542-5025
Fax 602-542-4085
Complaint Form: http://www.azag.gov/consumer/complaintform.html

Arizona Secretary of State
Ken Bennett
Capitol Executive Tower, 1st Floor
1700 West Washington Street, Ste. 103
Phoenix, AZ 85007-2888
www.azsos.gov/business_services/notary/complaints.htm

Office of the Comptroller of the Currency
1301 McKinney Street
Suite 3450
Houston, TX 77010
Telephone number 713-336-4300
Toll Free 1-800-613-6743
Complaint Form: http://www.helpwithmybank.gov/complaints/index.html

BNY Mellon
Bank of New York Mellon
One Wall Street
New York, NY  10286

**UNITED STATES POSTAL SERVICE**

SIGNATURE CONFIRMATION NUMBER:
2308 3250 0000 3015 2400

Postage and Signature Confirmation fees must be paid before mailing.

(Please Print Clearly) Bank of America

75082

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

USPS
Postmark
AUG 30
HIGLEY AZ 85236

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your Signature Confirmation(TM) item number 2308 3250 0000 3015 2400. The delivery record shows that this item was delivered on 09/02/2011 at 08:07 AM in RICHARDSON, TX 75085 to T PHAKVANG. The scanned image of the recipient information is provided below.

Signature of Recipient:      *Thany Phakvang*

Address of Recipient:      *Bank of America*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**UNITED STATES POSTAL SERVICE**

Postage and Signature Confirmation fees must be paid before mailing.

*BNY Mellon*
(Please Print Clearly)

10286

SIGNATURE CONFIRMATION NUMBER:
2308 3250 0000 3015 2363

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your Signature Confirmation(TM) item number 2308 3250 0000 3015 2363. The delivery record shows that this item was delivered on 09/01/2011 at 09:10 AM in NEW YORK, NY 10286 to F ROBIHSON. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



Postage and Signature Confirmation fees must be paid before mailing.

*(Please Print Clearly)*

U.S.P Insp. S
Mail Fraud 60606

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
*www.usps.com* ©
or call 1-800-222-1811

☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

SIGNATURE CONFIRMATION NUMBER:
2308 3250 0000 3015 2387

USPS
Postmark
Here
30
AUG
2011
HIGLEY AZ 85236



# UNITED STATES
# POSTAL SERVICE.

Date: 09/16/2011

IVAYLO DODEV:

In response to your request dated 09/16/2011, we regret to inform you that we were unable to locate any delivery information in our records regarding your item number 2308 3250 0000 3015 2387.

If you require additional assistance, please take this receipt to your local Post Office or postal representative.

Sincerely,

United States Postal Service




# UNITED STATES
# POSTAL SERVICE

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your Signature Confirmation(TM) item number 2308 3250 0000 3015 2394. The delivery record shows that this item was delivered on 09/06/2011 at 12:52 PM in WASHINGTON, DC 20006 to J SIMON. The scanned image of the recipient information is provided below.

Signature of Recipient:   

Address of Recipient:   

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**UNITED STATES POSTAL SERVICE**

Postage and Signature Confirmation fees must be paid before mailing.

SIGNATURE CONFIRMATION NUMBER:
2308 3250 0000 3015 2424

(Please Print Clearly)
Maricopa County
Attorney

85003

Postmark Here
HIGLEY AZ 85236
AUG 30

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

[X] Priority Mail™ Service
[ ] First-Class Mail® parcel
[ ] Package Services parcel

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your Signature Confirmation(TM) item number 2308 3250 0000 3015 2424. The delivery record shows that this item was delivered on 09/01/2011 at 08:09 AM in PHOENIX, AZ 85004 to C TUSCHER. The scanned image of the recipient information is provided below.

Signature of Recipient:   *Charles Tuscher*
                          Charles Tuscher

Address of Recipient:   301 W JEFFERSON

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**UNITED STATES**
**POSTAL SERVICE**

Postage and Signature Confirmation fees must be paid before mailing.

SIGNATURE CONFIRMATION NUMBER:
2308 3250 0000 3015 2431

*Federal Trade Commission*
(Please Print Clearly)

*20580*

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

HIGLEY AZ 85236
USPS
Postage
AUG

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your Signature Confirmation(TM) item number 2308 3250 0000 3015 2301. The delivery record shows that this item was delivered on 09/06/2011 at 10:45 AM in WASHINGTON, DC 20549 to T CRAWFORD. The scanned image of the recipient information is provided below.

Signature of Recipient:          *T. Crawford*
                                  *T. CRAWFORD*

Address of Recipient:            *S E C          20549*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



**SIGNATURE CONFIRMATION NUMBER:** 2308 3250 0000 3015 2271

Postage and Signature Confirmation fees must be paid before mailing.

