Bank of America, N.A.
400 National way
SIMI VALLEY, CA 93065

TS No. 11-0075989

Title Order No. 110407742AZGTI
APN No. 304-77-004W4

## STATEMENT OF BREACH OR NON PERFORMANCE AND ELECTION TO SELL UNDER DEED OF TRUST ARIZONA

NOTICE: ANY INTEREST IN TRUST PROPERTY THAT IS SUBORDINATE IN PRIORITY TO THE DEED OF TRUST SET FORTH BELOW MAY BE SUBJECT TO BEING TERMINATED BY THE TRUSTEE'S SALE. IF YOU HAVE ANY QUESTIONS, YOU SHOULD CONTACT AN ATTORNEY.

The following described breach or non-performance has occured of that certain Deed of Trust recorded on 12/18/2006, as Instrument Number 20061646998, Book N/A, Page N/A, in which IVAYLO T. DODEV, A MARRIED MAN, AS HIS SOLE AND SEPARATE PROPERTY, Trustor and NONE, Trustee and RECONTRUST COMPANY, N.A., Successor Trustee.

The breach of the contract for which said Deed of Trust is security, is as follows:

FAILURE TO PAY THE INSTALLMENT OF PRINCIPAL, INTEREST AND IMPOUNDS WHICH BECAME DUE ON 11/01/2008 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL, INTEREST AND IMPOUNDS, TOGETHER WITH ALL LATE CHARGES, PLUS ADVANCES MADE AND COSTS INCURRED BY THE BENEFICIARY, INCLUDING FORECLOSURE FEES AND COSTS AND/OR ATTORNEYS' FEES. IN ADDITION, THE ENTIRE PRINCIPAL AMOUNT WILL BECOME DUE ON 01/01/2037 AS A RESULT OF THE MATURITY OF THE OBLIGATION ON THAT DATE.

By reason of said breach or non-performance, the current Beneficiary under said Deed of Trust has elected to sell or cause to be sold the Trust property described in said Deed of Trust at a Trustee's Sale in compliance with ARS 33-801 et. Seq. (Except that part of Trust property previously released.)

The Beneficiary's records reflect the following:

PROPERTY ADDRESS: 23410 SOUTH 161ST WAY, GILBERT, AZ 85297
PARCEL NUMBER: 304-77-004W4
Original Principal Balance: $681,750.00
Current Principal Balance: $721,199.48

Name and Address of Current Trustor: IVAYLO T. DODEV, 23410 SOUTH 161ST WAY, GILBERT, AZ 85297

Dated: 08/26/2011

Name and Address of Current Beneficiary:
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA7
400 National way
SIMI VALLEY, CA 93065
(800) 669-6650

By: Beneficiary/Agent

_____
     Authorized Signor
For Information Call (800) 281-8219