Recording Requested By:
Ivaylo T. Dodev

When recorded mail documents to:
Ivaylo T. Dodev
6312 S 161st Way
Gilbert, AZ 85298

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

    OCT 23 2013

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

SPACE ABOVE THIS LINE FOR RECORDING DATA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**RECONTRUST COMPANY, N.A.,**<br>**JAMES F. TAYLOR,** *and/or his successor, in his/their individual and official capacity,*<br>**SELECT PORTFOLIO SERVICING, INC.,**<br>**MATT HOLLINGSWORTH,** *and/or his successor, in his/their individual and official capacity,*<br>**BANK OF NEW YORK MELLON, N.A.,**<br>**GERALD HASSELL,** *and/or his successor, in his/their individual and official capacity,*<br>**BANK OF AMERICA, N.A. successor of COUNTRYWIDE HOME LOANS, INC.,**<br>**BRIAN T. MOYNIHAN,** *and/or his successor, in his/their individual and official capacity,* and **DOES 1-20**<br><br>**Defendants.** | Case No.<br><br>CV-13-02155-PHX-GMS<br><br><br>**NOTICE OF LIS PENDENS** |

Pursuant to A.R.S. § 12-1191, Notice is hereby given that:

1. An action has been commenced in the above-entitled court by the above-named Plaintiff against the named Defendants which action is now pending.

2. Plaintiff has reason to believe that the Defendant may own or have some interest in the property which may be subject to judgment and execution by reason of the within cause, and that such property is located at 6312 South 161st Way, Gilbert, Arizona and more particularly described as follows:

> Commencing at the Southwest corner of Section 22;
> Thence North 90 degrees 00 minutes 00 seconds East, a distance of 1284.85 feet;
> Thence North 00 degrees 00 minutes 00 seconds East, a distance of 415.05 feet;
> Thence South 90 degrees 00 minutes 00 seconds West, a distance of 193.02 feet to the point of beginning;
> Thence South 90 degrees 00 minutes 00 seconds West, a distance of 367.57 feet;
> Thence North 00 degrees 03 minutes 42 seconds East, a distance of 9.56 feet;
> Thence North 18 degrees 49 minutes 40 seconds East, a distance of 266.94 feet;
> Thence North 90 degrees 00 minutes 00 seconds East, a distance of 279.44 feet;
> Thence South 00 degrees 25 minutes 50 seconds East, a distance of 262.23 feet to the point of beginning.

3. The nature and object of the actions is:

**VERIFIED ACTION-AT-LAW TO QUIET TITLE AND MONEY DAMAGES**

4. The relief sought by Plaintiff in the action is:

**QUIET TITLE AND MONEY DAMAGES**

DATED this 23 day of October, 2013.

_____
**Ivaylo Tsvetanov Dodev, Plaintiff**