CV-13-02155-PHX-GMS

FILED ✓   ___ LODGED
___ RECEIVED   ___ COPY

OCT 23 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

# REQUEST BY NON-PRISONER PRO SE PARTY FOR ELECTRONIC NOTICING

This form is to be used when requesting notice of filings be received electronically. The following information is required:

## Personal Information

First Name __Ivaylo__ Middle Name __Tsvetanov__

Last Name __Dodev__ Generation _____

Address __6312 South 161st Way__

City __Gilbert__ State __AZ__ Zip Code __85298__

Telephone Number __(480) 457-8888__

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents

E-mail address designated for noticing: __dodev@hotmail.com__

**Note: You must promptly notify the Clerk's Office, in writing, if there is a change in your designated e-mail address.**

E-mail type:

[X]   HTML – Recommended for most e-mail clients

[ ]   Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

By submitting this request form, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice of Electronic Filing will allow one free look at the document, and any attached .pdf may be printed or saved. After the free look viewing, a user must have a PACER account to query documents in the case. To register for PACER, a user must complete the on-line form or submit a registration form available on the PACER website http://www.pacer.gov.

__10/23/2013__   __Ivaylo Dodev__
Date                  Participant Signature

Attachment 13