# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>       Plaintiff,<br><br>v.<br><br>ReconTrust Company NA; James F. Taylor; Select Portfolio Servicing Incorporated; Matt Hollingsworth; Bank of New York Mellon NA; Gerald Hassell; Bank of America NA; Brian T. Moynihan; Unknown Parties,<br><br>       Defendants. | No. CV-13-02155-PHX-GMS<br><br>**ORDER** |

This matter having recently come before this Court,

**IT IS ORDERED** that a motion pursuant to Fed. R. Civ. P. 12(b) is discouraged if the defect can be cured by filing an amended pleading. Therefore, the parties must meet and confer prior to the filing of a motion to dismiss to determine whether it can be avoided. The duty to confer also applies to parties appearing pro se. Consequently, motions to dismiss must contain a certification of conferral indicating that the parties have conferred to determine whether an amendment could cure a deficient pleading, and have been unable to agree that the pleading is curable by a permissible amendment. In addition, parties shall endeavor not to oppose motions to amend that are filed prior to the Scheduling Conference or within the time set forth in the Rule 16 Case Management Order. Motions to dismiss that do not contain the required certification are subject to be stricken on the Court's motion.

1  **IT IS FURTHER ORDERED** directing Plaintiff familiarize himself with the Federal Rules of Civil Procedure and Local Rules for the District of Arizona, both of which can be found on the Court's web site at www.azd.uscourts.gov.

**IT IS FURTHER ORDERED** that Plaintiff serve a copy of this Order upon Defendants and file notice of service.

Dated this 23rd day of October, 2013.

_A. Murray Snow_
G. Murray Snow
United States District Judge