# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | No. CV-13-02155-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| ReconTrust Company NA; James F. Taylor; Select Portfolio Servicing Incorporated; Matt Hollingsworth; Bank of New York Mellon NA; Gerald Hassell; Bank of America NA; Brian T. Moynihan; Unknown Parties, | |
| Defendants. | |

**IT IS ORDERED** granting Plaintiff's Request by Non-Prisoner Pro Se Party for Electronic Noticing (Doc. 4).

**IT IS FURTHER ORDERED** that Plaintiff shall continue to file all pleadings with the Clerk's Office.

Dated this 24th day of October, 2013.

_/s/ A. Murray Snow_
G. Murray Snow
United States District Judge