AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-13-02155-PHX-GMS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED ✓  LODGED ___
RECEIVED ___ COPY ___
NOV 12 2013
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M. DEPUTY

This summons for *(name of individual and title, if any)* Recontrust Company, N.A.

was received by me on *(date)* 10/29/13

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Shama Ali, VP, who is designated by law to accept service of process on behalf of *(name of organization)* Recontrust Company, N.A. at 7105 Corporate dr, Plano, TX 75024 on *(date)* 10/31/13 @ 10:30 A.M.; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 10/31/13

*Server's signature*

Pamela Gray Process Server SCH 2010
*Printed name and title*
EXP 4/30/15

Retrieve Legal Services
2201 Main St., Ste. 400
Dallas, Texas 75201

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

## CAUSE NO: CV-13-02155-PHX-GMS

**IVAYLO TSVETANOV DODEV**
    *Plaintiff(s)*

**UNITED STATES DISTRICT COURT**

Vs.

**RECONTRUST COMPANY, N.A.**
    *Defendant(s)*

_____ **DISTRICT OF ARIZONA**

**Documents:** SUMMONS IN A CIVIL ACTION; COURT ORDER, SIGNED BY HONORABLE JUDGE G. MURRAY SNOW; COMPLAINT; NOTICE OF LIS PENDENS; EXHIBIT TO COMPLAINT

Received on: __OCTOBER 29, 2013__ at __12:00__ P.M. the above documents to be delivered to:

**RECONTRUST COMPANY, N.A.**
**7105 CORPORATE DR., MAIL STOP TX2-973-03-19, PLANO, TEXAS 75024**

I, __DARLA GRAY__, the undersigned, being duly sworn, depose and say, that I am duly authorized under Rule 103 and 536(a) to make delivery of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter. Delivery of said documents occurred in the following manner:

**Attempted delivery to:** __SHAMA ALI__

**(Title / Relationship):** __V.P. – RECONTRUST COMPANY, N.A.__

**Address of Service:** __7105 CORPORATE DR., PLANO, TX 75024__

**Date of Service:** __OCTOBER 31, 2013__ **Time of Service:** __10:30 A.M.__

**Type of Service:**

☐ **PERSONAL SERVICE:** Individually and personally to the above named recipient.

☒ **CORPORATION / PARTNERSHIP:** By delivering a true copy of said process to an officer, agent or partner of the above named entity whose name and title is listed above.

☐ **SUBSTITUTE SERVICE:** By leaving a true copy of said process with a person therein, who is of suitable age, at the above listed address, which is the usual place of abode or dwelling house of the above named person.

☐ **POSTING WITH COURT ORDER:** By posting a true copy of said process along with a true copy of the Court Order to the front entrance of the above listed address, which is the usual place of abode or dwelling house of the above named person.

☐ **NOT FOUND / NOT DELIVERED:** for the following reason: _____

"I declare under penalties of perjury that the information contained herein is true and correct"

_[Signature]_
Signature
PS#: __SCH2010__
Exp: __4/30/15__

Subscribed and sworn to before me, a notary public on __November 4__, 20__13__

_[Signature]_
Notary Public in and of the State of Texas

**VIVIAN WINTER**
**MY COMMISSION EXPIRES**
**March 24, 2014**