CV-13-02155-PHX-GMS

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James F. Talbyo

was received by me on *(date)* 10/29/13.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because Recontrust does not allow for personal service to individuals and defendant is not known at this location,
☐ Other *(specify)*: and they do not know where this person works. on
spoke to Shama Ali, VP  10/31/13 @ 12:15pm

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 10/31/13

_____
Server's signature

Darla Gray - Process Server SCH2010
Printed name and title          Exp 4/30/15

Retrieve Legal Services
2201 Main St., Ste. 400
Dallas, Texas 75201

Additional information regarding attempted service, etc:

*Filed stamp: FILED, RECEIVED, LODGED, COPY — NOV 12 2013 — CLERK U S DISTRICT COURT DISTRICT OF ARIZONA — M DEPUTY*

## AFFIDAVIT OF ATTEMPTED SERVICE

### CAUSE NO: CV-13-02155-PHX-GMS

**IVAYLO TSVETANOV DODEV**
    *Plaintiff(s)*

**UNITED STATES DISTRICT COURT**

Vs.

**RECONTRUST COMPANY, N.A.**
    *Defendant(s)*

_____ **DISTRICT OF ARIZONA**

Documents: **SUMMONS IN A CIVIL ACTION; COURT ORDER, SIGNED BY HONORABLE JUDGE G. MURRAY SNOW; COMPLAINT; NOTICE OF LIS PENDENS; EXHIBIT TO COMPLAINT**

Received on: __OCTOBER 29, 2013__ at __12:00__ P.M. the above documents to be delivered to:

**JAMES F. TAYLOR**
**7105 CORPORATE DR., MAIL STOP TX2-973-03-19, PLANO, TEXAS 75024**

I, __DARLA GRAY__, the undersigned, being duly sworn, depose and say, that I am duly authorized under Rule 103 and 536(a) to make delivery of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter. Delivery of said documents occurred in the following manner:

**Attempted delivery to:** __N/A__

**(Title / Relationship):** _____

**Address of Service:** __7105 CORPORATE DR., PLANO, TX 75024__

**Date of Service:** __OCTOBER 31, 2013__ **Time of Service:** __10:30 A.M.__

**Type of Service:**

☐ **PERSONAL SERVICE:** Individually and personally to the above named recipient.

☐ **CORPORATION / PARTNERSHIP:** By delivering a true copy of said process to an officer, agent or partner of the above named entity whose name and title is listed above.

☐ **SUBSTITUTE SERVICE:** By leaving a true copy of said process with a person therein, who is of suitable age, at the above listed address, which is the usual place of abode or dwelling house of the above named person.

☐ **POSTING WITH COURT ORDER:** By posting a true copy of said process along with a true copy of the Court Order to the front entrance of the above listed address, which is the usual place of abode or dwelling house of the above named person.

■ **NOT FOUND / NOT DELIVERED:** for the following reason: Spoke to Shama Ali, V.P., she stated that she did not know James Taylor and that Recontrust does not allow for personal service to any individuals at this location. Security verified that they do not have a James Taylor working at that facility.

"I declare under penalties of perjury that the information contained herein is true and correct"

Signature _____
PS#: SCH2010
Exp: 4/30/15

Subscribed and sworn to before me, a notary public on __November 4__, 20__13__

_____
Notary Public in and of the State of Texas

VIVIAN WINTER
MY COMMISSION EXPIRES
March 24, 2014