Ivaylo Dodev
IVAYLO DODEV
6312 South 161st Way
Gilbert, AZ 85298
(480) 457-8888

FILED ___ LODGED
RECEIVED ___ COPY
NOV 12 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE U.S. DISTRICT COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF

**IVAYLO TSVETANOV DODEV**

Plaintiff,

Case Number: CV-13-02155-OHX-GMS

vs.

**AFFIDAVIT OF SERVICE**

**MATT HOLLINGSWORTH, ET AL**

Defendant.

Received by ANDERSON INVESTIGATIONS, INC. on the 29th day of October, 2013 at 10:00 am to be served on **SELECT PORTFOLIO SERVICING, INC., 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115**.

I, C. D. ANDERSON, being duly sworn, depose and say that on the **29th day of October, 2013** at **11:45 am**, I:

SERVED the within named **CORPORATION** by delivering a true copy of the **SUMMONS, ORDER, VERIFIED ACTION-AT-LAW TO QUITE TITLE AND DAMAGES UNDER FSCPA AND BREACH OF CONTRACE AND RICO AND A TRIAL BY JURY DEMANDED, NOTICE OF LIS PENDENS, EXHIBITS** with the date and hour of service endorsed thereon by me to CARMEN BERUMEN as AUTHORIZED LEGAL AGENT of the within named corporation, in compliance with state statutes.

I am over the age of 21 and have no interest in the above action.

UCA 78B-5-705. I declare under criminal penalty that the foregoing is true and correct.

**HEIDI ANDERSON**
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 01/01/2017
Commission # 661615

Subscribed and Sworn to before me on the 30th day of October, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
C. D. ANDERSON
Private Investigator G101390

ANDERSON INVESTIGATIONS, INC.
230 West 200 South
Suite 2302
Salt Lake City, UT 84101
(801) 619-1110
Our Job Serial Number: AND-2013004522

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h