AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BANK OF NEW YORK MELLON N.A.
was received by me on *(date)* 10-25-13.    CV-13-02155-PHX-GMS

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because   see below   ; or

☒ Other *(specify)*: As per Representative of Bank of NY — this entity does not exist. Service was declined for the above stated case number.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11-2-13

_Sonia M. Marti_                    _[signature]_
                                     Server's signature

SONIA M. MARTI
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 9/2/2014

MANUEL BATO    NJ-NY process server
Printed name and title

604 Jefferson St 3L Hoboken N.J. 07030
Server's address

Additional information regarding attempted service, etc:

[Stamp: FILED / RECEIVED / LODGED / COPY — NOV 12 2013 — CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY ___ M DEPUTY]