AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-13-02155-PHX-GMS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gerald Hassell
was received by me on *(date)* 10-25-13    CV-13-02155-PHX-GMS

*[FILED/RECEIVED stamp: NOV 12 2013, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA, BY ____ DEPUTY]*

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Peter Paik - paralegal, who is
designated by law to accept service of process on behalf of *(name of organization)* CEO - Bank of NY
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Documents served: Dodev V. Reconstrust Company NA et al
Case Number CV-13-02155-PHX-GMS, Summons in a Civil Action (1pg)
Court Order, signed by Hon. Judge G. Murray Snow (2pgs)
- Complaint (34pgs) Notice of Lis Pending (2ps) Exhibit To Complaint (233pgs)

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11-2-13

Server's signature

Manuel Bayo  N.J-NY process Server
Printed name and title

604 Jefferson St 3L Hoboken N.J 07030
Server's address

**SONIA M. MARTI**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 9/2/2014**

*Sonia M. Marti*

Additional information regarding attempted service, etc: