AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-13-02155-PHX-GMS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bank of America, N.A.
was received by me on *(date)* 10/29/2013.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* India Dukes - Bank Officer, who is designated by law to accept service of process on behalf of *(name of organization)* Bank of America, N.A. on *(date)* 11/1/13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/4/2013

*Server's signature*

Darleen Carter - Process Server
*Printed name and title*

9635 Southern Pine Blvd #138
*Server's address*
Charlotte, NC 28273

Additional information regarding attempted service, etc:

[FILED/RECEIVED/LODGED stamp NOV 12 2013 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA]

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Arizona

Case Number: CV-13-02155-PHX-GMS

Plaintiff:
**IVAYLO TSVETANOV DODEV**

vs.

Defendant:
**BRIAN T. MOYNIHAN**

For:
IVAYLO DODEV PRO_SE
6312 SOUTH 161ST WAY
GILBERT, AZ  85298

Received by Process Servers Etc. of North Carolina on the 29th day of October, 2013 at 10:16 am to be served on **BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255**.

I, DARLEEN CARTER, being duly sworn, depose and say that on the **1st day of November, 2013** at **9:45 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, ORDER, VERIFIED ACTION-AT-LAW TO QUIET TITLE AND DAMAGES UNDER FDCPA AND BREACH OF CONTRACT AND RICO; A TRIAL BY JURY DEMANDED, NOTICE OF LIS PENDENS, with EXHIBITS A-L** with the date and hour of service endorsed thereon by me, to: **INDIA DUKES** as **BANK OFFICER** for **BANK OF AMERICA, N.A.**, at the address of: **BANK OF AMERICA CORPORATION, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
No one is able to get through security to the offices of the President, Vice President, CEO, etc.  The person served stated that they were the highest in the chain of command that was available for service of documents.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: BLACK, Height: 5-5, Weight: 140, Hair: BLACK, Glasses: N

I certify that I have no interest in the above action, am of legal age, and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __4__ day of __November__, __2013__ by the affiant who is personally known to me.

NOTARY PUBLIC

*[Notary Seal: AMY PETTEWAY, Notary Public, Mecklenburg County, My Commission Expires 1/31/2016, NORTH CAROLINA]*

**DARLEEN CARTER**
Process Server #3815

**Process Servers Etc. of North Carolina**
9635 Southern Pine Blvd
Suite 138
Charlotte, NC 28273
(704) 248-4817
Our Job Serial Number: SNC-2013001560

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n