Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

Pro Se

FILE ON DEMAND
FOR THE RECORD



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | Case No. CV-13-02155-PHX-GMS |
| Plaintiff, | |
| vs. | VERIFIED ACTION-AT-LAW TO QUIET TITLE |
| RECONTRUST COMPANY, N.A., JAMES F. TAYLOR, *and/or his successor, in his/their individual and official capacity,* SELECT PORTFOLIO SERVICING, INC., ~~MATT HOLLINGSWORTH~~ TIMOTHY O'BRIEN, *and/or his successor, in his/their individual and official capacity,* THE BANK OF NEW YORK MELLON, ~~N.A.,~~ GERALD HASSELL, *and/or his successor, in his/their individual and official capacity,* BANK OF AMERICA, N.A. successor of COUNTRYWIDE HOME LOANS, INC., BRIAN T. MOYNIHAN, *and/or his successor, in his/their individual and official capacity, and* DOES 1-100, *in his/her individual and official capacity* | AND DAMAGES UNDER FDCPA AND BREACH OF CONTRACT AND RICO |
| | **CORRECTION OF SUMMONS** |
| | A TRIAL BY JURY DEMANDED |
| | Judge: G Murray Snow |
| **Defendants.** | |

1

This is NOT an amended pleading pursuant to Federal Rules of Civil Procedure Rule 15 (a). It is a technical correction of defendant names due to misnomer and failure/rejection of service (filed on the record). The content of the complaint and the exhibits is retained in its original, unedited, form and the defendants remain the same. The defendant BANK OF NEW YORK MELLON, N.A. is from here on <u>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AKA BNY MELLON AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA7</u> and the defendant MATT HOLLINGSWORTH is to be replaced by his current successor as filed in the original complaint *"and/or his successor, in his/their individual and official capacity,"* <u>TIMOTHY O'BRIEN AKA TIM O'BRIEN</u> as CEO of Select Portfolio Servicing, Inc.

_____
**Ivaylo Tsvetanov Dodev**, ARR, Pro Se Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone