# EXHIBITS TO COMPLAINT

# Contents

|  |  | Pages |
|---|---|---|
| EXHIBIT "A" | Notice of Trustee Sale (2011), Cancellation of NTS (2011) | |
| | Settlement Check from BofA for wrongful foreclosure | 8 |
| EXHIBIT "B" | Plaintiff's Affidavit of Secured Interest | 4 |
| EXHIBIT "C" | Plaintiff is paying his own taxes | 4 |
| EXHIBIT "D" | Plaintiff is paying his own insurance | 1 |
| EXHIBIT "E" | Plaintiff's Warranty Deed, Acknowledgment, Homestead | |
| | Declaration with Land Patent | 22 |
| EXHIBIT "F" | Notice to Sue to all Defendants with Affidavit of Service, | |
| | Rebutment of Statement of Breach or non Performance | |
| | and Election to Sell Under Deed of Trust Arizona, | |
| | Notice of Trustee Sale (2013) | 19 |
| EXHIBIT "G" | Proof of Claim (2) to SPS sent 2013, and | |
| | Proof of Claim to BofA sent 2011 | 8 |
| EXHIBIT "H" | Four Offers to Pay the entire amount due sent to all | |
| | Defendants, payoff departments and their attorneys | 33 |
| EXHIBIT "I" | Plaintiff's Deed of Trust | 16 |
| EXHIBIT "J" | Plaintiff's Deed of Revocation | 2 |
| EXHIBIT "K" | Plaintiff's Adjustable Rate Note (The Note) | 6 |
| EXHIBIT "L" | Notice of Complaint, Letter of Rescission sent to BofA, | |
| | BNY Mellon, ReconTrust plus 20 other regulatory agencies | |
| | in 2011. Part of this Notice of Complaint was sent in the | |
| | Notice to Sue to all Defendants in 2013 | 96 |

**EXHIBIT "A"**

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20110706281  08/24/2011  02:15
ELECTRONIC RECORDING

110407742nt-3-3-3--
sarabiam

**RECORDING REQUESTED BY:**
RECONTRUST COMPANY, N.A.
2380 Performance Dr, TX2-985-07-03
Richardson, TX 75082
WHEN RECORDED MAIL TO:
BANK OF AMERICA, N.A.
400 National way
SIMI VALLEY, CA 93065
Attn: FORECLOSURE DEPT
TS No. 11-0075989
Title Order No. 110407742AZGTI
APN No. 304-77-004W4

## NOTICE OF TRUSTEE'S SALE ARIZONA

The following legally described trust property will be sold, pursuant to the power of sale under that certain Deed of Trust Recorded on 12/18/2006, as Instrument Number 20061646998, Book N/A, Page N/A, in the records of Maricopa County, Arizona, at public auction to the highest bidder, in the Courtyard, by the main entrance of the Superior Court Building, 201 West Jefferson, Phoenix, AZ 85003 on 11/28/2011 at 10:00 AM of said day.

SEE ATTACHED LEGAL DESCRIPTION

The Deed of Trust and/or Beneficiary provide the following purported property location:
23410 SOUTH 161ST WAY, GILBERT, Maricopa County, AZ 85297

Said sale will be made for cash (payable at time of sale) but without covenant or warranty, express or implied, regarding title, possession or encumbrances) to pay the remaining principal sum of the note secured by said Deed of Trust, which includes interest thereon as provided in said note, advances, if any, under the terms of said Deed of Trust, interest on advances, if any, fees, charges and expenses of the Trustee and of the trust created by said Deed of Trust. The original sum of the note is $681,750.00. Trustee will accept only cash or cashier's check for reinstatement or price bid payment. Reinstatement payment must be paid before five o'clock P.M on the last day other than a Saturday or legal Holiday before the date of the sale. The Purchaser at the sale, other than the beneficiary to the extent of his credit bid shall pay the price no later than five o'clock P.M. of the following day, other than a Saturday or legal holiday.

Name and Address of Original Trustor: WAYLO T DODE V, 23410 SOUTH 161ST WAY, GILBERT, AZ 85297
Name and Address of Current Trustee: RECONTRUST COMPANY, N.A., 2380 Performance Dr, TX2-985-07-03 Richardson, TX 75082 FOR INFORMATION/SALE INFORMATION CALL: (800) 281-8219

Name and Address of Current Beneficiary: BANK OF NEW YORK, 400 National way, SIMI VALLEY, CA 93065 PHONE: (800) 669-6650

RECONTRUST COMPANY, N.A. IS THE CURRENT TRUSTEE. RECONTRUST COMPANY, N.A. QUALIFIES AS A TRUSTEE OF THE TRUST DEED UNDER ARIZONA REVISED STATUTES SECTION 33-803, SUBSECTION A. 5., BECAUSE IT IS A NATIONAL ASSOCIATION REGULATED BY THE OFFICE OF THE COMPTROLLER OF THE CURRENCY("OCC")

*Form aznos (05/08)*

http://recorder.maricopa.gov/cert.aspx?id=103172 [20110706281] 4 Pages

DATED: August 23, 2011

RECONTRUST COMPANY, N.A.
As Trustee

State of: _____Texas_____ )
County of: _____Tarrant_____ )

BY: _~Tammy Thompson~_ 8/23/2011
Tammy Thompson, Authorized Signer

On __8-23-11__ before me __Kanetta Denise Edward__, personally appeared __Tammy Thompson__ / __Authorized Signer__, know to me (or proved to me on the oath of _____ or through __TDL__ ) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Witness my hand and official seal.

