1  Ivaylo Tsvetanov Dodev,

2  c/o  6312 South 161st Way
       Gilbert, Arizona
3      (480) 457-8888 Phone
4      (480) 457-8887 Facsimile
       dodev@hotmail.com
5
6  Pro Se

FILE ON DEMAND
FOR THE RECORD

```
✓ FILED      ___ LODGED
___ RECEIVED  ___ COPY

    NOV 1 9 2013

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | Case No. CV-13-02155-PHX-GMS |
| Plaintiff, | |
| vs. | |
| RECONTRUST COMPANY, N.A., ET AL | |
| Defendants. | Judge: G Murray Snow |

**PLAINTIFFS' NOTICE OF FIRST AMENDED COMPLAINT**

Plaintiff, Ivaylo Tsvetanov Dodev, respectfully advises the Court of the filing of his First Amended Complaint as of right under Fed. R. Civ. P. 15(a), with regards to 15(c). The FIRST AMENDED COMPLAINT is a technical correction of two of the

1

defendants' names due to misnomer and failure/rejection of service (filed on the record). The content of the complaint and the exhibits is retained in its original, unedited, form. The defendant BANK OF NEW YORK MELLON, N.A. is from here on <u>THE BANK OF NEW YORK MELLON CORPORATION FKA THE BANK OF NEW YORK AKA BNY MELLON AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA7</u> and the defendant MATT HOLLINGSWORTH is to be replaced by his current successor as filed in the original complaint *"and/or his successor, in his/their individual and official capacity,"* <u>TIMOTHY O'BRIEN AKA TIM O'BRIEN</u> as CEO of Select Portfolio Servicing, Inc.

Respectfully submitted this 19th day of November, 2013

_/s/ Ivaylo Dodev_
Ivaylo Tsvetanov Dodev, ARR, Pro Se Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone