BRYAN CAVE LLP, #145700
Sean K. McElenney, #016987
Coree E. Neumeyer, #025787
Eric M. Moores, #028280
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone:   (602) 364-7000
E-Mail:   skmcelenney@bryancave.com
          coree.neumeyer@bryancave.com
          moorese@bryancave.com

Attorneys for Defendants Recontrust Co. N.A.,
 Bank of America, N.A., and Brian T. Moynihan

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | No. 2:13-CV-02155-GMS |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| ReconTrust Co. N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Gerald Hassell; Bank of America, N.A.; Brian T. Moynihan; Timothy O'Brien; and Bank of New York Mellon, | (Hon. G. Murray Snow) |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Sean K. McElenney, Coree E. Neumeyer, and Eric M. Moores, attorneys of the law firm of Bryan Cave LLP, hereby enter their appearance as counsel of record for Defendants ReconTrust Co. N.A., Bank of America, N.A., and Brian T. Moynihan. Counsel respectfully request that all future notices and correspondence from the Court and parties be sent to undersigned counsel at the address provided.

. . . .

. . . .

. . . .

751006.1

1    DATED this 21st day of November, 2013.

2                                                BRYAN CAVE LLP

3

4                                    By  s/ Eric M. Moores
                                          Sean K. McElenney
5                                         Coree E. Neumeyer
                                          Eric M. Moores
6                                         Two North Central Avenue, Suite 2200
                                          Phoenix, AZ  85004-4406
7                                         Telephone: (602) 364-7000

8                                         Attorneys for Defendants ReconTrust Co.
                                          N.A., Bank of America, N.A., Brian T.
9                                         Moynihan

10

11   ORIGINAL of the foregoing electronically
     filed with the Court this 21st day of November, 2013
12

13   COPY of the foregoing mailed
     this 21st day of November, 2013:
14

15   Ivaylo Tsvetanov Dodev
     6312 S. 161st Way
16   Gilbert, AZ 85298

17

18   s/ Nicole Daley

19

20

21

22

23

24

25

26

27

28

751006.1                                      2