BRYAN CAVE LLP, #145700
Sean K. McElenney, #016987
Coree E. Neumeyer, #025787
Eric M. Moores, #028280
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
E-Mail: skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

Attorneys for Defendants Recontrust Co. N.A.,
Bank of America, N.A., and Brian T. Moynihan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>  Plaintiff,<br><br>  v.<br><br>ReconTrust Co. N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Gerald Hassell; Bank of America, N.A.; Brian T. Moynihan; Timothy O'Brien; and Bank of New York Mellon,<br><br>  Defendants. | No. 2:13-CV-02155-GMS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(Hon. G. Murray Snow) |

Defendants ReconTrust Co., N.A., Bank of America, N.A., and Brian T. Moynihan (collectively, "Defendants") and Plaintiff Ivaylo T. Dodev hereby stipulate and agree that Defendants shall have an extension of time to respond to the Complaint through and including December 2, 2013. The parties stipulate to this extension because they require additional time to complete their meet and confer to determine whether Plaintiff will dismiss his claims against Defendants or whether the deficiencies in the Complaint may be cured by amendment in accordance with this Court's October 23, 2013 Order (Doc. 5).

A form of Order mutually agreeable to the stipulating parties is attached hereto.

. . . .

. . . .

751001.1

1  DATED this 21st day of November, 2013.

2  BRYAN CAVE LLP

4  By  s/ Eric M. Moores
      Sean K. McElenney
      Coree E. Neumeyer
      Eric M. Moores
      Two North Central Avenue, Suite 2200
      Phoenix, AZ  85004-4406
      Telephone: (602) 364-7000
      Attorneys for Defendants ReconTrust Co. N.A., Bank of America, N.A., Brian T. Moynihan

11  IVAYLO TSVETANOV DODEV (PRO SE)

13  By
      Ivaylo Tsvetanov Dodev
      6312 S. 161st Way
      Gilbert, AZ 85298
      Telephone: (480) 457-8888

      Pro Se

19  ORIGINAL of the foregoing electronically filed with the Court this 21st day of November, 2013

21  COPY of the foregoing mailed this 21st day of November, 2013:

    Ivaylo Tsvetanov Dodev
23  6312 S. 161st Way
    Gilbert, AZ 85298

25
    s/ Nicole Daley

751001.1                           2

By _____
Sean K. McElenney
Coree E. Neumeyer
Eric M. Moores
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Attorneys for Defendants ReconTrust Co. N.A., Bank of America, N.A., Brian T. Moynihan


IVAYLO TSVETANOV DODEV (PRO SE)

By _____
Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298
Telephone: (480) 457-8888

Pro Se

751001.1

2