# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>        Plaintiff,<br><br>v.<br><br>ReconTrust Company NA; James F. Taylor; Select Portfolio Servicing Incorporated; Matt Hollingsworth; Bank of New York Mellon NA; Gerald Hassell; Bank of America NA; Brian T. Moynihan; et al.,<br><br>        Defendants. | No. CV-13-02155-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** granting the Stipulation for Extension of Time (Doc. 21) filed by Defendants ReconTrust Co., N.A., Bank of America, N.A., and Brian T. Moynihan (collectively, "Defendants") and Plaintiff Ivaylo T. Dodev. Defendants shall have to and including **December 2, 2013** to file an answer and/or responsive pleading to Plaintiff's Complaint.

Dated this 22nd day of November, 2013.

*/s/ A. Murray Snow*
G. Murray Snow
United States District Judge