BRYAN CAVE LLP (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000
(602) 364-7070 fax
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

Attorneys for Defendants ReconTrust Co. N.A.,
Bank of America, N.A., and Brian T. Moynihan

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>             Plaintiff,<br><br>     v.<br><br>ReconTrust Co. N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Gerald Hassell; Bank of America, N.A.; Brian T. Moynihan; Timothy O'Brien; and Bank of New York Mellon,<br><br>             Defendants. | No. 2:13-CV-02155-GMS<br><br>**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)**<br><br>(Hon. G. Murray Snow) |

Defendants ReconTrust Co., N.A., Bank of America, N.A., and Brian T. Moynihan (collectively, "Defendants") hereby request that the Court grant the Defendants an additional extension of time to respond to the Complaint through and including December 13, 2013. Defendants seek this extension because they require additional time to complete their meet and confer with Plaintiff to determine whether Plaintiff will dismiss his claims against Defendants or whether the deficiencies in the Complaint may be cured by amendment in accordance with this Court's October 23, 2013 Order (Doc. 5).

Defendants sent Plaintiff a Meet and Confer letter on November 27, 2013, but they have not yet received a response from Plaintiff. Defendants are presently uncertain as to whether Plaintiff intends to amend his Complaint or dismiss any of his claims.

749866

Defendants' present deadline to file a response to the Complaint is today. Accordingly, undersigned counsel requested that Plaintiff stipulate to an extension of Defendants' time to respond so that Defendants do not risk an entry of default while the parties complete their meet and confer in accordance with the Court's Order. As of 5:00 p.m. today, Plaintiff has not responded to Defendants' request for an extension.

A proposed form of Order is attached.

DATED this 2nd of December, 2013.

BRYAN CAVE LLP

By /s/ Eric M. Moores
Sean K. McElenney
Coree E. Neumeyer
Eric M. Moores
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406

Attorneys for Defendants ReconTrust Co. N.A., Bank of America, N.A., and Brian T. Moynihan

ORIGINAL of the foregoing efiled
using the CM/ECF System
this 2nd day of December, 2013.

COPY of the foregoing mailed
this 2nd day of December, 2013, to:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298
Plaintiff

/s/ Nicole Daley

749866                                           2