**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>        Plaintiff,<br><br>    v.<br><br>ReconTrust Co. N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Gerald Hassell; Bank of America, N.A.; Brian T. Moynihan; Timothy O'Brien; and Bank of New York Mellon,<br><br>        Defendants. | No. 2:13-CV-02155-GMS<br><br><br><br>**ORDER**<br><br><br><br><br><br>(Hon. G. Murray Snow) |

The Court has considered Defendants ReconTrust Co., N.A., Bank of America, N.A., and Brian T. Moynihan's (collectively, "Defendants'") Motion for Extension of Time to Respond to Complaint, and good cause appearing,

IT IS HEREBY ORDERED that Defendants shall have until **December 13, 2013** to file their response to Plaintiff's Complaint.

DATED this _____ day of _____, 2013.