# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>                    Plaintiff,<br><br>v.<br><br>ReconTrust Company NA; James F. Taylor; Select Portfolio Servicing Incorporated; Matt Hollingsworth;  Bank of New York Mellon NA; Gerald Hassell;  Bank of America NA; Brian T. Moynihan;  et al.,<br><br>                    Defendants. | No. CV-13-02155-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Defendants ReconTrust Co., N.A., Bank of America, N.A., and Brian T. Moynihan's (collectively, "Defendants'") Motion for Extension of Time to Respond to Complaint (Doc. 23) and after consideration,

**IT IS HEREBY ORDERED** that Defendants shall have until **December 13, 2013** to file their response to Plaintiff's Complaint.  No further extensions shall be granted.

Dated this 3rd day of December, 2013.

*A. Murray Snow*
G. Murray Snow
United States District Judge