Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

Pro Se

**FILE ON DEMAND**
**FOR THE RECORD**

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 02 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,** | Case No. CV-13-02155-PHX-GMS |
| **Plaintiff,** | |
| vs. | |
| RECONTRUST COMPANY, N.A., ET AL | |
| **Defendants.** | Hon. G Murray Snow |

## DECLARATION OF CONFERRAL

1. I, Ivaylo Tsvetanov Dodev, being duly sworn and over 21 years of age and of sound mind, depose and state as follows:

2. I am the Plaintiff in the above-entitled action and I am familiar with the files, records and pleadings in this matter.

3. **Defendants have failed to confer with Plaintiff in their individual or official capacity OR through their legal counsel.**

1

4, ●. Plaintiff has not been contacted via the docket, US mail, telephone, fax or any other legal means with conferral proposal and conferral conference has not been scheduled or held in the appointed time by the court.

**5. ●. Defendants did not comply with Hon. G Murray Snow's ORDER to confer with the plaintiff, filed on the docket on the 23rd day of October, 2013, Document 2.**

6, ●. Plaintiff deposes under penalty of perjury that the declared statements, herein, are true and correct.

*/s/ Ivaylo Dodev*
**Ivaylo Tsvetanov Dodev**, ARR, Pro Se Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone