Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

Pro Se

FILE ON DEMAND
FOR THE RECORD

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

     DEC 0 2 2013

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ P DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,** | Case No. CV-13-02155-PHX-GMS |
| **Plaintiff,** | |
| vs. | |
| **RECONTRUST COMPANY, N.A., ET AL** | |
| **Defendants.** | Hon. G Murray Snow |

## MOTION FOR ENTRY OF DEFAULT

Plaintiff, Ivaylo Tsvetanov Dodev, respectfully requests that the clerk of court enter default against defendant **SELECT PORTFOLIO SERVICING, INC.** pursuant to Federal Rule of Civil Procedure 55(a). In support of this request plaintiffs relies upon

1

the record in this case, especially Document 12, filed on November 12, 2013, Affidavit of Service for the here stated defendant and the declaration submitted herein.

Respectfully submitted this 2${}^{th}$ day of December, 2013

*/s/ Ivaylo Dodev*

**Ivaylo Tsvetanov Dodev**, ARR, Pro Se Plaintiff
6312 South 161${}^{st}$ Way, Gilbert, Arizona
(480) 457-8888 Phone

Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

Pro Se

FILE ON DEMAND
FOR THE RECORD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| Ivaylo Tsvetanov Dodev, | Case No. CV-13-02155-PHX-GMS |
|---|---|
| Plaintiff, | |
| vs. | |
| RECONTRUST COMPANY, N.A., ET AL | |
| Defendants. | Hon. G Murray Snow |

DECLARATION IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT

I, Ivaylo Tsvetanov Dodev, being duly sworn and over 21 years of age and of sound mind, depose and state as follows:

1. I am the plaintiff in the above-entitled action and I am familiar with the files, records and pleadings in this matter.

2. The summons and complaint were filed on the 23rd day of October 2013.

3. Defendant, **SELECT PORTFOLIO SERVICING, INC.** was served with a copy of the summons and complaint on the 29th day of October 2013, as reflected on the docket sheet by the proof of service filed on the 12th day of November 2013, Doc. 12.

1

4. An answer to the complaint was due on or before the 28th day of November 2013.

5. Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6. Defendant did not comply with Hon. G Murray Snow's ORDER to confer with the plaintiff, filed on the docket on the 23rd day of October, 2013, Doc. 2.

7. Plaintiff deposes that the defendant is not an infant or incompetent.

8. After due diligence, Plaintiff did not find any evidence that defendant is in the military service, as required by 50 U.S.C. app. Section 520.

9. Plaintiff requests that the clerk of court enter default against the defendant.

Ivaylo Tsvetanov Dodev, ARR, Pro Se Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone

STATE OF ARIZONA     )
                     ) SS
COUNTY OF MARICOPA   )

Sworn and subscribed before me on this 2nd day of December, 2013 by Ivaylo Tsvetanov Dodev, proved to me on the basis of satisfactory evidence to be the man whose name is subscribed here within. I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing statement is true and correct. WITNESS my hand and the official seal.

Executed by my own free will

_____
Notary Public



Erica Ponce
Notary Public
Maricopa County, Arizona
My Comm. Expires 08-30-16

2

Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
    Gilbert, Arizona
    (480) 457-8888 Phone
    (480) 457-8887 Facsimile
    dodev@hotmail.com

Pro Se

**FILE ON DEMAND**
**FOR THE RECORD**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,** | Case No. CV-13-02155-PHX-GMS |
| **Plaintiff,** | |
| vs. | |
| **RECONTRUST COMPANY, N.A., ET AL** | |
| **Defendants.** | Hon. G Murray Snow |

### ENTRY OF DEFAULT

Plaintiff, Ivaylo Tsvetanov Dodev, respectfully requests that the clerk of court enter default against defendant **SELECT PORTFOLIO SERVICING INC.** pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant **SELECT PORTFOLIO SERVICING INC.** is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of December, 2013.

1