Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

Pro Se

**FILE ON DEMAND**
**FOR THE RECORD**

```
✓ FILED      ___ LODGED
___ RECEIVED  ___ COPY

      DEC 0 2 2013

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ P DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,** | Case No.  CV-13-02155-PHX-GMS |
| **Plaintiff,** | |
| vs. | |
| RECONTRUST COMPANY, N.A., ET AL | |
| **Defendants.** | Hon. G Murray Snow |

## MOTION FOR ENTRY OF DEFAULT

Plaintiff, Ivaylo Tsvetanov Dodev, respectfully requests that the clerk of court enter default against defendant **GERALD HASSELL** pursuant to Federal Rule of Civil Procedure 55(a). In support of this request plaintiffs relies upon the record in this case,

1

especially Document 14, filed on November 12, 2013, Affidavit of Service for the here stated defendant and the declaration submitted herein.

Respectfully submitted this 2th day of December, 2013

*/s/ Ivaylo Dodev/*

**Ivaylo Tsvetanov Dodev**, ARR, Pro Se Plaintiff
**6312 South 161st Way, Gilbert, Arizona**
**(480) 457-8888 Phone**

Ivaylo Tsvetanov Dodev,

c/o  6312 South 161st Way
     Gilbert, Arizona
     (480) 457-8888 Phone
     (480) 457-8887 Facsimile
     dodev@hotmail.com

Pro Se

**FILE ON DEMAND
FOR THE RECORD**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,** | Case No.  CV-13-02155-PHX-GMS |
| **Plaintiff,** | |
| vs. | |
| RECONTRUST COMPANY, N.A., ET AL | |
| **Defendants.** | Hon. G Murray Snow |

## DECLARATION IN SUPPORT OF
## MOTION FOR ENTRY OF DEFAULT

I, Ivaylo Tsvetanov Dodev, being duly sworn and over 21 years of age and of sound mind, depose and state as follows:

1. I am the plaintiff in the above-entitled action and I am familiar with the files, records and pleadings in this matter.

2. The summons and complaint were filed on the 23rd day of October 2013.

3. Defendant, **GERALD HASSELL** was served with a copy of the summons and complaint on the 25 day of October 2013, as reflected on the docket sheet by the proof of service filed on the 12th day of November 2013, Doc. 14.

1

4. An answer to the complaint was due on or before the 24th day of November 2013.

5. Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6. Defendant did not comply with Hon. G Murray Snow's ORDER to confer with the plaintiff, filed on the docket on the 23rd day of October, 2013, Doc. 2.

7. Plaintiff deposes that the defendant is not an infant or incompetent.

8. After due diligence, Plaintiff did not find any evidence that defendant is in the military service, as required by 50 U.S.C. app. Section 520.

9. Plaintiff requests that the clerk of court enter default against the defendant.

_/s/ Ivaylo Dodev_
Ivaylo Tsvetanov Dodev, ARR, Pro Se Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone

STATE OF ARIZONA        )
                        ) SS
COUNTY OF MARICOPA      )

Sworn and subscribed before me on this 2nd day of December, 2013 by Ivaylo Tsvetanov Dodev, proved to me on the basis of satisfactory evidence to be the man whose name is subscribed here within. I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing statement is true and correct. WITNESS my hand and the official seal.

Executed by my own free will

_____
Notary Public

Erica Ponce
Notary Public
Maricopa County, Arizona
My Comm. Expires 08-30-16

2

Ivaylo Tsvetanov Dodev,

c/o  6312 South 161st Way
     Gilbert, Arizona
     (480) 457-8888 Phone
     (480) 457-8887 Facsimile
     dodev@hotmail.com

Pro Se

**FILE ON DEMAND**
**FOR THE RECORD**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **RECONTRUST COMPANY, N.A., ET AL** <br><br> **Defendants.** | Case No. CV-13-02155-PHX-GMS <br><br><br> Hon. G Murray Snow |

## ENTRY OF DEFAULT

Plaintiff, Ivaylo Tsvetanov Dodev, respectfully requests that the clerk of court enter default against defendant **GERALD HASSELL** pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant **GERALD HASSELL** is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of December, 2013.

1