## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, ) | **CLERK'S ENTRY OF DEFAULT** |
| ) | |
| Plaintiff, ) | CV-13-02155-PHX-GMS |
| ) | |
| v. ) | |
| ) | |
| ReconTrust Company, N.A., et al., ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Gerald Hassell.

DEFAULT ENTERED this 4th day of December, 2013.

BRIAN D. KARTH
District Court Executive/Clerk

s/ A.Smith
By: A. Smith, Deputy Clerk