IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, ) | No. CV-13-2155-PHX-GMS |
| Plaintiff, ) | **MINUTE ORDER** |
| vs. ) | |
| ReconTrust Company NA, et. al., ) | |
| Defendants. ) | |

On December 2, 2013, Plaintiff filed an Application for Entry of Default against Bank of America, N.A., ReconTrust Company, N.A., and Brian T. Moynihan (Doc. 27). The Court had previously granted an extension of time to answer until December 2, 2013 (Doc. 22). On December 2, 2013, Defendants filed a Second Motion for Extension of Time to File Answer (Doc. 23). That motion was granted on December 3, 2013 (Doc. 24). Defendants' answer is now due December 13, 2013. Based on the extension of time to answer, the Clerk of Court is unable to enter the default requested as to the three defendants listed above..

DATED this 4th day of December, 2013.

BRIAN D. KARTH
DISTRICT COURT EXECUTIVE/
CLERK OF COURT


By  s/Sandi Fredlund
Sandi Fredlund
Deputy Clerk