**WRIGHT, FINLAY & ZAK, LLP**
Kim R. Lepore, Esq., Arizona Bar No. 019130
Bradford E. Klein, Esq., Arizona Bar No. 027720
18444 N. 25th Ave., Suite 420
Phoenix, AZ 85023
Telephone: 602-845-8898
Fax: 949-608-9142
klepore@wrightlegal.net | bklein@wrightlegal.net

Attorneys for Defendants Select Portfolio Servicing, Inc. and Timothy O'Brien

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | Case No.: 2:13-CV-02155-GMS |
| Plaintiff, | |
| vs. | |
| Recontrust Company, N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Timothy O'Brien; Bank Of New York Mellon, N.A.; Gerald Hassell; Bank Of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan; and Does 1-100, | **NOTICE OF APPEARANCE** |
| Defendants. | (Honorable G. Murray Snow) |

   **PLEASE TAKE NOTICE** that Kim R. Lepore and Bradford E. Klein, of the law firm of Wright, Finlay & Zak, LLP, hereby enter their appearance as counsel of record for Defendants Select Portfolio Servicing, Inc. and Timothy O'Brien.  All future notices and correspondence should be sent to counsel at the address provided above.

**RESPECTFULLY SUBMITTED** this 4th day of December, 2013.


**WRIGHT, FINLAY & ZAK, LLP**

By: /s/ Kim R. Lepore
           Kim R. Lepore, Esq.
           Attorneys for Defendants Select Portfolio Servicing,
           Inc. and Timothy

ORIGINAL of the foregoing electronically
filed this 4th day of December, 2013.

COPIES of the foregoing mailed this
4th day of December, 2013, to:

Ivaylo Tsvetanov Dodev
6312 S/ 161st Way
Gilbert, AZ 85298
Plaintiff in pro se

Sean K. McElenney. Esq.
Coree E. Neumeyer, Esq.
Eric M. Moores, Esq.
Two N. Central Ave., Suite 2200
Phoenix, AZ 85004-4406
Attorneys for ReconTrust, Bank of America
and Brian T. Moynihan


/s/ Steve Bennett