**WRIGHT, FINLAY & ZAK, LLP**
Kim R. Lepore, Esq., Arizona Bar No. 019130
Bradford E. Klein, Esq., Arizona Bar No. 027720
18444 N. 25th Ave., Suite 420
Phoenix, AZ 85023
Telephone: 602-845-8898
Fax: 949-608-9142
klepore@wrightlegal.net | bklein@wrightlegal.net

Attorneys for Defendants Select Portfolio Servicing, Inc. and Timothy O'Brien

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>   Plaintiff,<br><br>   vs.<br><br>Recontrust Company, N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Timothy O'Brien; Bank Of New York Mellon, N.A.; Gerald Hassell; Bank Of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan; and Does 1-100,<br><br>   Defendants. | Case No.: 2:13-CV-02155-GMS<br><br>**MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)**<br><br>(Honorable G. Murray Snow) |

Defendants Select Portfolio Servicing, Inc. and Timothy O'Brien (collectively, "Defendants") hereby move this court for an order granting Defendants an extension of time to respond to Plaintiff's First Amended Complaint through and including December 13, 2013 for the reason that Defendants have been unable to meet and confer with Plaintiff pursuant to this Court's Order dated October 23, 2013 (Doc. 5).

Defendants have left a voice message for Plaintiff but have not received a return phone call yet.

WHEREFORE, Defendants request that the Court grant them an extension through and including December 13, 2013 to file a response to the First Amended Complaint.

**RESPECTFULLY SUBMITTED** this 4th day of December, 2013.

**WRIGHT, FINLAY & ZAK, LLP**

By: /s/ Kim R. Lepore
    Kim R. Lepore, Esq.
    Attorneys for Defendants Select Portfolio Servicing, Inc. and Timothy

ORIGINAL of the foregoing electronically filed this 4th day of December, 2013.

COPIES of the foregoing mailed this 4th day of December, 2013, to:

Ivaylo Tsvetanov Dodev
6312 S/ 161st Way
Gilbert, AZ 85298
Plaintiff in pro se

Sean K. McElenney. Esq.
Coree E. Neumeyer, Esq.
Eric M. Moores, Esq.
Two N. Central Ave., Suite 2200
Phoenix, AZ 85004-4406
Attorneys for ReconTrust, Bank of America and Brian T. Moynihan

/s/ Steve Bennett