**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Recontrust Company, N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Timothy O'Brien; Bank Of New York Mellon, N.A.; Gerald Hassell; Bank Of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan; and Does 1-100,<br><br>　　　　Defendants. | Case No.: 2:13-CV-02155-GMS<br><br>**ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

　　Upon Motion filed by Defendants Select Portfolio Servicing, Inc. and Timothy O'Brien ("Defendants"), and after consideration and good cause appearing therefore,

　　IT IS HEREBY ORDERED setting aside the Clerk's entry of default against Select Portfolio Servicing, Inc. on December 4, 2013 (Doc. 29).

　　IT IS FURTHER ORDRED granting Defendants an extension of time to respond to Plaintiff's First Amended Complaint through and including December 13, 2013.

　　IT IS SO ORDERED.