1  **WRIGHT, FINLAY & ZAK, LLP**
2  Kim R. Lepore, Esq., Arizona Bar No. 019130
   Bradford E. Klein, Esq., Arizona Bar No. 027720
3  18444 N. 25th Ave., Suite 420
4  Phoenix, AZ 85023
   Telephone: 602-845-8898
5  Fax: 949-608-9142
6  klepore@wrightlegal.net | bklein@wrightlegal.net

7  Attorneys for Defendants Select Portfolio Servicing, Inc. and Timothy O'Brien

8
9                    **UNITED STATES DISTRICT COURT**
10                     **FOR THE DISTRICT OF ARIZONA**
11

12 | Ivaylo Tsvetanov Dodev, | ) Case No.: 2:13-CV-02155-GMS |
   | Plaintiff, | ) |
   | vs. | ) **DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT** |
   | Recontrust Company, N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Timothy O'Brien; Bank Of New York Mellon, N.A.; Gerald Hassell; Bank Of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan; and Does 1-100, | ) |
   | | ) (Honorable G. Murray Snow) |
   | Defendants. | ) |

        Defendant Select Portfolio Servicing, Inc. ("SPS" or "Defendant"), by and through counsel, hereby requests that this Court set aside the Clerk's Entry of Default entered today, December 4, 2013 (Doc. 29) because Defendant's response to the First Amended Complaint is not due until December 6, 2013.

1  Plaintiff filed his First Amended Complaint ("FAC") on November 19, 2013 (Doc.
2  18). Defendant's response to Plaintiff's FAC is not due until December 6, 2013, pursuant
3  to Federal Rules of Civil Procedure ("FRCP") Rule 15(a)(3). Rule 15(a)(3) provides, in
4  pertinent part, as follows: "…any required response to an amended pleading must be
5  made within the time remaining to respond to the original pleading or within 14 days
6  after service of the amended pleading, whichever is later."
7  Further, Plaintiff *mailed* his FAC on November 19, 2013, according to the
8  Certificate of Service attached to the FAC at page 35. In fact, Plaintiff did not mail his
9  FAC to SPS at all. The Certificate of Service shows that Plaintiff only mailed copies of
10 the FAC to The Bank of New York Mellon Corporation and to Timothy O'Brien, not to
11 SPS. Even if the FAC had been mailed to SPS, FRCP Rule 6(d) provides Defendants an
12 additional three days to file their response to the FAC.  Specifically, Rule 6(d) provides,
13 in pertinent part, as follows: "When a party may or must act within a specified time after
14 service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after
15 the period would otherwise expire."
16 Following the FRCP, Defendants' response to the FAC is not due until December
17 6, 2013.  The fourteenth day after November 19, 2013 is December 3, 2013.  Three days
18 after that is December 6, 2013.  Plaintiff filed his Application for Entry of Default on
19 December 2, 2013 (Doc. 27) – 4 days before SPS's response is due - and default was
20 entered on December 4, 2013 (Doc. 29) – 2 days before SPS's response is due.
21 Consequently, both the Application for Entry of Default and the Entry of Default are
22 untimely and should be set aside.

WHEREFORE, Defendant SPS respectfully requests that this Court set aside the Entry of Default entered on December 4, 2013 (Doc. 29).

**RESPECTFULLY SUBMITTED** this 4th day of December, 2013.

**WRIGHT, FINLAY & ZAK, LLP**

By: /s/ Kim R. Lepore, Esq.
Kim R. Lepore
Attorneys for Select Portfolio Servicing, Inc. and
Timothy O'Brien

ORIGINAL of the foregoing electronically filed this 4th day of December, 2013.

COPIES of the foregoing mailed this 4th day of December, 2013, to:

Ivaylo Tsvetanov Dodev
6312 S/ 161st Way
Gilbert, AZ 85298
Plaintiff in pro se

Sean K. McElenney. Esq.
Coree E. Neumeyer, Esq.
Eric M. Moores, Esq.
Two N. Central Ave., Suite 2200
Phoenix, AZ 85004-4406
Attorneys for ReconTrust, Bank of America
and Brian T. Moynihan

/s/ Steve Bennett