# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>    Plaintiff,<br><br>    vs.<br><br>Recontrust Company, N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Timothy O'Brien; Bank Of New York Mellon, N.A.; Gerald Hassell; Bank Of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan; and Does 1-100,<br><br>    Defendants. | Case No.: 2:13-CV-02155-GMS<br><br>**ORDER ON DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT** |

    Upon Motion filed by Defendants Select Portfolio Servicing, Inc., and after consideration and good cause appearing therefore,

    IT IS HEREBY ORDERED setting aside the Clerk's entry of default against Select Portfolio Servicing, Inc. on December 4, 2013 (Doc. 29).

    IT IS SO ORDERED.