**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>  Plaintiff,<br><br>v.<br><br>ReconTrust Company NA; James F. Taylor; Select Portfolio Servicing Incorporated; Matt Hollingsworth; Bank of New York Mellon NA; Gerald Hassell; Bank of America NA; Brian T. Moynihan;  et al.,<br><br>  Defendants. | No. CV-13-02155-PHX-GMS<br><br>**ORDER** |

Pursuant to the Motion to Set Aside Entry of Default and Motion for Extension of Times (Docs. 34, 33) filed by Defendants Select Portfolio Servicing, Inc. and Timothy O'Brien, and after consideration and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion to Set Aside (Doc. 34).  The Clerk of Court is directed to set aside the entry of default against Select Portfolio Servicing, Inc. entered on December 4, 2013 (Doc. 29).

**IT IS FURTHER ORDERED** granting the Motion for Extension of Time (Doc. 33). Defendants Select Portfolio Servicing, Inc. and Timothy O'Brien shall have to and including **December 13, 2013** in which to respond to Plaintiff's First Amended

1 | Complaint.

Dated this 5th day of December, 2013.

*A. Murray Snow*
G. Murray Snow
United States District Judge