WRIGHT, FINLAY & ZAK, LLP
Kim R. Lepore, Esq., Arizona Bar No. 019130
Bradford E. Klein, Esq., Arizona Bar No. 027720
18444 N. 25th Ave., Suite 420
Phoenix, AZ 85023
Telephone: 602-845-8898
Fax: 949-608-9142
klepore@wrightlegal.net | bklein@wrightlegal.net

Attorneys for Defendants, Select Portfolio Servicing, Inc.; Timothy O'Brien; The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of Cwalt, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7 *erroneously sued as Bank Of New York Mellon, N.A.*; and Gerald Hassell

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | Case No.: 2:13-CV-02155-GMS |
| Plaintiff, | |
| vs. | **DEFENDANT GERALD HASSELL'S MOTION TO SET ASIDE ENTRY OF DEFAULT** |
| Recontrust Company, N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Timothy O'Brien; Bank Of New York Mellon, N.A.; Gerald Hassell; Bank Of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan; and Does 1-100, | (Honorable G. Murray Snow) |
| Defendants. | |

Defendant Gerald Hassell ("Hassell" or "Defendant"), by and through counsel, hereby requests that this Court set aside the Clerk's Entry of Default entered on December 4, 2013 (Doc. 20) because Plaintiff did not file an Application for Entry of

Default against Hassell and because Defendant's response to the First Amended Complaint is not due until December 6, 2013.

First and foremost, Plaintiff has not filed an Application for Entry of Default against Hassell. Plaintiff filed two Applications for Entry of Default on December 2, 2013, which were docketed on December 4, 2013. The first Application (Doc. 27) sought entry of default against Bank of America, N.A. The second Application (Doc. 28) sought entry of default against Select Portfolio Servicing. Because Plaintiff did not request entry of default against Hassell, the Court Clerk should not have entered default against Hassell.

Additionally, Hassell's response to Plaintiff's First Amended Complaint ("FAC") is not due until today, December 6, 2013. Plaintiff filed his FAC on November 19, 2013 (Doc. 18). Defendant's response to Plaintiff's FAC is not due until December 6, 2013, pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 15(a)(3). Rule 15(a)(3) provides, in pertinent part, as follows: "…any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."

Plaintiff *mailed* his FAC on November 19, 2013, according to the Certificate of Service attached to the FAC at page 35. In fact, Plaintiff <u>did not mail his FAC to Hassell at all</u>. The Certificate of Service shows that Plaintiff only mailed copies of the FAC to The Bank of New York Mellon Corporation and to Timothy O'Brien, not to Hassell, and therefore, Hassell has not been properly served with the FAC. Even if the FAC had been mailed to Hassell, FRCP Rule 6(d) provides Defendant an additional three days to file his

response to the FAC. Specifically, Rule 6(d) provides, in pertinent part, as follows: "When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), **3 days are added** after the period would otherwise expire."

Following the FRCP, Defendant's response to the FAC is not due until December 6, 2013. The fourteenth day after November 19, 2013 is December 3, 2013. Three days after that is December 6, 2013. Consequently, the Entry of Default was untimely and should be set aside.

WHEREFORE, Defendant Gerald Hassell respectfully requests that this Court set aside the Entry of Default entered on December 4, 2013 (Doc. 30).

**RESPECTFULLY SUBMITTED** this 6th day of December, 2013.

**WRIGHT, FINLAY & ZAK, LLP**

By: /s/ Kim R. Lepore, Esq.
Kim R. Lepore, Esq.
Attorneys for Defendants Select Portfolio Servicing, Inc; Timothy O'Brien; The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of Cwalt, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7 *erroneously sued as Bank Of New York Mellon, N.A.*; and Gerald Hassell

ORIGINAL of the foregoing electronically
filed this 6th day of December, 2013.

COPIES of the foregoing mailed this
6th day of December, 2013, to:

Ivaylo Tsvetanov Dodev
6312 S/ 161st Way
Gilbert, AZ 85298
Plaintiff in pro se

Sean K. McElenney. Esq.
Coree E. Neumeyer, Esq.
Eric M. Moores, Esq.
Two N. Central Ave., Suite 2200
Phoenix, AZ 85004-4406
Attorneys for ReconTrust, Bank of America
and Brian T. Moynihan

/s/ Steve Bennett