UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>Plaintiff,<br><br>vs.<br><br>Recontrust Company, N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Timothy O'Brien; Bank Of New York Mellon, N.A.; Gerald Hassell; Bank Of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan; and Does 1-100,<br><br>Defendants. | Case No.: 2:13-CV-02155-GMS<br><br>**ORDER ON DEFENDANT GERALD HASSELL'S MOTION TO SET ASIDE ENTRY OF DEFAULT** |

Upon Motion filed by Defendant Gerald Hassell and after consideration and good cause appearing therefore,

IT IS HEREBY ORDERED setting aside the Clerk's Entry of Default against Defendant Gerald Hassell on December 4, 2013 (Doc. 30).

IT IS SO ORDERED.