**WRIGHT, FINLAY & ZAK, LLP**
Kim R. Lepore, Esq., Arizona Bar No. 019130
Bradford E. Klein, Esq., Arizona Bar No. 027720
18444 N. 25th Ave., Suite 420
Phoenix, AZ 85023
Telephone: 602-845-8898
Fax: 949-608-9142
klepore@wrightlegal.net | bklein@wrightlegal.net

Attorneys for Defendants, Select Portfolio Servicing, Inc.; Timothy O'Brien; The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of Cwalt, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7 *erroneously sued as Bank Of New York Mellon, N.A.*; and Gerald Hassell

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | Case No.: 2:13-CV-02155-GMS |
| Plaintiff, | |
| vs. | **MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| Recontrust Company, N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Timothy O'Brien; Bank Of New York Mellon, N.A.; Gerald Hassell; Bank Of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan; and Does 1-100, | **(First Request)** |
| | (Honorable G. Murray Snow) |
| Defendants. | |

Defendants The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of Cwalt, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, *erroneously sued as Bank Of New York*

1  *Mellon, N.A.,* and Gerald Hassell (collectively, "Defendants") hereby move this court for
2  an order granting Defendants an extension of time to respond to Plaintiff's First
3  Amended Complaint through and including December 13, 2013 for the reason that
4  Counsel was just retained yesterday to represent the interests of Defendants, in addition
5  to Defendants Select Portfolio Servicing, Inc. and Timothy O'Brien, in this action.
6        Defendants' response to the First Amended Complaint is due today. However,
7  counsel has been unable to meet and confer with Plaintiff pursuant to this Court's Order
8  dated October 23, 2013 (Doc. 5). Counsel has left a voice message for Plaintiff but has
9  not received a return phone call yet.
10       WHEREFORE, Defendants request that the Court grant Defendants an extension
11 through and including December 13, 2013 to file a response to the First Amended
12 Complaint.
13       **RESPECTFULLY SUBMITTED** this $6^h$ day of December, 2013.

                        **WRIGHT, FINLAY & ZAK, LLP**

                        By: /s/ Kim R. Lepore
                            Kim R. Lepore, Esq.
                            Attorneys for Defendants Select Portfolio Servicing, Inc; Timothy O'Brien; The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of Cwalt, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7 *erroneously sued as Bank Of New York Mellon, N.A.*; and Gerald Hassell

ORIGINAL of the foregoing electronically
filed this 6th day of December, 2013.

COPIES of the foregoing mailed this
6th day of December, 2013, to:

Ivaylo Tsvetanov Dodev
6312 S/ 161st Way
Gilbert, AZ 85298
Plaintiff in pro se

Sean K. McElenney. Esq.
Coree E. Neumeyer, Esq.
Eric M. Moores, Esq.
Two N. Central Ave., Suite 2200
Phoenix, AZ 85004-4406
Attorneys for ReconTrust, Bank of America
and Brian T. Moynihan


/s/ Steve Bennett