UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | Case No.: 2:13-CV-02155-GMS |
| Plaintiff, | |
| vs. | ORDER |
| Recontrust Company, N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Timothy O'Brien; Bank Of New York Mellon, N.A.; Gerald Hassell; Bank Of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan; and Does 1-100, | |
| Defendants. | |

Pursuant to the Motion for Extension of Time filed by Defendants The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of Cwalt, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, *erroneously sued as Bank Of New York Mellon, N.A.,* and Gerald Hassell (collectively, "Defendants"), and after consideration and good cause appearing therefore,

1     **IT IS HEREBY ORDERED** granting the Motion for Extension of Time. Defendants shall have to and including **December 13, 2013** in which to respond to Plaintiff's First Amended Complaint.

    Dated this _____ day of December, 2013.

_____
G. Murray Snow
United States District Judge