# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>Plaintiff,<br><br>v.<br><br>ReconTrust Company NA; James F. Taylor; Select Portfolio Servicing Incorporated; Matt Hollingsworth; Bank of New York Mellon NA; Gerald Hassell; Bank of America NA; Brian T. Moynihan; et al.,<br><br>Defendants. | No. CV-13-02155-PHX-GMS<br><br>**ORDER** |

Pursuant to the Court's Order (Doc. 5), a Notice of Certification/Conferral is to be filed in conjunction with a motion to dismiss or the motion may be stricken for failure to comply with the Court's Order.  Therefore,

**IT IS ORDERED** directing Defendants to comply with and file a Notice of Certification on or before **December 30, 2013**, or the motions may be stricken.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to strike the Motions to Dismiss (Docs. 40, 42), should Defendants fail to comply with the Court's Order, and without further notice.

Dated this 16th day of December, 2013.

/s/ G. Murray Snow
G. Murray Snow
United States District Judge