**WRIGHT, FINLAY & ZAK, LLP**
Kim R. Lepore, Esq., Arizona Bar No. 019130
Bradford E. Klein, Esq., Arizona Bar No. 027720
18444 N. 25th Ave., Suite 420
Phoenix, AZ 85023
Telephone: 602-845-8898
Fax: 949-608-9142
klepore@wrightlegal.net | bklein@wrightlegal.net

Attorneys for Defendants Select Portfolio Servicing, Inc., Timothy O'Brien, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, Gerald Hassell, Karla Richards, Dani Todd and KaJay Williams

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | Case No.: 2:13-CV-02155-GMS |
| Plaintiff, | |
| vs. | **DECLARATION OF KIM R. LEPORE IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION TO SANCTION COUNSEL KIM LEPORE AND OPPOSITION TO GERALD HASSELL'S MOTION TO SET ASIDE ENTRY OF DEFAULT** |
| Recontrust Company, N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Timothy O'Brien; Bank Of New York Mellon, N.A.; Gerald Hassell; Bank Of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan; and Does 1-100, | |
| Defendants. | (Honorable G. Murray Snow) |

I, Kim Lepore, declare and state as follows:

1. I am, and at all relevant times herein was, an attorney licensed to practice in the State of Arizona, et al., and the United States District Court, District of Arizona. I am

1  the managing attorney for the Arizona office of the law firm of Wright, Finlay & Zak,
2  LLP, counsel of record in this matter for Defendants Select Portfolio Servicing, Inc.;
3  Timothy O'Brien; The Bank of New York Mellon FKA The Bank of New York as
4  Trustee for the Certificateholders of Cwalt, Inc., Alternative Loan Trust 2007-OA7,
5  Mortgage Pass-Through Certificates, Series 2007-OA7; and Gerald Hassell. If called upon
6  to testify as to the truth of the contents of this Declaration, I could and would competently
7  do so. This Declaration is made in support of the Response to Plaintiff's Motion to
8  Sanction Counsel Kim Lepore and Opposition to Gerald Hassell's Motion to Set Aside
9  Entry of Default filed concurrently herewith.

10         2.     Before I filed the Motion to Set Aside Entry of Default (Doc. 37), I checked
11  the Court's docket and could not find a Motion for Entry of Default against Hassell. All I
12  found were two Motions for Entry of Default – the first being against Defendant Select
13  Portfolio Servicing, Inc. (Doc. 28) and the second being against Defendant Bank of
14  America, N.A. (Doc. 27).

15         3.     Subsequent to filing the Motion to Set Aside, it was brought to my attention
16  that Plaintiff had filed a Motion for Entry of Default against Hassell on December 2,
17  2013, which was docketed on December 4, 2013, ***as an attachment*** to the Motion for
18  Entry of Default against Defendant Select Portfolio Servicing, Inc.

19         4.     Plaintiff also filed 2 separate Motions for Entry of Default as attachments to
20  his Motion for Entry of Default against Bank of America, N.A. (Doc. 27).

21         5.     Because of the erroneously manner in which Plaintiff filed all of these
22  Motions, the attachments do not show up as separate Motions on the Court's Docket;
23  only the main 2 Motions for Entry of Default (Docs. 27 and 28) can be seen. See, print-
24  out of the Court's Docket attached hereto and incorporated herein at Exhibit 1.

25         6.     I reasonably believed at the time I filed the Motion to Set Aside Entry of
26  Default of Defendant Hassell that Plaintiff had not filed a Motion for Entry of Default
27  against Hassell. My Motion to Set Aside Entry of Default was not filed with malicious or
28  improper intent.

1  I declare under penalty of perjury under the laws of the State of Arizona that the
2  foregoing is true and correct. Executed this 17th day of December, 2013 at Phoenix,
3  Arizona.

4
5              By: /s/ Kim R. Lepore, Esq.
                   Kim R. Lepore, Declarant
6

7  ORIGINAL of the foregoing electronically
8  filed this 17th day of December, 2013.

9  COPIES of the foregoing mailed this
10 17th day of December, 2013, to:

11 Ivaylo Tsvetanov Dodev
12 6312 S/ 161st Way
   Gilbert, AZ 85298
13 Plaintiff in pro se

14
   Sean K. McElenney. Esq.
15 Coree E. Neumeyer, Esq.
16 Eric M. Moores, Esq.
   Two N. Central Ave., Suite 2200
17 Phoenix, AZ 85004-4406
18 Attorneys for ReconTrust, Bank of America
   and Brian T. Moynihan
19
20 /s/ Steve Bennett

