# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Ivaylo Tsvetanov Dodev, | No. CV-13-02155-PHX-GMS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ReconTrust Company NA; James F. Taylor; Select Portfolio Servicing Incorporated; Matt Hollingsworth; Bank of New York Mellon NA; Gerald Hassell; Bank of America NA; Brian T. Moynihan; et al., | |
| Defendants. | |

After review and consideration,

**IT IS ORDERED** that Defendant Gerald Hassell's Motion to Set Aside Entry of Default (Doc. 37) is granted. The Clerk of Court is directed to strike the entry of default (Doc. 30).

**IT IS FURTHER ORDERED** that Defendants' Motion for Extension of Time to Respond to First Amended Complaint (Doc. 38) is granted. Defendants shall have to and including **December 20, 2013** in which to file an answer and/or responsive pleading to the First Amended Complaint, if not already done so. No further extensions shall be granted.

/ / /

/ / /

/ / /

/ / /

1   **IT IS FURTHER ORDERED** finding Plaintiff's Motion for Sanctions (Doc. 39)
2   moot.
3   Dated this 18th day of December, 2013.

*A. Murray Snow*
G. Murray Snow
United States District Judge