AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

FILED ___ LODGED
RECEIVED ___ COPY

JAN 02 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
            DEPUTY

CV-13-02155-GMS

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Bank of NY Mellon Corporation F/K/A The Bank of NY As Trustee for Certificate holders of CWALT

was received by me on *(date)* 11/27/13

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Peter Park paralegal , who is
designated by law to accept service of process on behalf of *(name of organization)* The Bank of NY Mellon on *(date)* 12/2/13 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Papers served: DeDeu v. ReconTrust Company NA et al CV-13-02155 PHX GMS, Summon in Civil Action, Court Order, Signed by Honorable Judge G. Murray Snow, Notice Amended Complaint, Complaint Exhibit to Complaint

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/2/13

_____
Server's signature

Manuel Bayo NJ Process Server
Printed name and title

604 Jefferson St 3L Hoboken NJ 07030
Server's address

Additional information regarding attempted service, etc:

Carlos V. 12/2/13

CARLOS VERON
Notary Public
State of New Jersey
My Commission Expires Feb 1, 2016