Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

Pro Se

FILE ON DEMAND
FOR THE RECORD

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 0 2 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., ET AL<br><br>Defendants. | Case No. CV-13-02155-PHX-GMS<br><br>**MOTION FOR ENTRY OF DEFAULT ON BANK OF NEW YORK MELLON CORPORATION, FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT INC., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7**<br><br>Time:<br><br>Hon. G Murray Snow |

1

Plaintiff, Ivaylo Tsvetanov Dodev, respectfully requests that the clerk of court enter default against defendant **BANK OF NEW YORK MELLON CORPORATION, FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT INC., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7**, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request plaintiffs relies upon the record in this case, especially the fact that Defendant has failed to appear, plead or otherwise defend himself, personally or through counsel by lawful Notice of Appearance, as ordained in the Local Rule of Civil Procedure **83.3(a)** and proper service required by **Rule 5(a)(1)(E)** of the Federal Rules of Civil Procedure, Affidavit of Service for the here stated defendant—filed on the docket—and the declaration submitted herein.

Respectfully submitted this 2nd day of January, 2014

_____
**Ivaylo Tsvetanov Dodev**, ARR, Pro Se Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone

2

## **CERTIFICATE OF SERVICE**

**ORIGINAL** and **ONE COPY,** hand delivered, to The United States District Court for the District of Arizona this 2nd day of January, 2014, at _____time. I certify that the following parties or their counsel (or pseudo counsel as alleged in other document) of record are registered as ECF Filers and that they will be served by the CM/ECF system: BANK OF AMERICA, NA, RECONTRUST, NA, BRIAN MOYNIHAN, SELECT PORTFOLIO SERVING, NA, TIMOTHY O'BRIEN, GERALD HASSELL AND BANK OF NEW YORK MELLON.

*/s/ signature*

Ivaylo Tsvetanov Dodev, Plaintiff
6312 South 161st Way, Gilbert, Arizona
⋆ (480) 457-8888 Phone