Ivaylo Tsvetanov Dodev,

c/o  6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

Pro Se



FILE ON DEMAND
FOR THE RECORD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., ET AL<br>Defendants. | Case No.  CV-13-02155-PHX-GMS<br><br>ENTRY OF DEFAULT<br><br>Hon. G Murray Snow |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant **The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7** (Bank of New York Mellon). It appearing from the record that defendant has failed to appear, plead or otherwise defend itself, personally or through counsel by lawful Notice of Appearance, as ordained in the Local Rule of Civil Procedure **83.3(a)** and proper service required by **Rule 5(a)(1)(E)** of the Federal Rules of Civil Procedure.

DEFAULT ENTERED this _____ day of January, 2014.

1