Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

Pro Se

FILE ON DEMAND
FOR THE RECORD

```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

       JAN 0 2 2014

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,**<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., ET AL<br><br>Defendants. | Case No. CV-13-02155-PHX-GMS<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT ON BANK OF NEW YORK MELLON CORPORATION, FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT INC.,** Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7<br><br>Time:<br><br>Hon. G Murray Snow |

I, Ivaylo Tsvetanov Dodev, being duly sworn and over 21 years of age and of sound mind, depose and state as follows:

1

1. I am the plaintiff in the above-entitled action and I am familiar with the files, records and pleadings in this matter.

2. The summons and complaint were filed on the 23rd day of October 2013.

3. Defendant, **BANK OF NEW YORK MELLON CORPORATION, FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF CWALT INC., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7** ("Bank of New York Mellon"), rejected service of copy of the summons and complaint on the 2nd day of November 2013, Doc.13, due to misnomer of their name as reflected on the docket by Doc. 17.

4. The CEO of BANK OF NEW YORK MELLON, Gerald Hassall, who is a defendant in this VERIFIED ACTION-AT-LAW, received a copy of the summons and complaint on the 2nd day of November 2013, Doc. 14.

5. Even though defendant **BANK OF NEW YORK MELLON.** was served with a copy of the summons and the complaint via their CEO Gerald Hassel, Plaintiff adhered to PROCESS and filed FIRST AMENDED COMPLAINT, Doc. 18, and the court issued new Summons.

6. Defendant **BANK OF NEW YORK MELLON** was duly served with a copy of the summons and the First Amended Complaint on 2nd day of December 2013. PROOF OF SERVICE has been filed on the docket.

7. An answer to the complaint was due on or before the 20th day of December, as per JUDGE'S ORDER, Doc. 45.

2

8. Defendant has failed to appear, plead or otherwise defend within the time allowed personally or through counsel by lawful Notice of Appearance, as ordained in the Local Rule of Civil Procedure **83.3(a)** and proper service required by **Rule 5(a)(1)(E)** of the Federal Rules of Civil Procedure and, therefore, is now in default.

9. Motions have been filed on the record on Defendant's behalf by purported counsel Kim R. Lepore, Esq. and Bradford E. Klein, Esq. of Wright, Finlay & Zak, LLP ("Counsel"). Counsel has failed, to this day, to file a Notice of Appearance for Defendants GERALD HASSELL and BANK OF NEW YORK MELLON and is in direct violation of Local Rules of Civil Procedure 83.3(a) by impersonating counsel and claiming to represent Defendants. *"No attorney shall appear in any action or file anything in any action without first appearing as counsel of record."*

10. Counsel has filed Notice of Appearance for Defendants Select Portfolio Servicing, Inc. and Timothy O'Brien, **ONLY**, Doc. 32.

11. Defendant did not comply with Hon. G Murray Snow's ORDER to confer with the plaintiff, filed on the docket on the 23rd day of October, 2013, Doc. 2.

12. Plaintiff deposes that the defendant is not an infant or incompetent.

13. After due diligence, Plaintiff did not find any evidence that defendant is in the military service, as required by 50 U.S.C. app. Section 520.

/// /// ///

/// /// ///

/// /// ///

14. Plaintiff requests that the clerk of court enter default against the defendant.

*[signature]*

Ivaylo Tsvetanov Dodev, ARR, Pro Se Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone

STATE OF ARIZONA        )
                        ) SS
COUNTY OF MARICOPA      )

Sworn and subscribed before me on this 2nd day of January, 2014 by Ivaylo Tsvetanov Dodev, proved to me on the basis of satisfactory evidence to be the man whose name is subscribed here within. I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing statement is true and correct. WITNESS my hand and the official seal.

Executed by my own free will

*[signature]*
Notary Public

Erica Ponce
Notary Public
Maricopa County, Arizona
My Comm. Expires 08-30-16

4

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY,** hand delivered, to The United States District Court for the District of Arizona this 2nd day of January, 2014, at _____ time. I certify that the following parties or their counsel (or pseudo counsel as alleged in other document) of record are registered as ECF Filers and that they will be served by the CM/ECF system: BANK OF AMERICA, NA, RECONTRUST, NA, BRIAN MOYNIHAN, SELECT PORTFOLIO SERVING, NA, TIMOTHY O'BRIEN, GERALD HASSELL AND BANK OF NEW YORK MELLON.

_/s/ Ivaylo Dodev_

Ivaylo Tsvetanov Dodev, Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone