Ivaylo Tsvetanov Dodev,

c/o  6312 South 161st Way
    Gilbert, Arizona
    (480) 457-8888 Phone
    (480) 457-8887 Facsimile
    dodev@hotmail.com

Pro Se

FILE ON DEMAND
FOR THE RECORD



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | Case No.  CV-13-02155-PHX-GMS |
| Plaintiff, | MOTION FOR ENTRY OF DEFAULT ON GERALD HASSELL. |
| vs. | Time: |
| RECONTRUST COMPANY, N.A., ET AL | Hon. G Murray Snow |
| Defendants. | |

    Plaintiff, Ivaylo Tsvetanov Dodev, respectfully requests that the clerk of court enter default against defendant **GERALD HASSELL**, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request plaintiffs relies upon the record in this case, especially the fact that Defendant has failed to appear, plead or otherwise

1

defend himself, personally or through counsel by lawful Notice of Appearance, as ordained in the Local Rule of Civil Procedure **83.3(a)** and proper service required by ***Rule 5(a)(1)(E)*** of the Federal Rules of Civil Procedure, declaration in support of this Motion submitted herein.

Respectfully submitted this 2nd day of January, 2014

*/s/ Ivaylo Dodev*
**Ivaylo Tsvetanov Dodev**, ARR, Pro Se Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY,** hand delivered, to The United States District Court for the District of Arizona this 2nd day of January, 2014, at _____ time. I certify that the following parties or their counsel (or pseudo counsel as alleged in other document) of record are registered as ECF Filers and that they will be served by the CM/ECF system: BANK OF AMERICA, NA, RECONTRUST, NA, BRIAN MOYNIHAN, SELECT PORTFOLIO SERVING, NA, TIMOTHY O'BRIEN, GERALD HASSELL AND BANK OF NEW YORK MELLON.

_/s/ Ivaylo Dodev_
Ivaylo Tsvetanov Dodev, Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone

3