Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

Pro Se

FILE ON DEMAND
FOR THE RECORD

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 0 2 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Ivaylo Tsvetanov Dodev, | Case No. CV-13-02155-PHX-GMS |
|---|---|
| Plaintiff, | |
| vs. | ENTRY OF DEFAULT |
| RECONTRUST COMPANY, N.A., ET AL | |
| Defendants. | Hon. G Murray Snow |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant **GERALD HASSELL**. It appearing from the record that defendant has failed to appear, plead or otherwise defend itself, personally or through counsel by lawful Notice of Appearance, as ordained in the Local Rule of Civil Procedure **83.3(a)** and proper service required by **Rule 5(a)(1)(E)** of the Federal Rules of Civil Procedure.

DEFAULT ENTERED this _____ day of January, 2014.

1