IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ivaylo Tsvetanov Dodev, | ) | No. CV-13-2155-PHX-GMS |
| Plaintiff, | ) | **MINUTE ORDER** |
| vs. | ) | |
| ReconTrust Company NA, et. al., | ) | |
| Defendants. | ) | |

On January 2, 2014, Plaintiff filed an Application for Entry of Default against Bank of New York Mellon (Doc. 48) and Gerald Hassell (Doc. 50). Defendants Bank of New York Mellon and Hassell filed a Motion to Dismiss Plaintiff's First Amended Complaint on December 12, 2013 (Doc. 40). Therefore, the Clerk of Court is unable to enter the defaults requested.

DATED this 6th day of January, 2014.

BRIAN D. KARTH
DISTRICT COURT EXECUTIVE/
CLERK OF COURT


By  s/Sandi Fredlund
Sandi Fredlund
Deputy Clerk