EXHIBIT "D"

**SPS** SELECT Portfolio SERVICING, inc.

**MONTHLY MORTGAGE STATEMENT**

Page 1 of 1

P.O. Box 65250, Salt Lake City, UT 84165-0250

**Statement Date:** 12/16/13

Ivaylo T Dodev
6312 S 161st Way
Gilbert AZ 85298-8455

28729

**Customer Service** 1-800-258-8602

| | |
|---|---|
| Monday - Thursday | 8:00AM - 11:00PM ET |
| Friday | 8:00AM - 9:00PM ET |
| Saturday | 8:00AM - 2:00PM ET |

For other important contact information see the reverse side

## LOAN INFORMATION

**Property Address:** 6312 S 161ST WAY
GILBERT AZ 85298 8455

**Loan Number:** 0014052088   **Current Payment IR:** 3.500%

| YTD Interest Paid | YTD Taxes Paid | YTD Principal Paid |
|---|---|---|
| $.00 | $2,073.40 | $.00 |

| Current Principal Balance[1] | Taxes & Insurance |
|---|---|
| $721,199.48 | $15,255.51 |

If you have any questions regarding your loan or this statement please call 1-800-258-8602. You can also access your automated loan information 24 hours a day or make a payment online at www.spservicing.com.

**THIS IS NOT AN ATTEMPT TO COLLECT A DEBT.**

**THIS STATEMENT IS BEING SENT FOR INFORMATIONAL PURPOSES ONLY.**

We acknowledge your bankruptcy filing. Any payments made on your account should be sent to the address listed on the attached coupon.

## ACTIVITY FROM 06/01/13 thru 12/16/13

| Date | Description | Prin Bal | Interest | Taxes & Insurance | Late Charges | Other Fees | Expenses Pd by Servicer | Total |
|---|---|---|---|---|---|---|---|---|
| 06/01 | BEG BALANCE | $721,199.48 | $144,579.07 | $12,980.72 | $0.00 | $0.00 | $1,152.66 | $879,911.93 |
| 10/02 | PROP INSPECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 |
| 10/07 | COUNTY TAX | 0.00 | 0.00 | 1,019.02 | 0.00 | 0.00 | 0.00 | 1,019.02 |
| 11/05 | FC COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.38 | 1.38 |
| 11/12 | FC COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 130.00 | 130.00 |
| 11/13 | PROP INSPECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 |
| 11/20 | FC COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (35.00) | (35.00) |
| 11/26 | HAZARD INS | 0.00 | 0.00 | 1,255.77 | 0.00 | 0.00 | 0.00 | 1,255.77 |
| 12/16 | FC COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.38 | 1.38 |
| 12/16 | ENDING BALANCE | $721,199.48 | $144,579.07 | $15,255.51 | $0.00 | $0.00 | $1,280.42 | $882,314.48 |

## IMPORTANT MESSAGES

[1]This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the Statement Date noted above will be reflected on your next statement.

Per IRS regulations all 2013 year end statements will be mailed no later than January 31, 2014. Year end information will be available via our automated voice response system on January 2, 2014. Duplicate year end statements can be obtained from our website www.spservicing.com after January 31, 2014.

PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT