EXHIBIT "F"

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20100605004   07/15/2010   04:10
ELECTRONIC RECORDING

100411447NT-1-3-1--
Esquivela

RECORDING REQUESTED BY:
RECONTRUST COMPANY
AND WHEN RECORDED MAIL DOCUMENT
AND TAX STATEMENTS TO:
BAC Home Loans Servicing, LP
400 COUNTRYWIDE WAY SV-35
SIMI VALLEY, CA  93065

TS No. 10-0079283
TITLE ORDER#: 100411447AZGTI

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## CORPORATION ASSIGNMENT OF DEED OF TRUST ARIZONA

FOR VALUE RECEIVED, THE UNDERSIGNED HEREBY GRANTS, ASSIGNS AND TRANSFERS TO:

**BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP**

ALL BENEFICIAL INTEREST UNDER THAT CERTAIN DEED OF TRUST DATED 06/28/2007, EXECUTED BY: MARK SIMONSON, AND BIADA MIYAMURA-SIMONSON, HUSBAND AND WIFE, TRUSTOR: TO FIDELITY NATIONAL TITLE INSURANCE COMPANY, TRUSTEE AND RECORDED AS INSTRUMENT NO. 20070775873 ON 07/06/2007, IN BOOK N/A, PAGE N/A, OF OFFICIAL RECORDS IN THE COUNTY RECORDER'S OFFICE OF MARICOPA COUNTY, IN THE STATE OF ARIZONA.

**LOT 8, SANTO TOMAS SCOTTSDALE I, A SUBDIVISION RECORDED IN BOOK 191 OF MAPS, PAGE 7, RECORDS OF MARICOPA COUNTY, ARIZONA**

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID DEED OF TRUST/MORTGAGE.

DATED: 7/14/2010                              MORTGAGE ELECTRONIC REGISTRATION
                                              SYSTEMS, INC.

State of: Texas                    )   BY: [signature]
County of: Tarrant                 )   Carmelia Boone, Assistant Secretary

On 7/14/2010 before me Tanesa Sharron Frazier, personally appeared Carmelia Boone Assistant Secretary, know to me (or proved to me on the oath of _____ or through TXDL) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
Witness my hand and official seal.

[signature]
Notary Public's Signature

[Notary Seal: TANESA SHARRON FRAZIER, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 09-23-2011]

*Form azasgn (01/02)*
MCR 1 of 2

http://recorder.maricopa.gov/recdocdata/verifycert.aspx?id=116379 [20100605004] 2 Pages

20100605004
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL



The foregoing instrument is an **electronically prepared** full, true and correct copy of the original record in this office.
Attest: 01/05/2014 02:00:02 PM

By _____ Recorder

To Verify this purchase visit
http://recorder.maricopa.gov/recdocdata/verifycert.aspx?id=116379

http://recorder.maricopa.gov/recdocdata/verifycert.aspx?id=116379 [20100605004] 2 Pages