EXHIBIT "A"

Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
    Gilbert, Arizona
    (480) 457-8888 Phone
    (480) 457-8887 Facsimile
    dodev@hotmail.com

Pro Se

**FILE ON DEMAND**
**FOR THE RECORD**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,** | **Case No. CV-13-02155-PHX-GMS** |
| **Plaintiff,** | **COURT OF RECORD** |
| **vs.** | **MEMORANDUM** |
| | **SUBMITTED AS** |
| **RECONTRUST COMPANY, N.A., ET AL** | **JUDICIAL COGNIZANCE** |
| **Defendants.** | |
| | **Hon. G Murray Snow** |

Plaintiff, Ivaylo Tsvetanov Dodev, *pro se*, ("Plaintiff") hereby respectfully

submits on the record this COURT OF RECORD MEMORANDUM to the Honorable

COURT and the DEFENDANTS represented by BRYAN CAVE LLP, SEAN K.

MCELENNEY, COREE E. NEUMEYER,, ERIC M. MOORES AND WRIGHT,

FINLAY & ZAK, LLP, KIM R. LEPORE, Esq., BRADFORD E. KLEIN, ESQ.,

("Counsel") as JUDICIAL COGNIZANCE in this VERIFIED ACTION-AT-LAW.

It appears from the record, Doc. 40 and 42, that Counsel falls short in their

understanding of Plaintiff's Complaint, Doc. 18 and EXHIBITS, and in particular the

jurisdiction under which the Complaint is filed, 28 U.S.C. 1331, and the fact that this

1
**COURT OF RECORD MEMORANDUM**

VERIFIED ACTION-AT-LAW is brought under the *"Seventh Amendment, Common-Law, constitutionally valid Court of Record"* (page 2). Counsel further exhibits lack of complete understanding of the terms ACQUIESCENCE and TACIT PROCURATION as used in Plaintiff's Complaint and Exhibits and the NOTARY ACT of 1850; the documents portray Plaintiff's prolonged attempt to settle this matter withhold involving this Court's jurisdiction and are lawfully submitted as admissible court evidence under Federal Rules of Evidence 902, Doc. 18-1,2,3,4.

Plaintiff submits this MEMORANDUM to be used in future pleadings and motions pertaining to this action at law in good faith and due diligence.

## I.   COMMON LAW COURT OF RECORD

This court of record is convened in this matter pursuant to Article Three, Section Two of the Constitution for the united States of America, as a Judicial court of Law in our Judicial Branch of government, while in session under the rules of the Common Law as guaranteed by the Seventh Amendment and the Northwest Ordinance of 1787, in Article Two. See *Callan v. Wilson*, 127 US 540 (1888) for authority that Article Three of the United States Constitution provides for and mandates in regards to common law jurisdiction and venue. Article 6, Section 30 of the Constitution of Arizona and Title 12, Article 1 of Arizona Revised Statutes, secures court of Record tribunals.

Under the Seventh Amendment to the Constitution for the united States of America, Plaintiff has secured his common law right of trial by jury. On dry land,

any action must be adjudicated under common law pursuant to the Seventh Amendment. *443 Cans of Frozen Egg Product v. United States of America*, 226 US 172 (1912). Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them. *Miranda v. Arizona*, 384 US 436, 491. The Northwest Ordinance of 1787 also mandates *"judicial proceedings in accordance with the course of the common law,"* under Article Two, and places an absolute requirement on the new states, upon admission into the union, to be admitted on an equal footing with all other states and to agree to the terms of Ordinance. The act of Congress admitting Arizona into the union also invoked the equal footing doctrine, making our state and government a state which is bound by the Northwest Ordinance of 1787.

Additionally, a court of record is a court that exercises jurisdiction under the course of the common law. Black's Law Dictionary, Fourth Edition, pages 425 and 426:

> Courts may be classified and divided according to several methods, the following being the more usual: Courts of record and courts not of record. The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal.
> Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded. 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal. 225; Erwin v. U. S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.
> A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally

3

**COURT OF RECORD MEMORANDUM**

to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial.

Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc., Mass., 171, per Shaw, C. J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

Courts may be at the same time of record for some purposes and not of record for others.

Lester v. Redmond, 6 Hill, N.Y., 590; Ex parte Gladhill, 8 Metc., Mass., 168.

Superior and inferior courts. The former being courts of general original jurisdiction in the first instance, and which exercise a control or supervision over a system of lower courts, either by appeal, error, or *certiorari;* the latter being courts of small or restricted jurisdiction, and subject to the review or correction of higher courts. Sometimes the former term is used to denote a particular group or system of courts of high powers, and all others are called "inferior courts."

To constitute a court a superior court as to any class of actions, within the common-law meaning of that term, its jurisdiction of such actions must be unconditional, so that the only thing requisite to enable the court to take cognizance of them is the acquisition of jurisdiction of the persons of the parties.

