**WRIGHT, FINLAY & ZAK, LLP**
Kim R. Lepore, Esq., Arizona Bar No. 019130
Bradford E. Klein, Esq., Arizona Bar No. 027720
18444 N. 25th Ave., Suite 420
Phoenix, AZ 85020
Telephone: 602-845-8898
Fax: 949-608-9142
klepore@wrightlegal.net

Attorneys for Defendants Select Portfolio Servicing, Inc., Timothy O'Brien, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, Gerald Hassell, Karla Richards, Dani Todd and KaJay Williams

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | Case No.: CV-13-02155-PHX-GMS |
| Plaintiff, | |
| vs. | **NOTICE OF CERTIFICATION OF CONFERRAL** |
| Recontrust Company, N.A.; James F. Taylor, and/or his successor, in his/their individual and official capacity; Select Portfolio Servicing, Inc.; Timothy O'Brien, and/or his successor, in his/their individual and official capacity; Bank Of New York Mellon, N.A.; Gerald Hassell, and/or his successor, in his/their individual and official capacity; Bank of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan, and/or his successor, in his/their individual and official capacity; and DOES 1-100, in his/her individual and official capacity, | |
| Defendants. | |

I, Kim Lepore, hereby certify that I attempted to contact Plaintiff pursuant to this Court's Order dated October 23, 2013 (Doc. 5) on two separate occasions prior to filing Defendants Select Portfolio Servicing, Inc., Timothy O'Brien, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, Gerald Hassell, Karla Richards, Dani Todd and KaJay Williams's Motion to Dismiss Plaintiff's First Amended Complaint pursuant to FRCP 12(b)(6). I called Plaintiff on December 4, 2013 and left a voice message requesting that Plaintiff contact me pursuant to the Court's Order requiring the parties to meet and confer. I then sent an email to Plaintiff on December 5, 2013, explaining in detail the defects in the First Amended Complaint and requesting that Plaintiff contact me to discuss these defects. A true and correct copy of the email is attached hereto as Exhibit 1. To this date, Plaintiff has not contacted me. Instead, Plaintiff's response was to file premature Motions for Entry of Default against various Defendants. I believed I had to file the Motion to Dismiss, instead of waiting for Plaintiff to respond to my messages, in order to protect Defendants from further attempts by Plaintiff to default Defendants.

Although at the time I attempted to contact Plaintiff, I had only been retained to represent Defendants SPS and O'Brien – and was later retained to represent The Bank of New York Mellon as Trustee and Hassell – I do not believe representing additional Defendants would have changed Plaintiff's actions in failing to contact me and in seeking and fighting for entry of default against Defendants.

**RESPECTFULLY SUBMITTED** this 16th day of January, 2014.

**WRIGHT, FINLAY & ZAK, LLP**

By: /s/ Kim R. Lepore
   Kim R. Lepore, Esq.
   Attorneys for Defendants SPS, O'Brien, BNYM as trustee, Hassell, Richards, Todd and Williams

ORIGINAL of the foregoing electronically filed this 16th day of January, 2014.

COPIES of the foregoing mailed this 16th day of January, 2014, to:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298
Plaintiff in pro se

Sean K. McElenney. Esq.
Coree E. Neumeyer, Esq.
Eric M. Moores, Esq.
Two N. Central Ave., Suite 2200
Phoenix, AZ 85004-4406
Attorneys for ReconTrust, Bank of America and Brian T. Moynihan

/s/ *Steven E. Bennett*