Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
    Gilbert, Arizona
    (480) 457-8888 Phone
    (480) 457-8887 Facsimile
    dodev@hotmail.com

Pro Se



FILE ON DEMAND
FOR THE RECORD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| Ivaylo Tsvetanov Dodev, | Case No. CV-13-02155-PHX-GMS |
|---|---|
| Plaintiff, | REPLY TO RESPONSE TO PLAINTIFF'S MOTION TO SANCTION COUNSEL KIM R. LEPORE AND BRADFORD E. KLEIN |
| vs. | |
| RECONTRUST COMPANY, N.A., ET AL | |
| Defendants. | January 18, 2014, 2:50PM<br>Hon. G Murray Snow |

Here comes, Plaintiff, Ivaylo Tsvetanov Dodev, *pro se*[1], ("Plaintiff"), in Reply to counsel KIM R. LEPORE and BRADFORD E. KLEIN, ("Counsel") RESPONSE TO PLAINTIFF'S MOTION TO SANCTION COUNSEL KIM R. LEPORE AND BRADFORD E. KLEIN, ("MOTIONS"), Doc. 60.

---

[1] *"Allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient... which we hold to less stringent standards than formal pleadings drafted by lawyers."* Fortney v. U.S., C.A.9 (Nev.) 1995, 59 F.3d 117. *"The United States Supreme Court, in* Haines v Kerner *404 U.S. 519 (1972) stated that all litigants defending themselves must be afforded the opportunity to present their evidence and that the Court should look to the substance of the complaint rather than the form, and that a minimal amount of evidence is necessary to support contention of lack of good faith."*

1

**REPLY TO RESPONSE PLAINTIFF'S MOTION TO SANCTION COUNSEL**

Counsel's Motion is just another assertion of their adamant commitment to defilement of the LAWS OF THE UNITED STATES[1] in respect to Rule 42. ARPC, as the record clearly shows that Counsel has filed Notice of Appearance for Select Portfolio Servicing, Inc. and Timothy O'Brien, **ONLY**, Doc. 32, not the other defendants they claim to represent. Counsel is in violation of **Rule 5(a)(1)(E)** of the Federal Rules of Civil Procedure and the Local Rule of Civil Procedure **83.3(a)** *"Attorney of Record; Duties of Counsel. Except as provided below, no attorney shall [mandatory] appear in any action or FILE ANYTHING IN ANY ACTION without first appearing as counsel of record."(Emphasis added)* As an attorney she is **BOUND** by the local rules [laws of the United States] 83.3(c) (1) *"Applicability of Rules. (1) Anyone appearing before the court is bound by these Local Rules"* and **LIABLE** under 83.2 et. seq.

Plaintiff believes and therefore alleges, once again, the defendants The Bank of New York Mellon and Gerald Hassell are in DEFAULT, pursuant to Fed. R. of Civ. Pro. 55(a), because they failed to appear, plea or otherwise defend personally or through counsel as he has declared in Doc. 49 and 59.

---

[1] Local rules are "laws of the United States," United States v. Hvass, 355 U.S. 570, 575 (1958), "have the force of law[,] are binding upon the parties and upon the court, and a departure from local rules that affects substantial rights requires reversal." Professional Programs Group v. Department of Commerce, 29 F.3d 1349, 1353 (9th Cir. 1994) (internal quotation marks omitted). "A departure is justified only if the effect is so slight and unimportant that the sensible treatment is to overlook [it]." Id. Significantly, the district court is under an obligation to construe local rules so that they do not conflict with federal rules and statutes. Marshall v. Gates, 44 F.3d 722, 725 (9th Cir. 1995); Rule 83(a)(1), Fed.R.Civ.P.

2
**REPLY TO RESPONSE PLAINTIFF'S MOTION TO SANCTION COUNSEL**

Plaintiff stands steadfastly on all arguments brought against Counsel in his Motion to Sanction, Doc. 52, in genuine belief that they are defined by law, facts and evidence and is not going to commit lengthy reiteration herein.

