Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

Pro Se

FILE ON DEMAND
FOR THE RECORD



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., ET AL<br><br>Defendants. | Case No. CV-13-02155-PHX-GMS<br><br>**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS RECONTRUST, N.A., BANK OF AMERICA, N.A., AND BRIAN T. MOYNIHAN'S REPLY IN SUPPORT OF MOTION TO DISMISS AND MOTION TO DISMISS**<br><br>January 27, 2014, 12:18AM<br><br>Hon. G Murray Snow |

Here comes, Plaintiff, Ivaylo Tsvetanov Dodev, *pro se*, ("Plaintiff"), pursuant to Rule 12(f) of the Fed. R. Civ. P. [for redundancy], and pursuant to Rule 802 of the Fed. R. Evid. [for hearsay], and pursuant to Rule 60(b)(3) of the Fed. R. Civ. P. [for fraud], and for non-cooperation with COURT'S ORDERS to confer with Plaintiff, Doc. 5 and Doc. 43, moves to strike the DEFENDANTS RECONTRUST, N.A., BANK OF AMERICA, N.A., AND BRIAN T. MOYNIHAN'S REPLY IN

1

PLAINTIFF'S MOTION TO STRIKE BANA REPLY AND MOTION

SUPPORT OF MOTION TO DISMISS ("Reply"), Doc. 61, along with their Motion to Dismiss, ("Motion"), Doc. 42.

**DEFENDANTS "REPLY" AND "MOTION" ARE IN DEFIANCE OF COURT ORDER, DOC. 5 AND DOC. 43 TO CONFER WITH PLAINTIFF**

Plaintiff is easily accessible, as he lives on his land, deprived from an opportunity to work and provide for his family in rapidly deteriorating health, as he is almost death with his left ear and is losing his sight on the left side due to ongoing minor strokes, while defending himself from purported lenders and 5 attorneys. His address is well known by the Defendants and it is a matter of public record, as he is the rightful owner in possession of his estate, and if counsel of Defendant truly intended a good faith effort to confer they would have used a means such as certified mail to establish permissible court evidence of their attempt. He has filed a Notarized Declaration, Doc. 26, signed under perjury that Defendants have not legally attempted to meet and confer with him, <u>as ordered</u>. Any unsubstantiated [untrue] statement[1] of the opposite, without admissible evidence is hearsay and fraud on the court.

---

[1] *Untrue statements amount to constructive fraud.*
<u>Thompson v. Houston</u>, 135 P.2d 834; 17 Wash 457
*Constructive fraud comprises all acts, omissions, and concealments involving a breach of legal or equitable duty, trust, or confidence which resulted in damage to another.* Re Arbuckle's Estate, 220 P.2d 950
*Fraud is defined as deceit, deception, artifice, or trickery operating prejudicially on the rights of another, and so intended, by inducing him to part with property or surrender some legal right. Also, anything calculated to deceive another to his prejudice and accomplishing the purpose, whether it be an act, a word, silence, the*

2
**PLAINTIFF'S MOTION TO STRIKE BANA REPLY AND MOTION**

## DEFENDANTS' "REPLY" IS REDUNDANT

Defendants, through counsel, continue to reiterate, "Court [cannot] exercise personal jurisdiction over Brian T. Moynihan," (Reply 1:27, 2:16-17), while having the audacity to allege that he was not duly served, "Dodev offers no evidence that Moynihan has been properly served", (Reply 2:24), when the record clearly shows a notarized affidavit of service, Doc. 16, in which Moynihan's authorized representative received the summons and the complaints according to Rule 4(e)2(C) of Fed. R. Civ. P., establishing personal jurisdiction over Moynihan according to Rule 7004(f)[1] of the Fed. R. Civ. P. In addition, being officers of the court, counsel should be very familiar with the fact that once they have pled on Moynihan's behalf he has made a general appearance, thus giving jurisdiction to the court. This is just one example of counsel's persistence disregard of law and process in their poorly executed attempt to place Moynihan above the law, just at the time when U.S. Attorney General Eric H. Holder, spoke today, January 24, 2014, in an interview with MSNBC "There are no institutions that are too big to indict," Holder said, "There are

/// /// ///

---

*suppression of the truth or other device contrary to the plain rules of common honesty.* 23 Am J2d, Fraud, Section 2

[1] (f) PERSONAL JURISDICTION. If the exercise of jurisdiction is consistent with the Constitution and laws of the United States, serving a summons or filing a waiver of service in accordance with this rule or the subdivisions of Rule 4 F.R.Civ.P. made applicable by these rules is effective to establish personal jurisdiction over the person of any defendant with respect to a case under the Code or a civil proceeding arising under the Code, or arising in or related to a case under the Code.

