# EXHIBIT B

Case 2:13-cv-02155-DLR   Document 66-2   Filed 02/13/14   Page 1 of 2

## Daley, Nicole

**From:** Moores, Eric
**Sent:** Wednesday, November 27, 2013 4:54 PM
**To:** 'dodev@hotmail.com'
**Subject:** Dodev v. ReconTrust, et al (Meet and Confer Letter)
**Attachments:** DODEV - Meet and Confer re Claims-v1.PDF

Mr. Dodev,

Attached is our Meet and Confer letter in accordance with Judge Snow's order. Please let me know if you have any trouble viewing it.

Thanks,
Eric M. Moores

Bryan Cave LLP
Two N. Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
602-364-7493
moorese@bryancave.com

1