# EXHIBIT C

## Daley, Nicole

**From:** Moores, Eric
**Sent:** Monday, December 02, 2013 1:18 PM
**To:** 'dodev@hotmail.com'
**Cc:** Neumeyer, Coree
**Subject:** Dodev v. ReconTrust, et al.

Mr. Dodev,

We did not receive a response to our meet and confer letter, so we are not sure whether you intend to amend your complaint or dismiss any of your claims. Accordingly, we need additional time to complete the meet and confer requirement ordered by Judge Snow. Would you agree to stipulate to extend the complaint response deadline until December 13, 2013, to allow both sides to comply with Judge's Snow's order?

As the current deadline is today, please let me know ASAP if you will agree to an extension. If we do not hear from you by 5:00 p.m. today, then we will proceed to file a motion seeking the extension.

Thanks,
Eric M. Moores

Bryan Cave LLP
Two N. Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
602-364-7493
moorese@bryancave.com

1