# EXHIBIT E

## Daley, Nicole

| | |
|---|---|
| **From:** | Moores, Eric |
| **Sent:** | Tuesday, December 03, 2013 10:16 AM |
| **To:** | 'I D' |
| **Cc:** | Neumeyer, Coree |
| **Subject:** | RE: Dodev v. ReconTrust, et al. |
| **Attachments:** | DODEV - Meet and Confer re Claims-v1.PDF |

Mr. Dodev,

I'll check and see if we can track down what happened to the letter we mailed. Since it was being sent locally, I'd imagine it should be there by now, even with the holiday last week. On November 27th, we emailed a PDF of the letter to this email address, and we also mailed a hard copy to the address on file with the court (6312 South 161st Way, Gilbert, AZ 85298). Is that the correct mailing address?

I've attached a copy of the letter to this email. Let me know if you have any trouble viewing it.

Also, we filed a motion for an extension of the complaint response deadline last night. The new deadline will be December 13th, which should give both sides enough time to satisfy Judge Snow's meet and confer order.

Thanks,
Eric M. Moores

Bryan Cave LLP
Two N. Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
602-364-7493
moorese@bryancave.com

---

**From:** I D [mailto:dodev@hotmail.com]
**Sent:** Tuesday, December 03, 2013 7:30 AM
**To:** Moores, Eric
**Subject:** Re: Dodev v. ReconTrust, et al.

Mr. Moores,
You have never send a meet and confer letter OR I have never received one. I was waiting last night to check my mail before I reply to your email. The mail come closet to 7PM and there was no letter from you. You should look at your return receipt and contact the post office if you believe you have sent a letter.
There is no good cause shown in order for me to consider stipulating to a second extension of time. Not following process or ignorance of the law is not a good cause. I have filed my complaint on October 23 and the defendants' have been served shortly after.
Regards,
Ivo

**From:** Moores, Eric
**Sent:** Monday, December 02, 2013 1:18 PM
**To:** dodev@hotmail.com
**Cc:** Neumeyer, Coree
**Subject:** Dodev v. ReconTrust, et al.

1

Mr. Dodev,

We did not receive a response to our meet and confer letter, so we are not sure whether you intend to amend your complaint or dismiss any of your claims. Accordingly, we need additional time to complete the meet and confer requirement ordered by Judge Snow. Would you agree to stipulate to extend the complaint response deadline until December 13, 2013, to allow both sides to comply with Judge's Snow's order?

As the current deadline is today, please let me know ASAP if you will agree to an extension. If we do not hear from you by 5:00 p.m. today, then we will proceed to file a motion seeking the extension.

Thanks,
Eric M. Moores

Bryan Cave LLP
Two N. Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
602-364-7493
moorese@bryancave.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2013