FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 1 3 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

Ivaylo Tsvetanov Dodev,

c/o 6312 South 161ˢᵗ Way
      Gilbert, Arizona
      (480) 457-8888 Phone
      (480) 457-8887 Facsimile
      dodev@hotmail.com

Pro Se

**FILE ON DEMAND
FOR THE RECORD**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,** | **Case No.  CV-13-02155-PHX-GMS** |
| **Plaintiff,** | **PLAINTIFF'S APPOINTMENT OF FIDUCIARY/TRUSTEE AND** |
| **vs.** | **NOTICE OF FILING APPOINTMENT OF FIDUCIARY/TRUSTEE** |
| **RECONTRUST COMPANY, N.A., ET AL** | |
| **Defendants.** | **(Body of law supporting Appointment of Fiduciary/Trustee filed concurrently herewith)** |
| | Time: _11:57_ |
| | **Hon. G Murray Snow** |

Here comes Plaintiff, Ivaylo Tsvetanov Dodev, *pro se*, ("Plaintiff"), and respectfully **FILES APPOINTMENT OF FIDUCIARY/TRUSTEE** and gives this Court **NOTICE OF FILING APPOINTMENT OF FIDUCIARY/TRUSTEE**, in response to Defendants' ongoing collection efforts to enforce a "loan" that has been satisfied in full through legal means alleged in this Verified Action-at-Law, with the

1

**PLAINTIFF'S APPOINTMENT OF FIDUCIARY/TRUSTEE**

use of a Non Judicial Trustee Sale, TS: # 2011-75989, committing sham legal process and GRAND THEFT.

Plaintiff hereby appoints the following attorneys:

A. **BRIAN T. MOYNIHAN, JD**;
B. **SEAN K. MCELENNEY**, Arizona Bar No. 016987;
C. **COREE E. NEUMEYER**, Arizona Bar No. 025787;
D. **ERIC M. MOORES**, Arizona Bar No. 028280;
E. **BRYAN CAVE LLP**, Arizona Bar No. 00145700;
F. **KIM R. LEPORE**, Arizona Bar No. 019130;
G. **BRADFORD E. KLEIN**, Arizona Bar No. 027720;
H. **WRIGHT, FINLAY & ZAK, LLP**;
I. **JASON H. MILLER**, Utah Bar No. 09991;
J. **CANDICE PITCHER**, Utah Bar No. 10183;
K. **KEVIN W. WARREN**, Utah Bar No. 10455;
L. **DAVID A RECKSIEK**, Utah Bar No. 12213;

**and:   ALL OF THE INDIVIDUAL "BAR CARD HOLDERS" ATTORNEYS OR OFFICERS OF SELECT PORTFOLIO SERVICING INC. AND BANK OF AMERICA, N.A., AND THEIR SUCCESSORS as FIDUCIARY/TRUSTEE for this matter** (*see* EXHIBIT "A" attached hereto and made a part hereof).

Respectfully submitted on this 13th day of February, 2014.

*Ivaylo Dodev*

**Ivaylo Tsvetanov Dodev**, ARR, *Pro Se* Plaintiff
*Without recourse/prejudice*
Beneficiary in *sui juris* UCC 1-308
**6312 South 161st Way, Gilbert, Arizona**
**(480) 457-8888 Phone**

2
**PLAINTIFF'S APPOINTMENT OF FIDUCIARY/TRUSTEE**

**CERTIFICATE OF SERVICE**

**ORIGINAL** and **ONE COPY** of the forgoing, along with the Exhibits is hand-delivered to The United States District Court for the District of Arizona this 13th day of February, 2014. I certify that the following parties or their counsel of record, and pseudo counsel, are registered as ECF Filers and that they will be served by the CM/ECF system: BANK OF AMERICA, NA, RECONTRUST, NA, BRIAN MOYNIHAN, SELECT PORTFOLIO SERVING, NA, TIMOTHY O'BRIEN, GERALD HASSELL, BANK OF NEW YORK MELLON, BRYAN CAVE LLP, WRIGHT AND FINLAY & ZAK, LLP.

JASON H. MILLER, CANDICE PITCHER, KEVIN W. WARREN, DAVID A RECKSIEK, AND BRIAN T. MOYNIHAN, JD are served with the forgoing, along with the Exhibits through their elected counsel in this Verified Action-at-Law and through First Class US Mail on the 13th day of February, 2014.

_Ivaylo Dodev_

**Ivaylo Tsvetanov Dodev, Plaintiff**
**6312 South 161st Way, Gilbert, Arizona**
**(480) 457-8888 Phone**

3
**PLAINTIFF'S APPOINTMENT OF FIDUCIARY/TRUSTEE**

**EXHIBIT "A"**

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

| **Part I** | Identification |
| --- | --- |

Name of person for whom you are acting (as shown on the tax return)

**Ivaylo Tsvetanov Dodev**

Identifying number

~~XXXXX~~5066

Decedent's social security no.

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 6312 South 161st Way**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Gilbert, Arizona [85298]**

Fiduciary's name

**BRIAN T. MOYNIHAN, JD, Federal "Trustee" and "Public Office"**

Address of fiduciary (number, street, and room or suite no.)

**100 North Tryon Street**

City or town, state, and ZIP code

**Charlotte, North Carolina 28255**

Telephone number (optional)

( **704** )    **386-5681**

## Section A. Authority

**1** Authority for fiduciary relationship. Check applicable box:
**a** ☐ Court appointment of testate estate (valid will exists)
**b** ☐ Court appointment of intestate estate (no valid will exists)
**c** ☐ Court appointment as guardian or conservator
**d** ☐ Valid trust instrument and amendments
**e** ☐ Bankruptcy or assignment for the benefit or creditors
**f** ☑ Other. Describe ▶  <u>Assignment in the US District Court for the District of AZ, CV-13-02155-PHX-GMS, for Settlement per the Law</u>
**2a** If box 1a or 1b is checked, enter the date of death ▶ - - - - - - - - - - - - - - - - - - - -
**2b** If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ - - - - - - - - - - - - - -

## Section B. Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☑ Income   ☐ Gift ☑ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☑ Other (describe) ▶ <u>Settlement of all issued Commercial Securities, Certificates, Licenses for the Rents DUE</u>

**4** Federal tax form number (check all that apply): **a**☐ 706 series **b**☐ 709 **c**☐ 940 **d**☐ 941, 943, 944
**e**☐ 1040, 1040-A, or 1040-EZ **f** ☐ 1041 **g**☐ 1120 **h**☐ Other (list) ▶ - - - - - - - - - - - - - - - - - -

**5** If your authority as a fiduciary does not cover all years or tax periods, check here   .   .   .   .   .   .   .   .   .   .   ▶ ☐
and list the specific years or periods ▶ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**6** If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box  .   .   .   .   ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
| --- | --- | --- | --- |
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.    Cat. No. 16375I    Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)

Page **2**

| **Part II** | **Court and Administrative Proceedings** | | |
|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

Address of court

**401 West Washington Street, Suite 130, SPC 1**

City or town, state, and ZIP code

**Phoenix, Arizona 85003-2118**

Date proceeding initiated

**10/23/2013**

Docket number of proceeding

**CV-13-02155-PHX-GMS**

| Date | Time | ☑ a.m. ☐ p.m. | Place of other proceedings |
|---|---|---|---|
| **02/13/2014** | **10:00** | | |

| **Part III** | **Signature** |
|---|---|

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ _____    _____    _____
Fiduciary's signature                          Title, if applicable                    Date

Form **56** (Rev. 12-2011)

The original Assignor signed Form 56 - Fiduciary contract is to remain with the ASSIGNOR, therefore with this copy you have 3 day as your Right to choose, to sign the contract or not to sign but if you chose not to sign you are then required to vacate your present office of American Maritime Commercial Monetary Fiduciary responsibility because you have dishonored the Office. Either way after 3 days; a copy of the accepted or rejected decision is require to be returned to the ASSIGNOR. Upon acceptance it is then under the 3 day Rule of Law to have it resolved or settled; with all remaining RES-I-DUE returned to the ASSIGNOR.

