Ivaylo Tsvetanov Dodev,

c/o  6312 South 161st Way
     Gilbert, Arizona
     (480) 457-8888 Phone
     (480) 457-8887 Facsimile
     dodev@hotmail.com

Pro Se

FILE ON DEMAND
FOR THE RECORD



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| Ivaylo Tsvetanov Dodev, | Case No. CV-13-02155-PHX-GMS |
|---|---|
| Plaintiff, | PLAINTIFF'S REPLY TO RESPONSE TO PLAINTIFF'S MOTION TO STRIKE REPLY IN SUPPORT OF MOTION TO DISMISS AND MOTION TO DISMISS SUBMITTED BY DEFENDANTS RECONTRUST CO., N.A., BANK OF AMERICA, N.A., AND BRIAN T. MOYNIHAN'S |
| vs. | |
| RECONTRUST COMPANY, N.A., ET AL | |
| Defendants. | |
| | Time: 3:00 PM |
| | February 17, 2014 |
| | Hon. G Murray Snow |

Here comes, Plaintiff, Ivaylo Tsvetanov Dodev, *pro se*, ("Plaintiff"), in Reply to RECONTRUST CO., N.A., BANK OF AMERICA, N.A., AND BRIAN T. MOYNIHAN'S, ("Defendants"), RESPONSE TO PLAINTIFF'S MOTION TO STRIKE REPLY IN SUPPORT OF MOTION TO DISMISS AND MOTION TO DISMISS, ("Motion"), Doc. 66.

1
REPLY TO RESPONSE PLAINTIFF'S MOTION TO STRIKE, DOC. 66

It is preposterous for Defendants through Counsel to endeavor to abrogate the lawful meaning of pleading[1], (Motion, P. 1:22), in just another poorly and maliciously executed attempt to mislead the court and avoid duly deserved reprobation. Their assertion that Motion to Demurrer is not a pleading is contradictory to all legal definitions and court rules. *"'pleading' n. 1) every legal document filed in a lawsuit, petition, motion and/or hearing, including complaint, petition, answer, demurrer, motion, declaration, and memorandum of points and authorities (written argument citing precedents and statutes)." Dictionary.law.com*

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Default is entered against every party of a lawsuit that fails to plead [demurrer].

Defendants through Counsel in their Motion deliberately ignored Plaintiff's other grounds to strike pleadings, (asserted in Doc. 65), pursuant to Rule 802 of the Fed. R. Evid. [for hearsay], and pursuant to Rule 60(b)(3) of the Fed. R. Civ. P. [for fraud], <u>thus admitting them as true, facts and evidence</u>, and blatantly—in complete and total absence of observance of law, rules and regulations—submitting more hearsay documents, (Doc. 66-1 through 66-6), further undermining their ability and

---

[1] Black Law's Dictionary, 4th Edition, p. 1311
PLEADING. The peculiar science or system of rules and principles, established in the common law, according to which the pleadings <u>or responsive allegations</u> of litigating parties are framed, with a view to preserve technical propriety and to produce a proper issue. The process performed by the parties to a suit or action, in alternately presenting written statements of their contention, each responsive to that which precedes, and each serving to narrow the field of controversy, until there evolves a single point, affirmed on one side and denied on the other, called the "issue," upon which they then go to trial. The act or step of interposing <u>any one of the pleadings in a cause, but particularly one on the part of the defendant</u>; and, in the strictest sense, one which sets.

desire to follow LAW. This comes to no surprise to Plaintiff, observing the same team of law erudite, BAR card holding attorneys incriminating the Defendants (their clients) for Security Fraud and Tax evasions under this Verified Action-at-Law[1] and unremittingly and longingly submitting unverified [hearsay] pleadings into this Verified Action, where Plaintiff established, based on the ground of: Certified Documents; USA Patent, Affidavits, Process Servers and US Certified mail; Discharge Instrument; Offer to Tender [Pay]; Proof of Claim; Revocation of Signature; Lawful Rebutments; Court Memorandums; Judicial Cognizance, QWR (RFI), et al, all part of this Verified Action-at-Law, that he is a Successor in Possession of Private Land in legal, lawful and good faith attempt to defend his estate from the criminal action of the Defendants, each and every one, to steal his house through deception, hearsay and fraudulent documents, failing to provide any admissible proof that are a party to the purported, unilateral contract [Deed of Trust] that Plaintiff has executed and timely rebutted thereafter.

