BRYAN CAVE LLP, #145700
Sean K. McElenney, #016987
Coree E. Neumeyer, #025787
Eric M. Moores, #028280
Two North Central Avenue, Suite 2200
Phoenix, AZ  85004-4406
Telephone:   (602) 364-7000
E-Mail:    skmcelenney@bryancave.com
           coree.neumeyer@bryancave.com
           moorese@bryancave.com

Attorneys for Defendants Recontrust Co. N.A.,
Bank of America, N.A., and Brian T. Moynihan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>    Plaintiff,<br><br>    v.<br><br>ReconTrust Co. N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Gerald Hassell; Bank of America, N.A.; Brian T. Moynihan; Timothy O'Brien; and Bank of New York Mellon,<br><br>    Defendants. | No. 2:13-CV-02155-GMS<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S APPOINTMENT OF FIDUCIARY/TRUSTEE AND NOTICE OF FILING APPOINTMENT OF FIDUCIARY/TRUSTEE**<br><br>(Hon. G. Murray Snow) |

Defendants ReconTrust Co., N.A., James F. Taylor, Select Portfolio Servicing, Inc., Gerald Hassell, Bank of America, N.A., Brian T. Moynihan, Timothy O'Brien, and Bank of New York Mellon (collectively, "Defendants") oppose Plaintiff's Appointment of Fiduciary/Trustee and Notice of Filing Appointment of Fiduciary/Trustee, as well as the accompanying "Body of Law Supporting Appointment of Fiduciary/Trustee" (the "Appointment"). The Appointment is unsupported by law and impermissibly attempts to impose an involuntary fiduciary relationship between Plaintiff and Appointees.[1] Thus, it should be stricken from the record or, in the alternative, denied.

---

[1] Hereinafter, those individuals Plaintiff attempted to designate as trustees or fiduciaries will be referred to collectively as "Appointees," though each disputes that they are valid trustees or fiduciaries for Ivaylo Dodev.

755704.3

The Appointment is nonsensical and inappropriate, and it is not clear what exactly Plaintiff seeks to accomplish through it. It is not a motion, as it does not appear to request that the Court take any action. In addition, it has no relevance to the claims in this matter. Further, the purported appointment is not valid. Each of the Appointees[2] has a clear conflict of interest with Plaintiff, and Dodev cannot unilaterally impose a fiduciary duty on an individual who (a) does not accept such an appointment, and (b) has a clear conflict of interest.[3]

Plaintiff has not made this appointment in good faith. While his "Body of Law" is filled with gibberish and nonsensical legal claims, one thing is clear: Plaintiff is attempting to manufacture a conflict of interest that jeopardizes Defendants' choice of counsel and threaten and intimidate the Appointees into abandoning their representation of Defendants.[4] Plaintiff's purpose is made abundantly clear when he states he "would be glad to accept from [the Appointees] notices of resignation. . . ." [*Id.* at 13:7-13:14] Plaintiff even addresses the Appointees directly when he states the "above **bonds will be arrested** and you will be stepping down from your office if you violate your

---

[2] With the exception of Brian T. Moynihan ("Moynihan"), the Appointees are not parties to this action and have not appeared as such.

[3] Plaintiff named Moynihan as a defendant in this matter, yet he now seeks to grant him the authority to represent his financial interests. Similarly, the remaining Appointees all have interests that directly conflict with Plaintiffs, as they are each attorneys representing the very parties whom Plaintiff has sued.

[4] For example, he threatens that the Appointees "will be required by the U.S. PATRIOT ACT to reveal the source of their funds by filing Currency Transaction Reports, Currency and Monetary Instrument Transportation Forms under . . . THE BANK SECRECY ACT, and . . . the U.S. PATRIOT ACT and SEC. . . ." [Appointment, at 7:16-7:23] His threats and outlandish claims continue, as he alleges the Appointees will be required to "show their licensing as 'foreign agents' who are able to buy, sell and transfer unregistered securities." [*Id.* at 8:27] He goes on to state they will have to "provide evidence of the method of payment being in gold and silver in violation of Public Law 10, Chapter 48, 48 stat. 112, or in private currency known as Federal Reserve Notes." [*Id.* at 9:22-9:24] In addition to threatening the Appointees with disbarment, he threatens a § 1983 claim. [*Id.* at 13:6, 14:10 & 14:14-14:15]

APPOINTMENT AS FIDUCIARY IN THIS MATTER." [*Id.* at 12:18-12:21 (emphasis in original)]

Not only is Plaintiff's Appointment inappropriate, unsupported by law, and nonsensical, it is a waste of this Court's time. Plaintiff has tried to manipulate the legal system by either threatening the Appointees into withdrawing or attempting to disqualify them. Further, the Appointment is not a motion or a pleading. Plaintiff does not ask the Court to approve the "appointment," nor does he provide support that suggests a Court has such authority when the would-be fiduciary has a clear conflict of interest and rejects the appointment. It is simply inappropriate notice to the Court.

Fed. R. Civ. P. 12(f) provides that a party may move to strike from a pleading any "immaterial, impertinent, or scandalous matter." Defendants and Appointees are aware that the Appointment is not a "pleading" under Fed. R. Civ. P. 7(a), and, thus, cannot be stricken under Rule 12(f). But the Appointment is the very epitome of "immaterial, impertinent, and scandalous." Thus, if the Court is not inclined to strike the Appointment, Defendants and Appointees ask the Court to deny or otherwise reject it.

DATED this 3rd day of March, 2014.

BRYAN CAVE LLP

By /s/ Eric M. Moores
Sean K. McElenney
Coree E. Neumeyer
Eric M. Moores
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000

Attorneys for Defendants ReconTrust Co. N.A., Bank of America, N.A., Brian T. Moynihan

755704.3    3

|   |   |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 |   |
| 3 | By /s/ Kim R. Lepore (with permission) |
|   | Kim R. Lepore, Esq. |
| 4 | Bradford E. Klein, Esq. |
|   | 18444 N. 25th Ave., Suite 420 |
| 5 | Phoenix, AZ  85020 |
|   | Telephone: (602) 845-8898 |

Attorneys for Defendants Select Portfolio Servicing, Inc., Timothy O'Brien, the Bank of New York Mellon, N.A., and Gerald Hassell

ORIGINAL of the foregoing electronically filed with the Court this 3rd day of March, 2014

COPY of the foregoing mailed this 4th day of March, 2014:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298


/s/ Nicole Daley