**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | No. CV-13-02155-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| ReconTrust Company NA; James F. Taylor; Select Portfolio Servicing Incorporated; Matt Hollingsworth; Bank of New York Mellon NA; Gerald Hassell; Bank of America NA; Brian T. Moynihan; et al., | |
| Defendants. | |

The Court has been advised that Plaintiff filed bankruptcy on February 21, 2014 (Doc. 71).

**IT IS HEREBY ORDERED** that this matter is stayed for six months.

**IT IS FURTHER ORDERED** that this case will be dismissed without further notice on **October 20, 2014** unless, prior thereto, a motion to continue the stay is filed or the Court is advised that the bankruptcy stay has been lifted and the parties are ready to proceed with this case.

**IT IS FURTHER ORDERED** denying the pending Motions to Dismiss (Docs. 40, 42) and Motion to Strike (Doc. 65) without prejudice.

Dated this 22nd day of April, 2014.

*/s/ A. Murray Snow*
G. Murray Snow
United States District Judge