**WRIGHT, FINLAY & ZAK, LLP**
Kim R. Lepore, Esq., Bar No. 019130
Amanda M. Breemes, Esq., Bar No. 030687
18444 N. 25th Ave., Suite 420
Phoenix, AZ 85020
Telephone: 602-845-8898
Fax: 949-608-9142
klepore@wrightlegal.net

Attorneys for Defendants Select Portfolio Servicing, Inc., Timothy O'Brien, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, Gerald Hassell, Karla Richards, Dani Todd and KaJay Williams

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | Case No.: CV-13-02155-PHX-GMS |
| Plaintiff, | |
| vs. | |
| ReconTrust Company, N.A.; James F. Taylor, and/or his successor, in his/their individual and official capacity; Select Portfolio Servicing, Inc.; Timothy O'Brien, and/or his successor, in his/their individual and official capacity; Bank Of New York Mellon, N.A.; Gerald Hassell, and/or his successor, in his/their individual and official capacity; Bank of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan, and/or his successor, in his/their individual and official capacity; and DOES 1-100, in his/her individual and official capacity, | **MOTION TO LIFT STAY** |
| Defendants. | |

-1-

Defendants hereby submit their Motion requesting that this Court lift the stay imposed on April 22, 2014 [Doc. 72]. Plaintiff filed for bankruptcy protection on February 21, 2014. As a result, on April 22, 2014, this Court ordered that this matter be stayed for six months and that the case will be dismissed on October 20, 2014 unless the stay is lifted or continued.

Defendants respectfully respect that the stay be lifted as the automatic stay provisions of the bankruptcy code generally do not apply to proceedings initiated by the debtor, as is the case here. *See Martin-Trigona v. Champion Federal Savings & Loan*, 1988 WL 46596, *2 (N.D. Ill. 1988); *In re Hill*, 39 B.R. 894, 897 (Bkrtcy. Or., 1984). Defendants also request that this Court reinstate Defendants' Motions to Dismiss (Doc. 40, 42) and Motion to Strike (Doc. 65) and order Plaintiff to respond to those motions within fourteen days.

WHEREFORE, Defendants respectfully request that this Motion be granted, their Motion to Dismiss and Motion to Strike be reinstated, and that Plaintiff be ordered to respond to the Motion to Dismiss and Motion to Strike within fourteen days.

DATED this 23rd day of June, 2014.

**WRIGHT, FINLAY & ZAK, LLP**

By: /s/ Kim R. Lepore
    Kim R. Lepore, Esq.
    Attorneys for Attorneys for Defendants SPS, O'Brien, BNYM as trustee, Hassell, Richards, Todd and Williams

1  ORIGINAL of the foregoing electronically filed this 23rd day of June, 2014.

2

3  COPIES of the foregoing mailed the 23rd day of June, 2014, to:

4

5  Ivaylo Tsvetanov Dodev
6312 S. 161st Way

6  Gilbert, AZ 85298
Plaintiff in pro se

7

8  Sean K. McElenney. Esq.
Coree E. Neumeyer, Esq.

9  Eric M. Moores, Esq.

10  Two N. Central Ave., Suite 2200
Phoenix, AZ 85004-4406

11  Attorneys for ReconTrust, Bank of America

12  and Brian T. Moynihan

13

14  /s/ Kim Lepore

15

16

17

18

19

20

21

22

23

24

25

26

27

28