**WRIGHT, FINLAY & ZAK, LLP**
Kim R. Lepore, Esq., Bar No. 019130
Amanda M. Breemes, Esq., Bar No. 030687
18444 N. 25th Ave., Suite 420
Phoenix, AZ 85020
Telephone: 602-845-8898
Fax: 949-608-9142
klepore@wrightlegal.net

Attorneys for Defendants Select Portfolio Servicing, Inc., Timothy O'Brien, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, Gerald Hassell, Karla Richards, Dani Todd and KaJay Williams

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | Case No.: CV-13-02155-PHX-GMS |
| Plaintiff, | |
| vs. | |
| ReconTrust Company, N.A.; James F. Taylor, and/or his successor, in his/their individual and official capacity; Select Portfolio Servicing, Inc.; Timothy O'Brien, and/or his successor, in his/their individual and official capacity; Bank Of New York Mellon, N.A.; Gerald Hassell, and/or his successor, in his/their individual and official capacity; Bank of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan, and/or his successor, in his/their individual and official capacity; and DOES 1-100, in his/her individual and official capacity, | **ORDER** |
| Defendants. | |

-1-

Upon Motion to Lift Stay submitted by Defendants Select Portfolio Servicing, Inc., Timothy O'Brien, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, Gerald Hassell, Karla Richards, Dani Todd and KaJay Williams, and after consideration and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the stay imposed in this matter on April 22, 2014 (doc. 72) is hereby lifted.

**IT IS FURTHER ORDERED** that Defendants' Motions to Dismiss (Docs. 40, 42) and Motion to Strike (Doc. 65) are hereby reinstated.

**IT IS FURTHER ORDERED** that Plaintiff is ordered to respond to Defendants' Motions to Dismiss and Motion to Strike within fourteen (14) days of the date of this Order.

Dated this ____ day of June, 2014.

_____
G. Murray Snow
United States District Judge