Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
    Gilbert, Arizona
    (480) 457-8888 Phone
    (480) 457-8887 Facsimile
    dodev@hotmail.com

*Pro Se*

**FILE ON DEMAND**
**FOR THE RECORD**

[Filed stamp: FILED, RECEIVED, JUL 01 2014, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA, BY ___ DEPUTY]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **RECONTRUST COMPANY, N.A., ET AL** <br><br> **Defendants.** | Case No. CV-13-02155-PHX-DLR <br><br> **PLAINTIFF'S RESPONSE TO MOTION TO LIFT STAY** <br><br> July 1st, 2014, at 12:06 PM <br><br> Hon. Douglas L Rayes |

    Here comes, Plaintiff, Ivaylo Tsvetanov Dodev, *pro se*, ("Plaintiff") with his response to MOTION TO LIFT STAY, Doc. 73, (the "Motion") submitted by Kim R. Lepore ("Counsel"), for Defendants Select Portfolio Servicing, Inc., Timothy O'Brien, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, Gerald Hassell, Karla Richards, Dani Todd and KaJay Williams ("Defendants").

*"If A is a success in life, then A equals x plus y plus z. Work is x; y is play; and z is keeping your mouth shut"* — Albert Einstein

If we apply Einstein's quote in a court of law, he is blatantly saying: you have to know when to shut-up. Counsel has interjected a plethora of fallacies into the record: (1) she pleads on behalf of parties that she has not filed notice of representation with the court, see Doc. 39 and 52; (2) she incriminates her Defendants, see Doc. 56, p. 16, line 22-28; (3) she commits perjury on the record by becoming Plaintiff's witness by signing Declaration of fallacy, Doc. 44-1, see Doc. 62, p. 3, line 5-16; and (4) <u>she moves the court to order Plaintiff to answer his own Motion to Strike</u> [among other erroneous claims], Doc. 65, with the Motion, Doc. 73, pending in front of the court.

When Counsel filed her motion, informing the court of Plaintiff's bankruptcy filing, Doc. 71, and upon order to stay the case for six months being granted, Doc. 73, Plaintiff considered sending her a thank you card with a bottle of wine; this is to say that her actions or so unpredictable and uncertain that it is at times hard to judge which side she is representing. The Order to stay the case while Plaintiff is in bankruptcy, as a result of Defendants actions, came as a relief as he is facing NINE well trained and highly educated attorneys [some exceptions apply] with presumably hundreds of years of combined court experience under their belts, simultaneously as a *pro se*.

Plaintiff is facing collateral attack from the attorneys, as they have filed motions to lift the stay in the bankruptcy court and in this court, concurrently. Plaintiff

is filing his Response to *Motion For Relief From Automatic Stay And Request For An Order Determining That The Automatic Stay Does Not Apply To Case No. 2:13-CV-02155-GMS,* Doc. 46, filed under 2:14-bk-02116-MCW as Exhibit "A" filed hereto and incorporated herein as his Response pertains to this verified action; it is lawful and defined within the law with exegetic application of Arizona Revised Statutes ("ARS") and current court rulings as to: (1) whether servicers are debt collectors; (2) question of standing to move the court as a secured party of interest; (3) presentment, offer and acceptance; and (4) that debtors have right to challenge third-party contracts.

Further, the court should take notice and action against defendant ReconTrust, N.A ("ReconTrust") as they are in violation of ARS §§33-813 and 33-818. ReconTrust did not record cancelation of notice of sale and their resignation as required by law " *[i]f the sale is not held or is not properly postponed pursuant to this chapter, the trustee shall record a cancellation of the notice of sale. The cancellation of the notice of sale shall be recorded in the office of the county recorder in which the notice of sale was recorded"* – ARS §33-813(F) and *"[n]otice of resignation of trustee"* –ARS §33-818. After being barred from many states, considered illegitimate, ReconTrust closed their business of [pretending] trusteeship for good as of April 1st, 2014. Plaintiff declares that he was informed on more than one occasion from ReconTrust **that they are not his trustee** and they are not in the trustee business anymore. Yet, they never recorded a notice of cancellation of sale or their resignation as trustee in the county recorder, as required by law.

You honor, due to the pointed inconsistences and errors in the Motion, Plaintiff struggles with the pray for relief as he has already answered Defendants' Motions to Dismiss, Doc. 40 and 42, and <u>he cannot answer his own Motion to Strike</u>, Doc. 65.

**WHEREFORE** Plaintiff request that the dismissal of Motions to Dismiss, Doc. 40 and 42 be reaffirmed with prejudice, without leave to amend.

**FURTHERMORE**, Counsel's Motion should be dismissed as moot.

Respectfully submitted on this 1st day of July, 2014.

*/s/ Ivaylo Dodev, A.R.R.*
**Ivaylo Tsvetanov Dodev**, ARR, *Pro Se* Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY** of the foregoing is hand-delivered to The United States District Court for the District of Arizona this 1st day of July, 2014, at - 12:06 PM time. I certify that the following parties through their counsel (or pseudo counsel as alleged in this action) of record are registered as ECF Filers and that they will be served by the CM/ECF system: BANK OF AMERICA, NA, RECONTRUST, NA, BRIAN MOYNIHAN, SELECT PORTFOLIO SERVING, NA, TIMOTHY O'BRIEN, GERALD HASSELL AND BANK OF NEW YORK MELLON.

**Along,** with the inexistent entity The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, as claimed by counsel Kim R. Lepore.

*/s/ Ivaylo Dodev, A.R.R.*
Ivaylo Tsvetanov Dodev, Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax