# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>                Plaintiff,<br><br>v.<br><br>ReconTrust Company NA, et al.,<br><br>                Defendants. | No. CV-13-02155-PHX-DLR<br><br>**ORDER** |

On April 22, 2014, this Court stayed this matter upon notification that Plaintiff filed bankruptcy on February 21, 2014.  (Doc. 72.)  Before the Court is Defendants' Motion to Lift Stay (Doc. 73).  After reviewing Defendants' motion and Plaintiff's response (Doc. 75), the Court concludes oral argument will assist in its decision.  Therefore,

**IT IS ORDERED** that the parties shall appear before the Court for oral argument regarding Defendants' Motion to Lift Stay (Doc. 72) on **August 14, 2014 at 11:00 a.m.** in Courtroom 506, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003.

Dated this 18th day of July, 2014.

Douglas L. Rayes
United States District Judge