**WRIGHT, FINLAY & ZAK, LLP**
Kim R. Lepore, Esq., Bar No. 019130
Amanda M. Breemes, Esq., Bar No. 030687
18444 N. 25th Ave., Suite 420
Phoenix, AZ 85020
Telephone: 602-845-8898
Fax: 949-608-9142
klepore@wrightlegal.net

Attorneys for Defendants Select Portfolio Servicing, Inc., Timothy O'Brien, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, Gerald Hassell, Karla Richards, Dani Todd and KaJay Williams

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>    Plaintiff,<br><br>    vs.<br><br>ReconTrust Company, N.A.; James F. Taylor, and/or his successor, in his/their individual and official capacity; Select Portfolio Servicing, Inc.; Timothy O'Brien, and/or his successor, in his/their individual and official capacity; Bank Of New York Mellon, N.A.; Gerald Hassell, and/or his successor, in his/their individual and official capacity; Bank of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan, and/or his successor, in his/their individual and official capacity; and DOES 1-100, in his/her individual and official capacity,<br><br>    Defendants. | Case No.: CV-13-02155-PHX-GMS<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO LIFT STAY AND REQUEST TO VACATE HEARING** |

PLEASE TAKE NOTICE that Defendants Select Portfolio Servicing, Inc., Timothy O'Brien, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, Gerald Hassell, Karla Richards, Dani Todd and KaJay Williams hereby withdraw their Motion to Lift Stay filed on June 23, 2014 [Doc. 73], and request that this Court vacate the oral argument currently scheduled for August 27, 2014.

RESPECTFULLY SUBMITTED this 13th day of August, 2014.

**WRIGHT, FINLAY & ZAK, LLP**

By: /s/ Kim R. Lepore
  Kim R. Lepore, Esq.
  Attorneys for Attorneys for Defendants SPS, O'Brien, BNYM as trustee, Hassell, Richards, Todd and Williams

1  ORIGINAL of the foregoing electronically filed this 13th day of August, 2014.

2

3  COPIES of the foregoing mailed the 13th day of August, to:

4

5  Ivaylo Tsvetanov Dodev
6312 S. 161st Way

6  Gilbert, AZ 85298
Plaintiff in pro se

7

8  Sean K. McElenney. Esq.
Coree E. Neumeyer, Esq.

9  Eric M. Moores, Esq.

10  Two N. Central Ave., Suite 2200
Phoenix, AZ 85004-4406

11  Attorneys for ReconTrust, Bank of America

12  and Brian T. Moynihan

13

14  /s/ *Steven E. Bennett*

15

16

17

18

19

20

21

22

23

24

25

26

27

28