# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>                    Plaintiff,<br><br>v.<br><br>ReconTrust Company NA, et al.,<br><br>                    Defendants. | No. CV-13-02155-PHX-DLR<br><br>**ORDER** |

On April 22, 2014, the Court stayed this matter upon notification that Plaintiff filed for bankruptcy. (Doc. 72.) Thereafter, Defendants filed a Motion to Lift Stay (Doc. 73). After reviewing Defendants' motion and Plaintiff's response (Doc. 75), the Court set the matter for oral argument. On August 13, 2014, Defendants withdrew their Motion to Lift Stay and requested that the Court vacate the oral argument. Accordingly,

**IT IS ORDERED** that the oral argument scheduled for August 27, 2014, is vacated.

/////

1   **IT IS FURTHER ORDERED** that the parties shall appear for a status conference
2   on **August 27, 2014 at 11:00 a.m.** before Judge Douglas L. Rayes in Courtroom 506,
3   Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix,
4   Arizona 85003.
5   Dated this 14th day of August, 2014.

_____
Douglas L. Rayes
United States District Judge