BRYAN CAVE LLP (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000
(602) 364-7070 fax
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

Attorneys for Defendants ReconTrust Co. N.A.,
Bank of America, N.A., and Brian T. Moynihan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>    Plaintiff,<br><br>v.<br><br>ReconTrust Co. N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Gerald Hassell; Bank of America, N.A.; Brian T. Moynihan; Timothy O'Brien; and Bank of New York Mellon,<br><br>    Defendants. | No. 2:13-CV-02155-DLR<br><br>**MOTION TO REINSTATE DEFENDANTS RECONTRUST CO. N.A., BANK OF AMERICA, N.A., AND BRIAN T. MOYNIHAN'S MOTION TO DISMISS COMPLAINT**<br><br>(Hon. Douglas L. Rayes) |

Defendants ReconTrust Co., N.A., Bank of America, N.A., and Brian T. Moynihan (collectively, the "Moving Defendants") respectfully ask that the Court reinstate their previously filed Motion to Dismiss (the "Motion") (Doc. 42) as a result of the Court's August 27, 2014 Order lifting the stay in this case (Doc 80).

The Motion has been fully briefed, but it was outstanding at the time Plaintiff Ivaylo Tsvetanov Dodev ("Plaintiff") filed for bankruptcy protection on April 21, 2014. [*See* Notice of Bankruptcy (Doc. 71)] The next day, the Court stayed the matter for six months or until the bankruptcy stay was lifted. [Doc. 72] The Court subsequently lifted the

765364.2

stay during the August 27, 2014 Status Conference.[1] After the stay was lifted, the Court reinstated Co-Defendants Select Portfolio Servicing, Inc., Bank of New York Mellon NA, Timothy O'Brien, Karla Richards, Dani Todd, KaJay Williams, and Gerald Hassell's Motion to Dismiss (Doc. 40). [*See* August 27, 2014 Order (Doc. 80)]

Because the stay has now been lifted, the Moving Defendants ask the Court to also reinstate their Motion. A proposed form of Order is attached.

DATED this 3rd day of September, 2014.

BRYAN CAVE LLP

By  s/ Eric M. Moores
Sean K. McElenney
Coree E. Neumeyer
Eric M. Moores
Two N. Central Avenue, Suite 2200
Phoenix, AZ  85004-4406

Attorneys for Defendants ReconTrust Co. N.A., Bank of America, N.A., and Brian T. Moynihan

ORIGINAL of the foregoing efiled
using the CM/ECF System
this 3rd day of September, 2014.

COPY of the foregoing mailed
this 3rd day of September, 2014, to:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298
Plaintiff

s/ Nicole Daley

---

[1] Undersigned counsel apologize for their absence at the August 27, 2014 Status Conference. Due to an error in the firm's docketing system, the Status Conference did not appear on undersigned counsel's calendars. While the absence was not intentional, undersigned counsel accepts responsibility for it.

765364.2                                      2