# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | No. 2:13-CV-02155-DLR |
| Plaintiff, | |
| v. | **ORDER** |
| ReconTrust Co. N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Gerald Hassell; Bank of America, N.A.; Brian T. Moynihan; Timothy O'Brien; and Bank of New York Mellon, | (Hon. Douglas L. Rayes) |
| Defendants. | |

The Court has considered Defendants ReconTrust Co., N.A., Bank of America, N.A., and Brian T. Moynihan's (collectively, "Defendants'") Motion to Reinstate Defendants' Motion to Dismiss (Doc. 42) ("Motion to Reinstate"), and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Reinstate is granted. The Court hereby reinstates the Motion to Dismiss (Doc. 42) and will issue its ruling on it.

DATED this _____ day of _____, 2014.