| | |
|---|---|
| Name | Kim R. Lepore, Esq. |
| Bar # | 019130 |
| Firm | Wright Finlay & Zak, LLP |
| Address | 18444 N. 25th Ave, Suite 420 |
| | Phoenix, AZ 85023 |
| | klepore@wrightlegal.net |
| Telephone | 602-845-8898 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Ivaylo Tsvetanov Dodev,

    Plaintiff,

vs.

ReconTrust Company NA, et al.,

    Defendant.

Case No. CV-13-02155-PHX-DLR

**Corporate Disclosure Statement**

    This Corporate Disclosure Statement is filed on behalf of The Bank of New York Mellon in compliance with the provisions of: *(check one)*

[✓] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

☐ No such corporation.

☑ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

The Bank of New York Mellon Corporation    Relationship Subsidiary

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

☐ Other(please explain)

_____

_____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated this  5th  day of  September , 2014 .

_____
Counsel of Record

Certificate of Service:

1 | ORIGINAL of the foregoing electronically filed this 5th day of September, 2014

2 | COPIES of the foregoing mailed this 5th day of September, 2014, to:

Ivaylo Tsvetanov Dodev
6312 S 161st Way
Gilbert, AZ 85298
Plaintiff in pro se

Sean K. McElenney, Esq.
Coree E. Neumeyer, Esq.
Eric M. Moores, Esq.
Two N. Central Ave., Suite 2200
Phoenix, AZX 85004-4406
Attorneys for ReconTrust, Bank of America and Brian T. Moynihan

_____
Gretchen Grant

1

**PROOF OF SERVICE**