# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>    Plaintiff,<br><br>v.<br><br>ReconTrust Company NA, et al.,<br><br>    Defendants. | No. CV-13-02155-PHX-DLR<br><br>**ORDER** |

Before the Court is Defendants ReconTrust Co., N.A., Bank of America, N.A., and Brian T Moynihan's Motion to Reinstate Defendants' Motion to Dismiss Complaint. For cause shown,

**IT IS ORDERED** that Defendants' Motion to Reinstate (Doc. 82) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' previously-filed Motion to Dismiss (Doc. 42), Plaintiff's response (Doc. 57), and Defendants' reply (Doc. 61) are reinstated.

Dated this 5th day of September, 2014.

Douglas L. Rayes
United States District Judge