BRYAN CAVE LLP (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000
(602) 364-7070 fax
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

Attorneys for Defendants ReconTrust Company N.A.,
Bank of America, N.A., and Brian T. Moynihan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>        Plaintiff,<br><br>   v.<br><br>ReconTrust Company N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Gerald Hassell; Bank of America, N.A.; Brian T. Moynihan; Timothy O'Brien; and Bank of New York Mellon,<br><br>        Defendants. | No. 2:13-cv-02155-DLR<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br><br>(Hon. Douglas L. Rayes) |

This Corporate Disclosure Statement is filed on behalf of Defendants ReconTrust Company, N.A. and Bank of America, N.A., in compliance with the provisions of:

   __X__   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   _____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

765844.1

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing parties hereby declare as follows:

_____ No such corporation.

__X__ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

<u>ReconTrust Company N.A.</u>

ReconTrust Company, N.A. is a wholly-owned subsidiary of Bank of America, National Association, which is a wholly-owned subsidiary of BANA Holding Corporation, which is a wholly-owned subsidiary of BAC North America Holding Company, which is a wholly-owned subsidiary of NB Holdings Corporation, which is a wholly-owned subsidiary of the publicly-held Bank of America Corporation ("BAC"). BAC is publicly held and traded on the New York Stock Exchange (symbol "BAC"). BAC has no parent company, and no publicly held corporation owns 10% or more of BAC stock.

<u>Bank of America, N.A.</u>

Bank of America, N.A. is a wholly-owned subsidiary of BAC North America Holding Company. BAC North America Holding Company is a wholly-owned subsidiary of NB Holdings Corporation. NB Holdings Corporation is a wholly-owned subsidiary of the publicly held Bank of America Corporation.

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome.

_____ Relationship

_____ Other (please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein

. . . .

. . . .

765844.1                                    2

DATED this 8th day of September, 2014.

BRYAN CAVE LLP

By  s/ Eric M. Moores
Sean K. McElenney
Coree E. Neumeyer
Eric M. Moores
Two N. Central Avenue, Suite 2200
Phoenix, AZ  85004-4406

Attorneys for Defendants ReconTrust Company, N.A., Bank of America, N.A., and Brian T. Moynihan

ORIGINAL of the foregoing efiled using the CM/ECF System this 8th day of September, 2014.

COPY of the foregoing mailed this 8th day of September, 2014, to:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298
Plaintiff

s/ Nicole Daley

765844.1

3