Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

*Pro Se*

**FILE ON DEMAND**
**FOR THE RECORD**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,**<br><br>Plaintiff,<br><br>vs.<br><br>**RECONTRUST COMPANY, N.A., ET AL**<br><br>**Defendants.** | Case No. CV-13-02155-PHX-DLR<br><br>**MOTION TO REINSTATE PLAINTIFF'S MOTION TO STRIKE (DOC. 65)**<br><br>Hon. Douglas L Rayes |

COMES NOW, Ivaylo Tsvetanov Dodev, ("Plaintiff"), who hereby files this MOTION TO REINSTATE PLAINTIFF'S MOTION TO STRIKE, (the "Motion"), (DOC. 65).

Plaintiff respectfully ask the Court to reinstate his previously filed Motion, stayed as a result of his filing for bankruptcy protection, (Doc. 72), along with defendants Motions to Dismiss (Docs. 40, 42). During the Status Conference on August 27, 2014 the court Order lifted the stay in this case, (Doc 80), and reinstated certain defendant's Motion to Dismiss (Doc. 40). Upon Motion to Reinstate Defendants' Recontrust Co. N.A., Bank Of America, N.A., And Brian T. Moynihan's Motion To Dismiss (Doc.

82), the Court granted their motion and reinstated the Motion to Dismiss (Doc. 42) with an Order, (Doc. 85).

**WHEREFORE**, Plaintiff's Motion to strike, (Doc. 65), is RELEVANT as Defendants are in violation of Hon. Judge Snow ORDERS, (Docs. 5, 43[1]) to MEET AND CONFER WITH PLAINTIFF BEFORE FILING ANY MOTIONS TO DISMISS.

Respectfully submitted on this 14th day of September, 2014.

*/s/ Ivaylo Dodev*

**Ivaylo Tsvetanov Dodev**, ARR, *Pro Se* Plaintiff
6312 South 161st Way, Gilbert, Arizona
**(480) 457-8888 Phone**
**(480) 457-8887 Fax**

---

[1] Pursuant to the Court's Order (Doc. 5), a Notice of Certification/Conferral is to be filed in conjunction with a motion to dismiss or the motion may be stricken for failure to comply with the Court's Order. Therefore, **IT IS ORDERED** directing Defendants to comply with and file a Notice of Certification on or before **December 30, 2013**, or the motions may be stricken.

# CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY** of the foregoing is mailed to The United States District Court for the District of Arizona this 14th day of September, 2014, via U.S. First Class Mail. I certify that the following parties through their counsel (or pseudo counsel as alleged in this action) of record are registered as ECF Filers and that they will be served by the CM/ECF system: BANK OF AMERICA, NA, RECONTRUST, NA, BRIAN MOYNIHAN, SELECT PORTFOLIO SERVING, NA, TIMOTHY O'BRIEN, GERALD HASSELL AND BANK OF NEW YORK MELLON.

**Along,** with the inexistent [legal] entity The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, as claimed by counsel Kim R. Lepore.

_/s/ Ivaylo Dodev_
Ivaylo Tsvetanov Dodev, Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax