BRYAN CAVE LLP (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000
(602) 364-7070 fax
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

Attorneys for Defendants ReconTrust Co. N.A.,
Bank of America, N.A., and Brian T. Moynihan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ReconTrust Co. N.A.; James F. Taylor; Select Portfolio Servicing, Inc.; Gerald Hassell; Bank of America, N.A.; Brian T. Moynihan; Timothy O'Brien; and Bank of New York Mellon,<br><br>　　　　Defendants. | No. 2:13-CV-02155-DLR<br><br>**CERTIFICATION OF CONFERRAL OF DEFENDANTS RECONTRUST CO. N.A., BANK OF AMERICA, N.A., AND BRIAN T. MOYNIHAN**<br><br>(Hon. Douglas L. Rayes) |

Pursuant to the Court's September 23, 2014 Order (Doc. 88), Defendants ReconTrust Co., N.A., Bank of America, N.A., and Brian T. Moynihan (collectively, the "Responding Defendants") provide this certification of undersigned counsel's efforts to meet and confer with Plaintiff Ivaylo Tsvetanov Dodev ("Plaintiff") prior to filing the Motion to Dismiss (Doc. 42). Undersigned counsel Eric M. Moores ("Counsel") certifies that he attempted to meet and confer with Plaintiff to determine whether an amendment could cure the deficient First Amended Complaint (the "FAC"), in accordance with the Court's October 23, 2013 Order (Doc. 5). However, Plaintiff failed to respond.

Specifically, on November 27, 2013, Counsel sent Plaintiff a letter outlining the

reasons the FAC failed to state any valid claim against Defendants. The letter was sent via email—to dodev@hotmail.com—and via First Class Mail to the address on the docket—6312 South 161st Way, Gilbert, Arizona 85298. [See Doc. 66-1, at 2-7; Doc. 66-2]

Counsel did not receive a reply from Plaintiff, and again emailed Plaintiff on December 2, 2013 to check on the status. [See Doc. 66-3] Plaintiff replied the following day, claiming he had not received the letter, even though it was attached to the first email communication. [See Doc. 66-4] Counsel then sent the letter a second time via email, and Plaintiff indicated he would read it later that day. [See Doc. 66-5; Doc. 66-6] On December 9, 2013, after receiving no response, Counsel again emailed Plaintiff to find out if he planned to amend or withdraw his claims after reviewing the letter. After receiving no response, Defendants moved forward with their Motion to Dismiss on December 13, 2013 (Doc. 42).

In compliance with the Court's Order of October 23, 2013 (Doc. 5), Responding Defendants attached a certification of conferral to their Motion to Dismiss (Doc. 42, at 15). Nonetheless, on December 16, 2013, the Court ordered Responding Defendants to file a certification of conferral (Doc. 43). Upon receiving the Court's subsequent order, undersigned counsel's assistant, Nicole Daley, called the Court to inquire as to what additional steps Responding Defendants needed to take to comply with the Court's certification requirements. During that conversation, the Court verified the certification had been included in the Motion to Dismiss and excused Responding Defendants from filing an additional certification in response to the December 16, 2013 Order. When Responding Defendants further inquired as to whether they or the Court needed to file something to note Responding Defendants' compliance under the October 23, 2013 Order (Doc. 5) and the December 16, 2013 Order (Doc. 43), the Court informed Counsel's assistant that there was no need to do so. Based on these communications with the Court, Responding Defendants understood that they were in full compliance with the Court's orders. Responding Defendants provide these additional details regarding the history of

their certifications of conferral solely to explain that they have neither intentionally or neglectfully disregarded any prior Order of this Court.

DATED this 30th day of September, 2014.

BRYAN CAVE LLP

By  s/ Eric M. Moores
    Sean K. McElenney
    Coree E. Neumeyer
    Eric M. Moores
    Two N. Central Avenue, Suite 2200
    Phoenix, AZ  85004-4406

    Attorneys for Defendants ReconTrust Co. N.A., Bank of America, N.A., and Brian T. Moynihan

ORIGINAL of the foregoing efiled
using the CM/ECF System
this 30th day of September, 2014.

COPY of the foregoing mailed
this 30th day of September, 2014, to:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298

Plaintiff Pro Per

s/ Nicole Daley

766823.1                              3