1  BRYAN CAVE LLP (No. 00145700)
2  Sean K. McElenney (No. 016987)
   Coree E. Neumeyer, (No. 025787)
3  Eric M. Moores (No. 028280)
   Two North Central Avenue, Suite 2200
4  Phoenix, Arizona 85004-4406
5  (602) 364-7000
   (602) 364-7070 fax
6  skmcelenney@bryancave.com
7  coree.neumeyer@bryancave.com
   moorese@bryancave.com
8
   Attorneys for Defendants ReconTrust Co. N.A.,
9  Bank of America, N.A., and Brian T. Moynihan

10             **IN THE UNITED STATES DISTRICT COURT**

11             **IN AND FOR THE DISTRICT OF ARIZONA**

12  Ivaylo Tsvetanov Dodev,                    No. 2:13-CV-02155-DLR

13             Plaintiff,

14       v.

15                                             **NOTICE OF SERVICE OF**
                                               **DEFENDANTS RECONTRUST**
16  ReconTrust Co. N.A.; James F. Taylor; Select   **CO. N.A., BANK OF AMERICA, N.A.,**
    Portfolio Servicing, Inc.; Gerald Hassell; Bank  **AND BRIAN T. MOYNIHAN'S RULE**
17  of America, N.A.; Brian T. Moynihan;       **26(A)(1) INITIAL DISCLOSURE**
    Timothy O'Brien; and Bank of New York      **STATEMENT**
18  Mellon,
19                                             (Hon. Douglas L. Rayes)
             Defendants.
20

21       NOTICE IS HEREBY GIVEN that Defendants ReconTrust Co. N.A., Bank of

22  America, N.A. and Brian T. Moynihan have served on  Plaintiff Defendants ReconTrust

23  Co. N.A., Bank of America, N.A. and Brian T. Moynihan's Rule 26(A)(1) Initial

24  Disclosure Statement  on September 30, 2014, by First Class mail.

25  . . . .

26  . . . .

27

28

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

1    DATED this 30th day of September, 2014.

2                                    BRYAN CAVE LLP

3

4

5    By    s/ Eric M. Moores
         Sean K. McElenney
6        Coree E. Neumeyer
         Eric M. Moores
7        Two N. Central Avenue, Suite 2200
         Phoenix, AZ  85004-4406

8    Attorneys for Defendants ReconTrust Co. N.A.,
9    Bank of America, N.A., and Brian T. Moynihan

10
11   ORIGINAL filed electronically with the Court and
     served by the Court's CM/ECF system this
12   30th day of September, 2014.

13   COPY of the foregoing mailed this 30th
     day of September, 2014, to:
14
15   Ivaylo Tsvetanov Dodev
     6312 S. 161st Way
     Gilbert, AZ 85298
16

17   Plaintiff Pro Per

18    s/ Nicole Daley

19

20

21

22

23

24

25

26

27

28

766967

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000