**WRIGHT, FINLAY & ZAK, LLP**
Kim R. Lepore, Esq., Arizona Bar No. 019130
18444 N. 25th Avenue, Suite 420
Phoenix, AZ 85023
Telephone: 602-845-8898
Fax: 949-477-9200
klepore@wrightlegal.net

Attorneys for Defendants Select Portfolio Servicing, Inc., Timothy O'Brien, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, Gerald Hassell, Karla Richards, Dani Todd and KaJay Williams

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>         Plaintiff,<br><br>vs.<br><br>ReconTrust Company, N.A.; James F. Taylor, and/or his successor, in his/their individual and official capacity; Select Portfolio Servicing, Inc.; Timothy O'Brien, and/or his successor, in his/their individual and official capacity; Bank Of New York Mellon, N.A.; Gerald Hassell, and/or his successor, in his/their individual and official capacity;  Bank of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan, and/or his successor, in his/their individual and official capacity; and DOES 1-100, in his/her individual and official capacity,<br><br>         Defendants. | Case No.: 2:13-cv-02155-DLR<br><br>**NOTICE OF INITIAL DISCLOSURE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Defendants Select Portfolio Servicing, Inc., Timothy O'Brien, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, Gerald Hassell, Karla Richards, Dani Todd and KaJay Williams have, by and through counsel undersigned, served their Initial Disclosure Statement on Plaintiff pursuant to Fed.R.Civ.P. Rule 26.

**RESPECTFULLY SUBMITTED** this 30th day of September, 2014.

**WRIGHT, FINLAY & ZAK, LLP**

By: /s/ Kim R. Lepore
   Kim R. Lepore, Esq.
   Attorneys for Defendants

The foregoing was e-filed this
30th day of September, 2014.

A copy of the foregoing was mailed this
30th day of September, 2014, to:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298
Plaintiff in pro se


/s/ Steve Bennett