Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

Pro Se

FILE ON DEMAND
FOR THE RECORD

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

   OCT 01 2014

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, <br><br> Plaintiff, <br><br> vs. <br><br> RECONTRUST COMPANY, N.A., ET AL <br><br> Defendants. | Case No. CV-13-02155-PHX-DLR <br><br> **PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES** <br><br> Hon. Douglas L Rayes |

COMES NOW Ivaylo Tsvetanov Dodev ["Plaintiff"], who hereby files this Notice of Initial Disclosure, pursuant to Federal Rule of Civil Procedure 26(a)(1), and respectfully declares to the Court as follows:

On September 27th, 2014, Plaintiff provided his Initial Disclosures to the Defendants' Counsels of Record, via U.S.P.S. Certified Mail No.: 70141820000019339011 and 70141820000019339028, addressed to:

**WRIGHT, FINLAY & ZAK, LLP**
Kim R. Lepore, Esq., (No. 019130)
Amanda M. Breemes, Esq. (No. 030687)
18444 N. 25th Ave., Suite 420
Phoenix, AZ 85020

Attorneys for Defendants Select Portfolio Servicing, Inc., Timothy O'Brien, The Bank of New York Mellon fka The Bank of New York as Trustee for the certificate-holders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, Gerald Hassell, Karla Richards, Dani Todd and KaJay Williams;

AND

**BRYAN CAVE LLP** (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406

Attorneys for Defendants ReconTrust Co. N.A., Bank of America, N.A., and Brian T. Moynihan.

Respectfully submitted on this 30 day of September, 2014.

_____
Ivaylo Tsvetanov Dodev, ARR, *Pro Se* [Plaintiff]
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY** of the foregoing has been mailed to The United States District Court for the District of Arizona this 30 day of September, 2014, via U.S.P.S. First Class Mail. I certify that the following parties through their counsel (or pseudo counsel as alleged in this action) of record are registered as ECF Filers and that they will be served by the CM/ECF system: BANK OF AMERICA, NA, RECONTRUST, NA, BRIAN MOYNIHAN, SELECT PORTFOLIO SERVING, NA, TIMOTHY O'BRIEN, GERALD HASSELL AND BANK OF NEW YORK MELLON.

**Along,** with the inexistent [legal] entity The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, as claimed by counsel Kim R. Lepore.

_[signature]_
Ivaylo Tsvetanov Dodev, Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax