Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

*Pro Se*

FILE ON DEMAND
FOR THE RECORD



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Ivaylo Tsvetanov Dodev, | Case No. CV-13-02155-PHX-DLR |
|---|---|
| Plaintiff, | MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT |
| vs. | |
| RECONTRUST COMPANY, N.A., ET AL | (FIRST REQUEST) |
| Defendants. | Hon. Douglas L Rayes |

**COMES NOW** Ivaylo Tsvetanov Dodev ("Plaintiff"), who hereby moves this Court for an order granting Plaintiff an extension of time to Amended his Complaint, as Ordered (Doc. 93), through and including November 5, 2014 for a good cause shown:

1. Plaintiff is under a bankruptcy reorganization and yesterday alone (October 15, 2014) there were several filings under his case that require immediate attention;

2. Plaintiff has an evidentiary hearing scheduled under the same bankruptcy case (2:14-bk-02116-MCW) for Monday, October 20, 2014 that requires his preparation and attendance;

3. Plaintiff will need more time, as a *pro se* representing himself concurrently in civil and bankruptcy litigation, in order to adhere to the guidelines given to him by the court to amend his complaint in a lawful and comprehensive manner, as required for judicial efficiency for the remainder of this verified-action-at-law;

4. Further, Plaintiff remains the sole breadwinner for his family and as his wife is currently recovering from a recent surgery he has taken over the role of homemaker as well, placing an additional impediment on his ability to focus his attention on this legal matter;

5. Plaintiff has informed all Defendants through his Initial Disclosures that his health has taken an abrupt turn for the worst, disclosing the name of all his physicians. Seeing as such, he will need extra time to organize his claims, causes of actions, and exhibits in order to submit an easy to read, fluid and lawful amended complaint with the Court.

**WHEREFORE,** for a good cause shown, Plaintiff requests that the Court grant him an extension through and including November 5, 2014 to file his Second Amended Complaint.

**RESPECTFULLY SUBMITTED** this 16th day of October, 2014.

*[signature]*

Ivaylo Tsvetanov Dodev, ARR, *Pro Se* [Plaintiff]
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY** of the foregoing has been hand-delivdred to The United States District Court for the District of Arizona this 16th day of October, 2014. I certify that the following parties through their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system: BANK OF AMERICA, NA, RECONTRUST, NA, BRIAN MOYNIHAN, SELECT PORTFOLIO SERVING, NA, TIMOTHY O'BRIEN, GERALD HASSELL AND BANK OF NEW YORK MELLON

**Along,** with the inexistent [legal] entity The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, as claimed to be represented by counsel Kim R. Lepore.

_____
Ivaylo Tsvetanov Dodev, Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax