**WRIGHT, FINLAY & ZAK, LLP**
Kim R. Lepore, Esq., Arizona Bar No. 019130
18444 N. 25th Avenue, Suite 420
Phoenix, AZ 85023
Telephone: 602-845-8898
Fax: 949-477-9200
klepore@wrightlegal.net

Attorneys for Defendants Select Portfolio Servicing, Inc., Timothy O'Brien, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, Gerald Hassell, Karla Richards, Dani Todd and KaJay Williams

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | Case No.: 2:13-cv-02155-DLR |
| Plaintiff, | |
| vs. | |
| ReconTrust Company, N.A.; James F. Taylor, and/or his successor, in his/their individual and official capacity; Select Portfolio Servicing, Inc.; Timothy O'Brien, and/or his successor, in his/their individual and official capacity; Bank Of New York Mellon, N.A.; Gerald Hassell, and/or his successor, in his/their individual and official capacity; Bank of America, N.A. successor of Countrywide Home Loans, Inc.; Brian T. Moynihan, and/or his successor, in his/their individual and official capacity; and DOES 1-100, in his/her individual and official capacity, | **RESPONSE TO MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT** |
| Defendants. | |

Defendants Select Portfolio Servicing, Inc., Timothy O'Brien, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, Gerald Hassell, Karla Richards, Dani Todd and KaJay Williams (collectively, "Defendants"), by and through counsel undersigned, hereby respond to and oppose Plaintiff's Motion for Extension of Time to Amend Complaint [Doc. 94].

This Court specifically ordered that Plaintiff shall file an amended complaint, "if he so chooses," within 15 days of the date of the Court's Order dated October 6, 2014 [Doc. 93]. Therefore, Plaintiff's Second Amended Complaint is due today, October 21, 2014.

Plaintiff claims that he needs additional time to file an amended complaint because he is representing himself, *pro se,* concurrently in this litigation and in bankruptcy litigation. "It is well-established, however, that a party who conducts a case without an attorney is entitled to no more consideration from the court than a party represented by counsel, and is held to the same standards expected of a lawyer." *Kelly v. NationsBanc Mortgage Corp.*, 199 Ariz. 284, 287, 17 P.3d 790, 793 (App. 2000). It should be noted that Plaintiff initiated both the bankruptcy case and this case. Accordingly, Plaintiff is expected to manage both of his litigation matters, including meeting court-imposed deadlines, the same as an attorney would without additional consideration from the court.

WHEREFORE, Defendant requests that this Court deny Plaintiff's request for an extension of time. Defendant further requests that this Court terminate this case if an amended complaint is not filed today.

RESPECTFULLY SUBMITTED this 21st day of October, 2014.

**WRIGHT, FINLAY & ZAK, LLP**

By: /s/ Kim R. Lepore
Kim R. Lepore, Esq.
Attorneys for Defendants

The foregoing was e-filed this 21st day of October, 2014.

A copy of the foregoing was mailed this 21st day of October, 2014, to:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298
Plaintiff in pro se

Eric M. Moores, Esq.
Coree E. Neumeyer, Esq.
BRYAN CAVE LLP
Two N. Central Ave, Suite 2200
Phoenix, AZ 85004
Attorneys for Defendants ReconTrust Co., N.A.
Bank of America, N.A. and Brian T. Moynihan

/s/ Steven E. Bennett