IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>Plaintiff,<br><br>v.<br><br>ReconTrust Company NA, et al.,<br><br>Defendants. | No. CV-13-02155-PHX-DLR<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Extension of Time to Amend Complaint, in which Plaintiff has requested through and including November 5, 2014, in which to file an amended complaint. (Doc. 94.) Defendants filed a response opposing the extension and requesting that the Court terminate this case if Plaintiff failed to file an amended complaint by the original October 21, 2014 deadline (Doc. 95). On October 23, 2014, two days after the original deadline to file an amended complaint but before the time for all responsive filings regarding the motion for extension of time had expired, Plaintiff filed his Second Amended Complaint (Doc. 96). In light of the foregoing,

/ / /

/ / /

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS ORDERED** that Plaintiff's motion (Doc. 94) is **GRANTED**. Plaintiff's Second Amended Complaint (Doc. 96) is accepted as timely filed.

Dated this 24th day of October, 2014.

Douglas L. Rayes
United States District Judge