BRYAN CAVE LLP (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000
(602) 364-7070 fax
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

Attorneys for Defendants ReconTrust Co. N.A.,
and Bank of America, N.A.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home Loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>　　　　Defendants. | No. 2:13-CV-02155-DLR<br><br>**DEFENDANTS RECONTRUST COMPANY, N.A. AND BANK OF AMERICA, N.A.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>(Hon. Douglas L. Rayes) |

Defendants ReconTrust Co., N.A. and Bank of America, N.A. ("Moving Defendants") respectfully request an extension of time to respond to plaintiff Ivaylo Tsvetanov Dodev's ("Plaintiff's") Second Amended Complaint through and including November 20, 2014. Moving Defendants seek this extension because they require additional time to complete their meet and confer with Plaintiff prior to filing a Fed. R.

768960.1

1  Civ. P. 12(b)(6) motion in accordance with this Court's October 23, 2013 Order [Doc.
2  5].[1]

3      A proposed form of Order is submitted herewith.

4      DATED this 10th day of November, 2014.

                      BRYAN CAVE LLP

                  By /s/ Eric M. Moores
                      Sean K. McElenney
                      Coree E. Neumeyer
                      Eric M. Moores
                      Two North Central Avenue, Suite 2200
                      Phoenix, AZ 85004-4406
                      Telephone: (602) 364-7000

                  Attorneys for Defendants ReconTrust
                  Co. N.A. and Bank of America, N.A.

14  ORIGINAL of the foregoing electronically
15  filed with the Court this 10th day of November, 2014

16  COPY of the foregoing mailed
17  this 10th day of November, 2014:

18  Ivaylo Tsvetanov Dodev
    6312 S. 161st Way
19  Gilbert, AZ 85298

21  /s/ Donna McGinnis

---

[1] Defendants contacted Plaintiff in an effort to obtain consent to a stipulation regarding this extension, but did not receive a response.

2

768960.1

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | No. 2:13-CV-02155-DLR |
| Plaintiff, | |
| v. | **ORDER** |
| ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home Loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity, | (Hon. Douglas L. Rayes) |
| Defendants. | |

The Court having considered defendants ReconTrust Co., N.A. and Bank of America, N.A.'s ("Moving Defendants'") Motion for Extension of Time to Respond to Second Amended Complaint, and good cause appearing,

IT IS HEREBY ORDERED that Moving Defendants shall have up to and including November 20, 2014 to file their response to the Second Amended Complaint.

768962.1