**WRIGHT, FINLAY & ZAK, LLP**
Kim R. Lepore, Esq., Arizona Bar No. 019130
Bradford E. Klein, Esq., Arizona Bar No. 027720
18444 N. 25th Ave., Suite 420
Phoenix, AZ 85020
Telephone: 602-845-8898
Fax: 949-608-9142
klepore@wrightlegal.net

Attorneys for Defendants Select Portfolio Servicing, Inc. and The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>    Plaintiff,<br><br>vs.<br><br>Recontrust Company, N.A., Select Portfolio Servicing, Inc., The Bank Of New York Mellon, Corporation, fka The Bank of New York, Bank of America, N.A. successor of Countrywide Home Loans, Inc., Real Time Resolutions, Inc., DOES 1-100, in his/her individual and official capacity,<br><br>    Defendants. | Case No.: CV-13-02155-PHX-DLR<br><br>**DEFENDANTS SELECT PORTFOLIO SERVICING AND THE BANK OF NEW YORK MELLON, AS TRUSTEE'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>(First Request) |

Defendants Select Portfolio Servicing, Inc. and The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, *erroneously sued as* The Bank of New York Mellon, Corporation, fka The Bank of

New York respectfully request an extension of time to respond to Plaintiff's Second Amended Complaint through and including November 20, 2014. Defendants need additional time to adequately respond to Plaintiff's voluminous complaint which consists of more than 60 pages and over 200 pages of Exhibits. Defendants also need additional time to meet and confer with Plaintiff prior to filing a Motion to Dismiss pursuant to FRCP 12(b)(6).

This Motion is made in good faith and not for the purpose of delaying resolution of this matter.

**RESPECTFULLY SUBMITTED** this $10^h$ day of November, 2014.

**WRIGHT, FINLAY & ZAK, LLP**

By: /s/ Kim R. Lepore
    Kim R. Lepore, Esq.
    Attorneys for Defendants
    SPS and BNYM as trustee

The foregoing was electronically filed this 10th day of November, 2014.

COPIES of the foregoing mailed the 11th day of November, 2014, to:

Ivaylo Tsvetanov Dodev
6312 S/ 161st Way
Gilbert, AZ 85298
Plaintiff in pro se

Sean K. McElenney. Esq.
Coree E. Neumeyer, Esq.
Eric M. Moores, Esq.
Two N. Central Ave., Suite 2200
Phoenix, AZ 85004-4406
Attorneys for ReconTrust and Bank of America


/s/ Steve Bennett