**WRIGHT, FINLAY & ZAK, LLP**
Kim R. Lepore, Esq., Arizona Bar No. 019130
Bradford E. Klein, Esq., Arizona Bar No. 027720
18444 N. 25th Ave., Suite 420
Phoenix, AZ 85020
Telephone: 602-845-8898
Fax: 949-608-9142
klepore@wrightlegal.net

Attorneys for Defendants Select Portfolio Servicing, Inc. and The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | Case No.: CV-13-02155-PHX-DLR |
| Plaintiff, | |
| vs. | **ORDER** |
| Recontrust Company, N.A., Select Portfolio Servicing, Inc., The Bank Of New York Mellon, Corporation, fka The Bank of New York, Bank of America, N.A. successor of Countrywide Home Loans, Inc., Real Time Resolutions, Inc., DOES 1-100, in his/her individual and official capacity, | |
| Defendants. | |

Upon Motion filed by Defendants Select Portfolio Servicing, Inc. and The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, and after consideration and good cause appearing therefore,

1   IT IS HEREBY ORDERED granting Defendants' Motion and extending the time
2   for Defendants to respond to Plaintiffs Second Amended Complaint through and
3
4   including November 20, 2014.
5   IT IS SO ORDERED.