RCO Legal, P.S.
Kristin Wick (AZ Bar No. 027082)
111 West Monroe Street, Suite 716
Phoenix, AZ 85003
Telephone: (480) 269-8880
Facsimile: (425) 974-3585
Email: kwick@rcolegal.com
Defendant Real Time Resolutions, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>Plaintiff,<br><br>v.<br><br>RECONTRUST COMPANY, N.A., SELECT PORTFOLIO SERVICING, INC., THE BANK OF NEW YORK MELLON, CORPORATION, FKA THE BANK OF NEW YORK, BANK OF AMERICA, N.A. successor of COUNTRYWIDE HOME LOANS, INC., REAL TIME RESOLUTIONS, INC., DOES 1-100, in his/her individual and official capacity,<br>Defendants. | Case No. 2:13-CV-02155-DLR<br><br>**NOTICE OF APPEARANCE**<br><br>(Assigned to the Hon. Douglas L. Rayes) |

NOTICE IS HEREBY GIVEN that Kristin Wick, attorney of the law firm RCO Legal, P.S., hereby enters her appearance as counsel of record for Defendant Real Time Resolutions, Inc. Counsel respectfully requests that all future notices and correspondence from the Court and parties be sent to undersigned counsel at the address provided.

/ / /

/ / /

Dated November 18, 2014.

RCO Legal, P.S.

By: /s/ Kristin Wick
Kristin Wick
111 W. Monroe St., Suite 716
Phoenix, AZ 85003
Telephone: 480.269.8880
Attorney for Real Time Resolutions, Inc.

ORIGINAL e-filed with the Court on November 18, 2014.

Copy mailed on November 18, 2014 to:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298
*Plaintiff Pro Se*

Coree Elizabeth Neumeyer
Eric Michael Moores
Sean Keenan McElenney
Bryan Cave LLP – Phoenix, AZ
2 N. Central Ave., Ste. 2200
Phoenix, AZ 85004-4406
*Attorneys for ReconTrust Company, N.A.*
*and Bank of America, N.A.*

Kim Rene Lepore
Bradford E. Klein
Wright Finlay & Zak LLP – Newport Beach, CA
4665 MacArthur Ct., Ste. 280
Newport Beach, CA 92660
*Attorneys for Select Portfolio Servicing Incorporated*
*and Bank of New York Mellon*

By:   /s/ Sheri Ramos