RCO Legal, P.S.
Kristin Wick (AZ Bar No. 027082)
111 West Monroe Street, Suite 716
Phoenix, AZ 85003
Telephone: (480) 269-8880
Facsimile: (425) 974-3585
Email: kwick@rcolegal.com
Defendant Real Time Resolutions, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>    Plaintiff,<br><br>v.<br><br>RECONTRUST COMPANY, N.A., SELECT PORTFOLIO SERVICING, INC., THE BANK OF NEW YORK MELLON, CORPORATION, FKA THE BANK OF NEW YORK, BANK OF AMERICA, N.A. successor of COUNTRYWIDE HOME LOANS, INC., REAL TIME RESOLUTIONS, INC., DOES 1-100, in his/her individual and official capacity,<br>    Defendants. | Case No. 2:13-CV-02155-DLR<br><br>**DEFENDANT REAL TIME RESOLUTIONS, INC. EXPEDITED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>(First Request)<br><br>(Assigned to the Hon. Douglas L. Rayes) |

Defendant Real Time Resolutions, Inc. ("RTR") respectfully request an extension of time to respond to Plaintiff's Second Amended Complaint through and including December 4, 2014. RTR was not a party to the original Complaint filed on October 23, 2014, nor was RTR a party to the Amended Complaint filed on November 19, 2013. Undersigned counsel was retained by Defendant on November 17, 2014. Defendant needs additional time to adequately respond to Plaintiff's voluminous Second Amenended Complaint consisting of 60

pages, 11 causes of action, and over 200 pages of Exhibits. Defendant also needs additional time to meet and confer with Plaintiff in accordance with this Court's October 23, 2013 Order prior to filing a Motion to Dismiss pursuant to FRCP 12(b)(6).

This Motion is made in good faith and not for the purpose of delaying resolution of this matter.

Dated November 18, 2014.

RCO Legal, P.S.

By: /s/ Kristin Wick
    Kristin Wick
    111 W. Monroe St., Suite 716
    Phoenix, AZ 85003
    Telephone: 480.269.8880
    Attorney for Real Time Resolutions, Inc.

ORIGINAL e-filed with the Court
on November 18, 2014.

Copy mailed on November 18, 2014 to:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298
*Plaintiff Pro Se*

Coree Elizabeth Neumeyer
Eric Michael Moores
Sean Keenan McElenney
Bryan Cave LLP – Phoenix, AZ
2 N. Central Ave., Ste. 2200
Phoenix, AZ 85004-4406
*Attorneys for ReconTrust Company, N.A.*
*and Bank of America, N.A.*

Kim Rene Lepore
Bradford E. Klein
Wright Finlay & Zak LLP – Newport Beach, CA
4665 MacArthur Ct., Ste. 280
Newport Beach, CA 92660
*Attorneys for Select Portfolio Servicing Incorporated*
*and Bank of New York Mellon*

By: /s/ Sheri Ramos