**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>                    Plaintiff,<br><br>         v.<br><br>RECONTRUST COMPANY, N.A., SELECT PORTFOLIO SERVICING, INC., THE BANK OF NEW YORK MELLON, CORPORATION, FKA THE BANK OF NEW YORK, BANK OF AMERICA, N.A. successor of COUNTRYWIDE HOME LOANS, INC., REAL TIME RESOLUTIONS, INC., DOES 1-100, in his/her individual and official capacity,<br>                    Defendants. | Case No.  2:13-CV-02155-DLR<br><br>**ORDER** |

This Court having considered Defendant Real Time Resolutions, Inc. ("RTR") Expedited Motion for Extension of Time to Respond to Second Amended Complaint, and good cause appearing;

IT IS HEREBY ORDERED granting RTR's Expedited Motion and extending the time for RTR to respond to Plaintiff's Second Amended Complaint through and including December 5, 2014.

IT IS SO ORDERED.

Order