BRYAN CAVE LLP (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000
(602) 364-7070 fax
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

Attorneys for Defendants ReconTrust Co. N.A.,
and Bank of America, N.A.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home Loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>　　　　　Defendants. | No. 2:13-CV-02155-DLR<br><br>**DEFENDANTS RECONTRUST COMPANY, N.A. AND BANK OF AMERICA, N.A.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**(Second Request)**<br><br>(Hon. Douglas L. Rayes) |

　　　　Defendants ReconTrust Co., N.A. and Bank of America, N.A. ("Moving Defendants") respectfully request an extension of time to respond to Plaintiff Ivaylo Tsvetanov Dodev's ("Plaintiff's") Second Amended Complaint through and including November 25, 2014. Moving Defendants' representatives are in the process of reviewing and approving their response to Plaintiff's 66-page Second Amended Complaint and respectfully ask for this brief extension while they do so.

　　　　A proposed form of Order is submitted herewith.

769506.1

1     DATED this 20th day of November, 2014.

                             BRYAN CAVE LLP

                By  /s/ Eric M. Moores
                     Sean K. McElenney
                     Coree E. Neumeyer
                     Eric M. Moores
                     Two North Central Avenue, Suite 2200
                     Phoenix, AZ  85004-4406
                     Telephone: (602) 364-7000

                Attorneys for Defendants ReconTrust
                Co. N.A. and Bank of America, N.A.

ORIGINAL of the foregoing electronically
filed with the Court this 20th day of November, 2014

COPY of the foregoing mailed
this 20th day of November, 2014:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298


 /s/ Nicole Daley

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

2

769506.1