**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>    Plaintiff,<br><br>    v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home Loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>    Defendants. | No. 2:13-CV-02155-DLR<br><br>**ORDER**<br><br>(Hon. Douglas L. Rayes) |

The Court having considered Defendants ReconTrust Co., N.A. and Bank of America, N.A.'s ("Moving Defendants'") Motion for Extension of Time to Respond to Second Amended Complaint, and good cause appearing,

IT IS HEREBY ORDERED that Moving Defendants shall have up to and including November 25, 2014 to file their response to the Second Amended Complaint.

769509.1