Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
    Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

*Pro Se*

FILE ON DEMAND
FOR THE RECORD

[Filed stamp: FILED NOV 20 2014 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., ET AL<br><br>Defendants. | Case No. CV-13-02155-PHX-DLR<br><br>PLAINTIFF'S RESPONSE TO MOTIONS FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT FILED BY CERTAIN DEFENDANTS, DOCS 98 and 99<br><br>Hon. Douglas L Rayes |

**COMES NOW** Ivaylo Tsvetanov Dodev ("Plaintiff"), who hereby responds to and opposes Defendants The Bank of New York Mellon FKA The Bank of New York and ReconTrust Co., N.A. and Bank of America, N.A.'s Motions for Extension of Time to Respond to Second Amended Complaint, Docs 98, 99 (the "Motions").

Plaintiff's Second Amended Complaint ("SAC") was lodged on the court's docket on October 23, 2014 (Doc. 96) and all Defendants by and through their counsels of record were served, excluding new defendant Real Time Resolutions Inc. ("RTR") which was duly served through process server on October 30th 2014. Defendants

(excluding RTR) have 14 days of service (counting October the 24th as day one) to respond to the Complaint, FRCP 15(a)(3). Therefore their responses were due on **NOVEMBER 6th, 2014,** as there was no mail service and they were instantaneously notified of the SAC through PACER.

In their Motions, filed November 10th, 2014 after 5PM, Defendants are using allusive arguments gravitating around Judge Snow's Orders to Meet and Confer with Plaintiff prior to filing motions to dismiss the *original complaint*. None of the aforementioned Defendants relied on any laws or supportive rulings favoring their arguments and are showing a great measure of confidence taking into consideration that no good-faith-effort to *meet* has ever transpired since the commencement of this Verified-Action.

On the Status Conference, held on August 27, 2014, Plaintiff informed the Court that he had never met or conferred with any of the Defendants and that the conference was the first time that he had an opportunity to meet Counsel Lepore. As of the date of this Motion, Plaintiff has never met Counsel Moores or any of the attorneys of record under this action. Furthermore, Plaintiff experienced great difficulties to schedule telephonic conference between Counsel Lepore and Moores in compliance with Rule 26(f), Court's Order Doc.81. After two certified letters and phone messages, only Counsel Moores responded to the matter and offered his assistance in a successful last moment effort to telephonically join Counsel Lepore.

This matter is relevant as Defendant's Motions serve as a bad-faith pretext to ask for just another extension of time. It is blatant that they are not seeking conferral

prior to filing their responses and they are relying an order that perhaps does not carry any weight after the dismissal of the First Amended Complaint. Approximately a week after the deadline to respond to the SAC Plaintiff received a letter from Counsel Moores with long narration as to why he should dismiss or amend his complaint against certain defendants; no other party under this action has made any attempt to contact Plaintiff as of the date of this motion.

Defendants are asking for extension of time to answer the SAC for being voluminous but fail to provide any rules that would grant them this right. Their terse motions have not shown any cause or justification as to why an extension should be granted.

**WHEREFORE,** Plaintiff respectfully requests that this Court deny **Defendants Motions for Extension Of Time to Respond to Second Amend Complaint, Docs 98, 99**

**RESPECTFULLY SUBMITTED** this 20th day of November, 2014.

/s/ Ivaylo Tsvetanov Dodev
Ivaylo Tsvetanov Dodev, ARR, *Pro Se* [Plaintiff]
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY** of the foregoing has been hand-delivered to The United States District Court for the District of Arizona this 20th day of November, 2014. I certify that the following parties through their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system: BANK OF AMERICA, NA, RECONTRUST, NA, SELECT PORTFOLIO SERVING, NA, THE BANK OF NEW YORK MELLON AND REAL TIME RESOLUTIONS INC.

*/s/ Ivaylo Dodev*
Ivaylo Tsvetanov Dodev, Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax