IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>                    Plaintiff,<br><br>v.<br><br>ReconTrust Company NA, et al.,<br><br>                    Defendants. | No. CV-13-02155-PHX-DLR<br><br>**ORDER** |

Before the Court are the motions for extensions of time to respond to Plaintiff's Second Amended Complaint filed on behalf of Defendants ReconTrust Co., N.A. and Bank of America, N.A. ("ReconTrust" and "BOA"), (Doc. 98), and Defendants Select Portfolio Servicing, Inc. and The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7 ("Select Portfolio" and "BNYM"), (Doc. 99). All Defendants request extensions of time through and including November 20, 2014, to respond to the Second Amended Complaint.

On November 20, 2014, while the Court was still awaiting Plaintiff's response to the motions for extensions of time, Defendants Select Portfolio and BNYM filed a response in the form of a motion to dismiss. (Doc. 103.) Also on November 20, 2014, Defendants ReconTrust and BOA, filed a second motion for extension of time to respond to Plaintiff's Second Amended Complaint, in which Defendants explain that they are in the process of reviewing and approving their response and seek a brief extension through and including November 25, 2014, to do so. (Doc. 102.) Plaintiff has objected to

1  Defendants' requests, primarily expressing frustration in what he perceives as the lack of
2  conferral among the parties. (Doc. 105.)

3  For cause shown, Defendants' requests for extensions of time will be granted.
4  Defendants ReconTrust and BOA, indicated in their first motion for extension of time
5  that they contacted Plaintiff in an effort to obtain consent to a stipulation regarding the
6  extension, but did not receive a response.[1] (Doc. 98 at 2, n.1.) Defendants Select
7  Portfolio and BNYM did not indicate whether they had made efforts to obtain consent to
8  a stipulation from Plaintiff regarding their motion for an extension of time. Going
9  forward, all parties will benefit from better communication. Motions such as those that
10 are the subject of this order can be resolved more expeditiously if the parties make efforts
11 to communicate and reach reasonable agreements. With that,

12 **IT IS ORDERED** that the motion for extension of time filed on behalf of
13 Defendants Select Portfolio and BNYM, (Doc. 99), is **GRANTED**. Defendants' motion
14 to dismiss (Doc. 103) is accepted as timely filed.

15 **IT IS FURTHER ORDERED** that the first and second motions for extensions of
16 time filed on behalf of Defendants ReconTrust and BOA, (Docs. 98 and 102), are
17 **GRANTED**. Defendants shall have through and including November 25, 2014, in which
18 to file their response to Plaintiff's Second Amended Complaint. No further extension
19 will be granted absent extraordinary circumstances.

20 Dated this 24th day of November, 2014.

Douglas L. Rayes
United States District Judge

---

[1] Defendants did not indicate whether they attempted to contact Plaintiff regarding the second request.

- 2 -