Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

*Pro Se*

FILE ON DEMAND
FOR THE RECORD

[FILED stamp: NOV 24 2014, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA, P DEPUTY]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,**<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., ET AL<br><br>Defendants. | Case No. CV-13-02155-DLR<br><br>**PLAINTIFF'S MOTION TO STRIKE THE <u>UNTIMELY</u> DEFENDANTS SELECT PORTFOLIO SERVICING AND THE BANK OF NEW YORK MELLON, AS TRUSTEE'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT, DOC 103**<br><br>Hon. Douglas L Rayes |

**COMES NOW** Ivaylo Tsvetanov Dodev, *pro se*, ("Plaintiff"), and moves the Court pursuant to Rule 12(f)(2)[1] of the Fed. R. Civ. P., to strike Defendants' The Bank of New York Mellon FKA The Bank of New York and Select Portfolio Servicing Inc, Motion to Dismiss Plaintiff's Second Amended Complaint Doc. 103 (the "Motion"), as *untimely* and barred on its face in accordance to Rule15(a)(3) "*Time to Respond. Unless*

---

[1] "The purposes of a Rule 12(f) motion is to avoid spending time and money litigating spurious issues." (Fantasy, Inc. v. Fogerty, 984 F.2d 1524, 1527 (9th Cir. 1993).

1 | P a g e  MOTION TO STRIKE DEFENDANTS' MOTION TO DISMISS. DOC. 103

the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15.

Defendants have filed Motion for Extension of Time (Doc. 99) to file their respective Motion to Dismiss, asking for an extension up to November 20th, 2014, which have not been granted as of the time that this Motion to Strike is being filed. In their Motion for Extension Defendants <u>did not provide legal justification or show cause</u>. They simply relied on arguments that they needed more time to meet and confer although <u>no attempts to *meet and confer* have been made by said Defendants and their Motion is barred from any certification of conferral</u>. Seeing as responses were due on November 6th, 2014, Defendants' Motion is filed untimely and should be stricken or denied.

In the alternative, if the Court does not strike summarily or deny the Motion, Plaintiff request an extension of twenty one (21) days from the Court's ruling on this motion to respond to Defendants' Motion. Defendants are represented by several BAR attorneys, while Plaintiff holds no former education in law and is a sole provider for his family. In support of his request for additional time to reply to what might evolve to three Motions to Dismiss his Second Amended Complaint ("SAC") in the event that the Court finds lawful and judicially viable grounds to uphold Defendants' Motion, the undersigned Plaintiff declares under penalty of perjury under the laws of the State of Arizona that tomorrow, November 21, 2014 he will undergo surgery on his right hand.

After the said surgery, he will be incapacitated for up to 6 weeks or longer and under the best of circumstances, he will be able to use only his left hand to prepare his adequate replies and would thus require an extended timeframe to respond.

**WHEREFORE**, for the reasons stated herein, Plaintiff respectfully request that this Court strike or summarily deny Defendants' Motion, or, in the alternative, grant Plaintiff's request to extend the time to reply with 21 days from the date of answering this Motion.

Respectfully submitted on this 20th day of November, 2014.
Submitted via U.S. First class mail by placing in an outgoing mailbox at 11:40PM

Ivaylo Tsvetanov Dodev, ARR, *Pro Se* Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY,** are mailed via U.S. First Class Mail to The United States District Court for the District of Arizona this 20th day of November, 2014, at 11:40 PM. I certify that the following parties through their attorneys of record are registered as ECF Filers and that they will be served by the CM/ECF system: BANK OF AMERICA, NA, RECONTRUST, NA, SELECT PORTFOLIO SERVING, INC., THE BANK OF NEW YORK MELLON AND REAL TIME RESOLUTIONS, INC.

*[signature]*

Ivaylo Tsvetanov Dodev, Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax