# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>               Plaintiff,<br><br>v.<br><br>ReconTrust Company NA, et al.,<br><br>               Defendants. | No. CV-13-02155-PHX-DLR<br><br>**ORDER** |

On the Court's own motion,

**IT IS ORDERED** that all parties shall participate in a telephonic hearing in this matter on **December 5, 2014, at 3:00 PM** in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Douglas L. Rayes. The Court requests that counsel for Defendant ReconTrust Company, N.A. make the necessary arrangements for the conference call. All parties participating in the call shall do so via a landline only. The use of cellular phones will not be permitted. The parties should prepare to discuss Plaintiff's request for an extension of time to file responsive motions in light of his recent hand surgery. (Doc. 108.) The Court notes that since November 10, 2014, there have been five separate motions for extensions of time filed by Defendants and Plaintiff. (Docs. 98, 99, 101, 102, 108.) Out of these five motions, only one indicated that the movant had attempted to confer with the non-movant about the request. (*See* Doc. 98.)

1  Thus, the parties should also prepare to discuss what efforts, if any, they are taking to
2  effectively communicate with each other, particularly with respect to reasonable requests
3  for extensions of time.
4      Dated this 25th day of November, 2014.

                                           Douglas L. Rayes
                                           United States District Judge