RCO Legal, P.S.
Kristin Wick (AZ Bar No. 027082)
111 West Monroe Street, Suite 716
Phoenix, AZ 85003
Telephone: (480) 269-8880
Facsimile: (425) 974-3585
Email: kwick@rcolegal.com
Defendant Real Time Resolutions, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>             Plaintiff,<br><br>v.<br><br>RECONTRUST COMPANY, N.A., SELECT PORTFOLIO SERVICING, INC., THE BANK OF NEW YORK MELLON, CORPORATION, FKA THE BANK OF NEW YORK, BANK OF AMERICA, N.A. successor of COUNTRYWIDE HOME LOANS, INC., REAL TIME RESOLUTIONS, INC., DOES 1-100, in his/her individual and official capacity,<br>             Defendants. | Case No.  2:13-CV-02155-DLR<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF REAL TIME RESOLUTIONS, INC.**<br><br>(Assigned to the Hon. Douglas L. Rayes) |

Pursuant to Rule 41(1)(A)(ii), Federal Rules of Civil Procedure, *Pro Se* Plaintiff Ivaylo Tsvetanov Dodev and Defendant Real Time Resolutions, Inc., by and through its attorney of record, Kristin Wick, hereby stipulate to the dismissal with prejudice of Real Time Resolutions, Inc. from the above captioned action. Real Time Resolutions, Inc. agrees to release its Deed of Trust recorded at Maricopa County Recorder's Number 20070033621.

Plaintiff Ivaylo Tsvetanov Dodev waives any present or future claims against Real Time Resolutions, Inc. arising from the Deed of Trust and underlying loan agreement.

Dated December 12, 2014.

| | |
|---|---|
| RCO Legal, P.S. | Ivaylo Tsvetanov Dodev, *Pro Se* |
| By: /s/ Kristin Wick | By: /s/ Ivaylo Tsvetanov Dodev |
|     Kristin Wick |     Ivaylo Tsvetanov Dodev |
|     111 W. Monroe St., Suite 716 |     6312 161st Way |
|     Phoenix, AZ 85003 |     Gilbert, AZ 85298 |
|     Attorney for Real Time Resolutions, Inc. |     Plaintiff, *Pro Se* |

ORIGINAL e-filed with the Court
on December 12, 2014.

Copy mailed on December 12, 2014 to:

Coree Elizabeth Neumeyer
Eric Michael Moores
Sean Keenan McElenney
Bryan Cave LLP – Phoenix, AZ
2 N. Central Ave., Ste. 2200
Phoenix, AZ 85004-4406
*Attorneys for ReconTrust Company, N.A.
and Bank of America, N.A.*

Kim Rene Lepore
Bradford E. Klein
Wright Finlay & Zak LLP – Newport Beach, CA
4665 MacArthur Ct., Ste. 280
Newport Beach, CA 92660
*Attorneys for Select Portfolio Servicing Incorporated
and Bank of New York Mellon*

By: /s/ Kristin Wick