# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>    Plaintiff,<br><br>v.<br><br>ReconTrust Company NA, et al.,<br><br>    Defendants. | No. CV-13-02155-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties Stipulated Dismissal With Prejudice of Real Time Resolutions, Inc., (Doc. 111), and good cause appearing;

IT IS HEREBY ORDERED dismissing with prejudice Real Time Resolutions, Inc. from the above captioned action.

Dated this 18th day of December, 2014.

Douglas L. Rayes
United States District Judge