CV-13-2155-PHX-DLR



**Exhibit "A"**

U.S. Certified Mail: *7014 1820 0000 1933 9028*

**Ivaylo Dodev**
**6312 South 161st Way**
**Gilbert, AZ 85298**

**September 27th, 2014**

**TO:**
Kim R. Lepore, Esq.
Wright, Finlay & Zak, LLP
18444 N. 25th Ave., Suite 420
Phoenix, AZ 85020
Attorney for Defendants Select Portfolio Servicing, Inc.  Et. Seq.

Sean K. McElenney, Coree E. Neumeyer, Eric M. Moores
Bryan Cave, LLP
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
Attorneys for Defendants ReconTrust Company N.A., Bank of America, N.A., and Brian T.
Moynihan, Et. Seq.

>   **Re: No. CV-13-02155-PHX-DLR**
>   Defendants: ReconTrust Company, NA., et al.
>   INITIAL DISCOVERY REQUEST, and
>   INITIAL DISCLOSURE STATEMENTS

To Defendants through Counsel,

This letter construes a service of process of initial discovery request under the aforementioned
case, which will assist the parties with finalizing and filing a Joint Discovery Plan with the Clerk,
under Rule 26(f). It should not be erroneously interpret as a final request for discovery,
depositions, interrogatories, production of documents or admissions. Those dates will be
scheduled during the 26(f) meeting, which all parties are advised to attend or risk estoppel of
their right to participate in formulation of the plan.

Mindful of the deadline set by the Court to file the plan, October 14, 2014, and after receiving no
response to my initial letter to you, sent September 9, 2014 and delivered September 10, 2014, I
am proposing the following order of conferral:

**All parties should make a good faith effort to speak to each other on October 1, 2014 at 11AM via telephonic conference and if all possible to meet in person [by] October 7, 2014 to finalize the plan.**

This initial discovery letter consists of uniform questions sent to all parties. Parties should reply only to the questions that are relevant to them under penalty of perjury under the laws of the state of Arizona and the united States of America. Motion for leave of court will follow if no good faith effort is made from all parties to answer to the preliminary initial discovery questions.

<u>Please find attached my Initial Discovery Request,</u> and
<u>Initial Disclosure Statements</u>

Sincerely,

Ivaylo Dodev

INITIAL DISCOVERY REQUEST

1. Provide the name of the defendant(s) you are legally representing. (Pseudo representation will be challenged.)
2. Name the party, if any, who has given lawful money, as defined under the Coinage Act of 1792, to Plaintiff.
3. Name the party, if any, who has given money (legal tender-medium of exchange), as defined under Uniform Commercial Code, ("UCC") and Arizona Revised Statutes, to Plaintiff.
4. Name the party who is possession of lawfully executed contract with Plaintiff and will depose a lawful claim under this verified action of law.
5. Name the party, if any, who has physical possession of the Adjustable Rate Note and the Deed of Trust.
6. Name the party that is a holder in due course (as defined under UCC § 3-302) of the Adjustable Rate Note and the Deed of Trust.
7. State the physical location of the original Adjustable Rate Note and Deed of Trust.
8. Have the Adjustable Rate Note and the Deed of Trust been transferred to a Mortgage Trust (securitized)?
9. Name the Mortgage Trust.
10. When, if ever, were the Adjustable Rate Note and the Deed of Trust transferred to the Mortgage Trust?
11. Did the Mortgage Trust give value for the Adjustable Rate Note and the Deed of Trust?
12. Provide admissible evidence of the value given.
13. Were the Adjustable Rate Note and the Deed of Trust delivered to the Mortgage Trust?
14. Provide admissible evidence of delivery of the Adjustable Rate Note and the Deed of Trust.
15. Were the Adjustable Rate Note and the Deed of Trust delivered while in default (dishonor)?
16. Did the Mortgage Trust receive the Adjustable Rate Note and the Deed of Trust without knowledge of borrower defenses?
17. Provide Assignment and Assumption Agreements of the transfer.
18. Provide evidence of default of the security – if the Adjustable Rate Note and the Deed of Trust are securitized.
19. Is any money due on the Adjustable Rate Note and the Deed of Trust?
20. To whom is the money due?
21. Name the party that will receive the money if Plaintiff's house is sold in an auction.
22. Name all insurance companies and the amount they paid on Plaintiff's Adjustable Rate Note and the Deed of Trust.

