Ivaylo Tsvetanov Dodev,
c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

*Pro Se*

**FILE ON DEMAND**
**FOR THE RECORD**

☑ FILED   ___ LODGED
___ RECEIVED ___ COPY

JAN 0 9 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, <br><br> Plaintiff, <br><br> v. <br><br> RECONTRUST COMPANY, N.A., ET AL <br><br> Defendants. | Case No. CV-13-02155-PHX-DLR <br><br> **PLAINTIFF'S NOTICE OF WITHDRAWAL OF CERTAIN CAUSES OF ACTION UNDER THE SECOND AMENDED COMPLAINT** (Doc. 96) <br><br> (Hon. Douglas L. Rayes) |

Ivaylo Tsvetanov Dodev, Plaintiff, hereby gives notice to this honorable court, defendants and their attorneys. Please take NOTICE that in the name of judicial efficiency Plaintiff withdraws: (7) Usury, and; (8) TILA Violations as causes of action, *nunc pro tunc*, from his Second Amended Complaint (Doc. 96).

Respectfully submitted on this 9th day of January, 2015.

_____
Ivaylo Tsvetanov Dodev, Plaintiff in *Pro Se*
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY** hand delivered to The United States District Court for the District of Arizona this 9th day January, 2015. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:, RECONTRUST, NA, BANK OF AMERICA, NA, SELECT PORTFOLIO SERVING, NA, and THE BANK OF NEW YORK MELLON.

/s/ Ivaylo Dodev

**Ivaylo Tsvetanov Dodev, Plaintiff**
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone