BRYAN CAVE LLP (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000
(602) 364-7070 fax
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

Attorneys for Defendants ReconTrust Co. N.A., and Bank of America, N.A.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home Loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>　　　　Defendants. | No. 2:13-CV-02155-DLR<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS RECONTRUST COMPANY, N.A. AND BANK OF AMERICA, N.A. TO SUBMIT REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>(Hon. Douglas L. Rayes) |

　　　　Defendants ReconTrust Co., N.A. and Bank of America, N.A. ("Defendants") Plaintiff Ivaylo Tsvetanov Dodev ("Plaintiff") hereby stipulate and agree that Defendants shall have an extension of time to submit their Reply in Support of their Motion to Dismiss Second Amended Complaint ("Reply") through and including January 23, 2015. The parties stipulate to this brief extension because Defendants are in the process of reviewing and approving a draft version of the Reply.

　　　　A form of Order mutually agreeable to the stipulating parties is attached hereto.

773425.1

DATED this 20th day of January, 2015.

BRYAN CAVE LLP

By   s/ Eric M. Moores
     Sean K. McElenney
     Coree E. Neumeyer
     Eric M. Moores
     Two North Central Avenue, Suite 2200
     Phoenix, AZ  85004-4406
     Telephone: (602) 364-7000
     *Attorneys for Defendants ReconTrust Co. N.A. and Bank of America, N.A.*

IVAYLO TSVETANOV DODEV (PRO SE)

By:  s/ Ivaylo Tsvetanov Dodev (with permission)
     Ivaylo Tsvetanov Dodev
     6312 S. 161st Way
     Gilbert, AZ 85298
     Telephone: (480) 457-8888
     *In Pro Se*

ORIGINAL of the foregoing electronically filed with the Court this 20th day of January, 2015.

COPY of the foregoing mailed this 20th day of January, 2015:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298

 s/ Nicole Daley

2

773425.1