## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>   Plaintiff,<br><br>   v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home Loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>   Defendants. | No. 2:13-CV-02155-DLR<br><br>**ORDER**<br><br>(Hon. Douglas L. Rayes) |

The Court having considered Defendants ReconTrust Co., N.A. and Bank of America, N.A. ("Defendants") and Plaintiff Ivaylo Tsvetanov Dodev's ("Plaintiff") Stipulation for Extension of Time for Defendants to Submit Reply in Support of Motion to Dismiss Second Amended Complaint, and good cause appearing,

IT IS HEREBY ORDERED that Defendants shall have up to and including January 23, 2015 to file their reply in support of their Motion to Dismiss Second Amended Complaint.

773426.1