# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ReconTrust Company NA, et al.,<br><br>　　　　　　Defendants. | No. CV-13-02155-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Extension of Time for Defendants Recontrust Company, N.A. and Bank of America, N.A. to Submit Reply in Support of Motion to Dismiss Second Amended Complaint, (Doc. 118), and good cause appearing,

**IT IS ORDERED** that Defendants shall have up to and including January 23, 2015 to file their reply in support of their Motion to Dismiss Second Amended Complaint (Doc. 107).

Dated this 26th day of January, 2015.

Douglas L. Rayes
United States District Judge