BRYAN CAVE LLP (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000
(602) 364-7070 fax
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

Attorneys for Defendants ReconTrust Co. N.A.,
and Bank of America, N.A.

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home Loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>　　　　Defendants. | No. 2:13-CV-02155-DLR<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT RECONTRUST COMPANY, N.A. TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>(Hon. Douglas L. Rayes) |

　　　　Defendant ReconTrust Co., N.A. ("Recontrust") and plaintiff Ivaylo Tsvetanov Dodev ("Plaintiff") hereby stipulate and agree to entry of an order providing that Recontrust shall answer or otherwise respond to Plaintiff' s Third Amended Complaint ("TAC") by May 28, 2015. The parties stipulate to this extension because they require additional time to satisfy their meet and confer requirement pursuant to this Court's October 23, 2013 Order [Doc. 5].

　　　　A form of Order mutually agreeable to the stipulating parties is attached hereto.

779679.1

1     DATED this 21st day of May, 2015.

                                          BRYAN CAVE LLP

                                          By    s/ Eric M. Moores
                                                   Sean K. McElenney
                                                   Coree E. Neumeyer
                                                 Eric M. Moores
                                                 Two North Central Avenue, Suite 2200
                                                 Phoenix, AZ  85004-4406
                                                 Telephone: (602) 364-7000
                                                 *Attorneys for Defendants ReconTrust Co. N.A. and Bank of America, N.A.*

                                          IVAYLO TSVETANOV DODEV (PRO SE)

                                          By:  s/ Ivaylo Tsvetanov Dodev (with permission)
                                                  Ivaylo Tsvetanov Dodev
                                                  6312 S. 161st Way
                                                  Gilbert, AZ 85298
                                                  Telephone: (480) 457-8888
                                                  *In Pro Se*

ORIGINAL of the foregoing electronically filed with the Court this 21st day of May, 2015.

COPY of the foregoing mailed this 21st day of May, 2015:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298

s/ Kimberly Hayes

779679.1

2