# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>                    Plaintiff,<br><br>     v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home Loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>                    Defendants. | No. 2:13-CV-02155-DLR<br><br><br>**ORDER**<br><br>(Hon. Douglas L. Rayes) |

The Court having considered defendant ReconTrust Co., N.A. ("Recontrust") and plaintiff Ivaylo Tsvetanov Dodev's ("Plaintiff's") Stipulation for Extension of Time for Recontrust Co., N.A. to Respond to Plaintiff's Third Amended Complaint, and good cause appearing,

IT IS HEREBY ORDERED that Recontrust shall have up to and including May 28, 2015 to respond to Plaintiff's Third Amended Complaint.

779680.1