# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>Plaintiff,<br><br>v.<br><br>ReconTrust Company NA, et al.,<br><br>Defendants. | No. CV-13-02155-PHX-DLR<br><br>**ORDER** |

Pursuant to the Court's order, (Doc. 5), a Notice of Certification/Conferral is to be filed in conjunction with a motion to dismiss or the motion may be stricken. On May 21, 2015, Defendants Select Portfolio Servicing and the Bank of New York Mellon, as Trustee, filed a motion to dismiss Plaintiff's Third Amendment Complaint. (Doc. 125.) Upon inspection, the motion to dismiss does not include a Notice of Certification. Therefore,

**IT IS ORDERED** that Defendants are directed to comply with the Court's order, (Doc. 5), and file a Notice of Certification on or before **June 10, 2015**, or the motion to dismiss, (Doc. 125), will be stricken.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to strike the motion to dismiss, (Doc. 125), without further order of the Court if Defendants do not file a Notice of Certification within the timeframe specified herein.

Dated this 28th day of May, 2015.

Douglas L. Rayes
United States District Judge