Ivaylo Tsvetanov Dodev,

c/o  6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

*Pro Se*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,**<br><br>Plaintiff,<br><br>v.<br><br>**ReconTrust Company, NA, et all.,**<br><br>Defendants. | Case No.  CV-13-02155-PHX-DLR<br><br>MOTION TO STRIKE CERTAIN DEFENDANTS MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT, DOC 125<br><br>ORAL ARGUMENTS REQUESTED<br><br>Hon. Douglas L Rayes |

**COMES NOW**, Ivaylo Tsvetanov Dodev, claimant in *pro se*, ("Plaintiff"), and moves the Court pursuant to Rule 12(f)(2)[1] of the Fed. R. Civ. P. and 7.2(m) of the Loc. R. Civ. P., to strike or summarily dismiss Defendants' The Bank of New York Mellon FKA The Bank of New York and Select Portfolio Servicing Inc, Motion to Dismiss Plaintiff's Third Amended Complaint, Doc. 125 (the "Motion") for FAILURE TO COMPLY WITH A COURT ORDER.

---

[1] "The purposes of a Rule 12(f) motion is to avoid spending time and money litigating spurious issues." (Fantasy, Inc. v. Fogerty, 984 F.2d 1524, 1527 (9th Cir. 1993).

1 | P a g e   o f   P l a i n t i f f ' s   M o t i o n   t o   S t r i k e   D o c .   1 2 5

Under Rule 12(f) of the Fed. R. Civ. P. and 7.2(m) of the Loc. R. Civ. P., the Court may strike "from any pleading any insufficient defense". The striking of such defenses is a proper means for expediting legal proceedings. See, e.g., United States v. 416.81 Acres of Land, 514 F.2d 627, 630 n.3 (7th Cir. 1975).

In support thereof, Plaintiff provides the following verified arguments, and for the reasons set forth below, respectfully requests this court to grant his motion.

1. Plaintiff commenced this verified-action-at-law on October 23, 2013.

2. The court issued an Order(s) for: "parties [to] meet and confer prior to the filing of a motion to dismiss"; "Consequently, motions to dismiss must contain a certification of conferral indicating that the parties have conferred"; and "Consequently, motions to dismiss must contain a certification of conferral indicating that the parties have conferred." (Doc. 5, 43, 88 at 5.)

3. As of today, May 24, 2015, Plaintiff was never contacted by Defendants with request to meet and confer, as Ordered.

4. On or about April 1, 2014, Plaintiff called and left a message on Defendant Select Portfolios Servicing Inc. phone, requesting to call and discuss the above captioned case with him. About 30-40 minutes later, Counsel for the Defendant, Kim Lepore, called him requesting never to call her client again.

5. This was the first time Plaintiff spoke with Counsel Lepore and informed her that he does not stipulate to email correspondence, and requested that she calls if she wants to discuss the case further.

6. Plaintiff never heard back from Defendants or their appointed counsel, until the first scheduled hearing, held on August 14, 2014, where he informed that Court (on the record) that this is the first time he has met Counsel.

7. Upon Court's Rule 16 Case Management Order, Doc. 81, Plaintiff left two messages on Counsel Lepore's phone, followed by two USPS certified letters requesting for her to contact him to no avail.

8. In a last-ditch effort, before calling Court's Judicial Assistant, Plaintiff asked Counsel for Defendant ReconTrust, Moores, for assistance with contacting Counsel Lepore in order to schedule their Rule 26(f) planning meeting.

9. This was the second time Plaintiff spoke or otherwise heard back from Counsel Lepore, until the telephonic hearing held on December 5, 2014.

10. During said hearing the Court once again instructed all parties to communicate prior to filing any motions.

11. Plaintiff has not spoken or otherwise heard back from Defendants or Counsel Lepore since the last telephonic hearing, held on December 5, 2014.

12. On May 21, 2015 Plaintiff and Counsel for Defendant ReconTrust discussed the case, under the initiative of Counsel Moores, whereas he requested for stipulated extension of time in order to comply with Court's Order to meet and confer prior to answering the third amending complaint.

13. Plaintiff was reluctant to stipulate to <u>yet another</u> extension and requested that Counsel Moores calls the Court and inquires if the parties are bound by said order of conferral.

14. Shortly after, Counsel Moores called back <u>assuring</u> me that he spoke with the Court and that the <u>Order to meet and confer is still in force</u>, and Plaintiff and Counsel for Defendant ReconTrust agreed for stipulation for extension of time to answer complaint, Doc. 124, filed on May 21, 2015, at 3:43PM.

15. On May 21, 2015, at 4:09PM Counsel Lepore filed a Motion to Dismiss for Failure to State a Claim Plaintiff's third amended complaint, Doc. 125, without certification that the parties met and confer as Ordered, wherefore she failed, once again, to comply with a Court Order.

I, Ivaylo Dodev, Plaintiff, declares under penalty of perjury that the forgoing is true and correct, by signing herein below, and respectfully request that this Court schedules oral arguments if the Defendants respond to this motion with any arguments contradictory to the certified set forth above statements of facts.

Defendant's failure to comply with Court's Order to meet and confer <u>prior</u> to filing motion to dismiss cannot be cured; their Motion is not properly supported and should be summarily dismissed in the name of judicial efficiency as there is no *nunc pro tunc* remedy.

**WHEREFORE**, for the reasons stated herein, Plaintiff respectfully request that this Court strike or summarily deny Defendants' Motion.

Respectfully submitted on this 24th day of May, 2015.
(Submitted via U.S. First class mail by placing in an outgoing mailbox at 9:00PM)

_____
**Ivaylo Tsvetanov Dodev**, *Pro Se* Plaintiff

4 | Page of Plaintiff's Motion to Strike Doc. 125

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY,** are mailed via U.S. First Class Mail to The United States District Court for the District of Arizona this 24th day of May, 2015, at 9:00 PM. I certify that the following parties through their attorneys of record are registered as ECF Filers and that they will be served by the CM/ECF system: RECONTRUST, NA, SELECT PORTFOLIO SERVING, INC. and THE BANK OF NEW YORK MELLON.

*[signature]*

**Ivaylo Tsvetanov Dodev, Plaintiff**
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax