# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>           Plaintiff,<br><br>v.<br><br>ReconTrust Company NA, et al.,<br><br>           Defendants. | No. CV-13-02155-PHX-DLR<br><br>**ORDER** |

The Court having considered the parties' Stipulation for Extension of Time for Defendant Recontrust Company, N.A. to Respond to Plaintiff's Third Amended Complaint, (Doc. 124), and good cause appearing,

**IT IS ORDERED** that Defendant Recontrust Company, N.A. shall have up to and including May 28, 2015 to respond to Plaintiff's Third Amended Complaint.

Dated this 2nd day of June, 2015.

Douglas L. Rayes
United States District Judge