# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | No. CV-13-02155-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| ReconTrust Company NA, et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion to strike the motion to dismiss filed at document number 125 on behalf of Defendants Select Portfolio Servicing and the Bank of New York Mellon, as trustee ("Moving Defendants"). (Doc. 128.) Plaintiff argues that the motion to dismiss should be stricken because the Moving Defendants failed to certify that they met and conferred with Plaintiff prior to filing the motion to dismiss. After Plaintiff filed his motion to strike, the Court issued an order directing the Moving Defendants to meet and confer with Plaintiff and file a notice of certification of those efforts on or before June 10, 2015. (Doc. 126.) On June 1, 2015, the Moving Defendants filed an amended motion to dismiss, which includes a certification that they met and conferred with Plaintiff. (Doc. 129 at 2.) In light of the foregoing,

**IT IS ORDERED** that Plaintiff's motion to strike, (Doc. 128), is **DENIED** as moot.

Dated this 2nd day of June, 2015.

Douglas L. Rayes
United States District Judge