Kim R. Lepore (SBN 019130)
klepore@wrightlegal.net
Jamin S. Neil (SBN 026655)
jneil@wrightlegal.net
**WRIGHT, FINLAY & ZAK, LLP**
18444 N. 25th Ave., Suite 420
Phoenix, Arizona 85023
Telephone: (602) 842-3368
Facsimile: (949) 845-8898

Attorneys for *Defendants*
Select Portfolio Servicing, Inc. and The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>Plaintiff,<br><br>vs.<br><br>Recontrust Company, N.A., Select Portfolio Servicing, Inc., The Bank Of New York Mellon, Corporation, fka The Bank of New York, DOES 1-100, in his/her individual and official capacity,<br><br>Defendants. | Case No. 2:13-cv-02155-DLR<br><br>**DEFENDANTS SELECT PORTFOLIO SERVICING AND THE BANK OF NEW YORK MELLON, AS TRUSTEE'S NOTICE OF SERVICE OF RULE 26 INITIAL DISCLOSURE STATEMENT** |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that *Defendants* Select Portfolio Servicing, Inc. ("SPS") and The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, *erroneously sued as* The Bank of New York Mellon, Corporation, fka The Bank of New York, by and through counsel undersigned, have served

/././

/././

/././

their Rule 26 Initial Disclosure Statement on all other parties pursuant to Rule 26 of the Federal Rules of Civil Procedure.

**DATED** this 5th day of June, 2015.

**WRIGHT, FINLAY & ZAK, LLP**

/s/ *Kim R. Lepore*
KIM R. LEPORE
Attorneys for *Defendants* Select Portfolio Servicing, Inc. and The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7

COPIES of the foregoing were mailed this 5th day of June, 2015 to:

Ivaylo Tsvetanov Dodev
6312 S/ 161st Way
Gilbert, AZ 85298
Plaintiff *in propria persona*

Sean K. McElenney. Esq.
Coree E. Neumeyer, Esq.
Eric M. Moores, Esq.
Bryan Cave LLP
2 North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Attorneys for ReconTrust

*/s/ Kim Lepore*