Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

*Pro Se*

FILE ON DEMAND
FOR THE RECORD

___ FILED  ___ LODGED
___ RECEIVED  ___ COPY

JUN 0 8 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,** | Case No. CV-13-02155-PHX-DLR |
| **Plaintiff,** | **PLAINTIFF'S NOTICE OF SERVICE OF RULE 26 INITIAL DISCLOSURE STATEMENT AND COMMENCEMENT OF DISCOVERY** |
| v. | |
| ReconTrust Company, NA, et all., | |
| **Defendants.** | Hon. Douglas L Rayes |

COMES NOW Ivaylo Tsvetanov Dodev ("Plaintiff"), who hereby gives notice to this Court, pursuant to Order Setting Rule 16 Scheduling Conference (Doc. 123), that he has served his **Initial Disclosure Statement** to all Defendant under the above captioned action, according to Federal Rule of Civil Procedure 26(a)(1), in addition to **Request for Discovery**, and respectfully declares as follows:

On May 30th, 2015, Plaintiff served his Initial Disclosure Statement and Request for Discovery to the Defendants' Counsels of Record, via U.S.P.S. Certified Mail No.: 70142120000092635721 and 70142120000092635714, addressed to:

1 | Page  Plaintiff's Notice of Initial Disclosures

WRIGHT, FINLAY & ZAK, LLP
Kim R. Lepore, (No. 019130)
Jamin S. Neil, (SBN 026655)
18444 N. 25th Ave., Suite 420
Phoenix, AZ 85023

Attorneys for Defendants Select Portfolio Servicing, Inc., The Bank of New York Mellon fka The Bank of New York as Trustee for the certificate-holders of CWALT, Inc., Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7;

AND

**BRYAN CAVE LLP** (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406

Attorneys for Defendants ReconTrust Co. N.A.

Respectfully submitted on this 5th day of June, 2015.

*/s/ Ivaylo Dodev*

**Ivaylo Tsvetanov Dodev**, *Pro Se* [Plaintiff]
**6312 South 161st Way, Gilbert, Arizona**
**(480) 457-8888 Phone**
**(480) 457-8887 Fax**

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY**, are mailed via U.S. First Class Mail to The United States District Court for the District of Arizona this 5th day of June, 2015. I certify that the following parties through their attorneys of record are registered as ECF Filers and that they will be served by the CM/ECF system: RECONTRUST, NA, SELECT PORTFOLIO SERVING, INC. and THE BANK OF NEW YORK MELLON.

_____
Ivaylo Tsvetanov Dodev, Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax