BRYAN CAVE LLP (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000
(602) 364-7070 fax
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

*Attorneys for Defendant ReconTrust Co., N.A.*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home Loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>　　　　Defendants. | No. 2:13-CV-02155-DLR<br><br>**DEFENDANT RECONTRUST CO., N.A.'S MOTION TO EXTEND DISCOVERY RESPONSE DEADLINE**<br><br>(Hon. Douglas L. Rayes) |

Defendant Recontrust Company, N.A. ("Recontrust") respectfully requests an extension in which to respond to plaintiff Ivaylo Tsvetanov Dodev's ("Plaintiff's") Interrogatories, Requests to Admit, and Requests for Production ("Discovery Requests") until July 17, 2015. Recontrust asks for this brief extension in order to finalize its responses and locate and produce documents responsive to Plaintiff's Discovery Requests. Further, Recontrust's initial disclosure statement may include information and documents that overlap with its responses to Plaintiff's Discovery Requests. Thus, Recontrust asks for this brief extension in order to prepare its discovery responses and provide them concurrently with its initial disclosure statement.

782113.1

Per this Court's June 4, 2014 Minute Entry [Doc. 133], the Scheduling Conference has been continued until August 7, 2015. The Court's Order Setting Rule 16 Scheduling Conference [Doc. 123] ("Order") provides that initial disclosure statements should be provided at least 21 days prior to the conference. [Order, at 1] Here, that deadline is July 17, 2015. Thus, Recontrust respectfully asks that its deadline to respond to Plaintiff's Discovery Requests also be set for that date. Recontrust believes that information and/or documents produced in its discovery responses may overlap with the information in its initial disclosure statement. Thus, it respectfully asks that it be permitted to serve its discovery responses by July 17, 2015 so that it can prepare them concurrently with its initial disclosure statement.

Undersigned counsel spoke with Plaintiff regarding this request, but Plaintiff was unwilling to agree to the extension. Recontrust respectfully suggests that this extension will not prejudice Plaintiff. The scheduling conference has not yet occurred, and no discovery cutoff deadline has been set. As noted above, the deadline for initial disclosure statements has not yet passed. Further, two motions to dismiss, which are not yet fully briefed, remain outstanding and, if granted, would result in the dismissal of all claims in Plaintiff's Third Amended Complaint ("TAC").

A proposed form of Order is attached.

DATED this 2nd day of July, 2015.

BRYAN CAVE LLP

By /s/ Eric M. Moores
Sean K. McElenney
Coree E. Neumeyer
Eric M. Moores
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000

*Attorneys for Defendant ReconTrust Co. N.A.*

2

782113.1

1  ORIGINAL of the foregoing electronically filed with the Court this 2nd day of July, 2015.

2

3  COPY of the foregoing mailed this 2nd day of July, 2015:

4

5  Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298

6

7         /s/ Cathy Russell

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

3

782113.1