1

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

8  | Ivaylo Tsvetanov Dodev,                          | No. 2:13-CV-02155-DLR

9  |              Plaintiff,

10 |       v.                                          | **ORDER**

11 | ReconTrust Company, N.A.; Select Portfolio
   | Servicing, Inc.; The Bank of New York
12 | Mellon, Corporation, FKA The Bank of New
   | York; Bank of America, N.A., successor of
13 | Countrywide Home Loans, Inc.; Real Time
   | Resolutions, Inc.; and Does 1-100, in his/her
14 | individual and official capacity,

15 |              Defendants.

16

17        The Court having considered defendant ReconTrust Co., N.A.'s Motion to Extend

18 Discovery Response Deadline, and good cause appearing,

19        IT IS HEREBY ORDERED that defendant Recontrust Co., N.A. shall have up to

20 and including July 17, 2015 to serve responses to Plaintiff's Interrogatories, Requests to

21 Admit, and Requests for Production.

22

23

24

25

26

27

28

782117.1