# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | No. CV-13-02155-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| ReconTrust Company NA, et al., | |
| Defendants. | |

Currently, the Court has Defendants' motions to dismiss, (Docs. 127, 129), under advisement. A Rule 16 Scheduling Conference is set for August 7, 2015. The Court has received Defendant ReconTrust Co., N.A.'s Motion to Extend Discovery Response Deadline, (Doc. 139), Plaintiff's response thereto, (Doc. 141), Plaintiff's Notice to the Court that All Defendants Failed to Comply with Formal Discovery as Ordered, (Doc. 140), and Plaintiff's Motion to Sanction Bryan Cave LLP, Sean K. McElenney, Coree E. Neumeyer and Eric M. Moores, (Doc. 143).

The Court finds that oral argument will assist in resolving the pending motions to dismiss. Additionally, the Court finds that the interest of judicial economy is best served by vacating the Rule 16 Scheduling Conference and staying discovery in this matter until the Court has resolved Defendants' motions to dismiss. Accordingly,

**IT IS ORDERED** that the Rule 16 Scheduling Conference set for August 7, 2015 at 10:00AM is **VACATED**.

1  **IT IS FURTHER ORDERED** that, in lieu of a scheduling conference, the parties shall appear for oral argument on the pending motions to dismiss, (Docs. 127, 129), on **August 7, 2015 at 10:00AM** in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003, before Judge Douglas L. Rayes.  Oral argument shall be set for 30 minutes. To assist the court reporter, the parties shall prepare and bring to oral argument a table of authorities, in alphabetical order, which includes all of the authorities on which the parties will rely at the oral argument.

**IT IS FURTHER ORDERED** that all discovery is **STAYED** pending resolution of the motions to dismiss.

**IT IS FURTHER ORDERED** that Plaintiff's motion for sanctions, (Doc. 143), is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant ReconTrust Co., N.A.'s motion to extend time, (Doc. 139), and Plaintiff's motion to compel, (Doc. 140), are **DENIED** as moot.

Dated this 10th day of July, 2015.

Douglas L. Rayes
United States District Judge