BRYAN CAVE LLP (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000
(602) 364-7070 fax
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

*Attorneys for Defendant ReconTrust Co. N.A.*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>            Plaintiff,<br><br>      v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home Loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>            Defendants. | No. 2:13-CV-02155-DLR<br><br>**DEFENDANT RECONTRUST COMPANY, N.A.'S NOTICE REGARDING REPLY IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>(Hon. Douglas L. Rayes) |

Defendant Recontrust Co., N.A. provides this notice regarding its Reply in Support of Motion to Dismiss Third Amended Complaint ("Reply") [Doc. 145], which it filed August 4, 2015. Plaintiff filed his Response in Opposition to Defendant Recontrust Company, N.A.'s Motion to Dismiss Plaintiff's Third Amended Complaint [Doc. 138] ("Response") on July 1. However, due to a clerical oversight, Recontrust's deadline to submit its Reply was not entered into undersigned counsel's docketing program. In preparing for the August 7 hearing (the "Hearing") regarding the pending motions to dismiss [Docs. 127 & 129], undersigned counsel discovered the error and expeditiously prepared, filed, and served the Reply.

784560.1

Undersigned counsel also served Plaintiff with the Reply by email immediately after filing it with the Court. Counsel also emailed Plaintiff on August 4 to offer to request a continuance of the Hearing to allow Plaintiff additional time to review the Reply in preparation. Counsel asked that Plaintiff respond by the close of business on August 5 if he would like a continuance, but Plaintiff made no such request.

Through this notice, undersigned counsel wanted to bring this matter to the Court's attention and provide an explanation for the untimely Reply in advance of the Hearing.

DATED this 6th day of August, 2015.

BRYAN CAVE LLP

By s/ Eric M. Moores
Sean K. McElenney
Coree E. Neumeyer
Eric M. Moores
Two North Central Avenue, Suite 2200
Phoenix, AZ  85004-4406
Telephone: (602) 364-7000

*Attorneys for Defendant ReconTrust Co. N.A.*

ORIGINAL of the foregoing electronically
filed with the Court this 6th day of August, 2015.

COPY of the foregoing mailed
this 6th day of August, 2015:

Honorable Douglas Rayes
United States District Court
Sandra Day O'Connor U.S. Courthouse, Ste. 622
401 West Washington Street, SPC 80
Phoenix, Arizona 85003

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298

s/ Nicole Daley

784560.1