BRYAN CAVE LLP (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000
(602) 364-7070 fax
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

*Attorneys for Defendant ReconTrust Co., N.A.*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>   Plaintiff,<br><br>v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home Loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>   Defendants. | No. 2:13-CV-02155-DLR<br><br>**DEFENDANT RECONTRUST CO., N.A.'S MOTION FOR EXTENSION OF TIME TO SUBMIT MOTION FOR ATTORNEYS' FEES**<br><br>(Hon. Douglas L. Rayes) |

  Defendant Recontrust Company, N.A. ("Recontrust") respectfully requests an extension in which to submit its motion for attorneys' fees until September 18, 2015. Recontrust asks for this extension in order to complete its calculation of attorneys' fees incurred in this action. This matter has included four complaints over a period of 22 months, resulting in extensive accounting records. This extension will allow Recontrust to complete its analysis of these records and accurately calculate the amount of attorneys' fees incurred. Further, Recontrust asks for this extension in order to permit its representatives time to complete their consultation with undersigned counsel, whose availability has been restricted in recent weeks by various demands on their schedules.

786763.1

Finally, LRCiv 54.2(d)(1) requires the parties to confer prior to a motion for attorneys' fees. This extension will allow Recontrust sufficient time to satisfy this requirement and potentially resolve disputed issues prior to the motion.

A proposed form of Order is attached.

DATED this 8th day of September, 2015.

BRYAN CAVE LLP


By /s/ Eric M. Moores
Sean K. McElenney
Coree E. Neumeyer
Eric M. Moores
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000

*Attorneys for Defendant ReconTrust Co. N.A.*

ORIGINAL of the foregoing electronically
filed with the Court this 8th day of September, 2015.

COPY of the foregoing mailed
this 9th day of September, 2015:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298

 /s/ Lisa Remus

2

786763.1