**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home Loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>　　　　　Defendants. | No. 2:13-CV-02155-DLR<br><br>**ORDER** |

The Court having considered defendant ReconTrust Co., N.A.'s Motion for Extension of Time to Submit Motion for Attorneys' Fees, and good cause appearing,

IT IS HEREBY ORDERED that defendant Recontrust Co., N.A. shall have up to and including September 18, 2015 to submit its motion for attorneys' fees.

786770.1