BRYAN CAVE LLP (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000
(602) 364-7070 fax
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

Attorneys for Defendants Bank of America, N.A. and ReconTrust Co., N.A.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>       Plaintiff,<br><br>v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home Loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>       Defendants. | No. 2:13-CV-02155-DLR<br><br>**DEFENDANTS BANK OF AMERICA, N.A.'S AND RECONTRUST CO., N.A.'S NOTICE REGARDING MOTION FOR ATTORNEYS' FEES OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO SUBMIT MOTION FOR ATTORNEYS' FEES (Second Request)**<br><br>(Hon. Douglas L. Rayes) |

On September 8, 2015, Defendants filed a Motion for Extension to Time to Submit Motion for Attorneys' Fees (Doc. 150). At that time, Defendants were proceeding as if a judgment had already been entered in this matter, because, in counsel's experience, a judgment typically follows an order of dismissal with prejudice nearly simultaneously. After filing the motion for an extension, however, undersigned counsel realized that no judgment had been entered as of yet in this matter and, for that reason, Defendants' time to submit their fee application had not yet began to run under LRCiv

787402.1

54.2(b)(2), which provides that a motion shall be filed within 14 days of the entry of judgment. <u>See also</u> Doc. 149 (providing that "Defendants may move for attorneys' fees in a manner that complies with LRCiv 54.2"). Accordingly, Defendants provide notice to the Court and the parties that they will file their motion for attorneys' fees as soon as practicable, and in no event later than 14 days from entry of a judgment in this matter.

In the alternative, should the Court determine that Defendants' time to file their Motion for Attorneys' Fees should be calculated from the date of the entry of its Order dismissing the third amended complaint with prejudice, Defendants respectfully request a second extension of time to file their motion for attorneys' fees, through and including September 25, 2015. Defendants have already invested significant time in preparing their motion for attorneys' fees to date. However, given the number of complaints and motions over the past two years, Defendants have substantial accounting records to reconcile in preparing their motion, as well as the supporting affidavits and itemized schedules. In addition, Defendants need additional time to properly confer and consult with Plaintiff prior to submitting its motion for attorneys' fees.

A proposed form of Order is attached.

DATED this 18th day of September, 2015.

BRYAN CAVE LLP

By /s/ Coree E. Neumeyer
Sean K. McElenney
Coree E. Neumeyer
Eric M. Moores
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000

Attorneys for Defendants Bank of America, N.A. and ReconTrust Co. N.A.

2

787402.1

1  ORIGINAL of the foregoing electronically
   filed with the Court this 18th day of September, 2015.
2
   COPY of the foregoing mailed
3  this 18th day of September, 2015:

4
   Ivaylo Tsvetanov Dodev
5  6312 S. 161st Way
   Gilbert, AZ 85298
6

7   /s/ Lisa Remus

3

787402.1