**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home Loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>　　　　Defendants. | No. 2:13-CV-02155-DLR<br><br><br>**ORDER** |

The Court having considered defendants Bank of America, N.A.'s and ReconTrust Co., N.A.'s Notice Regarding Application for Attorneys' Fees or, In the Alternative, Motion for Extension of Time to Submit Motion for Attorneys' Fees (Doc. ___), and good cause appearing,

IT IS HEREBY ORDERED that defendants Bank of America, N.A. and Recontrust Co., N.A. shall file their Motion for Attorneys' Fees in the manner that complies with LRCiv 54.2 within fourteen (14) days of the entry of a judgment in the action.

[IN THE ALTERNATIVE:   IT IS HEREBY ORDERED that defendants Bank of America, N.A. and Recontrust Company, N.A. shall have up to and including September 25, 2015 to submit their motion for attorneys' fees.]

787417.1