Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

*Pro Se*

FILED ____ LODGED
____ RECEIVED ____ COPY

SEP 21 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ReconTrust Company, NA, et all.,**<br><br>**Defendants.** | **Case No.  CV-13-02155-PHX-DLR**<br><br>**AFFIDAVIT OF SUPPORTING FACTS**<br><br>***Contemporaneously Filed With Motion For a New (Due Process) Trial And/Or Relief From an Order [Doc. 149]***<br><br>**(Hon. Douglas L Rayes)** |

   **COMES NOW**, Ivaylo Dodev, Plaintiff under the above captioned case, hereinafter known as Affiant; being of sound mind, competent to testify and being over the age of 21 years, after first being duly sworn according to law to tell the truth to the facts related herein, states the he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1.  Your Affiant attended the Oral Hearing on the Motions to Dismiss, held on August 7, 2015, at 10:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003, before Judge Douglas L. Rayes.

2. Your Affiant met for first time attorney for the Defendant ReconTrust Co. N.A. Coree E. Neumeyer in the court's hallway several minutes before the said hearing.

3. Your Affiant was informed by Coree E. Neumeyer that ReconTrust are not Affiant's Trustee, as she approached him with some paperwork showing that Tiffany and Bosco, P.A. are Trustee under his Deed of Trust.

4. Your Affiant witnessed Coree E. Neumeyer, when asked by the Court during the said hearing: "who are the Trustee under Mr. Dodev's Deed?"[1] – answering: "ReconTrust are the Trustee".

5. Your Affiant witnessed Coree E. Neumayer, when asked by the Court during the said hearing: "Did your client receive an Offer to Pay from Mr. Dodev?" – answering: "No, your Honor".

6. Your Affiant witnessed Kim Lepore, attorney for Defendants Select Portfolio Servicing, Inc., and the Bank of New York Mellon, when asked by the Court during the said hearing: "Did your client receive an Offer to Pay from Mr. Dodev?" – answering: "No, your Honor".

7. Your Affiant witnessed both Coree E. Neumeyer and Kim Lepore lying to the Court during the said hearing.

8. Further, Affiant sayeth naught

Offered at Arm's Length on this _21_ day of September 2015

By: _____

I, Ivaylo Dodev, Without Prejudice

---

[1] All the quotes from the hearing are reconstructed by Affiant's memory and although deemed correct are not certified under an oath.

STATE OF ARIZONA                            )

                                            ) SS

COUNTY OF MARICOPA                          )


Subscribed and sworn to (or affirmed) before me on this 21ˢᵗ day of September, 2015 by Ivaylo Dodev, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, as his free will act and deed, for the purposes and considerations therein expressed. I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing statement is true and correct. WITNESS my hand and the official seal.


Executed by my own free will

_____ (Seal)

Respectfully submitted on this 21ˢᵗ day of September, 2015.

_____

**Ivaylo Tsvetanov Dodev**, Plaintiff in *Pro Se*

**CERTIFICATE OF SERVICE**

**ORIGINAL** and **ONE COPY,** are hand delivered to The United States District Court for the District of Arizona, and filed on the record this 21[th] day of September, 2015. I certify that the following parties through their attorneys of record are registered as ECF Filers and that they will be served by the CM/ECF system: RECONTRUST, NA, SELECT PORTFOLIO SERVING, INC. and THE BANK OF NEW YORK MELLON.

**Ivaylo Tsvetanov Dodev, Plaintiff**
**6312 South 161st Way, Gilbert, Arizona**
**(480) 457-8888 Phone**
**(480) 457-8887 Fax**