# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | No. CV-13-02155-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| ReconTrust Company NA, et al., | |
| Defendants. | |

Before the Court are Defendants' Motion for Extension of Time to Submit Motion for Attorneys' Fees, (Doc. 150), and Notice Regarding Motion for Attorneys' Fees or, in the Alternative, Motion for Extension of Time to Submit Motion for Attorneys' Fees (Second Request), (Doc. 151). Defendants correctly inform the Court that its August 24, 2015, order dismissing Plaintiff's complaint with prejudice did not direct the Clerk to enter judgment and, consequently, the time for filing a motion for attorneys' fees has not yet begun to run.

**IT IS ORDERED** that, in light of the Court's August 24, 2015 order, (Doc 149), the Clerk of the Court is directed to enter final judgment for Defendants.

/ / /

/ / /

/ / /

1  **IT IS FURTHER ORDERED** that Defendants' motion for extension of time, (Doc. 150), is **DENIED** as moot. Defendants' motion for attorneys' fees shall be due fourteen (14) days from entry of judgment, in accordance with LRCiv 54.2.

Dated this 22nd day of September, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge