# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ReconTrust Company NA, et al.,<br><br>　　　　　Defendants. | NO. CV-13-02155-PHX-DLR<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 23, 2015, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 23, 2015

　　　　　　　　　　　　　　　　　　s/ Linda Patton
　　　　　　　　　　　　　　　By　 Deputy Clerk