BRYAN CAVE LLP (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000
(602) 364-7070 fax
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

Attorneys for Defendants Bank of America, N.A. and ReconTrust Co., N.A.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>      Plaintiff,<br><br>v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home Loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>      Defendants. | No. 2:13-CV-02155-DLR<br><br>**STATEMENT OF CONSULTATION IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, BY DEFENDANTS BANK OF AMERICA, N.A. AND RECONTRUST COMPANY, N.A.**<br><br>(Hon. Douglas L. Rayes) |

Pursuant to LR Civ 54.2(d)(1), undersigned moving counsel certifies that on September 29, 2015, counsel sent an email to Plaintiff Ivaylo Dodev indicating that Bank of America, N.A. and Recontrust Company, N.A. intended to seek fees in this matter, estimating the amount sought, and inviting further discussion regarding a potential compromise agreement as to fees. This email followed a pair of voicemails left for Plaintiff on September 18, 2015, which asked that Plaintiff contact undersigned counsel. As of the time of filing this statement, undersigned counsel has received no response to the emails or the voicemails.

786925.2

| | |
|---|---|
| 1 | DATED this 6th day of October, 2015. |
| 2 | BRYAN CAVE LLP |

By /s/ Eric M. Moores
Sean K. McElenney
Coree E. Neumeyer
Eric M. Moores
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000

Attorneys for Defendants Bank of America, N.A. and ReconTrust Co. N.A.

ORIGINAL of the foregoing electronically filed with the Court this 6th day of October, 2015.

COPY of the foregoing mailed this 6th day of October, 2015:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298

/s/ Lisa Remus

786925.2