# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>Plaintiff,<br><br>v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>Defendants. | No. 2:13-CV-02155-DLR<br><br>**[PROPOSED]<br>ORDER**<br><br>(Hon. Douglas L. Rayes) |

The Court, having considered Defendants Bank of America, N.A. and ReconTrust Company, N.A.'s Motion for Attorneys' Fees (Doc. __) ("Motion"), and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted whereby awarding attorneys' fees to Defendants Bank of America, N.A. and ReconTrust Company, N.A. in the amount of $85,430.55.