Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
    Gilbert, Arizona
    (480) 457-8888 Phone
    (480) 457-8887 Facsimile
    dodev@hotmail.com

*Pro Se*



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,** | Case No. CV-13-02155-PHX-DLR |
| **Plaintiff,** | |
| v. | **NOTICE OF APPEAL** |
| **ReconTrust Company, NA, et all.,** | |
| **Defendants.** | |

NOTICE IS HEREBY GIVEN that Ivaylo Tsvetanov Dodev, Plaintiff in the above captioned case, HEREBY APPEAL to the United States Court of Appeals for the Ninth Circuit from a Judgment in a Civil Case dismissing this action with prejudice, (Doc. 155), entered on September 23, 2015, pursuant to the Court's Order filed September 23, 2015, (Doc. 154); and from all previous ruling in this action adverse to Plaintiff.

Respectfully submitted on this 7st day of October, 2015.

_____
Ivaylo Tsvetanov Dodev, Plaintiff in *Pro Se*

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY**, are hand-delivered and filed with The United States District Court for the District of Arizona this 9th day of October, 2015. I certify that the following parties through their attorneys of record are registered as ECF Filers and that they will be served by the CM/ECF system: RECONTRUST COMPANY, N.A., SELECT PORTFOLIO SERVING, INC. and THE BANK OF NEW YORK MELLON.

/s/ Ivaylo Dodev
Ivaylo Tsvetanov Dodev, Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax