# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev, | No. CV-13-02155-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| ReconTrust Company NA, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Leave to Proceed in Forma Pauperis, (Doc. 160), which pertains to his Notice of Appeal filed in the Ninth Circuit Court of Appeals. Federal Rule of Appellate Procedure 24 provides that a party desiring to proceed in forma pauperis on appeal must file a motion in district court that includes, by way of an affidavit, a statement of the issues that the party intends to present on appeal. Fed. R. App. P. 24(a)(1). Plaintiff's application is denied without prejudice because it does not contain an affidavit stating the issues that he intends to present on appeal.

/ / /

/ / /

/ / /

**IT IS ORDERED** that Plaintiff's Motion for Leave to Proceed in Forma Pauperis, (Doc. 160), is **DENIED** without prejudice. The Court will reconsider Plaintiff's application if he reapplies in a manner that complies with Fed. R. App. P. 24(a)(1).

Dated this 13th day of October, 2015.

Douglas L. Rayes
United States District Judge