*Comptroller of Currency*
(Please Print Clearly)

20219

**UNITED STATES**
**POSTAL SERVICE**

HIGLEY AZ 85236
Postmark
Here
AUG
30
2011
USPS

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your
Signature Confirmation(TM) item number 2308 3250 0000 3015 2271. The delivery record
shows that this item was delivered on 09/06/2011 at 07:08 AM in WASHINGTON, DC 20219
to M NANCE. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

Postage and Signature Confirmation fees must be paid before mailing.

(Please Print Clearly)   S E C

20549

**UNITED STATES**
**POSTAL SERVICE.**

SIGNATURE CONFIRMATION NUMBER:

2308 3250 0000 3015 2431

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

Postmark
AUG 06
HIGLEY AZ 85236
USPS

☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your
Signature Confirmation(TM) item number 2308 3250 0000 3015 2431. The delivery record
shows that this item was delivered on 09/06/2011 at 08:51 AM in WASHINGTON, DC 20580
to C FORLK. The scanned image of the recipient information is provided below.

Delivery section

Signature of Recipient:    *Clristphe Folh*
*Christopher Folks*

Address of Recipient:    *77e  20580*

Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**UNITED STATES POSTAL SERVICE**

SIGNATURE CONFIRMATION NUMBER:
2308 3250 0000 3015 2349

Postage and Signature Confirmation fees must be paid before mailing.

*Countrywide*
(Please Print Clearly)

93065

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your Signature Confirmation(TM) item number 2308 3250 0000 3015 2349. The delivery record shows that this item was delivered on 09/01/2011 at 08:47 AM in SIMI VALLEY, CA 93065 to N HERNANDEZ. The scanned image of the recipient information is provided below.

Signature of Recipient:

NELSON A. HERNANDEZ

Address of Recipient:          400 Countrywide

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



 **UNITED STATES POSTAL SERVICE**

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

X Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your Signature Confirmation(TM) item number 2308 3250 0000 3015 2356. The delivery record shows that this item was delivered on 09/01/2011 at 01:50 PM in GILBERT, AZ 85298 to S DUDA. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**UNITED STATES POSTAL SERVICE**

Postage and Signature Confirmation fees must be paid before mailing.

(Please Print Clearly)

20551

SIGNATURE CONFIRMATION NUMBER:

2308 3250 0000 3015 2288

HIGLEY AZ 85236
Postmark
AUG
2011
USPS

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your Signature Confirmation(TM) item number 2308 3250 0000 3015 2288. The delivery record shows that this item was delivered on 09/06/2011 at 10:05 AM in WASHINGTON, DC 20551 to E ADAMS. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**UNITED STATES POSTAL SERVICE.**

Postage and Signature Confirmation fees must be paid before mailing.

*(Please Print Clearly)*

64108

SIGNATURE CONFIRMATION NUMBER:
2308 3250 0000 3015 2295

USPS Postmark Here — HIGLEY AZ 85236 2011

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your
Signature Confirmation(TM) item number 2308 3250 0000 3015 2295. The delivery record
shows that this item was delivered on 09/08/2011 at 03:42 PM in KANSAS CITY, MO 64105
to W RAGAN. The scanned image of the recipient information is provided below.

Signature of Recipient:

Delivery Section

X William Ragan
✓ WILLIAM RAGAN

Address of Recipient:

Λ 1100 Walnut

Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**UNITED STATES POSTAL SERVICE.**

SIGNATURE CONFIRMATION NUMBER:
2308 3250 0000 3015 2325

Postage and Signature Confirmation fees must be paid before mailing.

*Senior Examiner*
(Please Print Clearly)
*A Z D F I*                      85018

Postmark Here
AUG 30

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your
Signature Confirmation(TM) item number 2308 3250 0000 3015 2325. The delivery record
shows that this item was delivered on 08/31/2011 at 11:54 AM in PHOENIX, AZ 85018 to A
ZDFI. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

Postage and Signature Confirmation fees must be paid before mailing.

SIGNATURE CONFIRMATION NUMBER:

2308 3250 0000 3015 2332

(Please Print Clearly)

85007

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

USPS
Postmark
Here
AUG
30
2011
HIGLEY AZ 85236

☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

# UNITED STATES POSTAL SERVICE™

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your
Signature Confirmation(TM) item number 2308 3250 0000 3015 2332. The delivery record
shows that this item was delivered on 09/01/2011 at 08:34 AM in PHOENIX, AZ 85009 to J
MONTOA. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

Postage and Signature Confirmation fees must be paid before mailing.