_~Kanetta Denise Edwards~_
Notary Public's Signature

KANETTA DENISE EDWARDS
Notary Public
State of Texas
My Comm. Expires 4-19-2014

THIS FIRM IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THE DEBT SET FORTH ON THIS NOTICE WILL BE ASSUMED TO BE VALID UNLESS YOU DISPUTE THE DEBT BY PROVIDING THIS OFFICE WITH A WRITTEN NOTICE OF YOUR DISPUTE WITHIN 30 DAYS OF YOUR RECEIPT OF THIS NOTICE, SETTING FORTH THE BASIS OF YOUR DISPUTE. IF YOU DISPUTE THE DEBT IN WRITING WITHIN 30 DAYS, WE WILL OBTAIN AND MAIL VERIFICATION OF THE DEBT TO YOU. IF THE CREDITOR IDENTIFIED IN THIS NOTICE IS DIFFERENT THAN YOUR ORIGINAL CREDITOR, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF YOU REQUEST THIS INFORMATION IN WRITING WITHIN 30 DAYS.

http://recorder.maricopa.gov/cert.aspx?id=103172 [20110706281] 4 Pages

*Form aznos (05/08)*

TS# 11-0075989
LEGAL DESCRIPTION

A PORTION OF LAND IN THE SOUTHWEST QUARTER OF SECTION 22, TOWNSHIP 2 SOUTH, RANGE 6 EAST, GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, DESCRIBED AS FOLLOWS;

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 22;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 1284.85 FEET;

THENCE NORTH 00 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 415.04 FEET;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 193.02 FEET TO THE POINT OF BEGINNING;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 367.57 FEET;

THENCE NORTH 00 DEGREES 03 MINUTES 42 SECONDS EAST, A DISTANCE OF 9.56 FEET;

THENCE NORTH 18 DEGREES 49 MINUTES 40 SECONDS EAST, A DISTANCE OF 266.94 FEET;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 279.44 FEET;

THENCE SOUTH 00 DEGREES 25 MINUTES 50 SECONDS EAST, A DISTANCE OF 262.23 FEET TO THE POINT OF BEGINNING.

http://recorder.maricopa.gov/cert.aspx?id=103172 [20110706281] 4 Pages

20110706281
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL



The foregoing instrument is an
**electronically prepared**
full, true and correct copy
of the original record in this
office.
Attest: 05/06/2013  11:31:54 AM

By _____ Recorder

To Verify this purchase visit
http://recorder.maricopa.gov/cert.aspx?id=103172

RECORDING REQUESTED BY:

**RECONTRUST COMPANY, N.A.**
2380 Performance Dr, TX2-984-04-07
Richardson, TX 75082

WHEN RECORDED MAIL TO:
Owner of Record
23410 SOUTH 161ST WAY
GILBERT, AZ 85297
TS No. 11-0075989
Title Order No. 110407742AZGTI
APN No. 304-77-004W4

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20130250732   03/19/2013   04:16
ELECTRONIC RECORDING

110407742CL01-2-1-1--
hoyp

## CANCELLATION OF NOTICE OF SALE ARIZONA

The undersigned trustee hereby cancels the Notice of Sale Recorded on 08/24/2011, as Instrument Number 20110706281, on trust property legally described as:

SEE ATTACHED EXHIBIT 'A' - LEGAL DESCRIPTION

which Notice of Sale refers to a trust deed executed by IVAYLO T. DOBEV, A MARRIED MAN, AS HIS SOLE AND SEPARATE PROPERTY, as trustor, in which MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., is named as beneficiary, and NONE, is named as trustee, and Recorded on 12/18/2006, as instrument No. [illegible], Book N/A, Page N/A, of official records of Maricopa County, Arizona.

DATED: March 15, 2013

RECONTRUST COMPANY, N.A.,
Successor Trustee

*Tonya Malugen 3-18-13*

Tonya Malugen   AVP

State of: ___Texas___ )
County of: ___Tarrant___ )

On _3-18-2013_ before me _____Elsie Kroussakis_____, personally appeared
Tonya Malugen  AVP Recontrust Company, N.A., know to me (or proved to me on the oath of _____ or through _____) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
Witness my hand and official seal.

*Elsie Kroussakis*

Notary Public's Signature

ELSIE KROUSSAKIS
Notary Public, State of Texas
My Commission Expires
October 14, 2015

http://recorder.maricopa.gov/cert.aspx?id=108461 [20130250732] 3 Pages

*AZCNCLNOS_2012.10.0_12/2012*
MCR 1 of 3

http://recorder.maricopa.gov/cert.aspx?id=106461 [201302507732] 3 Pages

ORDER NO: 110407742

## EXHIBIT A

REF. NO. 11-0075989

A PORTION OF LAND IN THE SOUTHWEST QUARTER OF SECTION 22, TOWNSHIP 2 SOUTH, RANGE 6 EAST, GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 22;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 1284.85 FEET;

THENCE NORTH 00 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 415.04 FEET;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 193.02 FEET TO THE POINT OF BEGINNING;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 367.57 FEET;

THENCE NORTH 00 DEGREES 03 MINUTES 42 SECONDS EAST, A DISTANCE OF 9.56 FEET;

THENCE NORTH 18 DEGREES 49 MINUTES 40 SECONDS EAST, A DISTANCE OF 266.94 FEET;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 279.44 FEET;

THENCE SOUTH 00 DEGREES 25 MINUTES 50 SECONDS EAST, A DISTANCE OF 262.23 FEET TO THE POINT OF BEGINNING.

http://recorder.maricopa.gov/cert.aspx?id=106461 [20130250732] 3 Pages

20130250732
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL



The foregoing instrument is an
**electronically prepared**
full, true and correct copy
of the original record in this
office.
Attest: 07/08/2013 01:59:46 PM