21
22
23
24
25
26
27
28

# EXHIBIT "1"

**2:13-cv-02155-GMS** Dodev v. ReconTrust Company NA et al
G Murray Snow, presiding
Date filed: 10/23/2013
Date of last filing: 12/09/2013

# History

| Doc. No. | Dates | Description |
|---|---|---|
|  | Filed & Entered: 10/23/2013 | Summons Issued |
| 1 | Filed & Entered: 10/23/2013 | Complaint |
| 2 | Filed & Entered: 10/23/2013 | Notice of Lis Pendens |
| 3 | Filed & Entered: 10/23/2013 | New Case Opened |
| 4 | Filed & Entered: 10/23/2013 | Request by Non-Prisoner Pro Se Party for Electronic Noticing |
| 5 | Filed & Entered: 10/23/2013 | Order |
| 6 | Filed & Entered: 10/24/2013 | Order |
| 7 | Filed: 10/28/2013 Entered: 10/29/2013 Terminated: 10/30/2013 | Motion for Miscellaneous Relief |
| 8 | Filed & Entered: 10/30/2013 | Order on Motion for Miscellaneous Relief |
| 9 | Filed & Entered: 11/12/2013 | Service Executed |
| 10 | Filed & Entered: 11/12/2013 | Service Executed |
| 11 | Filed & Entered: 11/12/2013 | Service Unexecuted |
| 12 | Filed & Entered: 11/12/2013 | Service Executed |
| 13 | Filed & Entered: 11/12/2013 | Service Unexecuted |
| 14 | Filed & Entered: 11/12/2013 | Service Executed |
| 15 | Filed & Entered: 11/12/2013 | Service Executed |
| 16 | Filed & Entered: 11/12/2013 | Service Executed |
| 17 | Filed & Entered: 11/12/2013 | Notice of Errata |
|  | Filed & Entered: 11/19/2013 | Summons Issued |
| 18 | Filed & Entered: 11/19/2013 | Amended Complaint |
| 19 | Filed & Entered: 11/19/2013 | Notice (Other) |
| 20 | Filed & Entered: 11/21/2013 | Notice of Appearance/Association of Counsel |
| 21 | Filed & Entered: 11/21/2013 Terminated: 11/22/2013 | Stipulation For Extension of Time To Answer Complaint |
| 22 | Filed & Entered: 11/22/2013 | Order on Stipulation |
| 23 | Filed & Entered: 12/02/2013 Terminated: 12/03/2013 | Motion for Extension of Time to File Answer |
| 25 | Filed: 12/02/2013 Entered: 12/04/2013 | Motion for TRO |

| | | | |
|---|---|---|---|
| 26 | Filed:<br>Entered: | 12/02/2013<br>12/04/2013 | Declaration |
| 27 | Filed:<br>Entered: | 12/02/2013<br>12/04/2013 | Application for Entry of Default |
| 28 | Filed:<br>Entered: | 12/02/2013<br>12/04/2013 | Application for Entry of Default |
| 24 | Filed & Entered: | 12/03/2013 | Order on Motion for Extension of Time to Answer |
| 29 | Filed & Entered: | 12/04/2013 | Clerk's Entry of Default |
| 30 | Filed & Entered: | 12/04/2013 | Clerk's Entry of Default |
| 31 | Filed & Entered: | 12/04/2013 | Minute Order |
| 32 | Filed & Entered: | 12/04/2013 | Notice of Appearance/Association of Counsel |
| 33 | Filed & Entered:<br>Terminated: | 12/04/2013<br>12/05/2013 | Motion for Extension of Time to File Answer |
| 34 | Filed & Entered:<br>Terminated: | 12/04/2013<br>12/05/2013 | Motion to Set Aside Default |
| 35 | Filed & Entered: | 12/05/2013 | Order on Motion for Extension of Time to Answer |
| 36 | Filed:<br>Entered: | 12/05/2013<br>12/06/2013 | Response in Opposition to Motion |
| 37 | Filed & Entered: | 12/06/2013 | Motion to Set Aside Default |
| 38 | Filed & Entered: | 12/06/2013 | Motion for Extension of Time to File Answer |
| 39 | Filed & Entered: | 12/09/2013 | Motion for Miscellaneous Relief |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/12/2013 16:17:02 | | | |
| PACER Login: | wf0265 | Client Code: | 209-2013357 |
| Description: | History/Documents | Search Criteria: | 2:13-cv-02155-GMS |
| Billable Pages: | 1 | Cost: | 0.10 |