Simons v. De Bare, 4 Bosw., N.Y., 547.

An inferior court is a court whose judgments or decrees can be reviewed, on appeal or writ of error, by a higher tribunal, whether that tribunal be the circuit or supreme court. Nugent v. State, 18 Ala. 521.

A qualifying feature of a court of record is that the tribunal is independent of the magistrate appointed to conduct the proceedings[1]. The magistrate is a person appointed or elected to perform ministerial service in a court of record[2]. His service is ministerial because all judicial functions in a court of record are reserved to the tribunal, and, by definition of a court of record, that tribunal must be independent of

---

[1] Court of Record: A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

[2] Long v. Seabrook, 260 S.C. 562, 197 S.E.2d 659, 662; Black's Law Dictionary, Fifth Edition, p 899

4

**COURT OF RECORD MEMORANDUM**

the magistrate. The non-judicial functions are "ministerial" because they are absolute, certain and imperative, involving merely execution of specific duties arising from fixed and designated facts.

It is settled as a matter of law that when the rules of common law are not repugnant to organic or state law, the court cannot *".....adopt a rule other than that established by the common law."* *Lux v. Haggin*, 69 Cal 255, at 261.

Under the ruling in *Lux v Haggin*, supra...as a prerequisite for the court to apply any rule of decision other than that of the common law, the court would necessarily be required to establish and prove that the rules of the common law, which would ordinarily apply in the instant case, are repugnant to the organic or state law. Since repugnant means extremely distasteful or in direct conflict with, if an actual repugnance were in existence it could be clearly shown and established. It should be further noted that since admission into the union of states was a stated objective of the Arizona Constitution of 1912, the original delegates to the Arizona Constitutional Convention of 1910 either knew or should have known about the Seventh Amendment to the Constitution for the united States of America, and they either knew or should have known about the Northwest Ordinance of 1787, and its equal footing doctrine, both of which mandate common law jurisdiction and venue.

Therefore, the act of admission into the union is a compact by the people of Arizona agreeing to common law jurisdiction and venue, establishing through the Act of Admission into the union and the State Constitution the organic law of Arizona.

**COURT OF RECORD MEMORANDUM**

**The Courts of the United States consistently acknowledge that the Constitution is to be interpreted according to Common Law Rules.**

"The Constitution is to be interpreted according to Common Law Rules." -- Schick vs. U.S., 195 US 65, 24 Sup. Ct. 826 (1905) "...a Statute will not be construed so as to overrule a principle of established Common Law, unless it is made plain by the act that such a change in the established law is intended." -- Starkey Construction Inc. vs. Elcon, Inc., 248 Ark 958, 978A, 457 SW 2nd 509, 7 U.C.C.RS 923 "A statute should be construed in harmony with the Common Law unless there is a clear legislative intent to abrogate the Common Law." --United Bank vs. Mesa Nelson Co., 121 Ariz 438, 590 P2d 1384, 25 U.C.C.RS 1113 "It [U.S. Constitution] must be interpreted in the light of Common Law, the principles and history of which were familiarly known to the framers of the Constitution. The language of the Constitution could not be understood without reference to the Common Law." -- U.S. vs. Wong Kim, Ark, 169 US 649, 18 S. Ct. 456 "The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. To mankind in their natural state. There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E. 70.

Thus, the common law and its original Jurisdiction stand above statutory laws, especially those that are in contradiction to it. Accordingly, judicial proceedings in a Court of Record, which are performed in concurrence to the course of common law,

6

**COURT OF RECORD MEMORANDUM**

should evaluate matters in a way which does not privilege statutes over common law procedures, such as those concerning contracts between parties.

## II.     ACQUIESCENCE

*"Acquiesce* - *To give an implied consent to a transaction, to the accrual of a right, or to any act, by one's mere silence, or without express assent or acknowledgement."* Black's Law Dictionary, 5th Ed. (1979), p. 22, Title "Acquiesce."

**Acquiescence** - Conduct recognizing the existence of a transaction, and intended, in some extent at least, to carry the transaction, or permit it to be carried, into effect. It is some act, not deliberately intended to ratify a former transaction known to be voidable, but recognizing the transaction as existing, and intended, in some extent at least, to carry it into effect, and to obtain or claim the benefits resulting from it, and thus differs from "confirmation," which implies a deliberate act, intended to renew and ratify a transaction known to be voidable. *De Boe v. Prentice Packing & Storage Co., 172 Wash.* 514, 2 P.2d 1107, 1110. Passive compliance or satisfaction; distinguished from avowed consent on the one hand, and, on the other, from opposition or open discontent. *Paul v. Western Distributing Co.,* 142 Kan. 816, 52 P.2d 379, 387. Acquiescence from which assent may be reasonably inferred. *Frank v. Wilson & Co.,* 24 Del.Ch. 237, 9 A.2d 82, 86. Equivalent to assent inferred from silence with knowledge or from encouragement and presupposes knowledge and assent. Imports tacit consent, concurrence, acceptance or assent. *Natural Soda Products Co. v. City of Los Angeles,* Cal. App., 132 P.2d 553, 563. A silent

7

**COURT OF RECORD MEMORANDUM**

appearance of consent. Failure to make any objections. Submission to an act of which one had knowledge.