In the aforementioned document, Plaintiff has clearly portrayed Counsel's deficiency of understanding the duties of Declarant, which is having **MATERIAL FACT KNOWLEDGE** of the matter you attest to. Kim R. Lepore became an affiant to Plaintiff and Clerk of Court through filing of her declaration, Doc. 44-1, based on her presumptuous beliefs. This is a **SELF-INCRIMINATING ACT UNDER PENALTY OF PERJURY**, 28 U.S.C., Section 1746, as she lacked material fact knowledge of Plaintiff's actions but made conclusory allegations regardless. While doing this she erred by claiming as fact statements she had no way of ascertaining the veracity of [no material fact knowledge], an erroneous pattern she is determine to use in all of her pleadings, especially in her relentless attempts to describe the Defendants as not committing debt collection activities and not being liable under 15 U.S.C. FDCPA. Plaintiff has stripped her off, of her naiveté, by submitting into evidence Defendants letters where they plainly acknowledge that they are debt collectors, Doc. 56-4 and 56-5.

**Plaintiff has already address Point "A" of the Motion under ¶ 10 of his Motion to Sanction, Doc. 52. Under Point "B" Counsel does not bring any new points of relevance that Plaintiff finds necessary to address beyond what he has established in his Motion to Sanction, besides reinstating that Counsel has not**

**attempted in good faith to confer with Plaintiff, per court ORDER, Doc. 5, and her motion to dismiss under FRCP 12(b)6, Doc. 40, should be stricken off the record as per court ORDER, Doc. 43.**

Plaintiff is not aware of any Federal Rule of Evidence[1] that will make email or voicemail (this is not an admission that he received any) court admissible documents and for the reason mentioned, he has submitted into evidence only United States of America Certified Copies, Notarized Affidavits[2], United States Certified Mail Receipts[3], Affidavits of Security Interest in his Land, United States of America Patent, pertaining to his land, as reserved on his Warranty Deed, Proof of Claim, Notice of Default (Under the American Law of Presentment), copies of checks that he is paying his taxes and insurance, copies of checks that Bank of America has paid settlement for wrongful foreclosure attempt, Declaration of Possession of his land,

---

[1] (FRE) § 902 1(B) *EVIDENCE THAT IS SELF-AUTHENTICATING The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted: (1) Domestic Public Documents That Are Sealed and Signed. A document that bears:... (B) a signature purporting to be an execution or attestation.*

[2] TRUSLOW v. WOODRUFF 60 Cal Rptr 304, *"When no facts are filed in opposition..., trial court is entitled to accept as true the facts alleged in movant's affidavits if such facts are within affiant's personal knowledge and are ones to which they could competently testify"*. West's Ana Code.Civ. Proc, section 437c.
LEO F. PIAZZA PAVING CO. v. FOUNDATION. ETC. Cal.Rptr. 265, *"...failure to file an affidavit cannot be remedied by resort to pleadings; <u>adverse party must file affidavit in opposition</u> showing sufficient facts to substantiate their allegations."*

[3] *If any such claim, statement, or other document is sent by United States registered mail, such registration shall be prima facie evidence that the claim, statement, or other document was delivered to the agency, office, or officer to which addressed, and the date of registration shall be deemed the postmark date.* Public Law 85-866, Section 89,(a)(1)

4
**REPLY TO RESPONSE PLAINTIFF'S MOTION TO SANCTION COUNSEL**

nine tenths of the law, and until any Defendant comes forth and establish a chain of title 10 times stronger than his, he believe that he has the right to live on his own land, under the protection of the Laws of the United States of America.

He also believes and therefore alleges that this Federal Court is charged with the duty to protect his rights *"Federal government is always charged with duty of protecting rights and property of its citizens."* U.S. v. Petersen, 91 F.Supp. 209, affirmed 191 F.2d 154, certiorari denied 72 S.Ct. 174, 342 U.S. 885, *"It is the duty of courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon."* Boyd v. United States, 116 U.S. 616[1].

Therefore, he believes that the COURT should adjudicate according to law, fact, evidence, not hearsay, and allow **DUE PROCESS**[2] to take place in this VERIFIED ACTION-AT-LAW.

---

[1] *Right to fair trial is basic requirement of due process and includes right of unbaised judge.* Haupt v. Dillard, 17 F3d 285 (9th Cir. 1994)
*Depriving one of property without just compensation is a denial of due process of law.* Hoffman v. Stevens, 177 F.Supp. 808 (1959)
*There should be no arbitrary deprivation of life or liberty, or arbitrary spoilation of property.* Barber v. Connolly, 113 U.S. 27, 31
*The due process clause of the Fifth Amendment guarantees to each citizen the equal protection of the laws and prohibits a denial thereof by any Federal official.* Bolling v. Sharpe, 327 U.S. 497
*Due process clause not only applies when one's physical liberty is threatened but also where a person's good name, reputation, honor or integrity are at stake.* Gotkin v. Miller, 514 F.2d 125 (1975)
*Constitutional right of access to courts applies to civil as well as constitutional claims.* Jackson v. Procunier, 789 F.2d 307 (1986)
*Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them.* Miranda v. Arizona, 348 U.S. 436, 491
[2] *Citizens must be afforded due process before deprivation of life, liberty or property.*