3

**PLAINTIFF'S MOTION TO STRIKE BANA REPLY AND MOTION**

no individuals [Moynihan] who are in such high level positions that they cannot be indicted" (emphasis added).[1]

Further, counsel alleges that Plaintiff did not provide any correspondence with Moynihan and thus "provides no support for this contention", (Reply 2:16). The court should take notice that counsel's inability to read the docket is not an excuse for submitting untrue statements, "one can take the horse to the water but cannot make him drink". Plaintiff provides more than U.S. Certified[2] letters; he even provides Lawful Notification Letters and Notice to Sue—duly served by a processor—in his genuine attempt to deter Defendants from their crime, Doc. 18-1,2(p. 60-61),3,4 and Doc. 56-2, prior to filing this Verified Action-at-Law.

Point "B" through "G" of "Reply" are redundant, reiteration of the "Motion" and the court should strike them down under Rule 12(f) of the Fed. R. Civ. P. Under point "C" counsel claims that Plaintiff did not tender[3] the outstanding balance,

/// /// ///

---

[1] http://www.reuters.com/article/2014/01/24/us-usa-holder-banks-indictments-idUSBREA0N13D20140124

[2] *If any such claim, statement, or other document is sent by United States registered mail, such registration shall be prima facie evidence that the claim, statement, or other document was delivered to the agency, office, or officer to which addressed, and the date of registration shall be deemed the postmark date.* Public Law 85-866, Section 89,(a)(1)

[3] The term "tender" as used in the books, denotes a legal OFFER, one which one party is under obligation to make and the other bound to accept. See: Duluth v. Knowlton, 42 Minn. 229; Patnote v. Sanders, 41 Vt. 66.

(Reply 4:22). In Doc. 56-2, page 4-6, **<u>Plaintiff is clear that a payment was tendered, dollar for dollar under UCC 3-603, and the lien was extinguished</u>**[1].

### DEFENDANTS "REPLY" AND "MOTION" ARE HEARSAY

Defendants, through counsel, each and every one of them, have not established standing under Rule 17(a) of the Fed. R. Civ. P. as party that hold any interest in Plaintiff's estate. They have submitted unofficial copies, <u>hearsay</u>, Doc. 42-1, 42-2, 42-3 and 42-4 of purported contract and assignment, documents that Plaintiff have revoked for FRAUD[2], Doc. 18-3, Exhibit "J", under Exhibits to Complaint and Doc. 56-6, and alleged in his Complaint that they are not binding. Further, it is clear from counsel's Motion, p. 10:5-12, and Reply, p. 8:13, since they failed to counter allegations that fraud was perpetrated but only brought up the statutes of limitations, Defendants agreed with Plaintiff that all documents are fraud in the factum [from the cradle to grave] "Fraud vitiates even the most solemn promise to pay," see <u>U .S. vs. Throckmorton</u>, 98U .S .61,65. If the contract is *Void ab initio*, there was never a contract to begin with. The Deed of Trust was a purported contract, initiated to commit a crime, signed only by Plaintiff and is rendered null as promise to pay

---

[1] A tender of the proper amount due, even if rejected, extinguishes the lien and precludes foreclosure (See, e.g. Winnett v. Roberts, supra, 179 Cal App. 3d 909, 902, Lich tv v. Whitney, supra, 80 Cal. App 2d 696, 701)

[2] Fraud is defined as deceit, deception, artifice, or trickery operating prejudicially on the rights of another, and so intended, by inducing him to part with property or surrender some legal right. Also, anything calculated to deceive another to his prejudice and accomplishing the purpose, whether it be an act, a word, silence, the suppression of the truth or other device contrary to the plain rules of common honesty. 23 Am J2d, Fraud, Section 2

5
**PLAINTIFF'S MOTION TO STRIKE BANA REPLY AND MOTION**

without proper transfer of the Note, governed under the U.C.C. No one can contract to commit a crime, it would be void; State v. Baltimore & O. R. Co.

## DEFENDANTS THROUGH COUNSEL ARE COMMITTING FRAUD UPON THE COURT

In Demjanjule v. Petrovsky, 10 F. 3d 338 at 352 (6th Cir 1993), the court relying upon Professor Moore's frequently cited definition of fraud upon the court. Professor Moore explained fraud upon the court as follows: "Fraud upon the court should...embrace only that species of fraud which does or attempts to, subvert the integrity of the court itself, or is a fraud perpetrated by officers of the court, so that the judicial machinery cannot perform in the usual manner its impartial task of adjudging cases that are presented for adjudication, and relief should be denied in the absence of such conduct."[1]

In Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated "Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted."

---

[1] While an attorney should represent his client with singular loyalty, that loyalty obviously does not demand that he act dishonestly or fraudulently: on the contrary, his loyalty to the court, as an officer thereof, demands integrity and honest dealing with the court. And when he departs from that standard in conduct of a case, he perpetrates fraud upon the court.

6
**PLAINTIFF'S MOTION TO STRIKE BANA REPLY AND MOTION**

Defendants, each and every one, through counsel have been consistent in their trajectory to deter this court from giving Plaintiff constitutional trial under 28 U.S.C. § 1331, 1367 and 1391(b)(2), (c) and (d), 18 U.S.C. § 1341, 31 U.S.C. § 3729(a), and the Bill of Rights of the Constitution for the United States of America, in particular Amendment I, V, VII and XIV, a right he has invoked, by swaying the court into statuary law[1]. They have utterly disregarded Plaintiff's judicial notice in his complaint, Doc. 18, Memorandum, Exhibits, and Judicial Cognizance, Doc. 18-1-4, 53, 53-1, 56-1, and the fact that Plaintiff is in possession of his land under patent issued under the great seal of the United Sates, signed by the President, Doc. 18-2.

Counsel main argument is that this court can do as it pleases under Arizona law "Dodev has provided no authority superseding Arizona law supporting a trustee's right to conduct a foreclosure sale", (Reply 7:1-2). Nothing further from the truth, established by the preponderance of evidence Plaintiff has submitted in this Verified Action-at-Law. Counsel, through sham[2] legal process, places this court under a great danger of violating Plaintiff's right of fair trial[3] and is liable for extrinsic[1] Fraud

---

[1] "Where rights as secured by the Constitution are involved, there can be no rule making or legislation which will abrogate them." <u>Miranda v. Ariz.</u>, 384 U.S. 436 at 491 (1966).

[2] BALLANTINE'S LAW DICTIONARY, 3rd ed. At 1171 defines [sham] several ways: As an adjective: False, counterfeit, pretended, feigned, unreal. As a noun: Deception; any trick or fraudulent device that disappoints; a make-believe imposition; a humbug. Id citing <u>Williams v. Territory</u>, 13 Ariz 27, 108P 243. See also West's Wordsand Phrases,vol.39 at262.

[3] *Right to fair trial is basic requirement of due process and includes right of unbaised judge.* <u>Haupt v. Dillard</u>, 17 F3d 285 (9th Cir. 1994)

7
**PLAINTIFF'S MOTION TO STRIKE BANA REPLY AND MOTION**

Upon the Court. Craftily and maliciously, counsel evaded Plaintiff's succession rights in the land patent[2] of his private land, as described in his complaint and Doc. 56, knowing that foreclosure under a color of title[3] [Warranty Deed] cannot stand against a Land Patent. A grant of land, made Patent, is a public law standing on the books of the State and is notice to every subsequent purchaser under any conflicting sale made afterward. Wineman v. Gastrell, 53 FED 697, 2 US App. 581.

Counsel has placed this court under a great danger, wantonly and maliciously, knowing that the court <u>is bound by the supremacy clause of the Constitution</u> to uphold the treaty making Plaintiff's Patent a statutory limitation throughout the land. Wineman v. Gastrell, 53 FED 697, 2 US App. 581, concealing the facts that in the

---

*Depriving one of property without just compensation is a denial of due process of law.* Hoffman v. Stevens, 177 F.Supp. 808 (1959)
*There should be no arbitrary deprivation of life or liberty, or arbitrary spoilation of property.* Barber v. Connolly, 113 U.S. 27, 31
*The due process clause of the Fifth Amendment guarantees to each citizen the equal protection of the laws and prohibits a denial thereof by any Federal official.* Bolling v. Sharpe, 327 U.S. 497
*Due process clause not only applies when one's physical liberty is threatened but also where a person's good name, reputation, honor or integrity are at stake.* Gotkin v. Miller, 514 F.2d 125 (1975)
*Constitutional right of access to courts applies to civil as well as constitutional claims.* Jackson v. Procunier, 789 F.2d 307 (1986)

[1] Fraud that induces a person not to present a case or deprives a person of the opportunity to be heard. Id. 358 S.C. at 19, 594 S.E.2d at 483 (citing Chewning, 354 S.C. at 81, 579 S.E.2d 610).

[2] The Land Patent is the only form of perfect title to land available in the United States. Wilcox v. Jackson, 38 US 498; 10 L.Ed. 264

[3] However, a "Warranty Deed" is merely a "color of title"; and, color of title can mean: "that which in appearance is title, but which in reality is no title". Howth v. Farrar, C.C.A. Tex.; 94 F.2d 654, 658; McCoy v. Lowrie, 42 Wash. 2d 24, Black's Law Sixth Ed.

8
**PLAINTIFF'S MOTION TO STRIKE BANA REPLY AND MOTION**

history of the Nine Circuit no Land Patent has ever lost an appellate review in the courts. As a matter of fact, in <u>Summa Corp. v California</u>, 466 US 198 the Supreme Court **<u>ruled forever that the Land Patent would always win</u>** over any other form of title, making the court liable for mistrial. In that case the land in question was tidewater land and California's claim was based on California's constitutional right to all tidewater lands, but the patent stood supreme even against California's Constitution.

**THEREFORE,** Plaintiff moves the court to STRIKE the "Motion" and the "Reply" according to Court ORDER, Doc. 5 and 43, and for Redundancy, Hearsay and Fraud Upon the Court[1], as pleaded herein and the docket shows.

Respectfully submitted on this 27th day of January, 2014.

/s/ Ivaylo Dodev

Ivaylo Tsvetanov Dodev, ARR, Pro Se Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax

---

[1] <u>Thompson v. Houston</u>, 135 P.2d 834; 17 Wash 457
*Constructive fraud comprises all acts, omissions, and concealments involving a breach of legal or equitable duty, trust, or confidence which resulted in damage to another.* Re Arbuckle's Estate, 220 P.2d 950
*Anything calculated to deceive another to his prejudice and accomplishing the purpose, whether it be an act, a word, silence, the suppression of the truth, or other device contrary to the plain rules of common honesty.* 23 Am J2d, Fraud, Section 2

9
**PLAINTIFF'S MOTION TO STRIKE BANA REPLY AND MOTION**

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY,** hand delivered to The United States District Court for the District of Arizona this 27th day of January, 2014, at /2:/8P/ time. I certify that the following parties or their counsel (or pseudo counsel as alleged in this action) of record are registered as ECF Filers and that they will be served by the CM/ECF system: BANK OF AMERICA, NA, RECONTRUST, NA, BRIAN MOYNIHAN, SELECT PORTFOLIO SERVING, NA, TIMOTHY O'BRIEN, GERALD HASSELL AND BANK OF NEW YORK MELLON.

_/s/ Ivaylo Dodev_
Ivaylo Tsvetanov Dodev, Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax

10
PLAINTIFF'S MOTION TO STRIKE BANA REPLY AND MOTION