As the ASSIGNEE / RE-ASSIGNEE of this Fiduciary Action, you are now under a Form of exposure to the Law that is needed to bring about the Resolve and Settlement of the above identified Civil "Maritime Commercial" Court Case, for the proper disposition of the Residue.

This action is the original LESSOR's demand for Rent Due from the government LESSEES per the government Maritime Commercial Monetary Securities addressed in this Admiralty case by this Office and Flag of Land Admiral, the Maritime EXECUTOR; also known as the original Assignor/Re-assignor/Assertor.

Assignor/Re-assignor/Assertor: _____

*(Under seal and bounded Landmarks-*
*The two index witnesses of the Body/State of Man)*

Ivaylo T: Dodev

Left        Right

A signed copy by you as the ASSIGNEE of this Fiduciary contract is to be returned to the ASSIGNOR, of living substance.

**Ivaylo T: Dodev**
c/o 6312 South 161st Way
Gilbert, Arizona [85298]

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**    Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **Ivaylo Tsvetanov Dodev** | ████5066 | |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 6312 South 161st Way**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Gilbert, Arizona [85298]**

Fiduciary's name

**SEAN K. MCELENNEY, Federal "Trustee" and "Public Office"**

Address of fiduciary (number, street, and room or suite no.)

**Two North Central Avenue, Suite 2200**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Phoenix, Arizona 85004-4406** | ( **602** )  **364-7000** |

### Section A.  Authority

**1**   Authority for fiduciary relationship. Check applicable box:

a  ☐ Court appointment of testate estate (valid will exists)
b  ☐ Court appointment of intestate estate (no valid will exists)
c  ☐ Court appointment as guardian or conservator
d  ☐ Valid trust instrument and amendments
e  ☐ Bankruptcy or assignment for the benefit or creditors
f  ☑ Other. Describe ▶ <u>Assignment in the US District Court for the District of AZ, CV-13-02155-PHX-GMS, for Settlement per the Law</u>
**2a**  If box 1a or 1b is checked, enter the date of death ▶ -------------------------------
**2b**  If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ -------------------------

### Section B.  Nature of Liability and Tax Notices

**3**   Type of taxes (check all that apply):  ☑ Income   ☐ Gift  ☑ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☑ Other (describe) ▶ <u>Settlement of all issued Commercial Securities, Certificates, Licenses for the Rents DUE</u>

**4**   Federal tax form number (check all that apply):  a☐ 706 series  b☐ 709  c☐ 940  d☐ 941, 943, 944
e☐ 1040, 1040-A, or 1040-EZ  f ☐ 1041  g☐ 1120  h☐ Other (list) ▶ --------------------------------------

**5**   If your authority as a fiduciary does not cover all years or tax periods, check here  .   .   .   .   .   .   .   .   .   ▶ ☐
and list the specific years or periods ▶ -----------------------------------------------------------------

**6**   If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box  .   .   .   .  ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.    Cat. No. 16375I    Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)

Page **2**

| Part II | Court and Administrative Proceedings |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | 10/23/2013 |
| Address of court | Docket number of proceeding |
| 401 West Washington Street, Suite 130, SPC 1 | CV-13-02155-PHX-GMS |

| City or town, state, and ZIP code | Date | Time | ☑ a.m. | Place of other proceedings |
|---|---|---|---|---|
| Phoenix, Arizona 85003-2118 | 02/13/2014 | 10:00 | ☐ p.m. | |

Form **56** (Rev. 12-2011)

| Part III | Signature |
|---|---|

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ _____      _____      _____
  Fiduciary's signature                    Title, if applicable                    Date

The original Assignor signed Form 56 - Fiduciary contract is to remain with the ASSIGNOR, therefore with this copy you have 3 day as your Right to choose, to sign the contract or not to sign but if you chose not to sign you are then required to vacate your present office of American Maritime Commercial Monetary Fiduciary responsibility because you have dishonored the Office. Either way after 3 days; a copy of the accepted or rejected decision is require to be returned to the ASSIGNOR. Upon acceptance it is then under the 3 day Rule of Law to have it resolved or settled; with all remaining RES-I-DUE returned to the ASSIGNOR.

As the ASSIGNEE / RE-ASSIGNEE of this Fiduciary Action, you are now under a Form of exposure to the Law that is needed to bring about the Resolve and Settlement of the above identified Civil "Maritime Commercial" Court Case, for the proper disposition of the Residue.

This action is the original LESSOR's demand for Rent Due from the government LESSEES per the government Maritime Commercial Monetary Securities addressed in this Admiralty case by this Office and Flag of Land Admiral, the Maritime EXECUTOR; also known as the original Assignor/Re-assignor/Assertor.

**Assignor/Re-assignor/Assertor:** _____

*(Under seal and bounded Landmarks-*
*The two index witnesses of the Body/State of Man)*

Ivaylo T: Dodev

Left        Right

A signed copy by you as the ASSIGNEE of this Fiduciary contract is to be returned to the ASSIGNOR, of living substance.

**Ivaylo T: Dodev**
c/o 6312 South 161st Way
Gilbert, Arizona [85298]

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I    Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **Ivaylo Tsvetanov Dodev** | ▓▓▓5066 | |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 6312 South 161st Way**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Gilbert, Arizona [85298]**

Fiduciary's name

**COREE E. NEUMEYER, Federal "Trustee" and "Public Office"**

Address of fiduciary (number, street, and room or suite no.)

**Two North Central Avenue, Suite 2200**

City or town, state, and ZIP code

**Phoenix, Arizona 85004-4406**

Telephone number (optional)

( **602** )    **364-7000**

## Section A.  Authority

1   Authority for fiduciary relationship. Check applicable box:
a   ☐  Court appointment of testate estate (valid will exists)
b   ☐  Court appointment of intestate estate (no valid will exists)
c   ☐  Court appointment as guardian or conservator
d   ☐  Valid trust instrument and amendments
e   ☐  Bankruptcy or assignment for the benefit or creditors
f   ☑  Other. Describe ▶   **Assignment in the US District Court for the District of AZ, CV-13-02155-PHX-GMS, for Settlement per the Law**
2a  If box 1a or 1b is checked, enter the date of death ▶
2b  If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

## Section B.  Nature of Liability and Tax Notices

3   Type of taxes (check all that apply):  ☑ Income   ☐ Gift  ☑ Estate   ☐ Generation-skipping transfer    ☐ Employment
    ☐ Excise    ☑ Other (describe) ▶  **Settlement of all issued Commercial Securities, Certificates, Licenses for the Rents DUE**

4   Federal tax form number (check all that apply):  a ☐ 706 series  b ☐ 709   c ☐ 940   d ☐ 941, 943, 944
    e ☐ 1040, 1040-A, or 1040-EZ  f ☐ 1041   g ☐ 1120  h ☐ Other (list) ▶

5   If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  .  .  ▶ ☐
    and list the specific years or periods ▶

6   If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box  .  .  .  .  ▶ ☐
    and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
    form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

**For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.**          Cat. No. 16375I          Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)

Page **2**

| **Part II** | **Court and Administrative Proceedings** | | | | |
|---|---|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | | |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | | 10/23/2013 | | |
| Address of court | | | Docket number of proceeding | | |
| 401 West Washington Street, Suite 130, SPC 1 | | | CV-13-02155-PHX-GMS | | |
| City or town, state, and ZIP code | Date | Time | ☑ a.m. | Place of other proceedings | |
| Phoenix, Arizona 85003-2118 | 02/13/2014 | 10:00 | ☐ p.m. | | |

| **Part III** | **Signature** |
|---|---|

**Please Sign Here** ▶

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

_____     _____     _____

Fiduciary's signature                              Title, if applicable                    Date

Form **56** (Rev. 12-2011)

The original Assignor signed Form 56 - Fiduciary contract is to remain with the ASSIGNOR,

therefore with this copy you have 3 day as your Right to choose, to sign the contract or not to sign

but if you chose not to sign you are then required to vacate your present office of American

Maritime Commercial Monetary Fiduciary responsibility because you have dishonored the Office.

Either way after 3 days; a copy of the accepted or rejected decision is require to be returned

to the ASSIGNOR. Upon acceptance it is then under the 3 day Rule of Law to have it resolved or settled;

with all remaining RES-I-DUE returned to the ASSIGNOR.


As the ASSIGNEE / RE-ASSIGNEE of this Fiduciary Action, you are now under a Form of exposure

to the Law that is needed to bring about the Resolve and Settlement of the above identified

Civil "Maritime Commercial" Court Case, for the proper disposition of the Residue.

This action is the original LESSOR's demand for Rent Due from the government LESSEES per the

government Maritime Commercial Monetary Securities addressed in this Admiralty case by this Office

and Flag of Land Admiral, the Maritime EXECUTOR; also known as the original Assignor/Re-

assignor/Assertor.

Assignor/Re-assignor/Assertor: _____

*(Under seal and bounded Landmarks-*                    Ivaylo T: Dodev
*The two index witnesses of the Body/State of Man)*            Left          Right


A signed copy by you as the ASSIGNEE of this Fiduciary contract is to be returned to the ASSIGNOR, of living substance.

**Ivaylo T: Dodev**
c/o 6312 South 161st Way
Gilbert, Arizona [85298]

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**   Identification

Name of person for whom you are acting (as shown on the tax return)

**Ivaylo Tsvetanov Dodev**

Identifying number

███-5066

Decedent's social security no.

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 6312 South 161st Way**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Gilbert, Arizona [85298]**

Fiduciary's name

**ERIC M. MOORES, Federal "Trustee" and "Public Office"**

Address of fiduciary (number, street, and room or suite no.)

**Two North Central Avenue, Suite 2200**

City or town, state, and ZIP code

**Phoenix, Arizona 85004-4406**

Telephone number (optional)

( **602** )   **364-7000**

## Section A. Authority

**1**  Authority for fiduciary relationship. Check applicable box:

**a**  ☐ Court appointment of testate estate (valid will exists)

**b**  ☐ Court appointment of intestate estate (no valid will exists)

**c**  ☐ Court appointment as guardian or conservator

**d**  ☐ Valid trust instrument and amendments

**e**  ☐ Bankruptcy or assignment for the benefit or creditors

**f**  ☑ Other. Describe ▶ **Assignment in the US District Court for the District of AZ, CV-13-02155-PHX-GMS, for Settlement per the Law**

**2a**  If box 1a or 1b is checked, enter the date of death ▶ - - - - - - - - - - - - - - - - -

**2b**  If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ - - - - - - - - - - -

## Section B. Nature of Liability and Tax Notices

**3**  Type of taxes (check all that apply):  ☑ Income  ☐ Gift  ☑ Estate  ☐ Generation-skipping transfer  ☐ Employment
  ☐ Excise  ☑ Other (describe) ▶ **Settlement of all issued Commercial Securities, Certificates, Licenses for the Rents DUE**

**4**  Federal tax form number (check all that apply):  **a**☐ 706 series  **b**☐ 709  **c**☐ 940  **d**☐ 941, 943, 944
  **e**☐ 1040, 1040-A, or 1040-EZ  **f**☐ 1041  **g**☐ 1120  **h**☐ Other (list) ▶ - - - - - - - - - - - - - - - -

**5**  If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  .  ▶ ☐
  and list the specific years or periods ▶ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**6**  If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box  .  .  .  .  ▶ ☐
  and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
  form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a |  | 4b |  |
| 4c |  | 4d |  |
| 4e |  | 4f |  |
| 4g |  | 4h: |  |
| 4h: |  | 4h: |  |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.

Cat. No. 16375I

Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)

Page **2**

| Part II | Court and Administrative Proceedings | | |
|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated | |

Address of court
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

**10/23/2013**

Docket number of proceeding

**401 West Washington Street, Suite 130, SPC 1**

**CV-13-02155-PHX-GMS**

| City or town, state, and ZIP code | Date | Time | ☑ a.m. | Place of other proceedings |
|---|---|---|---|---|
| **Phoenix, Arizona 85003-2118** | 02/13/2014 | 10:00 | ☐ p.m. | |

| Part III | Signature |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

▶ _____    _____    _____
Fiduciary's signature                        Title, if applicable                    Date

Form **56** (Rev. 12-2011)

The original Assignor signed Form 56 - Fiduciary contract is to remain with the ASSIGNOR,
therefore with this copy you have 3 day as your Right to choose, to sign the contract or not to sign
but if you chose not to sign you are then required to vacate your present office of American
Maritime Commercial Monetary Fiduciary responsibility because you have dishonored the Office.
Either way after 3 days; a copy of the accepted or rejected decision is require to be returned
to the ASSIGNOR. Upon acceptance it is then under the 3 day Rule of Law to have it resolved or settled;
with all remaining RES-I-DUE returned to the ASSIGNOR.

As the ASSIGNEE / RE-ASSIGNEE of this Fiduciary Action, you are now under a Form of exposure
to the Law that is needed to bring about the Resolve and Settlement of the above identified
Civil "Maritime Commercial" Court Case, for the proper disposition of the Residue.
This action is the original LESSOR's demand for Rent Due from the government LESSEES per the
government Maritime Commercial Monetary Securities addressed in this Admiralty case by this Office
and Flag of Land Admiral, the Maritime EXECUTOR; also known as the original Assignor/Re-
assignor/Assertor.

Assignor/Re-assignor/Assertor: _____

*(Under seal and bounded Landmarks-*
*The two index witnesses of the Body/State of Man)*

Ivaylo T: Dodev

Left        Right

A signed copy by you as the ASSIGNEE of this Fiduciary contract is to be returned to the ASSIGNOR, of living substance.

**Ivaylo T: Dodev**
c/o 6312 South 161st Way
Gilbert, Arizona [85298]

| Form **56**<br>(Rev. December 2011)<br>Department of the Treasury<br>Internal Revenue Service | **Notice Concerning Fiduciary Relationship**<br><br>(Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |
|---|---|---|

| **Part I** | **Identification** |

| Name of person for whom you are acting (as shown on the tax return)<br>**Ivaylo Tsvetanov Dodev** | Identifying number<br>▓▓▓▓5066 | Decedent's social security no. |
|---|---|---|

Address of person for whom you are acting (number, street, and room or suite no.)
**c/o 6312 South 161st Way**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Gilbert, Arizona [85298]**

Fiduciary's name
**BRYAN CAVE LLP, Federal "Trustee" and "Public Office"**

Address of fiduciary (number, street, and room or suite no.)
**Two North Central Avenue, Suite 2200**

| City or town, state, and ZIP code<br>**Phoenix, Arizona 85004-4406** | Telephone number (optional)<br>( **602** )    **364-7000** |
|---|---|

### Section A.  Authority

**1** Authority for fiduciary relationship. Check applicable box:
**a** ☐ Court appointment of testate estate (valid will exists)
**b** ☐ Court appointment of intestate estate (no valid will exists)
**c** ☐ Court appointment as guardian or conservator
**d** ☐ Valid trust instrument and amendments
**e** ☐ Bankruptcy or assignment for the benefit or creditors
**f** ☑ Other. Describe ▶  **Assignment in the US District Court for the District of AZ, CV-13-02155-PHX-GMS, for Settlement per the Law**
**2a** If box 1a or 1b is checked, enter the date of death ▶ ------------------------
**2b** If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ -----------------

### Section B.  Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☑ Income  ☐ Gift  ☑ Estate  ☐ Generation-skipping transfer  ☐ Employment
☐ Excise  ☑ Other (describe) ▶  **Settlement of all issued Commercial Securities, Certificates, Licenses for the Rents DUE**

**4** Federal tax form number (check all that apply): **a**☐ 706 series  **b**☐ 709  **c**☐ 940  **d**☐ 941, 943, 944
**e**☐ 1040, 1040-A, or 1040-EZ  **f** ☐ 1041  **g**☐ 1120  **h**☐ Other (list) ▶ --------------------------

**5** If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  .  ▶ ☐
and list the specific years or periods ▶ ------------------------------------------------

**6** If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box  .  .  .  .  .  ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the form number.

**Complete only if the line 6 box is checked.**

| If this item<br>is checked: | Enter year(s) or period(s) | If this item<br>is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

| For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions. | Cat. No. 16375I | Form **56** (Rev. 12-2011) |
|---|---|---|

Form 56 (Rev. 12-2011)

Page **2**

| **Part II** | **Court and Administrative Proceedings** | | | | |
|---|---|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | | Date proceeding initiated | |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | | | | 10/23/2013 |
| Address of court | | | | Docket number of proceeding | |
| 401 West Washington Street, Suite 130, SPC 1 | | | | | CV-13-02155-PHX-GMS |
| City or town, state, and ZIP code | | Date | Time | ☑ a.m. | Place of other proceedings |
| Phoenix, Arizona 85003-2118 | | 02/13/2014 | 10:00 | ☐ p.m. | |

| **Part III** | **Signature** |
|---|---|

| **Please Sign Here** | I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer. |
|---|---|

▶ _____    _____    _____
Fiduciary's signature                        Title, if applicable                Date

Form **56** (Rev. 12-2011)

The original Assignor signed Form 56 - Fiduciary contract is to remain with the ASSIGNOR, therefore with this copy you have 3 day as your Right to choose, to sign the contract or not to sign but if you chose not to sign you are then required to vacate your present office of American Maritime Commercial Monetary Fiduciary responsibility because you have dishonored the Office. Either way after 3 days; a copy of the accepted or rejected decision is require to be returned to the ASSIGNOR. Upon acceptance it is then under the 3 day Rule of Law to have it resolved or settled; with all remaining RES-I-DUE returned to the ASSIGNOR.

As the ASSIGNEE / RE-ASSIGNEE of this Fiduciary Action, you are now under a Form of exposure to the Law that is needed to bring about the Resolve and Settlement of the above identified Civil "Maritime Commercial" Court Case, for the proper disposition of the Residue.
This action is the original LESSOR's demand for Rent Due from the government LESSEES per the government Maritime Commercial Monetary Securities addressed in this Admiralty case by this Office and Flag of Land Admiral, the Maritime EXECUTOR; also known as the original Assignor/Re-assignor/Assertor.

Assignor/Re-assignor/Assertor: _____

*(Under seal and bounded Landmarks-*
*The two index witnesses of the Body/State of Man)*

Ivaylo T: Dodev

Left          Right

A signed copy by you as the ASSIGNEE of this Fiduciary contract is to be returned to the ASSIGNOR, of living substance.

**Ivaylo T: Dodev**
c/o 6312 South 161st Way
Gilbert, Arizona [85298]

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**    **Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **Ivaylo Tsvetanov Dodev** | ████5066 | |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 6312 South 161st Way**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Gilbert, Arizona [85298]**

Fiduciary's name

**KIM R. LEPORE, Federal "Trustee" and "Public Office"**

Address of fiduciary (number, street, and room or suite no.)

**18444 North 25th Avenue, Suite 420**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Phoenix, Arizona 85020** | ( **602** ) **845-8898** |

## Section A.  Authority

**1**    Authority for fiduciary relationship. Check applicable box:

**a**  ☐  Court appointment of testate estate (valid will exists)

**b**  ☐  Court appointment of intestate estate (no valid will exists)

**c**  ☐  Court appointment as guardian or conservator

**d**  ☐  Valid trust instrument and amendments

**e**  ☐  Bankruptcy or assignment for the benefit or creditors

**f**  ☑  Other. Describe ▶   **Assignment in the US District Court for the District of AZ, CV-13-02155-PHX-GMS, for Settlement per the Law**

**2a**  If box 1a or 1b is checked, enter the date of death ▶ ----------------------------------

**2b**  If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ ---------------------

## Section B.  Nature of Liability and Tax Notices

**3**    Type of taxes (check all that apply):  ☑ Income  ☐ Gift  ☑ Estate  ☐ Generation-skipping transfer  ☐ Employment
☐ Excise  ☑ Other (describe) ▶ **Settlement of all issued Commercial Securities, Certificates, Licenses for the Rents DUE**

**4**    Federal tax form number (check all that apply):  **a**☐ 706 series  **b**☐ 709  **c**☐ 940  **d**☐ 941, 943, 944
**e**☐ 1040, 1040-A, or 1040-EZ  **f**☐ 1041  **g**☐ 1120  **h**☐ Other (list) ▶ -------------------------------

**5**    If your authority as a fiduciary does not cover all years or tax periods, check here  .   .   .   .   .   .   .   .   ▶ ☐
and list the specific years or periods ▶ -------------------------------------------------------------------

**6**    If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box  .   .   .   .   ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.    Cat. No. 16375I    Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)                                                                                    Page **2**

| **Part II** | **Court and Administrative Proceedings** | | |
|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated | |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | 10/23/2013 | |
| Address of court | | Docket number of proceeding | |
| 401 West Washington Street, Suite 130, SPC 1 | | CV-13-02155-PHX-GMS | |

| City or town, state, and ZIP code | Date | Time | | Place of other proceedings |
|---|---|---|---|---|
| Phoenix, Arizona 85003-2118 | 02/13/2014 | 10:00 | ✔ a.m. ☐ p.m. | |

| **Part III** | **Signature** |
|---|---|

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ _____     _____     _____
Fiduciary's signature                        Title, if applicable        Date

Form **56** (Rev. 12-2011)

The original Assignor signed Form 56 - Fiduciary contract is to remain with the ASSIGNOR, therefore with this copy you have 3 day as your Right to choose, to sign the contract or not to sign but if you chose not to sign you are then required to vacate your present office of American Maritime Commercial Monetary Fiduciary responsibility because you have dishonored the Office. Either way after 3 days; a copy of the accepted or rejected decision is require to be returned to the ASSIGNOR. Upon acceptance it is then under the 3 day Rule of Law to have it resolved or settled; with all remaining RES-I-DUE returned to the ASSIGNOR.

As the ASSIGNEE / RE-ASSIGNEE of this Fiduciary Action, you are now under a Form of exposure to the Law that is needed to bring about the Resolve and Settlement of the above identified Civil "Maritime Commercial" Court Case, for the proper disposition of the Residue.
This action is the original LESSOR's demand for Rent Due from the government LESSEES per the government Maritime Commercial Monetary Securities addressed in this Admiralty case by this Office and Flag of Land Admiral, the Maritime EXECUTOR; also known as the original Assignor/Re-assignor/Assertor.

Assignor/Re-assignor/Assertor: _____

(Under seal and bounded Landmarks-               Ivaylo T: Dodev
The two index witnesses of the Body/State of Man)        Left        Right

A signed copy by you as the ASSIGNEE of this Fiduciary contract is to be returned to the ASSIGNOR, of living substance.

**Ivaylo T: Dodev**
c/o 6312 South 161st Way
Gilbert, Arizona [85298]

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**    **Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **Ivaylo Tsvetanov Dodev** | ▬▬5066 | |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 6312 South 161st Way**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Gilbert, Arizona [85298]**

Fiduciary's name

**BRADFORD E. KLEIN, Federal "Trustee" and "Public Office"**

Address of fiduciary (number, street, and room or suite no.)

**18444 North 25th Avenue, Suite 420**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Phoenix, Arizona 85020** | ( **602** )    **845-8898** |

## Section A. Authority

**1**   Authority for fiduciary relationship. Check applicable box:

**a** ☐ Court appointment of testate estate (valid will exists)

**b** ☐ Court appointment of intestate estate (no valid will exists)

**c** ☐ Court appointment as guardian or conservator

**d** ☐ Valid trust instrument and amendments

**e** ☐ Bankruptcy or assignment for the benefit or creditors

**f** ☑ Other. Describe ▶   **Assignment in the US District Court for the District of AZ, CV-13-02155-PHX-GMS, for Settlement per the Law**

**2a** If box 1a or 1b is checked, enter the date of death ▶ ------------------------------

**2b** If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ ------------------

## Section B. Nature of Liability and Tax Notices

**3**   Type of taxes (check all that apply): ☑ Income   ☐ Gift   ☑ Estate   ☐ Generation-skipping transfer   ☐ Employment

     ☐ Excise   ☑ Other (describe) ▶ **Settlement of all issued Commercial Securities, Certificates, Licenses for the Rents DUE**

**4**   Federal tax form number (check all that apply): **a** ☐ 706 series   **b** ☐ 709   **c** ☐ 940   **d** ☐ 941, 943, 944

     **e** ☐ 1040, 1040-A, or 1040-EZ   **f** ☐ 1041   **g** ☐ 1120   **h** ☐ Other (list) ▶ -----------------------------

**5**   If your authority as a fiduciary does not cover all years or tax periods, check here   .   .   .   .   .   .   .   ▶ ☐
     and list the specific years or periods ▶ --------------------------------------------------

**6**   If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box   .   .   .   ▶ ☐
     and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
     form number.

     **Complete only if the line 6 box is checked.**

| If this item is checked | Enter year(s) or period(s) | If this item is checked | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.      Cat. No. 16375I      Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)

Page **2**

| **Part II** | **Court and Administrative Proceedings** | | | |
|---|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | | 10/23/2013 | |
| Address of court | | | Docket number of proceeding | |
| 401 West Washington Street, Suite 130, SPC 1 | | | CV-13-02155-PHX-GMS | |

| City or town, state, and ZIP code | Date | Time | | Place of other proceedings |
|---|---|---|---|---|
| Phoenix, Arizona 85003-2118 | 02/13/2014 | 10:00 | ☑ a.m. ☐ p.m. | |

| **Part III** | **Signature** |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here** ▶

| _____ | _____ | _____ |
|---|---|---|
| Fiduciary's signature | Title, if applicable | Date |

Form **56** (Rev. 12-2011)

The original Assignor signed Form 56 - Fiduciary contract is to remain with the ASSIGNOR, therefore with this copy you have 3 day as your Right to choose, to sign the contract or not to sign but if you chose not to sign you are then required to vacate your present office of American Maritime Commercial Monetary Fiduciary responsibility because you have dishonored the Office. Either way after 3 days; a copy of the accepted or rejected decision is require to be returned to the ASSIGNOR. Upon acceptance it is then under the 3 day Rule of Law to have it resolved or settled; with all remaining RES-I-DUE returned to the ASSIGNOR.

As the ASSIGNEE / RE-ASSIGNEE of this Fiduciary Action, you are now under a Form of exposure to the Law that is needed to bring about the Resolve and Settlement of the above identified Civil "Maritime Commercial" Court Case, for the proper disposition of the Residue. This action is the original LESSOR's demand for Rent Due from the government LESSEES per the government Maritime Commercial Monetary Securities addressed in this Admiralty case by this Office and Flag of Land Admiral, the Maritime EXECUTOR; also known as the original Assignor/Re-assignor/Assertor.

Assignor/Re-assignor/Assertor: _____

*(Under seal and bounded Landmarks-*
*The two index witnesses of the Body/State of Man)*

Ivaylo T: Dodev
Left          Right

A signed copy by you as the ASSIGNEE of this Fiduciary contract is to be returned to the ASSIGNOR, of living substance.

**Ivaylo T: Dodev**
c/o 6312 South 161st Way
Gilbert, Arizona [85298]

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **Ivaylo Tsvetanov Dodev** | ~~5066~~ | |

Address of person for whom you are acting (number, street, and room or suite no.)
**c/o 6312 South 161st Way**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Gilbert, Arizona [85298]**

Fiduciary's name
**WRIGHT, FINLAY & ZAK, LLP, Federal "Trustee" and "Public Office"**

Address of fiduciary (number, street, and room or suite no.)
**18444 North 25th Avenue, Suite 420**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Phoenix, Arizona 85020** | ( **602** )      **845-8898** |

## Section A.  Authority

**1**   Authority for fiduciary relationship. Check applicable box:

**a**  ☐  Court appointment of testate estate (valid will exists)

**b**  ☐  Court appointment of intestate estate (no valid will exists)

**c**  ☐  Court appointment as guardian or conservator

**d**  ☐  Valid trust instrument and amendments

**e**  ☐  Bankruptcy or assignment for the benefit or creditors

**f**  ☑  Other. Describe ▶  __Assignment in the US District Court for the District of AZ, CV-13-02155-PHX-GMS, for Settlement per the Law__

**2a**  If box 1a or 1b is checked, enter the date of death ▶  --------------------------

**2b**  If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶  --------------------------

## Section B.  Nature of Liability and Tax Notices

**3**   Type of taxes (check all that apply):   ☑ Income   ☐ Gift   ☑ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☑ Other (describe) ▶  __Settlement of all issued Commercial Securities, Certificates, Licenses for the Rents DUE__

**4**   Federal tax form number (check all that apply): **a**☐ 706 series  **b**☐ 709  **c**☐ 940  **d**☐ 941, 943, 944
**e**☐ 1040, 1040-A, or 1040-EZ  **f**☐ 1041  **g**☐ 1120  **h**☐ Other (list) ▶  --------------------------

**5**   If your authority as a fiduciary does not cover all years or tax periods, check here  .   .   .   .   .   .   .   .   .   ▶ ☐
and list the specific years or periods ▶  --------------------------

**6**   If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box  .   .   .   .   ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

Complete only if the line 6 box is checked.

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.      Cat. No. 16375I      Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)                                                                                                            Page **2**

| **Part II** | **Court and Administrative Proceedings** |
|---|---|

Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

Address of court                                                                                     **10/23/2013**

Docket number of proceeding

401 West Washington Street, Suite 130, SPC 1                                **CV-13-02155-PHX-GMS**

| City or town, state, and ZIP code | Date | Time | ✓ a.m. | Place of other proceedings |
|---|---|---|---|---|
| Phoenix, Arizona 85003-2118 | 02/13/2014 | 10:00 | ☐ p.m. | |

| **Part III** | **Signature** |
|---|---|

**Please Sign Here**
I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ _____    _____    _____
  Fiduciary's signature                    Title, if applicable                       Date

Form **56** (Rev. 12-2011)

The original Assignor signed Form 56 - Fiduciary contract is to remain with the ASSIGNOR,

therefore with this copy you have 3 day as your Right to choose, to sign the contract or not to sign

but if you chose not to sign you are then required to vacate your present office of American

Maritime Commercial Monetary Fiduciary responsibility because you have dishonored the Office.

Either way after 3 days; a copy of the accepted or rejected decision is require to be returned

to the ASSIGNOR. Upon acceptance it is then under the 3 day Rule of Law to have it resolved or settled;

with all remaining RES-I-DUE returned to the ASSIGNOR.


As the ASSIGNEE / RE-ASSIGNEE of this Fiduciary Action, you are now under a Form of exposure

to the Law that is needed to bring about the Resolve and Settlement of the above identified

Civil "Maritime Commercial" Court Case, for the proper disposition of the Residue.

This action is the original LESSOR's demand for Rent Due from the government LESSEES per the

government Maritime Commercial Monetary Securities addressed in this Admiralty case by this Office

and Flag of Land Admiral, the Maritime EXECUTOR; also known as the original Assignor/Re-

assignor/Assertor.

Assignor/Re-assignor/Assertor: _____

(Under seal and bounded Landmarks-                           Ivaylo T: Dodev
The two index witnesses of the Body/State of Man)      Left          Right


A signed copy by you as the ASSIGNEE of this Fiduciary contract is to be returned to the ASSIGNOR, of living substance.

**Ivaylo T: Dodev**
c/o 6312 South 161st Way
Gilbert, Arizona [85298]

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I    Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **Ivaylo Tsvetanov Dodev** | ⬛⬛⬛⬛5066 | |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 6312 South 161st Way**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Gilbert, Arizona [85298]**

Fiduciary's name

**JASON H. MILLER, Federal "Trustee" and "Public Office"**

Address of fiduciary (number, street, and room or suite no.)

**3815 South West Temple**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Salt Lake City, Utah 84155** | ( **801** )    **293-2585** |

### Section A.  Authority

**1**  Authority for fiduciary relationship. Check applicable box:

**a** ☐ Court appointment of testate estate (valid will exists)

**b** ☐ Court appointment of intestate estate (no valid will exists)

**c** ☐ Court appointment as guardian or conservator

**d** ☐ Valid trust instrument and amendments

**e** ☐ Bankruptcy or assignment for the benefit or creditors

**f** ☑ Other. Describe ▶ **Assignment in the US District Court for the District of AZ, CV-13-02155-PHX-GMS, for Settlement per the Law**

**2a**  If box 1a or 1b is checked, enter the date of death ▶ -----------------------------------

**2b**  If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ ------------------

### Section B.  Nature of Liability and Tax Notices

**3**  Type of taxes (check all that apply): ☑ Income   ☐ Gift   ☑ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☑ Other (describe) ▶ **Settlement of all issued Commercial Securities, Certificates, Licenses for the Rents DUE**

**4**  Federal tax form number (check all that apply):  **a** ☐ 706 series  **b** ☐ 709  **c** ☐ 940  **d** ☐ 941, 943, 944
**e** ☐ 1040, 1040-A, or 1040-EZ  **f** ☐ 1041  **g** ☐ 1120  **h** ☐ Other (list) ▶ ----------------------------

**5**  If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  .  .  ▶ ☐
and list the specific years or periods ▶ ------------------------------------------------------------

**6**  ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the form number.

Complete only if the line 6 box is checked.

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.    Cat. No. 16375I    Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)

Page **2**

| **Part II** | **Court and Administrative Proceedings** | | |
|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated | |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

Address of court                                                                                                          10/23/2013

401 West Washington Street, Suite 130, SPC 1

Docket number of proceeding

City or town, state, and ZIP code                                                    CV-13-02155-PHX-GMS

| | | Date | Time | | | Place of other proceedings |
|---|---|---|---|---|---|---|
| Phoenix, Arizona 85003-2118 | | 02/13/2014 | 10:00 | ✓ | a.m. | |
| | | | | ☐ | p.m. | |

| **Part III** | **Signature** |
|---|---|

**Please
Sign
Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ _____           _____           _____
   Fiduciary's signature                                    Title, if applicable                              Date

Form **56** (Rev. 12-2011)

---

The original Assignor signed Form 56 - Fiduciary contract is to remain with the ASSIGNOR,
therefore with this copy you have 3 day as your Right to choose, to sign the contract or not to sign
but if you chose not to sign you are then required to vacate your present office of American
Maritime Commercial Monetary Fiduciary responsibility because you have dishonored the Office.
Either way after 3 days; a copy of the accepted or rejected decision is require to be returned
to the ASSIGNOR. Upon acceptance it is then under the 3 day Rule of Law to have it resolved or settled;
with all remaining RES-I-DUE returned to the ASSIGNOR.

As the ASSIGNEE / RE-ASSIGNEE of this Fiduciary Action, you are now under a Form of exposure
to the Law that is needed to bring about the Resolve and Settlement of the above identified
Civil "Maritime Commercial" Court Case, for the proper disposition of the Residue.
This action is the original LESSOR's demand for Rent Due from the government LESSEES per the
government Maritime Commercial Monetary Securities addressed in this Admiralty case by this Office
and Flag of Land Admiral, the Maritime EXECUTOR; also known as the original Assignor/Re-
assignor/Assertor.

Assignor/Re-assignor/Assertor: _____

*(Under seal and bounded Landmarks-*                          Ivaylo T: Dodev
*The two index witnesses of the Body/State of Man)*          Left        Right

A signed copy by you as the ASSIGNEE of this Fiduciary contract is to be returned to the ASSIGNOR, of living substance.

**Ivaylo T: Dodev**
c/o 6312 South 161st Way
Gilbert, Arizona [85298]

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**    **Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **Ivaylo Tsvetanov Dodev** | ⬛⬛⬛⬛5066 | |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 6312 South 161st Way**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Gilbert, Arizona [85298]**

Fiduciary's name

**CANDICE PITCHER, Federal "Trustee" and "Public Office"**

Address of fiduciary (number, street, and room or suite no.)

**3815 South West Temple**

City or town, state, and ZIP code

**Salt Lake City, Utah 84155**

Telephone number (optional)
( 801 )    594-6316

## Section A.  Authority

**1** Authority for fiduciary relationship. Check applicable box:
**a** ☐ Court appointment of testate estate (valid will exists)
**b** ☐ Court appointment of intestate estate (no valid will exists)
**c** ☐ Court appointment as guardian or conservator
**d** ☐ Valid trust instrument and amendments
**e** ☐ Bankruptcy or assignment for the benefit or creditors
**f** ☑ Other. Describe ▶ Assignment in the US District Court for the District of AZ, CV-13-02155-PHX-GMS, for Settlement per the Law
**2a** If box 1a or 1b is checked, enter the date of death ▶ - - - - - - - - - - - - - - - - - -
**2b** If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ - - - - - - - - - -

## Section B.  Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☑ Income   ☐ Gift   ☑ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☑ Other (describe) ▶ Settlement of all issued Commercial Securities, Certificates, Licenses for the Rents DUE

**4** Federal tax form number (check all that apply): **a**☐ 706 series   **b**☐ 709   **c**☐ 940   **d**☐ 941, 943, 944
**e**☐ 1040, 1040-A, or 1040-EZ   **f**☐ 1041   **g**☐ 1120   **h**☐ Other (list) ▶ - - - - - - - - - - - - - - - - - - - -

**5** If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  .  .  ▶ ☐
and list the specific years or periods ▶ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**6** If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box  .  .  .  .  .  ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.    Cat. No. 16375I    Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)                                                                                          Page **2**

| **Part II** | **Court and Administrative Proceedings** | | | | |
|---|---|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | | Date proceeding initiated | |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | | | 10/23/2013 | |
| Address of court | | | | Docket number of proceeding | |
| 401 West Washington Street, Suite 130, SPC 1 | | | | CV-13-02155-PHX-GMS | |
| City or town, state, and ZIP code | | Date | Time | ☑ a.m. ☐ p.m. | Place of other proceedings |
| Phoenix, Arizona 85003-2118 | | 02/13/2014 | 10:00 | | |

| **Part III** | **Signature** |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

▶ _____    _____    _____
Fiduciary's signature                        Title, if applicable                    Date

Form **56** (Rev. 12-2011)

---

The original Assignor signed Form 56 - Fiduciary contract is to remain with the ASSIGNOR, therefore with this copy you have 3 day as your Right to choose, to sign the contract or not to sign but if you chose not to sign you are then required to vacate your present office of American Maritime Commercial Monetary Fiduciary responsibility because you have dishonored the Office. Either way after 3 days; a copy of the accepted or rejected decision is require to be returned to the ASSIGNOR. Upon acceptance it is then under the 3 day Rule of Law to have it resolved or settled; with all remaining RES-I-DUE returned to the ASSIGNOR.

As the ASSIGNEE / RE-ASSIGNEE of this Fiduciary Action, you are now under a Form of exposure to the Law that is needed to bring about the Resolve and Settlement of the above identified Civil "Maritime Commercial" Court Case, for the proper disposition of the Residue.
This action is the original LESSOR's demand for Rent Due from the government LESSEES per the government Maritime Commercial Monetary Securities addressed in this Admiralty case by this Office and Flag of Land Admiral, the Maritime EXECUTOR; also known as the original Assignor/Re-assignor/Assertor.

Assignor/Re-assignor/Assertor: _____

*(Under seal and bounded Landmarks-*
*The two index witnesses of the Body/State of Man)*

Ivaylo T: Dodev
Left      Right

A signed copy by you as the ASSIGNEE of this Fiduciary contract is to be returned to the ASSIGNOR, of living substance.

**Ivaylo T: Dodev**
c/o 6312 South 161st Way
Gilbert, Arizona [85298]

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**    **Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **Ivaylo Tsvetanov Dodev** | ⬛⬛⬛**5066** | |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 6312 South 161st Way**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Gilbert, Arizona [85298]**

Fiduciary's name

**KEVIN W. WARREN, Federal "Trustee" and "Public Office"**

Address of fiduciary (number, street, and room or suite no.)

**3815 South West Temple**

City or town, state, and ZIP code

**Salt Lake City, Utah 84155**

Telephone number (optional)

(   **801**   )      **594-6408**

## Section A. Authority

**1**   Authority for fiduciary relationship. Check applicable box:

- **a** ☐ Court appointment of testate estate (valid will exists)
- **b** ☐ Court appointment of intestate estate (no valid will exists)
- **c** ☐ Court appointment as guardian or conservator
- **d** ☐ Valid trust instrument and amendments
- **e** ☐ Bankruptcy or assignment for the benefit or creditors
- **f** ☑ Other. Describe ▶ **Assignment in the US District Court for the District of AZ, CV-13-02155-PHX-GMS, for Settlement per the Law**

**2a** If box 1a or 1b is checked, enter the date of death ▶ -------------------------------

**2b** If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ -------------------------------

## Section B. Nature of Liability and Tax Notices

**3**   Type of taxes (check all that apply): ☑ Income   ☐ Gift   ☑ Estate   ☐ Generation-skipping transfer   ☐ Employment   ☐ Excise   ☑ Other (describe) ▶ **Settlement of all issued Commercial Securities, Certificates, Licenses for the Rents DUE**

**4**   Federal tax form number (check all that apply): **a** ☐ 706 series   **b** ☐ 709   **c** ☐ 940   **d** ☐ 941, 943, 944   **e** ☐ 1040, 1040-A, or 1040-EZ   **f** ☐ 1041   **g** ☐ 1120   **h** ☐ Other (list) ▶ -------------------------------

**5**   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . ▶ ☐
and list the specific years or periods ▶ -------------------------------

**6**   If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.      Cat. No. 16375I      Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)

Page **2**

| **Part II** | Court and Administrative Proceedings | | | | | |
|---|---|---|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | | Date proceeding initiated | | |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | | | 10/23/2013 | | |
| Address of court | | | | Docket number of proceeding | | |
| 401 West Washington Street, Suite 130, SPC 1 | | | | CV-13-02155-PHX-GMS | | |
| City or town, state, and ZIP code | | Date | Time | ☑ a.m. | Place of other proceedings | |
| Phoenix, Arizona 85003-2118 | | 02/13/2014 | 10:00 | ☐ p.m. | | |

| **Part III** | Signature |
|---|---|

| **Please Sign Here** | I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer. | | |
|---|---|---|---|
| | ▶ _____ | _____ | _____ |
| | Fiduciary's signature | Title, if applicable | Date |

Form **56** (Rev. 12-2011)

The original Assignor signed Form 56 - Fiduciary contract is to remain with the ASSIGNOR, therefore with this copy you have 3 day as your Right to choose, to sign the contract or not to sign but if you chose not to sign you are then required to vacate your present office of American Maritime Commercial Monetary Fiduciary responsibility because you have dishonored the Office. Either way after 3 days; a copy of the accepted or rejected decision is require to be returned to the ASSIGNOR. Upon acceptance it is then under the 3 day Rule of Law to have it resolved or settled; with all remaining RES-I-DUE returned to the ASSIGNOR.

As the ASSIGNEE / RE-ASSIGNEE of this Fiduciary Action, you are now under a Form of exposure to the Law that is needed to bring about the Resolve and Settlement of the above identified Civil "Maritime Commercial" Court Case, for the proper disposition of the Residue.

This action is the original LESSOR's demand for Rent Due from the government LESSEES per the government Maritime Commercial Monetary Securities addressed in this Admiralty case by this Office and Flag of Land Admiral, the Maritime EXECUTOR; also known as the original Assignor/Re-assignor/Assertor.

Assignor/Re-assignor/Assertor: _____

*(Under seal and bounded Landmarks-*
*The two index witnesses of the Body/State of Man)*

Ivaylo T: Dodev

Left          Right

A signed copy by you as the ASSIGNEE of this Fiduciary contract is to be returned to the ASSIGNOR, of living substance.

**Ivaylo T: Dodev**
c/o 6312 South 161st Way
Gilbert, Arizona [85298]

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **Ivaylo Tsvetanov Dodev** | ████-██-5066 | |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 6312 South 161st Way**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Gilbert, Arizona [85298]**

Fiduciary's name

**DAVID A. RECKSIEK, Federal "Trustee" and "Public Office"**

Address of fiduciary (number, street, and room or suite no.)

**3815 South West Temple**

City or town, state, and ZIP code

**Salt Lake City, Utah 84155**

Telephone number (optional)
( **801** )   **293-1883**

## Section A.  Authority

1   Authority for fiduciary relationship. Check applicable box:
  a  ☐ Court appointment of testate estate (valid will exists)
  b  ☐ Court appointment of intestate estate (no valid will exists)
  c  ☐ Court appointment as guardian or conservator
  d  ☐ Valid trust instrument and amendments
  e  ☐ Bankruptcy or assignment for the benefit or creditors
  f  ☑ Other. Describe ▶ __Assignment in the US District Court for the District of AZ, CV-13-02155-PHX-GMS, for Settlement per the Law__
2a  If box 1a or 1b is checked, enter the date of death ▶ - - - - - - - - - - - - - - - - - - - - -
2b  If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ - - - - - - - - - -

## Section B.  Nature of Liability and Tax Notices

3   Type of taxes (check all that apply): ☑ Income  ☐ Gift  ☑ Estate  ☐ Generation-skipping transfer  ☐ Employment
    ☐ Excise  ☑ Other (describe) ▶ __Settlement of all issued Commercial Securities, Certificates, Licenses for the Rents DUE__

4   Federal tax form number (check all that apply): **a** ☐ 706 series  **b** ☐ 709  **c** ☐ 940  **d** ☐ 941, 943, 944
    **e** ☐ 1040, 1040-A, or 1040-EZ  **f** ☐ 1041  **g** ☐ 1120  **h** ☐ Other (list) ▶ - - - - - - - - - - - - - - - - - - - -

5   If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  ▶ ☐
    and list the specific years or periods ▶ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

6   If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box  .  .  .  .  ▶ ☐
    and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
    form number.

### Complete only if the line 6 box is checked.

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.     Cat. No. 16375I     Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)

Page **2**

| Part II | Court and Administrative Proceedings | | |
|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated | |
| **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA** | | **10/23/2013** | |
| Address of court | | Docket number of proceeding | |
| **401 West Washington Street, Suite 130, SPC 1** | | **CV-13-02155-PHX-GMS** | |
| City or town, state, and ZIP code | Date | Time | Place of other proceedings |
| **Phoenix, Arizona 85003-2118** | **02/13/2014** | **10:00** ☑ a.m. ☐ p.m. | |

| Part III | Signature |
|---|---|

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ _____    _____    _____
　　Fiduciary's signature　　　　　　　　　　Title, if applicable　　　　　　Date

Form **56** (Rev. 12-2011)

The original Assignor signed Form 56 - Fiduciary contract is to remain with the ASSIGNOR, therefore with this copy you have 3 day as your Right to choose, to sign the contract or not to sign but if you chose not to sign you are then required to vacate your present office of American Maritime Commercial Monetary Fiduciary responsibility because you have dishonored the Office. Either way after 3 days; a copy of the accepted or rejected decision is require to be returned to the ASSIGNOR. Upon acceptance it is then under the 3 day Rule of Law to have it resolved or settled; with all remaining RES-I-DUE returned to the ASSIGNOR.

As the ASSIGNEE / RE-ASSIGNEE of this Fiduciary Action, you are now under a Form of exposure to the Law that is needed to bring about the Resolve and Settlement of the above identified Civil "Maritime Commercial" Court Case, for the proper disposition of the Residue.

This action is the original LESSOR's demand for Rent Due from the government LESSEES per the government Maritime Commercial Monetary Securities addressed in this Admiralty case by this Office and Flag of Land Admiral, the Maritime EXECUTOR; also known as the original Assignor/Re-assignor/Assertor.

Assignor/Re-assignor/Assertor: _____

*(Under seal and bounded Landmarks-*
*The two index witnesses of the Body/State of Man)*

Ivaylo T: Dodev
Left　　　Right

A signed copy by you as the ASSIGNEE of this Fiduciary contract is to be returned to the ASSIGNOR, of living substance.

**Ivaylo T: Dodev**
c/o 6312 South 161st Way
Gilbert, Arizona [85298]