The newly submitted, equivocate [hearsay], documents, (Doc. 66-1 through 66-6), clearly show that Plaintiff did not receive any conferral letter and clearly show that he wrote that he would <u>attempt to open an attachment; not that he actually opened it</u>. Further, Defendants in their Motion, p. 2:21-22, show, once again, their inability or malicious agenda to circumvent the law, by asserting: *"Plaintiff already had an opportunity to alert the Court to Defendants' alleged failure to meet and*

---

[1] See Doc. 53

**REPLY TO RESPONSE PLAINTIFF'S MOTION TO STRIKE, DOC. 66**

*confer in his response to the Motion to Dismiss"*, conveniently omitting the fact the Plaintiff did indeed alerted the court, Doc. 26, and the court issued an order, Doc. 43, to strike Defendants pleading if Meet and Confer certificate is not submitted on the docket by December 30, 2013. This order derailed and mislead Plaintiff in his Responses, Doc.56 and 57, to Motions to Demurrer, Doc.40 and 42, and thus he had to wait and haste his replies to those Motions after the deadline to strike them has elapsed and the order was not executed.

It is but an enigma to this day to Plaintiff, why the court did not follow through with judge's order, Doc. 43. Is it a mistake, inadvertence, negligence or pitfall so Plaintiff would forfeit his response to Defendants Motions? Are bankers, responsible for shattering the "American Dream" to millions of families, fallen victim to elaborate financial schemes that stripped millions from their constitutional rights to stand in court and defend their homes based on Deeds of Trust, considered adhesion contracts[1], held by courts unconscionable[2], always going to be favored in court on the price of homelessness, poverty, homicides committed by the parents on their own children - pushed beyond their limits and driven to insanity? The answer of those and many more questions Plaintiff, in this Verified Action-at-Law, is determent to seek

---

[1] Wilson v. San Francisco Fed. Sav. & Loan Assn. (1976) 62 Cal.App.3d 1, 7; 132 Cal.Rptr. 903; Lomanto v. Bank of America (1972) 22 Cal.App.3d 663, 669; 99 Cal.Rptr. 442.
[2] A & M Produce Co. v. FMC Corp. (1982) 135 Cal.App.3d 473, 486; 186 Cal.Rptr. 114.

4

**REPLY TO RESPONSE PLAINTIFF'S MOTION TO STRIKE, DOC. 66**

passionately and importunistically as long as he has too; one motion at a time and one appeal at a time, if necessary.

**WHEREFORE,** Plaintiff moves the court to STRIKE Defendants Motion to Demurrer and Reply, according to Court ORDER, Doc. 5 and 43, and for Redundancy, Hearsay and Fraud Upon the Court[1], as pleaded herein and based on all lawfully submitted documents in this Verified Action-at-Law.

Respectfully submitted on this 17th day of February, 2014.

_____
**Iváylo Tsvétanov Dodev**, ARR, Pro Se Plaintiff
**6312 South 161st Way, Gilbert, Arizona**
**(480) 457-8888 Phone**

---

[1] Thompson v. Houston, 135 P.2d 834; 17 Wash 457
*Constructive fraud comprises all acts, omissions, and concealments involving a breach of legal or equitable duty, trust, or confidence which resulted in damage to another.* Re Arbuckle's Estate, 220 P.2d 950
*Anything calculated to deceive another to his prejudice and accomplishing the purpose, whether it be an act, a word, silence, the suppression of the truth, or other device contrary to the plain rules of common honesty.* 23 Am J2d, Fraud, Section 2

5
**REPLY TO RESPONSE PLAINTIFF'S MOTION TO STRIKE, DOC. 66**

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY** of the foregoing, mailed via US First Class Mail, to The United States District Court for the District of Arizona this 17th day of February, 2014, at _3:00 PM_ time. I certify that the following parties or their counsel (or pseudo counsel as alleged in this document) of record are registered as ECF Filers and that they will be served by the CM/ECF system: BANK OF AMERICA, NA, RECONTRUST, NA, BRIAN MOYNIHAN, SELECT PORTFOLIO SERVING, NA, TIMOTHY O'BRIEN, GERALD HASSELL AND BANK OF NEW YORK MELLON.

_/s/ Ivaylo Dodev_
Ivaylo Tsvetanov Dodev, Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone

REPLY TO RESPONSE PLAINTIFF'S MOTION TO STRIKE, DOC. 66