**Exhibit "B"**

Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
    Gilbert, Arizona
    (480) 457-8888 Phone
    (480) 457-8887 Facsimile
    dodev@hotmail.com

*Pro Se*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,** | **Case No.  CV-13-02155-PHX-DLR** |
| **Plaintiff,** | **PLAINTIFF'S RULE 26(A)(1)** |
| **vs.** | **INITIAL DISCLOSURES** |
| **RECONTRUST COMPANY, N.A., ET AL** | |
| **Defendants.** | **Hon. Douglas L Rayes** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), I (the "Plaintiff") hereby submit the following initial disclosures:

**I. Witnesses.** The name, address, and telephone number of each individual likely to have discoverable information that may support my claims, and the information they possess (unless they will be used solely for impeachment):

A. Individuals associated with Plaintiff:

1.    Victoria Dodev
    2515 K St NW, Apt. 110
    Washington, DC  20037
    (480) 290-3577 Phone

Plaintiff's daughter, fully briefed on the case and authorized to speak for Plaintiff AND/OR retain counsel in case his health condition rapidly deteriorates – as he currently exhibits such symptoms.

2.      Nina Dodev
        6312 South 161st Way
        Gilbert, Arizona
        (480) 209-7733 Phone
        Plaintiff's wife.

3.      Jonathan Dodev
        6312 South 161st Way
        Gilbert, Arizona
        (480) 290-3788 Phone
        Plaintiff's son.

B.  Individuals having factual knowledge of Plaintiff's businesses, social behavior, family relations, community outreach, loss of affection, health/mental status, alcohol abuse/dependency before and after years 2009 till present time.

1.      Rabbi Mendy Deitsch
        4051 West Harrison St.
        Chandler, Arizona 85226
        (480) 650-8051 Phone

Information includes: Knowledge of Plaintiff's conduct and behavioral changes before and after 2009 including but not limited to his financial and moral support to the community; annual community activities on his ranch; family counselling, etc.

2.      Antoinette and Ray Engelke
        8331 Sun Country Drive
        Elizabeth, Colorado 80107
        (303) 656-7772 Phone
        (303) 656-7782 Phone

Information includes: Knowledge of Plaintiff's family over 10 years and witnessing of Plaintiff's behavioral changes, marginalizing himself from friends and business clients, alcohol-abuse, etc. As business clients, the Engelke's have personal knowledge of the way Plaintiff has conducted his business prior to 2009.

3.    Marcia and Yehuda Gur-Arie
      4139 West Victoria Lane
      Chandler, Arizona 85226
      (480) 235-0005 Phone
      (612) 986-9550 Phone

Information includes: Knowledge of Plaintiff's family and his conduct and behavioral changes before and after 2009, including but not limited to his support to the community; annual community activities on his ranch; ostracizing himself from the community and most friend; not attending to his business; alcohol abuse, etc.

4.    Ronald Gindick
      24215 South 148th Street
      Chandler, Arizona 85249
      (480) 895-6277

Information includes: Knowledge of Plaintiff's family over 10 years, especially the years prior to 2009 and witnessing of Plaintiff's behavioral changes, marginalizing himself from friends and business clients, showing hostility to friend, etc.

5.    Garret Hancock
      Monument Homes, General Contractor
      2546 East Calle De Flores
      Gilbert, Arizona 85298
      (480) 265-6511 Phone

Information includes: Knowledge of Plaintiff's conduct and behavioral changes before and after 2009 as a business client.

6.  | John Lavin
      Unknown address at the moment |   *R I P*

Information includes: As his manager between 2002 and 2004, knowledge of Plaintiff as an employee, having extended knowledge of his level of comprehension and intellectual abilities to assimilate and implement new information, teamwork abilities, and individual qualities, and being able to attest that Plaintiff was employee of the year. Continued knowledge of Plaintiff as entrepreneur until 2009 when he marginalized himself from friends and acquaintances and marginalized.

C. Individuals having factual knowledge of Plaintiff's business operation prior to 2009, as co-owners of Pro-Shade International, LLC, who offered to furnish Plaintiff with $800,000 to assist him in tendering the funds needed to pay off his obligation on the security [tender rule]. The Good Faith Offers to Pay that Plaintiff sent to purported lenders and creditors, under the tender rule, were to be fulfilled through these funds.

1.      Dr. Efstratios N. Soubassakis, C.E.M.
        Dr. Suhai Qi
        Private, Athens, Hellas

2.      Vassilis Bouyoukos
        Private, Athens, Greece

D. Individuals, MEDICAL PROFESSIONALS, having factual knowledge of Plaintiff's medical condition: loss of sight; loss of hearing; loss of memory; electrical brain "zaps"; high-blood pressure; sleep apnea; loss of coordination and so on:

1.     Dr. Ahtisham Shakoor, MD
       Interventional Cardiology
       1850 West Frye Road, Suite 101
       Chandler, Arizona 85224
       (480) 535-8314 Phone

       Information includes: Plaintiff's cardiologist from 2009, after being treated in
the ER with heart attack symptoms.

2.     Dr. Maulik B. Shah, MD
       5110 Warner Road, Suite 100
       Phoenix, Arizona 85044
       (480) 753-1459 Phone

       Information includes: Plaintiff's otolaryngologist. Clinically Plaintiff has lost
his left ear hearing.

3.     Dr. Jeffrey Lee Shy MD
       Neurological Physician
       726 N Greenfield Road, Suite 110
       Gilbert, Arizona 85234
       (480) 834-8885 Phone

       Information includes: Plaintiff's is currently part of ongoing medical
evaluations related to stroke, memory loss, loss of coordination, inability to focus and
lack of balance.

4.     Dr. Jeannine Morrone-Strupinsky, Ph.D., ABPP
       Clinical Neuropsychology
       3115 South Price Road
       Chandler, Arizona 85248
       (480) 855-4011

       Information includes: Plaintiff's neuropsychologist. Loss of memory, lack of
concentration, disorientation, lack of balance and so on.

5.     Dr. Florinela Oprescu, M.D.

Gastroenterology
Cigna Healthcare
4001 E Baseline Rd Suite 107
Gilbert, Arizona 85234
(480) 632-4060 Phone

Information includes: Plaintiff's was diagnosed with ulcers during 2009-2010 and is on medication ever since.

6.    Dr. Jigna Patel, M.D.
      Bella Vista Infernal Medicine
      2680 S Val Vista Drive
      Gilbert, Arizona 85295
      (480) 899-0311 Phone

Information includes: Treating Plaintiff for skin rash since 2009.

**II. Documents and things.** Copies, or descriptions by category and location, of all documents, electronically stored information or things I have in my possession or control that I may use to support my claims (unless they will be used solely for impeachment):

A. Copies and Original of all documents used under the pending action, unless already surrendered to the DISTRICT COURT OF ARIZONA as exhibits:

Ivaylo Tsvetanov Dodev – Plaintiff
6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone

Information included: All good faith notices to DEFENDANTS to prove their claims, OFFERS TO PAY, notices to sue, rescission of signature under TILA, TENDER documents (offers, default letters), fraud notices, common law notices, certified letters receipts, process service affidavits, etc. are stored in Plaintiff's house, on the above address.

B. Electronically stored information (media):

Ivaylo Tsvetanov Dodev – Plaintiff
6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone

Information included: All [if any] recorded phone calls with purported lenders or servicers; emails from purported TRUSTS, REMIC'S, SPV'S, Creditors, Servicer and any other data that is used or will be used under this action is stored on Plaintiff's wife's computer, on the above address. All other electronically stored information, relevant to this action of law, is in possession of the DEFENDANTS AND/OR their subsidiaries.

C. Medical information, pertaining to Plaintiff life altering medical physical and mental changes as a result of Defendants conduct:

1.      Ivaylo Tsvetanov Dodev – Plaintiff
        6312 South 161st Way
        Gilbert, Arizona
        (480) 457-8888 Phone

Information included: Diagnosis, imaging, procedures records, ER/office visit, treatment records and so on.

2.      The practices of medical professionals listed above.

Information included: All medical records and information stored, as required by law, kept under the PRIVACY ACT.

**III. Damages computation**. Calculations of any category of damages Plaintiff have suffered, as follows:

A. Actual economic (business) losses:

Plaintiff owns and co-owns multiple companies that have been dormant since his initial dispute with the pretend lender, Bank of America, N.A. in 2008. He was giving work to approximately 100 people domestically and internationally by and through Pro Shade International, LLC, Designed Iron, LLC, Designed Stone, LLC, and Green Home Arizona, LLC. Some of his products are well recognized in North America and around the world; he was featured on CNBC for building the first "green" certified house in Arizona. His projected income, combined, was $1 million monthly before the financial crisis of 2008.

Due to the nature of his businesses and their dependence on the state of the real estate sector, there was a substantial loss of projected income after collapse of the industry. Taking this factor into consideration and seeing as Plaintiff has not been able to continue operations and is not as familiar with the current profitability status of the market, projected income post 2008 can be approximated around $250,000 per month.

As he has not been able to work for about 6 years, his business losses are estimated in the range of $18,000,000.00.

B. Emotional distress, loss of affection, alcohol abuse:

To be accessed during trial by jury of his peers.

Estimated $5-10,000,000.00

C. Acute deterioration of Plaintiff's health

To be accessed during trial by jury of his peers.

Estimated $5-10,000,000.00

C. Statutory and Punitive Damages.

Based on the value of the securities Plaintiff was tricked to sign (create) without full disclosure and consideration. The Court would need to establish if the security is in default or is still being traded. Treble damage, assessed by trial by jury of his peers, based on the final value of said certificate(s). Statutory damages and punitive damages based on Defendants business and personal assets, estimated in trillions of dollars.

Total damages: $50 to $100 million.

**IV. Liability insurance.** Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

Plaintiff, at this time, is not aware of any insurance agreement under which any persons carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in favor of Plaintiff or to indemnify or reimburse Defendants for payments to satisfy the judgment.


Respectfully submitted on this 27th day of September, 2014.


**Ivaylo Tsvetanov Dodev, ARR, *Pro Se* [Plaintiff]**
**6312 South 161st Way, Gilbert, Arizona**
**(480) 457-8888 Phone**
**(480) 457-8887 Fax**

**Exhibit "C"**

RECORDING REQUESTED BY:
RECONTRUST COMPANY, N.A.
2380 Performance Dr, TX2-984-04-07
Richardson, TX 75082
WHEN RECORDED MAIL TO:
SELECT PORTFOLIO SERVICING
3815 West Temple
Salt Lake City, UT 84115-4412
Attn: FORECLOSURE DEPT
TS No.: 11-0075989
Title Order No.: 110407742AZGTI
APN No.: 304-77-004W4

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20130709557  08/02/2013  04:19
ELECTRONIC RECORDING

110407742nt2-3-1-1--
Esquivela

## NOTICE OF TRUSTEE'S SALE ARIZONA

The following legally described trust property will be sold, pursuant to the power of sale under that certain Deed of Trust Recorded on 12/18/2006, as Instrument Number 20061646998, Book N/A, Page N/A, in the records of Maricopa County, Arizona, at public auction to the highest bidder: In the Courtyard, by the main entrance of the Superior Court Building, 201 West Jefferson, Phoenix, AZ 85003 on 11/08/2013 at 10:00 AM of said day.

SEE ATTACHED LEGAL DESCRIPTION APN No. 304-77-004W4

The Deed of Trust and/or Beneficiary provide the following purported property location:
23410 SOUTH 161ST WAY, GILBERT, Maricopa County, AZ 85297

Said sale will be made for cash, but without covenant or warranty, express or implied, regarding title, possession or encumbrances, to pay the remaining principal sum of the note secured by said Deed of Trust, which includes interest thereon as provided in said note, advances, if any under the terms of said Deed of Trust, interest on advances, if any, fees, charges and expenses of the Trustee and of the trust created by said Deed of Trust. The original sum of the note is $681,750.00. Trustee will accept only cash or cashier's check for reinstatement or price bid payment. Reinstatement payment must be paid before five o'clock P.M on the last day other than a Saturday or legal holiday before the date of the sale. The Purchaser at the sale, other than the beneficiary to the extent of his credit bid, shall pay the price no later than five o'clock P.M. of the following day, other than a Saturday or legal holiday.

Name and Address of Original Trustor: IVAYLO T. DODEV, 23410 SOUTH 161ST WAY, GILBERT, AZ 85297
Name and Address of Current Trustee: RECONTRUST COMPANY, N.A., 2380 Performance Dr, TX2-984-04-07 Richardson, TX 75082 FOR INFORMATION/SALE INFORMATION CALL: (800) 281-8219
Name and Address of Current Beneficiary: BANK OF NEW YORK MELLON, F/K/A BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF ALTERNATIVE LOAN TRUST 2007-OA7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA7, 3815 West Temple, Salt Lake City, UT 84115-4412 PHONE: (888) 818-6032

RECONTRUST COMPANY, N.A. IS THE CURRENT TRUSTEE. RECONTRUST COMPANY, N.A. QUALIFIES AS A TRUSTEE OF THE TRUST DEED UNDER ARIZONA REVISED STATUTES SECTION 33-803, SUBSECTION A. 5., BECAUSE IT IS A NATIONAL ASSOCIATION REGULATED BY THE OFFICE OF THE COMPTROLLER OF THE CURRENCY("OCC").

20130709557

TS No.: 11-0075989
Title Order No.: 110407742AZGTI

DATED: 8|1|13

RECONTRUST COMPANY, N.A.
As Trustee

State of: Texas )

County of: Tarrant )

BY:  8|1|13
Margaret Pinto       Assistant Vice President

This instrument was acknowledged before me on AUG 0 1 2013 by Margaret Pinto,
Assistant Vice President of RECONTRUST COMPANY, N.A., a national association, on behalf
of said national association.

Witness my hand and official seal.

Notary Public's Signature

ROSEMARIE S. MARTINEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 02-21-16

Page 2 of 2                    AZNOS_2013.06.EP_06/2013

20130709557

TS# 11-0075989
LEGAL DESCRIPTION

A PORTION OF LAND IN THE SOUTHWEST QUARTER OF SECTION 22, TOWNSHIP 2 SOUTH, RANGE 6 EAST, GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 22;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 1284.85 FEET;

THENCE NORTH 00 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 415.04 FEET;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 193.02 FEET TO THE POINT OF BEGINNING;

THENCE SOUTH 90 DEGREES 00 MINUTES 00 SECONDS WEST, A DISTANCE OF 367.57 FEET;

THENCE NORTH 00 DEGREES 03 MINUTES 42 SECONDS EAST, A DISTANCE OF 9.56 FEET;

THENCE NORTH 18 DEGREES 49 MINUTES 40 SECONDS EAST, A DISTANCE OF 266.94 FEET;

THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 279.44 FEET;

THENCE SOUTH 00 DEGREES 25 MINUTES 50 SECONDS EAST, A DISTANCE OF 262.23 FEET TO THE POINT OF BEGINNING.

Page 3 of 3