SIGNATURE CONFIRMATION NUMBER:
2308 3250 0000 3015 2240

(Please Print Clearly)

20580

**UNITED STATES POSTAL SERVICE**

HIGLEY AZ 85236
Postmark Here
Aug 30 2011
USPS

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your
Signature Confirmation(TM) item number 2308 3250 0000 3015 2240. The delivery record
shows that this item was delivered on 09/06/2011 at 08:51 AM in WASHINGTON, DC 20580
to C FORLK. The scanned image of the recipient information is provided below.

Delivery section

Signature of Recipient:        *Christopher Folks*

Address of Recipient:          *770 20580*

Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**UNITED STATES POSTAL SERVICE**

Postage and Signature Confirmation fees must be paid before mailing.

(Please Print Clearly)

20190

SIGNATURE CONFIRMATION NUMBER:
2308 3250 0000 3015 2370

USPS
Postmark
Here
AUG 2011
HIGLEY AZ 85236

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your Signature Confirmation(TM) item number 2308 3250 0000 3015 2370. The delivery record shows that this item was delivered on 09/01/2011 at 11:07 AM in RESTON, VA 20190 to C CATALANO. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service




**UNITED STATES**
**POSTAL SERVICE**

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your Signature Confirmation(TM) item number 2308 3250 0000 3015 2417. The delivery record shows that this item was delivered on 09/01/2011 at 08:34 AM in PHOENIX, AZ 85009 to J MONTOA. The scanned image of the recipient information is provided below.

Signature of Recipient:    

Address of Recipient:    

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**UNITED STATES POSTAL SERVICE**

SIGNATURE CONFIRMATION NUMBER:

2308 3250 0000 3015 2226

Postage and Signature Confirmation fees must be paid before mailing.

(Please Print Clearly)

85007

HIGLEY AZ 85236

Postmark 2011 USPS

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your Signature Confirmation(TM) item number 2308 3250 0000 3015 2226. The delivery record shows that this item was delivered on 09/01/2011 at 08:25 AM in PHOENIX, AZ 85009 to N MORENO. The scanned image of the recipient information is provided below.

2 S. 35TH AVE.
PHOENIX, AZ  85009

Signature of Recipient:

Nathan Moreno

AZ. DEPT. OF ADMINISTRATION

Address of Recipient:

DEPT OF ADMINISTRATION
1700 W. WASHINGTON

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

Postage and Signature Confirmation fees must be paid before mailing.

*Office Comptroller of Currency*

77010

SIGNATURE CONFIRMATION NUMBER: 2308 3250 0000 3015 2233

HIGLEY AZ 85236
Postmark Here
AUG 30 2011
USPS

**UNITED STATES POSTAL SERVICE**

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your Signature Confirmation(TM) item number 2308 3250 0000 3015 2233. The delivery record shows that this item was delivered on 09/01/2011 at 02:15 PM in HOUSTON, TX 77010 to N COCHRAN. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**UNITED STATES**
**POSTAL SERVICE.**

Postage and Signature Confirmation fees must be paid before mailing.

(Please Print Clearly)

85003

SIGNATURE CONFIRMATION NUMBER:
2308 3250 0000 3015 2264

HIGLEY AZ 85236
AUG
Postmark
Here
2011
USPS

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

Date: 09/16/2011

IVAYLO DODEV:

The following is in response to your 09/16/2011 request for delivery information on your
Signature Confirmation(TM) item number 2308 3250 0000 3015 2264. The delivery record
shows that this item was delivered on 09/01/2011 at 08:09 AM in PHOENIX, AZ 85004 to C
TUSCHER. The scanned image of the recipient information is provided below.

Signature of Recipient:    *Charles Tuscher*
                          Charles Tuscher

Address of Recipient:      301 W Jefferson

Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**UNITED STATES POSTAL SERVICE**

SIGNATURE CONFIRMATION NUMBER:
2308 3250 0000 3015 2448

Postage and Signature Confirmation fees must be paid before mailing.

(Please Print Clearly)

10286

Postmark
Here

HIGLEY AZ 85236
USPS
AUG 30

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

Date: 09/07/2011

IVO DODEV:

The following is in response to your 09/07/2011 request for delivery information on your Signature Confirmation(TM) item number 2308 3250 0000 3015 2448. The delivery record shows that this item was delivered on 09/01/2011 at 09:10 AM in NEW YORK, NY 10286 to F ROBIHSON. The scanned image of the recipient information is provided below.

Signature of Recipient:

Freddie Robinson
New York

Address of Recipient:

Bank of New York

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service