By _____ Recorder

To Verify this purchase visit
http://recorder.maricopa.gov/cert.aspx?id=106461

00000685
ARIZONA BANK OF AMERICA SETTLEMENT
A.B. DATA, LTD. AS SETTLEMENT ADMINISTRATOR FOR THE
ATTORNEY GENERAL OF THE STATE OF ARIZONA
PO BOX 170500
MILWAUKEE, WI 53217-8091

October 02, 2013

Baylake Bank
79-210/759

| CHECK NUMBER: | |
| DATE: | 10/02/2013 |
| CHECK AMOUNT: | $1,250.00 |
| CLAIM NUMBER: | 18574083-0 |

18574083-0

IVAYLO DODEV
6312 S 161ST WAY
GILBERT AZ 85298-8455

Dear Consumer:

On February 9, 2012, a joint state-federal settlement was reached between Arizona and 48 other states, the federal government, and the nation's five largest residential mortgage loan servicers. On the same date, the Arizona Attorney General announced the settlement of a separate lawsuit against Bank of America. A portion of the funds obtained by Arizona was allocated to help Arizona consumers who filed mortgage servicing related complaints that contributed to the successful resolution of the lawsuit against Bank of America. Your restitution amount is based upon information you provided when you returned the claim form in this matter and other records regarding your consumer complaint. You may obtain additional information regarding the mortgage settlements at https://www.azag.gov/foreclosure/.

This check is valid for ninety days from the issue date and should be cashed on or before December 31, 2013. You may contact the Settlement Administrator with any questions by phone at 800-331-8642 or by writing to Arizona Bank of America Settlement, c/o A.B. Data, Ltd., PO Box 170500, Milwaukee, WI 53217-8091.

**CASH PROMPTLY – VOID IF NOT CASHED BY DECEMBER 31, 2013**

THIS CHECK IS PRINTED WITH THE VERBIAGE "SECURITY DOCUMENT" IN FLUORESCENT INK · DO NOT ACCEPT UNLESS THE WORDS ARE PRESENT

Arizona Bank of America Settlement
A.B. Data, Settlement Administrator
PO Box 170500
Milwaukee, WI 53217-8091

Baylake Bank
Sturgeon Bay, WI
79-210/759

DATE  10/02/2013

PAY TO THE
ORDER OF   IVAYLO DODEV                                      $   1,250.00

One Thousand Two Hundred Fifty and 00/100 Dollars

VOID IF NOT CASHED BY DECEMBER 31, 2013
Please be advised that the Settlement Administrator will not be liable
for any financial institution fees resulting from improper endorsement of this check.
Security features included; details on back.

AUTHORIZED SIGNATURE

**EXHIBIT "B"**

Recording Requested By:
Ivaylo Dodev

When recorded mail documents to:
Ivaylo Dodev
6312 S 161st Way
Gilbert, AZ 85298

# AFFIDAVIT OF SECURED INTEREST
# OF IVAYLO DODEV

STATE OF ARIZONA        )
                        ) SS
COUNTY OF MARICOPA      )

Comes now, Ivaylo Dodev, hereinafter known as Affiant; being of sound mind, competent to testify and being over the age of 21 years, after first being duly sworn according to law to tell the truth to the facts related herein, states the he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. Your Affiant, Ivaylo Dodev, entered into an agreement to purchase specific real property on the 16th of July, 2004.

2. Your Affiant, Ivaylo Dodev, notices that the address of said property is 6312 South 161st Way, Gilbert, Arizona 85298.

3. Your Affiant, Ivaylo Dodev, notices that the legal description of said property is as attached. See EXHIBIT A.

4. Your Affiant, Ivaylo Dodev, had a mortgage agreement specific to said property in which the sales price was $385,000.00

5. Your Affiant, Ivaylo Dodev, made a down payment of $19,300.00, paid to the Sellers, JUSTIN C. FRANKS AND DAIDRIA FRANKS, through CAPITAL TITLE AGENCY, INC., AN ARIZONA CORP on July 21, 2004.

6. As of September 29th 2008, Your Affiant, Ivaylo Dodev, made payments totaling $120,000.00. (All Loan Servicing Companies, which include first's, second's, refinanced loans, Home Equity Lines of Credit, Taxes, Insurance, etc.) to multiple alleged servicers,

1

pursuant to the alleged loan agreement specific to the purchase of the above described property, including but not limited to Select Portfolio Servicing, Inc.

7. Your Affiant, Ivaylo Dodev, as of the 8th of July, 2013, has Nine Years (Original loan date to present) of maintenance and upkeep of said property, which have an approximate value of $807,760.00. See exhibit B

8. Your Affiant, Ivaylo Dodev, has made improvements to said property, from the time of original purchase, which has an approximate value of $106,100.00. See exhibit B.

9. Your Affiant, Ivaylo Dodev, has a total secured interest in the above referenced property, as of 10th of July, 2013, of approximately $1,053,160.00 (Total amount of all payments made on 4-9).

10. To date, no party has made any offer to Your Affiant, Ivaylo Dodev, to settle Affiant's interest in said property.

11. Further, Affiant sayeth naught

Offered at Arm's Length on this _15-th_ day of July 2013

By: _____

I, Ivaylo Dodev, ARR, Explicitly Without Prejudice

STATE OF ARIZONA          )
                                 ) SS

COUNTY OF MARICOPA      )

Subscribed and sworn to (or affirmed) before me on this _15_ day of July, 2013 by Ivaylo Dodev, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, as his free will act and deed, for the purposes and considerations therein expressed. I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing statement is true and correct. WITNESS my hand and the official seal.

Executed by my own free will

_____ (Seal)

Notary Public

Curtis Feller
NOTARY PUBLIC
MARICOPA COUNTY, ARIZONA
My Commission Expires
04-26-2015

2

# EXHIBIT A

## *PROPERTY LEGAL DESCRIPTION*

**PHYSICAL ADDRESS:**

6312 South 161st Way, Gilbert, Arizona 85298

*Legal Description*

Commencing at the Southwest corner of Section 22;

Thence North 90 degrees 00 minutes 00 seconds East, a distance of 1284.85 feet;

Thence North 00 degrees 00 minutes 00 seconds East, a distance of 415.05 feet;

Thence South 90 degrees 00 minutes 00 seconds West, a distance of 193.02 feet to the point of beginning;

Thence South 90 degrees 00 minutes 00 seconds West, a distance of 367.57 feet;

Thence North 00 degrees 03 minutes 42 seconds East, a distance of 9.56 feet;

Thence North 18 degrees 49 minutes 40 seconds East, a distance of 266.94 feet;

Thence North 90 degrees 00 minutes 00 seconds East, a distance of 279.44 feet;

Thence South 00 degrees 25 minutes 50 seconds East, a distance of 262.23 feet to the point of beginning.

*The Above Legal Description is the same property conveyed in deed recorded 07/26/2004 as Instrument No. 20040852027 in the Official Records of Maricopa County Recorder Helen Purcell.*

3

# EXHIBIT B
## *IMPROVEMENTS AND MAINTENANCE*

## 6312 South 161st Way, Gilbert, Arizona 85298

*Legal Description*
*See Attached Exhibit A*
*Instrument No. 20040852027*

IMPROVEMENTS FROM JULY 25, 2004 TO JULY 10, 2013
Built Barn: $ 65,000.00
Window Tinting, Coverings and Repairs: $ 3,500.00
AC Repair: $ 4,000.00
Garage- Built In Cabinets and Door Insulation: $1,200.00
New wood floors: $6,000.00
Landscaping- Planting Orchard: $13,400.00
Water Softener: $2,200.00
Reverse Osmosis System: $600.00
Fencing, Decorative Columns: $9,000.00
Water Heater: $1,200.00

**TOTAL: $106,100.00**

MAINTENANCE AND UPKEEP FROM JULY 25, 2004 TO JULY 10, 2013
Weed/Pest Control: $1,260.00
Landscape: $9,500.00
Irrigation of Pastures: $5,800.00
Air Filters: $700.00
Carpet/House Cleaning: $1,500.00
Total Maintenance at $10.00 per hour 24/7: ≈$789,000.00

**TOTAL: $807,760.00**

4

Case 2:13-cv-02155-BLB   Document 18-1   Filed 11/19/13   Page 17 of 37

**EXHIBIT "C"**

Certified Mail # *7013 0600 0000 3572 3322*

**Ivaylo Dodev**
**6312 S 161st Way**
**Gilbert, AZ 85298**
**Owner of Account:**
**304-77-004W**

# Lawful Notification Letter

September 30, 2013

**MARICOPA COUNTY TREASURER'S OFFICE**
**CHARLES "HOS" HOSKINS**
**301 W JEFFERSON**
**PHOENIX, AZ 85003**

Mr. CHARLES "HOS" HOSKINS, This letter is a lawful notification to you and the MARICOPA COUNTY TREASURE'S OFFICE that I, Ivaylo Dodev, owner of account #304-77-004W, am alive and well and able to pay the taxes associated with my house, located at 6312 S. 161st Way, Gilbert, Arizona. I am including the first portion of taxes due for year 2013, $1,019.02, Wells Fargo Bank, NA, check # 545, along with a Tax Statement.

**The reason for this letter is to instruct you not to accept any payments towards my account from third parties and that I will be responsible for all payments due. Any and all statements, bills or notices should be addressed to me at the address associated with my account.**

Further, any future payment from the following companies: SELECT PORTFOLIO SERVICING, INC., BANK OF NEW YORK MELLON, NA, BANK OF AMERICA, NA or any other party should be returned to the sender/originator.

Some, or all, of the aforementioned company has attempted to steal my property through theft by deception, and a Legal Notice to Sue has been Processed and they have been Served. By accepting a payment from a third party, you might put yourself or your office in a situation where a judge might rule that you aided and abetted a party with unclean hands, especially after you have read this notice. A response is not necessary and if I do not hear from you in 15 days I will assume that my notice and instructions are clear, understood and implemented.

Respectfully,

*Ivaylo Dodev*

Ivaylo T Dodev, ARR

10/6/13
Case 2:13-cv-02155-GMS Document 18-1 Filed 10/25/13 Page 19 of 67
Case 2:13-cv-02155-BLB Document 12-1 Filed 10/19/13 Page 19 of 37

Subject: USPS Shipment Info for 70130600000035723322

From: US_Postal_Service@usps.com (US_Postal_Service@usps.com)

To: dodev7@yahoo.com;

Date: Sunday, October 6, 2013 2:36 PM

This is a post-only message. Please do not respond.

Ivaylo Dodev has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 70130600000035723322

Service Type: Certified Mail™

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | PHOENIX, AZ 85003 | October 1, 2013 8:48 am |
| Depart USPS Sort Facility | PHOENIX, AZ 85043 | October 1, 2013 |
| Arrival at Unit | PHOENIX, AZ 85034 | October 1, 2013 4:17 am |
| Processed at USPS Origin Sort Facility | PHOENIX, AZ 85043 | September 30, 2013 10:13 pm |
| Dispatched to Sort Facility | HIGLEY, AZ 85236 | September 30, 2013 2:46 pm |
| Acceptance | HIGLEY, AZ 85236 | September 30, 2013 1:57 pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirm.htm

PARCEL/ACCOUNT # 304-77-004W

CHARLES "HOS" HOSKINS
TREASURER
301 W JEFFERSON
PHOENIX, AZ 85003-2199
(602)506-8511



PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
PHOENIX, AZ
PERMIT #359

C-160531

# 2013

## Tax Information
## Statement
## for mortgaged property

## Sign up for
## Parcel Watch
at
http://treasurer.maricopa.gov

96   474   ****AUTO**SCH 5-DIGIT 85297
DODEV IVAYLO T
6312 S 161ST WAY
GILBERT, AZ  85298-8455

Tax Code 800600

|  | 2013 | Ratio | Assessed |
|---|---|---|---|
| Limited Value (Primary) | 209,300 | .100 | 20,930 |
| Full Cash Value (Secondary) | 209,300 | .100 | 20,930 |
| Total 2013 Taxes Assessed |  |  | $2,038.04 |

---

IVAYLO T DODEV
NIKOLINA T DODEV
6312 S 161ST WAY
GILBERT, AZ 85298-8455

545

91-527/1221 5207
3929182149

Sept 30, 2013

Pay to the Order of  Maricopa County Treasurer  $ 1,019.02

One Thousand Nineteen 02/100  Dollars

Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

For  304-77-004W

⑆122105278⑆          ⑈ 00545



**Maricopa County Treasurer's Office**

**Charles "Hos" Hoskins, Treasurer**

**2013 Property Tax Statement - Parcel 304-77-004W 4**

⊙ **When are taxes due?**

- First half taxes are due **Tuesday, October 01, 2013**, delinquent after **Friday, November 01, 2013**.

- Second half taxes are due **Saturday, March 01, 2014**, delinquent after **Thursday, May 01, 2014**.

- You may pay both halves together until December 31.   If you miss a deadline you may owe fees plus interest charges of 16% per year prorated monthly.

!The Full Year Amount is for the current tax year only. It does NOT include late payment interest charges or delinquent prior year taxes.

The statement is for 2013 only.  To view the Total Amount Due including interest and penalties **Click Here.**

⊙ Please call (602) 506-8511 for any questions concerning the Statement or Amount Due.

Include a Tax Stub with your check.

| Current Mailing Name and Address | Legal Description |
|---|---|
| DODEV IVAYLO T<br>6312 S 161ST WAY<br>GILBERT AZ 852988455<br>**Request Name/Mailing Address Changes**<br>⊙ Or call the Treasurer at (602)506-8511. | **Section/Lot** 22   **Township/Block** 2S<br>**Range/Tract** 6E<br><br>PT SW4 SEC SEC 22 DAF COM SW COR SD SEC 22 TH E 1284.85F TH N 415.04F TH W 193.02F TPOB TH W 367.57F TH N 9.56F TH N 18D 49M E 266.94F TH E 279.44F TH S 262.23F TPOB |

**Tax Bill Summary** Area Code: 800000

| | 2013 Assessed Value | 2013 Tax Amount |
|---|---|---|
| **Primary (Limited)** | $20,930 | $1,192.64 |
| **Secondary (Full Cash)** | $20,930 | $834.94 |
| **Special Districts** | | $10.46 |
| **Full Year Amount**!  No delinquent prior year taxes. | | $2,038.04 |
| **First Half Due** | | $1,019.02 |
| **Second Half Due** | | $1,019.02 |
| **Total Payments Made** | | $0.00 |

**EXHIBIT "D"**

# Your insurance bill

Oct 10, 2013

Page 1 of 2

*Nikolina Dodev*
*Ivaylo Dodev*
Account number  J70█████
Home policy    97103-31-39    6312 S 161st Way Gilbert, AZ 85298

## Welcome to Farmers.

### Your billing summary

New policy - Home
Payment received - Sep 30 Thank you                    -$397.68

Pay in full                                            $372.67
Minimum due                                              $0.00
Due date                                        October 30, 2013

Payments and policy changes received after Oct 10 will appear on your next bill.

Important - Payment Must Be Received by the Due Date.

### Pay in full by the due date and save on service charges.

If the minimum amount is paid, your next payment of $377.67 will be due on 01/30/2014 and includes a $5.00 service charge.

Changes to your policy may change your next payment amount.

---

**Your agent**

JOSEPH LAMBROS
Phone: (480)551-4442
Email: jlambros
     @farmersagent.com

**Questions about your bill?**
You can call 1-877-327-6392
7:30 am - 10:00 pm Mon-Fri(CST)
9:30 am - 6:00 pm Sat-Sun(CST).

**Get the latest at farmers.com**
Make a payment or get up-to-date information on your coverage and payments.

**Farmers HelpPoint®**
For assistance with insurance claims, call us immediately!
We're here for you 24/7, at
1-800-HelpPoint(435-7764)
Espanol 877-732-5266.

**Pay Plan Options**
Other pay plan options may be available to you. Please contact your agent for details.

---

26-3090    06-10

## Thank you for your business.

---

# Payment Stub

**Paying by check?**
Please make your check payable to *Farmers Insurance Exchange*, write your Account number on it, and mail it to us with this payment stub.

JOSEPH LAMBROS
916 E BASELINE #103
MESA, AZ. 85204

NIKOLINA DODEV
IVAYLO DODEV
6312 S 161ST WAY
GILBERT AZ 85298-8455

| | |
|---|---|
| Account number: | J70██████ |
| Pay in Full: | $372.67 |
| Minimum due: | $0.00 |
| Due Date: | Oct 30, 2013 |

Amount enclosed:    $

*The Returned payment charge for payments not honored by your bank will be $25.00.*

*Payments received after the due date will incur a $10.00 late payment service charge.*



88J700301055003726700000000000002007

**EXHIBIT "E"**

Recorded at the request of *Capital Title Agency Inc.*
when recorded mail to

IVAYLO T. DODEV
23410 South 161st Way
Gilbert, AZ 85242

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20040852027  07/26/2004  10:56
ELECTRONIC RECORDING

22040541-3-4-1--
Fimbrezr

# Warranty Deed

Escrow No. 22040541

For the consideration of Ten Dollars, and other valuable considerations, I or we, **JUSTIN C. FRANKS**, an unmarried man and **DAIDRIA FRANKS**, an unmarried woman, do/does hereby convey to **IVAYLO T. DODEV** and **NIKOLINA T DODEVA**, husband and wife, the following real estate, situated in Maricopa, County, Arizona:

See Exhibit A attached hereto and made a part hereof.

*Who acquired title as Daidria Howe, An unmarried Woman

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated July 16, 2004.


JUSTIN C. FRANKS                          DAIDRIA FRANKS

STATE OF ARIZONA
COUNTY OF MARICOPA } SS.

This instrument was acknowledged before me this 16th day of July, 2004 by: JUSTIN C. FRANKS and DAIDRIA FRANKS.

My Commission Expires: 9/5/2006

Doris Burrell
Notary Public

OFFICIAL SEAL
DORIS BURRELL
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Sep. 5, 2006

http://recorder.maricopa.gov/cert.aspx?id=112988 [20040852027] 4 Pages

MCR 1 of 4

Case 2:13-cv-02155-DLR Document 18-1 Filed 11/19/13 Page 26 of 37
Case 2:13-cv-02155-GMS Document 1 Filed 10/23/13 Page 26 of 67
20040852027

http://recorder.maricopa.gov/cert.aspx?id=112988 [20040852027] 4 Pages

# ACCEPTANCE OF COMMUNITY PROPERTY

## (Grantee)

Escrow No.: **22040541**
Attachment to Warranty Deed Dated:   July 16, 2004

KNOWN ALL MEN BY THESE PRESENTS:

THAT  **IVAYLO T. DODEV AND NIKOLINA T DODEVA, HUSBAND AND WIFE**

each being first duly sworn upon oath each for himself or herself and jointly but not one for the other deposes and says:

THAT I am one of the Grantees named in that certain Deed which is dated July 16, 2004, and executed by  **JUSTIN C. FRANKS, an unmarried man and DAIDRIA FRANKS, an unmarried woman as Grantor, and IVAYLO T. DODEV and NIKOLINA T DODEVA, husband and wife as Grantee**, and which instrument concerns the following described property:

**See Exhibit A attached hereto and made a part hereof.**

THAT the interests of the undersigned are being taken by them as Community Property with right of survivorship.

THAT each of us individually and jointly hereby assert and affirm that it is our intention to accept said interest as community property with right of survivorship and to acquire any interest in, or any proceeds arising out of said property, not as tenants in common and not as joint tenants, but as Community Property with right of survivorship.

**BUYERS:**

_____          _____
IVAYLO T. DODEV                                         NIKOLINA T DODEVA

STATE OF ARIZONA
COUNTY OF MARICOPA           } SS:

This instrument was acknowledged before me this 22nd day of _____July_____ , 20 04 by:
IVAYLO T. DODEV and NICKOLINA T. DODEVEA.

My Commission Expires: 5-23-08

_____
Notary Public

OFFICIAL SEAL
CHERYL WATSON
Notary Public - State of Arizona
PINAL COUNTY
My Comm. Expires May 23, 2008

Exhibit A

A PORTION OF LAND IN THE SOUTHWEST QUARTER OF SECTION 22, TOWNSHIP 2 SOUTH, RANGE 6 EAST, GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, DESCRIBED AS FOLLOWS;

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 22;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 1284.85 FEET;

THENCE NORTH 00 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF  415.04 FEET;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF  193.02  FEET TO THE POINT OF BEGINNING;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 367.57 FEET;

THENCE NORTH 00 DEGREES 03 MINUTES 42 SECONDS EAST, A DISTANCE  OF 9.56 FEET;

THENCE NORTH 18 DEGREES 49 MINUTES 40 SECONDS EAST, A DISTANCE  OF 266.94 FEET;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE  OF 279.44 FEET;

THENCE SOUTH 00 DEGREES 25 MINUTES 50 SECONDS EAST, A DISTANCE  OF 262.23 FEET TO THE POINT OF BEGINNING.

http://recorder.maricopa.gov/cert.aspx?id=112988 [20040852027] 4 Pages

http://recorder.maricopa.gov/cert.aspx?id=112988 [20040852027] 4 Pages

20040852027
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL



The foregoing instrument is an
**electronically prepared**
full, true and correct copy
of the original record in this
office.
Attest:  10/22/2013  11:17:40 AM

By _____ Recorder

To Verify this purchase visit
http://recorder.maricopa.gov/cert.aspx?id=112988

# EXHIBIT A:
## ACKNOWLEDGEMENT FOR THE ACCEPTANCE OF DEED

**I, Ivaylo T, a living man, of the family Dodev, made in the Creator's image,** in the capacity of IVAYLO T. DODEV, with indefeasible title to my land, and lawful owner of the landed Estate known as IVAYLO T. DODEV and its real property and interest, under the seal: "Ivaylo T. Dodev," and any or all derivations thereof, am recorded as the grantee on the Warranty Deed for the real property described on the attached certified copy of said deed. Said Warranty Deed is Instrument Number 2004-0852027, recorded July 26th, 2004 as part of the Official Records of Maricopa County Recorder Helen Purcell in the COUNTY OF MARICOPA, STATE OF ARIZONA.

**Let it be known by these presents,** that it is my freewill act and deed to execute this Acknowledgement for my Acceptance of the Deed, and lawful ownership of the property, in fee simple, to have and to hold, under the terms of the deed in accordance with the land patent and covenants, as my claim of unalienable right. I demand that the record on file in the Maricopa Recorder's Office be updated to show my acceptance of the deed, as lawful owner of the real estate. All other real property and interest issued for this real estate and its gain is to be immediately returned to me.

**Further let it be known by these presents** that I accept the oaths of all public officers and bind them to such, as well as bestow my sovereign immunity on them while administering my lawful orders. This public record under the seal of a competent court is guaranteed full faith and credit per Article 4 Section 1 of the United States Constitution.

**I, Ivaylo T. Dodev, on this _____ day of July, 2013, do hereby swear under oath, attest and affirm,** that I have prepared this document for the sole purposes as set forth herein, and not for any other purpose and not to mislead, obstruct, obscure or impede the rightful due processes as provided by law, public codes and legal statutes. As the below signatory claimant, I declare under penalty of perjury that this instrument is not recorded for the purpose of slandering title to real property and is filed with good faith and clean hands to preserve my interests as described, and as signatory claimant hereby enter this into the public record based on informed firsthand knowledge and stating that the herein contained information is true, correct, complete and certain, and claimant will testify to the veracity thereof.

**Witness my Hand and Seal as my freewill act and deed,**
**Offered at Arm's Length on this _15th_ day of July 2013**

By: _Ivaylo Dodev_
Ivaylo T. Dodev, Executor

## ATTESTATION OF NOTARY AND ADMINISTERING OF OATH

I, _Curtis Fetter_ , the below subscribed Notary in and for the State of Arizona, do solemnly attest that I administered an Oath to the Man, Ivaylo T. Dodev, as the living being who swore to the veracity and validity of this Acknowledgment for the Acceptance of Deed, that he did so of his own freewill act and deed, and that I personally witnessed his execution of same with original wet ink signature and seal as entered above. Be it further known by these presents that I, _Curtis Fetter_ , as Witness for the herein matter, on this __15__ day of July, 2013, am a third party and not a party to the matter. As Witness in this matter I am acting for the purpose of taking and administering the oath of the party as stated and of sealing same into the public record.

_Curtis Fetter_
Affirmed on the date as set forth herein

We, the undersigned witnesses, do hereby swear or affirm that Ivaylo T. Dodev has stated to us that this is his freewill act and deed to execute his acceptance of said deed and lawful ownership of the property under the terms of the deed and to record this "Acknowledgement for the Acceptance of Deed" at the Maricopa County Recorder.

Witness: _Yehuda Gur-Arie_
Yehuda GUR-ARIE          15 of July, 2013

Witness: _Marcia Gur-Arie_
Marcia Gur-Arie          15 of July, 2013

STATE OF ARIZONA          )
                          ) SS
COUNTY OF MARICOPA        )

Subscribed and sworn to (or affirmed) before me on this 15 day of July, 2013 by Ivaylo T. Dodev, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, as his free will act and deed, for the purposes and considerations therein expressed. I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing statement is true and correct. WITNESS my hand and the official seal.

Executed by my own free will

_Curtis Fetter_          (Seal)
Notary Public

> Curtis Fetter
> NOTARY PUBLIC
> MARICOPA COUNTY, ARIZONA
> My Commission Expires
> 04-28-2015

Ivaylo T. Dodev
6312 S 161st Way
Gilbert, AZ 85298

# HOMESTEAD DECLARATION

I, Ivaylo T. Dodev, do hereby certify and declare as follows:

    I hereby claim and declare Homestead the premises (land tract and its appurtenances) located in the City of Gilbert, County of Maricopa, State of Arizona, commonly known as

        6312 SOUTH 161st WAY, GILBERT, ARIZONA 85298

        AKA 23410 SOUTH 161st WAY, GILBERT, ARIZONA 85297

    and more particularly described as follows:

6312 S 161st Way in the City of Gilbert, County of Maricopa, State of Arizona as per Map recorded in Book 502, Page 8 of the Official Records of Maricopa County Recorder Helen Purcell. Assessor's Parcel No. 304-77-004.

Homestead is in Township 2 S, Range 6 E, Section 22, SW$^{1/4}$ as surveyed by Wickerly and Associates for Vineyard Land Company, LLC; EXHIBIT A, attached hereto and made a part hereof. Legal description of property is as follows:
    Commencing at the Southwest corner of Section 22;
    Thence North 90 degrees 00 minutes 00 seconds East, a distance of 1284.85 feet;
    Thence North 00 degrees 00 minutes 00 seconds East, a distance of 415.05 feet;
    Thence South 90 degrees 00 minutes 00 seconds West, a distance of 193.02 feet to the point of beginning;
    Thence South 90 degrees 00 minutes 00 seconds West, a distance of 367.57 feet;
    Thence North 00 degrees 03 minutes 42 seconds East, a distance of 9.56 feet;
    Thence North 18 degrees 49 minutes 40 seconds East, a distance of 266.94 feet;
    Thence North 90 degrees 00 minutes 00 seconds East, a distance of 279.44 feet;
    Thence South 00 degrees 25 minutes 50 seconds East, a distance of 262.23 feet to the point of beginning.

Initials: _____

Page 1 of 3

Aforementioned land tract falls under Patent #50523 in the USA Record of Patents, registered with the United Sates Department of the Interior, Bureau of Land Management, official since its signing on December 30th, 1915 by Woodrow Wilson, to be kept in the national archive FOREVER; EXHIBIT B, attached hereto and made a part hereof. Patent is as referenced in Warranty Deed.

Land, and Rights or privileges in association with, are granted exclusively to the owner of apportioned land tract, originally the Santa Fe Pacific Railroad Company at the time of patent issue.

*"NOW KNOW YE, That the UNITED STATES OF AMERICA, in considerations of the premises, HAS GIVEN AND GRANTED, and by these presents DOES GIVE AND GRANT, unto the said Santa Fe Pacific Railroad Company, and to its successors, the lands above described"* Patent 505230, Page 7.

Successor defines as, *"a term borrowed from the civil law, denoting a person who succeeds to the rights of a former owner in a single article of property, (as by purchase,) as distinguished from a universal successor, who succeeds to all the rights and powers of a former owner, as in the case of a bankrupt or intestate estate."* Black's Law Dictionary, 4th Edition, Pg. 1600.

Through acquisition of the aforementioned land tract, as substantiated through warranty deed (EXHIBIT C, attached hereto and made a part hereof), and absorption of the Rights, powers, and responsibilities associated with the article of property of the original grantee, I, Ivaylo T. Dodev, hereby declared myself to be the qualified Successor and Assignee of the land tract now known as 6312 S 161st Way, Gilbert, AZ 85298.

Patent notes that land is given *"TO HAVE AND TO HOLD the same, together with all of the rights, privileges, immunities, and appurtenances, of whatever nature, thereunto belonging, unto the said Santa Fe Pacific Railroad Company, and to its successors and assigns forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local custom, laws and decisions of courts."* Patent 505230, Pg. 8.

And those Rights are reserved and passed down to me, the lawful owner of my homestead, FOREVER. I hereby claim possession of said land, rights, privileges, immunities, and appurtenances, as established with the fruition of Patent #505230 through the endorsement of president Woodrow Wilson.

By definition, a Land Patent is the only form of proof of absolute title to Land in the United States of America. *"A patent is the highest evidence of title and is conclusive as against the government and all claiming under junior patents or titles"* U.S. v. Stone 2 U.S. 525. The patented *"grant of land is a public law standing on the statute books of the State, and is notice to every subsequent purchaser under any conflicting sale made afterward."* Wineman v. Gastrell 2 U.S. App. 581. *"State statutes that give less authoritative ownership of title than the patent can not even be brought into federal court"* Langdon v. Sherwood, 124 U.S. 74, 81.

Initials

Therefore, if some Right is not expressly reserved, directly on the actual United States Land Patent, it can never be reserved on a later date. *Summa v. California. 466 U.S. 198.* This patent reserves no Rights for the state, county, city, or town, private or public settlement, roads, and easements, with the exception of aforementioned limited water rights expressly for the United States [federal] government, and *"there is reserved from the land hereby granted, a right of way thereon for ditches or canals constructed by the authority of the United States."* Patent 505230, Pg. 8.

I am the declared Homestead owner of the above declared Homestead. I own the following interest in the above declared Homestead: 100%. The above declared Homestead is my principal dwelling and I am currently residing on that declared Homestead. Residing in the sense that it is used as a shelter from the elements for me and my immediate family, a place to live, plant orchards and vineyards, and raise livestock in order to ensure sustenance for ourselves, a place of protection.

The facts as stated in this Declaration of Homestead are known to be true as of my own personal knowledge and this documented is executed in my authorized capacity, as my free will act and deed.

Offered at Arm's Length on this 15ᵗʰ day of July 2013

By: _____
I, Ivaylo T. Dodev, ARR, Explicitly Without

Prejudice

STATE OF ARIZONA                    )
                                    ) SS
COUNTY OF MARICOPA                  )

Subscribed and sworn to (or affirmed) before me on this 15 day of July, 2013 by Ivaylo T. Dodev, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, as his free will act and deed, for the purposes and considerations therein expressed. I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing statement is true and correct. WITNESS my hand and the official seal.

Executed by my own free will

_____ (Seal)
Notary Public

Curtis Fetter
NOTARY PUBLIC
MARICOPA COUNTY, ARIZONA
My Commission Expires
04-26-2015

Initials: _____

Page 3 of 3

# EXHIBIT A



**OFFICIAL RECORDS OF**
**MARICOPA COUNTY RECORDER**
**HELEN PURCELL**
99-0466504    05/17/99    11:41

MCOA1

99-0466504  -- See Book 502  Map    8



Recorded on 05/17/99 @ 11:41am

CORNER SURVEY

1 Page

Township    2
Range       6
Section      22

Lot      RESULTS OF SURVEY MAP LIN

DYER DENNIS L                                    GRANTEE
RESULTS OF SURVEY MAP VINEYARD LAND COMPANY     GRANTOR
WECKERLY AND ASSOCIATES                          GRANTEE

http://recorder.maricopa.gov/cert.aspx?id=103390 [19990466504] 2 Pages



http://recorder.maricopa.gov/cert.aspx?id=106390 [19990466504] 2 Pages

19990466504
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL



The foregoing instrument is an
**electronically prepared**
full, true and correct copy
of the original record in this
office.
Attest: 07/05/2013  03:52:32 PM

By _____ Recorder

To Verify this purchase visit
http://recorder.maricopa.gov/cert.aspx?id=106390