It is to be distinguished from avowed consent, on the one hand, and from open discontent or opposition, on the other. It arises where a person who knows that he is entitled to impeach a transaction or enforce a right neglects to do so for such a length of time that, under the circumstances of the case, the other party may fairly infer that he has waived or abandoned his right. *Schmitt v. Wright*, 317 111. App. 384, 46 N.E.2d 184, 192.

**ACQUIESCENCE, contracts**. The consent which is impliedly given by one or both parties, to a proposition, a clause, a condition, a judgment, or to any act whatever. Acquiescence in acts of an agent, or one who has assumed that character, will be equivalent to an express authority. 2 Bouv. Inst. n. 1309; Kent, Corn. 476, SLui-y un Eq . § 255; 4 W.C.C.K. 559; 6 *PiaSS.* K. 193; 1 John. Cas. 110; 2 John. Cas. 424; Liv. on Ag. 45; Paley on Ag. by Lloyd, 41; 3 Pet. R. 69, 81; 12 John. R. 300; 3 Cowen's R. 281; 3 Pick. R. 495, 505; 4 Mason's R. 296. Acquiescence differs from assent. (q.v.)" 1 Bouvier's Law Dictionary 61, 8th Ed. (1859), Title "Acquiescence."

From this definition, it can easily be seen that you can give a legislative court or agency authority over you in a particular matter by your mere silence at the wrong time, even if that court or agency doesn't have lawful jurisdiction of your person

**ACQUIESCENCE by estoppel** - injury accruing from one's acquiescence in another's action to his prejudice creates 'estoppel'. *Lebold v. Inland Steel Co.*, C.C.A.

8

**COURT OF RECORD MEMORANDUM**

Ill, 125 F 2d 369, 375. Passive conduct on the part of one who has knowledge of the facts may be basis of estoppel. *Winslow v. Burns*, 47 N.M. 29, 132 P 2d 1048, 1050." Black's Law Dictionary, 5th Ed. (1979), p. 22, 23, Title "Acquiescence, estoppel by." If an estoppel is created in this manner you may be ruled against by the agency or court regardless of what you do.

**ESTOPPEL -** Estoppel means that party is prevented by his own acts from claiming a right to detriment of other party who was entitled to rely on such conduct and has acted accordingly. *Graham v. Asbury*, 112 Ariz. 184, 540 P. 2d 656, 658. Estoppel is a bar or impediment which precludes allegation or denial of a certain fact or state of facts, in consequence of a final adjudication of the matter in a court of law. It operates to put a party entitled to its benefits in same position as if the thing represented were true. *May v. City of Kearney*, 145 Neb 475, 17 N.W. 2d 448, 458." Black's Law Dictionary, 5th Ed. (1979), p. 494, Title "Estoppel."

Under these circumstances if someone lied to you and claimed ownership of something and you clearly allowed that person to exercise ownership to the deprivation of your claim to the property, when you knew it was a lie, then, if any legal action took place thereafter, the party that lied would be treated as the owner of the property and you would be estopped from expressing your claim to the property. The same will hold true if you fail to assert a constitutional limitation in court. If you have knowledge that a particular violation of constitutional limitations exists and you fail to assert it to the trial court it will be deemed waived for all intents and purposes and that waiver will be the law of your case; in other words, if your jurisdictional

claim has been adjudicated, the doctrine of <u>res judica</u> applies. Should you later contest the judgment in a higher court, when you raise those objections in your defense, deemed waived below, they will be overlooked under the waiver. The only time you will be able to substantially assert a previously waived objection in the higher court is if you can show that you did not have knowledge of the objection or constitutional limitation at the time the trial court heard your case.

### III.    TACIT PROCURATION, OFFER AND ACCEPTANCE

Our common law [administrative] process is based on three maxims of law that have always and still do hold weight: Offer and Acceptance, Due Process, and Oath of Affirmation [Witness]. Plaintiff will not go into great detail explaining these here, but quickly analyze them.

For a contract to be initiated there must be an offer. The one who makes an offer is the Offerer. Then, for a binding contract to form there must be acceptance by another; that other is called the Offeree. If one extends an offer and another accepts that offer, after meaningful consideration and recorded acknowledgement from both sides, as through signature, a contract is formed and both parties are bound to the specific terms and conditions of that contract. To satisfy the prerogative of a common law contract, there must be an exchange of at least one silver dollar.

Due process is a concept of law that is equitable in nature. Its application helps to create fair and just conditions under which contracts may be formed. Due process in application is dependent on many factors, such as the type of operation that is in

process, but generally it is about giving the parties a second chance of redemption so that it is less likely that a mistake might lead to the formation of an unintended contract. Making an offer two or more times before making a conclusion is rendering "due process". Plaintiff has exhausted Due Process by allowing all defendants to respond, lawfully, to his certified letters regarding allegations of fraud and lack of standing, Proof of Claim and Good Faith Offer to Pay, sent four times, as shown under exhibits.

Witness, again equitable in its nature, is a lawful concept, historically applied to ensure objectivity so that mistakes are not made. Due Process and Witness are enshrined in our United States Constitution and have deep historical roots, well-grounded with its application of offer, due process and witness. Plaintiff used a notary presentment process with his initial offer, then sent his offer a second, third and fourth time, giving defendants a chance for redemption before certified dishonor and DEFAULT, through acquiescence, was instated. The notary was his witness and is established to be a very credible witness, according to the 1850 Notary Act. He definitely made a bona fide offer and it was definitely an offer that was witnessed and stated very fairly, offering chances for redemption. His Offer was not truly accepted under the law of contract and American law of presentment.

In performing his three step administrative processes, he has relied primarily on the well-established AMERICAN LAW OF PRESENTMENT and on the lawful maxim "silence is agreement". This is also known as **TACIT AGREEMENT, TACIT ACQUIESCENCE, AND IS RELATED TO TACIT PROCURATION,**

11
**COURT OF RECORD MEMORANDUM**

and holds that when a party does not take action and fully respond to or rebut allegations against it, its silence is its acquiescence.

Plaintiff sent several letters to the CEO'S of Bank of America, N.A, Bank of New York Mellon, ReconTrust, N.A. and Select Portfolio Servicing, Inc. [some filed under EXHIBITS TO COMPLAINT] wherein he outlined what he believed are elements of fraud in the contract. He also stated in said letters that the respondent's failure to respond or to respond adequately will constitute agreement with his allegation of fraud and orchestrated attempt of theft by deception or larceny by trickery, both of which are felony. Every letter he sent was composed of specific allegations, laws, and statutes and gave defendants an opportunity to rebut and answer truthfully with an affidavit [witness] under penalty of perjury. Defendants chose to acquiesce by estoppel or reply by sending internet printed copies of documents, such as the deed, from the public record. **They did not take action to adequately respond to allegations of Plaintiff, his Proof of Claims and Good Faith Offers to Pay, or attempt to cure their defect when Plaintiff gave Due Process and sent Notices of Fault and Opportunities to Cure. Defendants were duly warned and had full information of what their action or inaction would represent, and because they had knowledge of the facts and terms of Plaintiff's correspondences, their acquiescence was their tacit procuration.**

## IV.   NOTARY ACT ENACTMENT

**THIRTY-FIRST CONGRESS Sess.I Ch.52,53. 1850**

**COURT OF RECORD MEMORANDUM**

Sept 16, 1850 Chap. LII. An Act to authorize Notaries Public to take and certify Oaths, Affirmations, and Acknowledgments in certain Cases.

"*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That in all cases in which, under the laws of the United States, oaths, or affirmations, or acknowledgements may now be taken or made before any justice or justices of the peace of any State or Territory, such oaths, affirmations, or acknowledgments may be hereafter also taken or made by or before any notary public duly appointed in any State or Territory, such oaths, affirmations, or acknowledgements may be hereafter also taken or made by or before **any notary public duly appointed in any State or Territory, and, when certified under the hand and official seal of such notary, shall have the same force and effect as if taken or made by or before such justice or justices of the peace**. And all laws and parts of laws for punishing perjury, or subordination of perjury, committed in any such oaths or affirmation, when taken or made before any such justice of the peace, shall apply to any such offence committer in any oaths or affirmations which may be taken under this act before a notary public, or commissioner, as hereinafter named: *Provided always* That on any trial for either of these offences, the seal and signature of the notary shall not be deemed sufficient in themselves to establish the official character of such notary, but the same shall be shown **by other and proper evidence.**

*And be it further enacted,* That all the powers and authority conferred in and by the preceding section of this act upon notaries public be, and the same are hereby,

13

**COURT OF RECORD MEMORANDUM**

vested in, and may be exercised by, any commissioner appointed, or hereafter to be appointed, by any Circuit Court of the United States, under any act of Congress authorizing the appointment of commissioners to take bail, affidavits, or depositions, in causes pending in the courts of the United States."

Approved, September 16, 1850

In summary, notice, and opportunity to respond, solid evidence to which a Notary Public witnesses resulting in the signature and seal of the Notary that, in turn possesses a certificate that must, itself, be properly authenticated shall not be questioned collaterally.

**Ivaylo Tsvetanov Dodev, Plaintiff**
**6312 South 161st Way, Gilbert, Arizona**
**(480) 457-8888 Phone**

**COURT OF RECORD MEMORANDUM**

EXHIBIT "B"

Doc ID:  BANACOM1

1 of 4


**Bank of America**

**Home Loans**

P. O. Box 941633
Simi Valley, CA  93094-1633

0248841          01 AV 0.337  **AUTO    5 0 4412 85298-845512    -C01-P49109-I

IVAYLO T DODEV
6312 S 161ST WAY
GILBERT          AZ 85298-8455

**Account No.:**  147338494

---

**IMPORTANT MESSAGE ABOUT YOUR LOAN**

We want to let you know that effective July 1, 2011, the servicing of home loans by our subsidiary–BAC Home Loans Servicing, LP, will transfer to our parent company–Bank of America, N.A.  Based upon our records as of April 24, 2011, your home loan account noted above is affected by this servicing transfer.

**WHAT THIS MEANS FOR YOU**

- If you pay by check on or after July 1, 2011, please make checks payable to "Bank of America, N.A."
- Effective July 1, 2011, your monthly statements will show "Bank of America, N.A." as your loan servicer.
- We will notify property insurance carriers of this servicing transfer; however, we recommend you review the next policy renewal notice you receive after July 1, 2011, to verify that the "Mortgagee" for your policy has been updated to reflect "Bank of America, N.A."  If your policy has not been updated, please contact your insurance carrier to ensure the update is made.
- Your account number will remain the same.
- The terms and conditions for your loan will not change.
- If you make automated/ACH payments or you make payments through Bank of America's or another financial institution's online banking service, continue to make payments as you do today.  No actions are required on your part to accommodate this transfer.
- The customer service toll-free numbers, fax numbers and mailing addresses will remain the same.
- Online Banking access to your account will remain the same.
- Your privacy elections will not change.

**For customers discussing, applying for, or involved in any Loan Modification, Repayment Plan, Short Sale, Deed in Lieu of Foreclosure, or Foreclosure**

This servicing transfer will not impact any current discussions, applications, approved arrangements or proceedings in these areas.  However, if you are currently in a repayment plan, trial modification or permanent modification, check payments made on or after July 1, 2011, should be payable to "Bank of America, N.A."

PLEASE SEE REVERSE SIDE

Bank of America, N.A.  Member FDIC.  Bank of America, N.A. is an Equal Housing Lender.
©2011 Bank of America Corporation.  Trademarks are the property of Bank of America Corporation.  All rights reserved.

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

You are hereby notified that the servicing of your mortgage loan and the right to collect payments in connection with your loan will be/was transferred from BAC Home Loans Servicing, LP to Bank of America, N.A., effective July 1, 2011.

The transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan. Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing. However, in this case, all necessary information is combined in this one notice.

YOUR SERVICER PRIOR TO JULY 1, 2011:
Your servicer prior to July 1, 2011:  BAC Home Loans Servicing, LP.  If you have any questions relating to the transfer of servicing from this servicer, please call Bank of America Customer Service toll-free at 1.877.488.7812 between 8 a.m. and 9 p.m. Eastern, Monday through Friday. Your call may be monitored or recorded to ensure quality service.

YOUR SERVICER ON AND AFTER JULY 1, 2011:
Your new servicer on and after July 1, 2011:  Bank of America, N.A.  The business address for Bank of America, N.A. for purposes of your mortgage loan is:  450 American Street, Simi Valley, CA 93065-6285. Below is the information on how to contact and make payments to Bank of America, N.A.

Toll-free Number
The toll-free telephone number of Bank of America, N.A. is 1.877.488.7812.  If you have any questions relating to the transfer of servicing to your new servicer, please call Bank of America Customer Service at 1.877.488.7812 between 8 a.m. and 9 p.m. Eastern, Monday through Friday.  Please have your account number ready whenever you call.  Your call may be monitored or recorded to ensure quality service.

Address for Correspondence (other than payments)
The address to send written correspondence to Bank of America, N.A. (other than payments) is:

Bank of America, N.A.
Customer Service Correspondence
CA6-919-01-41
P.O. Box 5170
Simi Valley, CA 93062-5170

Please include your loan number on all written correspondence you send to Bank of America, N.A.

Address for Mailed Payments
This transfer does not change the mailing address to send your payments.  Please continue to send your payments to Bank of America, N.A. at the mailing address indicated on your monthly statements and/or coupons.  Please write your loan number on all checks, cashier checks and other payments sent to Bank of America, N.A.

INFORMATION CONCERNING YOUR PAYMENTS AND OPTIONAL INSURANCE:
The date that BAC Home Loans Servicing, LP no longer accepts payments from you is June 30, 2011. The date that Bank of America, N.A. begins accepting payments from you is July 1, 2011.  Send all payments due on or after that date to Bank of America, N.A.

Optional insurance, such as life and disability insurance coverage, will continue without interruption.  If, for some reason, your current coverage cannot be continued by Bank of America, N.A., you will be given separate notice and offered other alternatives without interruption in your coverage.

ADDITIONAL RIGHTS UNDER THE REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA)
We want to make you aware of certain rights you have under RESPA.  A summary is provided on the back of this notice.

SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION

Bank of America, N.A.  Member FDIC.  Bank of America, N.A. is an Equal Housing Lender.
©2011 Bank of America Corporation.  Trademarks are the property of Bank of America Corporation.  All rights reserved.

4412-01-00-0248841-0002-0495582

EXHIBIT "C"

1 of 4

Doc ID:  BANACOM3B


**Bank of America**
**Home Loans**

P. O. Box 941633
Simi Valley, CA  93094-1633

0049099    01 AT 0.362  **AUTO    5 0 4446 85298-845512    -C01-P49148-I

IVAYLO T DODEV
6312 S 161ST WAY
GILBERT          AZ 85298-8455

**Account No.:  147338494**

ᴵᵗᵒᴵᴵᵗᴵᴵᵗᴵᵗᵒᴵᴵᴵᵗᴵᴵᵗᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵ

## IMPORTANT MESSAGE ABOUT YOUR LOAN

Effective July 1, 2011, the servicing of home loans by our subsidiary–BAC Home Loans Servicing, LP, transfers to its parent company–Bank of America, N.A.  Based upon our records as of July 7 , 2011, the home loan account noted above is affected by this servicing transfer.  The information contained in this communication does not change or affect any other communications you may have received or will receive regarding this servicing transfer.

## IMPORTANT ADDITIONAL INFORMATION

Under the federal Fair Debt Collections Practices Act and certain state laws, Bank of America, N.A. is considered a debt collector.  As a result, we are sending you the enclosed Fair Debt Collection Practices Act Notice containing important information about your loan and your rights under applicable federal and state law.

If an attorney represents you in connection with your Bank of America home loan, please provide your attorney a copy of this letter and the enclosed legal notice.

## THANK YOU

We appreciate the opportunity to serve your home loan needs.  If you have any questions or need assistance regarding this servicing transfer, please call us at 1.877.488.7812 between 8 a.m. and 9 p.m. Eastern, Monday through Friday.

Please Note: This letter is being sent to the address and borrower(s) listed above.  If there are other borrowers on this account who receive mail at a different address than above, please share this information with them.

***Bank of America, N.A. is required by law to inform you that this communication is from a debt collector attempting to collect a debt, and any information obtained will be used for that purpose.  Notwithstanding the foregoing, if you are currently in a bankruptcy proceeding or have received a discharge of the debt referenced above, this notice is for informational purposes only and is not an attempt to collect a debt.  If you are represented by an attorney, please provide this notice to your attorney.***

Bank of America, N.A.  Member FDIC.  Bank of America, N.A. is an Equal Housing Lender.
©2011 Bank of America Corporation.  Trademarks are the property of Bank of America Corporation.  All rights reserved.

Fair Debt Collections Practices Act and State Law Notice

The servicing of your home loan was transferred to Bank of America, N.A., effective July 1, 2011. Bank of America, N.A. is required by law to advise you of the following:

(1.)  Under the federal Fair Debt Collections Practices Act and certain state laws, Bank of America, N.A. is considered a debt collector.  Bank of America, N.A. must provide certain information to you in order to make sure you are informed when a communication is related to a debt.  The purpose of this letter is therefore to provide you with information required by law, including the amount of the debt.

(2.)  Debt Validation Notice:

a)   The amount of the debt: As of July 7 , 2011, you owe $818,403.24.  Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater.  We have also identified certain servicing-related fees that, while not yet found to be due, and therefore not charged to your loan or owed by you as of the date of this letter, are subject to review and may be determined to be due at a later date.  The types of items subject to review include such services as property inspections, title reports, property preservation services, broker price opinions, appraisals, legal services, court costs, foreclosure trustee services, and others which may or may not have been performed in connection with your loan.  To the extent we determine that any additional fees are due, we will send you another letter and you will have an opportunity to ask questions or dispute the additional fees.  If we find no additional fees are due, we will still send you a letter telling you that as well.  Therefore, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you or your agent before accepting the payment for collection.  For further information, write to the address provided below or call 1.877.488.7812 between 8 a.m. and 9 p.m. Eastern, Monday through Friday.

b)   The name of the creditor to whom the debt is owed: BANK OF NY (CWALT 2007-OA7)
      *Please note that unless Bank of America, N.A. is listed in 2(b) as the creditor of your loan, Bank of America, N.A. does not own your loan and only services your loan on behalf of your creditor, subject to the requirements and guidelines of your creditor.*

c)   Unless you, within thirty (30) days after receipt of this letter, dispute the validity of the debt or any portion of the debt, Bank of America, N.A. will assume the debt to be valid.

d)   If you notify Bank of America, N.A. in writing, at the address provided below within the thirty (30) day period, that the debt, or any portion thereof, is disputed, Bank of America, N.A. will obtain verification of the debt and mail it to you.

e)   Upon your written request within the thirty (30) day period, Bank of America, N.A. will provide you with the name and address of the original creditor if it is different from the current creditor.

Bank of America, N.A.
Customer Service, CA6-919-01-41
Attention: DVN
P.O. Box 1140
Simi Valley, CA  93062-1140

If you have any questions regarding this notification, please call Bank of America, N.A. Customer Service at 1.877.488.7812 between 8 a.m. and 9 p.m. Eastern, Monday through Friday.

SEE REVERSE SIDE

Bank of America, N.A.  Member FDIC.  Bank of America, N.A. is an Equal Housing Lender.
©2011 Bank of America Corporation.  Trademarks are the property of Bank of America Corporation.  All rights reserved.
4446-01-00-0049099-0002-0099081

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Notwithstanding the foregoing, if you are currently in a bankruptcy proceeding or have received a discharge of the home loan debt referenced above, this statement is being furnished for informational purposes only. It should not be construed as an attempt to collect against you personally, Bank of America, N.A. will take no steps to collect from you personally or against the property securing this loan while the bankruptcy's automatic stay remains in effect. In the future, you may receive a discharge in bankruptcy. Under those circumstances, by operation of law, Bank of America, N.A. will retain the ability to enforce its rights against the property securing this loan should there be a default under the terms of your loan documents. If you are represented by an attorney, please provide this notice to your attorney.

Notice to Colorado Residents: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADMAIN.CFM

Notice to California Residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.



 **Bank of America**
**Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement Date 07/28/2011

**Account Number 147338494**
Property address
23410 South 161st Way



0035473 01 AT 0.362 **AUTO T3 2 1988 85298-8455
P0 A4 AG 0101-----0--2-2- C0000031 IN 1 P35508
IVAYLO T DODEV
6312 S 161st Way
Gilbert AZ 85298-8455

**Pay Option Notice:**
Because your loan is not current, we have not calculated your Payment Options this month. For information on how to pay more than the minimum payment, please call us at 1.800.669.0102.

**FOR CUSTOMER SERVICE: 1.866.653.6183**

## Your Monthly Home Loan Statement
**Snapshot of your Home Loan as of July 28, 2011**

| | |
|---|---|
| Type of Loan | 30 Yr Conv Jumbo PayOption ARM |
| Current Principal Balance | $721,199.48 |
| Original Loan Amount | $681,750.00 |
| Maximum Limit (see explanation at bottom of page) | 115.00% |
| Margin | 3.400% |
| Interest Rate this Month | 3.625% |
| Remaining Term | 28 Years, 3 Months |

**Payment Due Date: Aug 1, 2011**
**Late Payment Charge:** $130.91 if payment is not received by **Aug 16, 2011**

## Additional Account Information

| | |
|---|---|
| Past Due Amount | $7,554.87 |
| Fees Due | $255.00 |

## Your Payment Options this Month
The amounts listed below are total payments, including amounts collected for escrow items such as taxes and insurance premiums.

| Payment Options | Total Payment | Deferred Interest | Principal/ Interest Owed | Outstanding Late Charges** | Escrow | Optional Products*** |
|---|---|---|---|---|---|---|
| Option 3 Minimum Payment | $3,924.20 | | $3,252.54 | 1,096.38 | $271.66 | |

Please note. Amounts above are estimates and may change based on payments made. For information on how to pay more than the minimum payment, please call us at 1.800.669.0102.
*Negative amounts ((-) minus sign) shown in the deferred interest column are added to the principal balance. This results from making a Minimum Payment that is less than the interest due.
**Outstanding late charges up to $400.00 are reflected in the payment option amount.

**As of the date of this notice, our records reflect that your loan is past due for multiple payments.** We are researching whether any of these payments have been made. Please be advised that any payments that are due, which are not under research, must be remitted immediately. Upon completion of our research, we will make any appropriate corrections to your account and notify you of any balances due.

Note to Delaware Residents: Delaware residents who are struggling with their mortgage payments will find information on state-supported assistance by visiting www.deforeclosurehelp.org.

Thank you for your prompt attention.

LOAN SERVICING
Loan Counselor

**Maximum Limit** - Per your loan documents, the Maximum Limit is the maximum amount your loan can grow to before you are required to make the Full Payment. If you reach the Maximum Limit, your Minimum Payment will increase to the amount sufficient to repay your unpaid principal balance in full on the Maturity Date in substantially equal payments at the then current interest rate.

24-hour Online Account Information - Visit us at **www.bankofamerica.com**

## Your Home Loan Activity this Month

Breakdown of Payments and Other Amounts

| Date | Description | Amount | Principal/ Deferred Interest* | Interest | Additional Principal | Escrow | Late Charges | Optional Products You Requested | Buy-down Assistance | Unapplied |
|------|-------------|--------|------------|----------|---------|--------|-------|----------|----------|-----------|
| 07/20/2011 | Homeowners ins | -$578.51 | | | | -$578.51 | | | | |
| | **Ending balance** | | $721,199.48 | | | | | | | |

*Amounts preceded by a (-) sign have been added to the principal balance.
**Please note: The ending principal balance shown above may not be the amount required to pay off your loan. For payoff information, you may use our 24-hour automated information system. Call 1.800.669.5833.

## Mortgage-Related Expenses Paid from Your Escrow Account

We are responsible for paying the following mortgage expenses on your behalf, using the money in your escrow account:

| Type of Payment | Who Receives the Payment | Your Policy Number or Tax ID | Frequency of Payment | Next Payment Due | Amount Due |
|-----------------|--------------------------|------------------------------|----------------------|-------------------|------------|
| County taxes | Maricopa County Treasurer | 30477004W | Semi-Annual | 10/01/2011 | $1,332.12 |
| Homeowners insurance | Farm Bureau Insurance Co | 0000000007579205 | Annual | 08/15/2012 | $578.51 |



| **DID YOU KNOW?** | **Payments** |
|---|---|
| | We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to applicable law. |
| | All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited by law. |

**T O**
**C O N T A C T**
**U S**

### CREDIT REPORTING NOTICE

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**For up-to-the-minute information about the account,** use our 24-hour automated information system. To ask us about this statement or account information, call **1.866.653.6183,** Monday-Friday 7a.m. - 7p.m. Local Time. Calls may be monitored and/or recorded for service quality purposes. *Se habla español.* 1.800.295.0025. TDD 1.800.300.6407
**Please have the account number available when you call.**

Or write to us at:
The address for general inquiries and all RESPA Qualified Written Requests is: Bank of America, N.A., Attn:

Customer Service  CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170

Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211
Insurance Dept., PO Box 961291, Fort Worth, TX 76161-0291
Payments, Attn: Remittance Processing PO Box 515503, Los Angeles, CA 90051-6803
*Overnight deliveries LADC Retail Payment Services, CA9-705-09-31, 1000 W Temple Street, Los Angeles, CA 90012-1514
Our website www.bankofamerica.com
Your account information is available in Spanish on the site mentioned above.
*The facility at this address does not accept walk-up payments, it accepts overnight mail only.  Payments can be made by Phone, Online, Mail, or at Bank of America Banking Centers.

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2011 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

0035473 0071188

EXHIBIT "D"

**OPTION 1**
**Amortized Payment (principal and interest) - based on your remaining term**

The amount necessary to pay the loan off (principal and interest) at the maturity date, in substantially equal payments (unless your loan has a balloon payment due on the maturity date). Under the terms of your Note, this payment amount is calculated on the assumption that the current rate will remain in effect for the remaining term of your loan.

**Because your loan is not current, we have not calculated your Payment Options this month.  For information on how to pay more than the minimum payment, please call us at 1.800.669.5224.**

**OPTION 2**
**15-Year Amortized Payment (principal and interest)**

The amount necessary to pay the loan off (principal and interest) within a 15-year term from the first payment due date, in substantially equal payments (unless your loan has a balloon payment due on the maturity date).  Under the terms of your Note, this payment amount is calculated on the assumption that the current rate will remain in effect for the remaining term of your loan.

**Because your loan is not current, we have not calculated your Payment Options this month.  For information on how to pay more than the minimum payment, please call us at 1.800.669.5224.**

**OPTION 3**
**Minimum Payment**

**Important:** If this amount is less than the Interest Only, paying this will not be enough to pay all of the interest due, will not reduce your principal, and the unpaid interest will be added to your principal. This is called "negative amortization", meaning the amount you owe increases. You will be charged interest on the entire principal. Negative Amortization will reduce the equity you have in your home. Negative Amortization should be managed carefully, so that you are not surprised by significant increases in future Minimum Payments.

| | | |
|---|---|---|
| Account number **147338494** **(7)** | Payment due **Aug 1, 2011** | **\*$3,924.20** |
| Ivaylo T Dodev | After **Aug 16, 2011** late payment | **$4,055.11** |
| 23410 South 161st Way | | |
| Gilbert, AZ 85297 | | |

*Payment amount includes late charges. See your home loan activity this month for breakdown.

1988

Bank of America, N.A.
PO BOX 515503
LOS ANGELES, CA 90051-6803

Additional Principal

Additional Escrow

Check total

‖‖i‖‖i‖i‖‖i‖‖ii‖i‖‖ii‖i‖i‖i‖‖i‖i‖‖i‖‖i‖‖ii‖i‖‖

1473384947000003924200004055511

⑆586990058⑆ 147338494⑈

**OPTION 4**
**Interest-Only Payment**

You pay only the interest charged on your loan for the previous month.  By making an Interest Only Payment, you will avoid negative amortization, but no portion of the payment will be applied to reduce the principal balance of your loan.

**Because your loan is not current, we have not calculated your Payment Options this month.  For information on how to pay more than the minimum payment, please call us at 1.800.669.5224.**