5
**REPLY TO RESPONSE PLAINTIFF'S MOTION TO SANCTION COUNSEL**

COUNSEL's, especially KIM R. LEPORE, self-destructive DECLARATION, Doc. 44-1, makes them/her liable for perjury under the Laws of the State of Arizona, and Plaintiff does not foresees any cure that might set aside her false statements but to be brought to justice under the Local and Federal Rules of Civil Procedure and the Laws of the State of Arizona.

COUNSEL violated the Rules of Professional Conduct set by The American Bar Association and does not demean themselves as Officers of the Court, bound to abide by the LRCP and FRCP and are in violation of Fed. R. of Civ. P. 11(b) with every motion they have filed on record, to-date.

**THEREFORE, THE PLAINTIFF MOVES THE COURT TO SANCTION COUNSEL AND STRIKE DOWN ALL MOTIONS FILED FOR DEFENDANTS THE BANK OF NEW YORK MELLON AND GERALD HASSEL, as the docket shows that they have no legal representative and all**

---

Kelm v. Hyatt, 44 F.3d 415 (6th Cir. 1995)
*The purpose of the due process hearing is to safeguard from deprivation the liberty or property rights of protected person, and this can only be done where the requisite hearing is held before the decision maker so that the decision maker can sift through the facts, weigh the evidence and reach the appropriate conclusion.*
Poonce v. Housing Authority of Tulare County, 389 F.Supp. 635 (D.C. Cal. 1975)
*Due process of law means that every citizen shall hold his life, liberty and property under the protection of the general law which governs society, and, in the concrete, that in a contest concerning these rights he will be given the opportunity to contest the propriety of each step in the action sought to be taken against him.*
City of St. Louis v. Missouri Pac. Ry. Co., 211 S.W. 671, 672
*Even temporary deprivation of property entitled owner to due process which means, as a general rule, reasonable notice and opportunity for fair hearing.*
Matter of Special March 1981 Grand Jury, 753 F.2d 575, 580 (9th Cir. 1985)

6
**REPLY TO RESPONSE PLAINTIFF'S MOTION TO SANCTION COUNSEL**

MOTIONS AND PLEADING on their behalf <u>**ARE FRAUD ON THE COURT**</u>[1], violating the laws of THE UNITED STATES, and are submitted by a PERSONA NON GRATA to this VERIFIED ACTION-AT-LAW.

Respectfully submitted on this 18nd day of January, 2014.

*/s/ Ivaylo Dodev*
**Ivaylo Tsvetanov Dodev**, ARR, Pro Se Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone

---

[1] *Untrue statements amount to constructive fraud.*
<u>Thompson v. Houston,</u> 135 P.2d 834; 17 Wash 457
*Constructive fraud comprises all acts, omissions, and concealments involving a breach of legal or equitable duty, trust, or confidence which resulted in damage to another.* Re Arbuckle's Estate, 220 P.2d 950
*Fraud is defined as deceit, deception, artifice, or trickery operating prejudicially on the rights of another, and so intended, by inducing him to part with property or surrender some legal right. Also, anything calculated to deceive another to his prejudice and accomplishing the purpose, whether it be an act, a word, silence, the suppression of the truth or other device contrary to the plain rules of common honesty.* 23 Am J2d, Fraud, Section 2
*Anything calculated to deceive another to his prejudice and accomplishing the purpose, whether it be an act, a word, silence, the suppression of the truth, or other device contrary to the plain rules of common honesty.* 23 Am J2d, Fraud, Section 2

7
**REPLY TO RESPONSE PLAINTIFF'S MOTION TO SANCTION COUNSEL**

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY**, mailed via US First Class Mail, to The United States District Court for the District of Arizona this 18th day of January, 2014, at - 2:50PM time. I certify that the following parties or their counsel (or pseudo counsel as alleged in this document) of record are registered as ECF Filers and that they will be served by the CM/ECF system: BANK OF AMERICA, NA, RECONTRUST, NA, BRIAN MOYNIHAN, SELECT PORTFOLIO SERVING, NA, TIMOTHY O'BRIEN, GERALD HASSELL AND BANK OF NEW YORK MELLON.

_____
Ivaylo Tsvetanov Dodev, Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone