Ivaylo Tsvetanov Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

*Pro Se*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Tsvetanov Dodev,** | Case No. CV-13-02155-PHX-DLR |
| **Plaintiff,** | MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |
| v. | |
| ReconTrust Company, NA, et all., | |
| **Defendants.** | Hon. Douglas L Rayes |

**COMES NOW,** Ivaylo Tsvetanov Dodev, claimant in *pro se* ("Plaintiff"), and moves this Court pursuant to Fed. R. App. P. Rule 24(A)(1), for Leave to Appeal in <u>Forma Pauperis</u> in The United States Court of Appeals For The Ninth Circuit.

## OVERVIEW

I. On October 9, 2015 Plaintiff filed a Notice of Appeal to the Ninth Circuit (Doc. 159) from a Final Judgment in the above-captioned case dismissing the complaint and action with prejudice (Doc. 155).

II. The Notice of Appeal (Doc. 159) was erroneously docketed as:

> **NOTICE OF APPEAL to 9th Circuit Court of Appeals re: [155] Clerks Judgment, [154] Order on Motion for Extension of Time to File Document by Ivaylo Tsvetanov Dodev. (REK)**

III.    The following day, October 10, 2015 Plaintiff gave notice to the Clerk of the District Court with the following text:

> Please take notice that Doc. 159 is wrongly docketed, as:
>
> **NOTICE OF APPEAL to 9th Circuit Court of Appeals re: [155] Clerks Judgment, [154] Order on Motion for Extension of Time to File Document by Ivaylo Tsvetanov Dodev. (REK)**
>
> I am giving Notice of Appeal of Clerks Judgment, Doc. 155, "<u>dismissing this action with prejudice</u>", as ordered by Document 154:
>
> "IT IS ORDERED that, in light of the Court's August 24, 2015 order, (Doc 149), the Clerk of the Court is directed to enter final judgment for Defendants." Please correct the docketing entry in order to avoid any confusion among all parties and the Appellate Court.
>
> Regards,
> Ivaylo Dodev, Plaintiff
> (480) 457-8888

The wrong docketed entry has not been corrected as of the filing of this motion.

IV.    The Notice of Appeal (Doc. 159) is filed as of right to appeal a Judgment (Doc. 155) under Fed. R. Appl. P. 4. The Ninth Circuit Court of Appeals has jurisdiction under 28 U.S. Code § 1291.

V.    On October 13, 2015, this Court entered an Order (Doc. 161) denying without prejudice Plaintiff's Motion for Leave to Proceed in <u>Forma Pauperis</u>, (Doc. 160) for not complying with Fed R. App. P. 24(a)(1).

VI.    Plaintiff erroneously moved this Court to proceed in <u>Forma Pauperis</u> with a wrong form: Application to proceed in District Court Without Prepaying Fees or Costs. (Doc. 160.) This form would have been properly filed in

District Court before commencing this action, however Plaintiff was in the capacity to pay the fees and costs to proceed in the District Court, as the record show. See Document 1. Although, he no longer holds that capacity going forward in this action.

  VII. Plaintiff was not able to work or otherwise operate his business for close to two years during the ongoing administrative proceeding under this action, and wherefore moves this Court for Leave to Appeal in Forma Pauperis.

  VIII. Plaintiff attaches herein and incorporates hereto the proper Form 4 (Exibit A): Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis, signed under penalty of perjury under United States laws.

## CONCLUSION

**WHEREFORE**, for the reasons stated herein, Plaintiff respectfully request that this Court to Grant his Motion.

Respectfully submitted on this 16th day of October, 2015.

_[signature]_
Ivaylo Tsvetanov Dodev, *Pro Se* Plaintiff
**Signed under penalty of perjury under the laws of the State of Arizona**

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY,** are hand-delivered and filed to The United States District Court for the District of Arizona this 16th day of October, 2015, and filed for the record. I certify that the following parties through their attorneys of record are registered as ECF Filers and will be served by the CM/ECF system: RECONTRUST COMPANY, NA, SELECT PORTFOLIO SERVING, INC. and THE BANK OF NEW YORK MELLON.

*/s/ Ivaylo Dodev*
Ivaylo Tsvetanov Dodev, Plaintiff
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax

# Exhibit A

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**Appellant(s) or Petitioner(s)** Ivaylo Tsvetanov Dodev

v.

**Case No.** CV-13-02155-PHX

**Appellee(s) or Respondent(s)** ReconTrust Company, N.A., et all.

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. sec. 1746; 18 U.S.C. sec. 1621.

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Signed:** [signature]

**Date:** Oct. 16, 2015

**My issues on appeal are:**

Did the Court err in dismissing the complaint and the action with prejudice without trial in the presence of genuine, material factual dispute involving affirmative dfenses?

Did the Court err by ruling that Plaintiff did not tender his obligation on the loan?

Did the Court err by ruling that the applicable statute of limitation on secured debt, under Arizona law, has not elapsed?

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and Dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment Payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-Assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify) buying-refurbishing-selling on CL | $ ≈1700 | $ 0 | $ ≈1000 | $ 0 |
| **TOTAL MONTHLY INCOME:** | $ ≈1700 | $ 0 | $ ≈1000 | $ 0 |

-2-

2. *List your employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | From N/A <br> To N/A | $ 0 |
| N/A | N/A | From N/A <br> To N/A | $ 0 |
| N/A | N/A | From N/A <br> To N/A | $ 0 |
| N/A | N/A | From N/A <br> To N/A | $ 0 |

3. *List your spouse's employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | From N/A <br> To N/A | $ 0 |
| N/A | N/A | From N/A <br> To N/A | $ 0 |
| N/A | N/A | From N/A <br> To N/A | $ 0 |
| N/A | N/A | From N/A <br> To N/A | $ 0 |

4. *How much cash do you and your spouse have?*   $ 700

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| Wells Fargo | Checking | $ 340 | $ 0 |
| Wells Fargo | Savings | $ 85 | $ 0 |
|  |  | $ | $ |
|  |  | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| In litigation under this quiet title action | $ 0 | N/A | $ 0 |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| Ford 2008 | F250 | 1FTSX20508EA53873 | $ 4500 |
| **Motor Vehicle 2: Make & Year** | **Model** | **Registration #** | **Value** |
| AMGN 1986 | M931A1 | C53103169 | $ 1800 |

| Other Assets | Value |
|---|---|
| N/A | $ 0 |
| N/A | $ 0 |
| N/A | $ 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ 0 | $ 0 |
| N/A | $ 0 | $ 0 |
| N/A | $ 0 | $ 0 |

7. State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>- Are real estate taxes included? ☒ Yes ☐ No<br>- Is property insurance included? ☒ Yes ☐ No | $ 300 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 380 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 45 | $ 0 |
| Food | $ 180 | $ 0 |
| Clothing | $ 20 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 15 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 90 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments)<br>- Homeowner's or renter's............ | $ 0 | $ 0 |
| - Life............ | $ 0 | $ 0 |
| - Health............ | $ 0 | $ 0 |
| - Motor Vehicle............ | $ 70 | $ 0 |
| - Other: | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments)<br>Specify: | $ 0 | $ 0 |
| Installment payments<br>- Motor Vehicle............ | $ 0 | $ 0 |
| - Credit Card   (name): | $ 0 | $ 0 |
| - Department Store   (name): | $ 0 | $ 0 |
| - Motor Vehicle............ | $ 0 | $ 0 |

-6-

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify) Buying, Refurbishing things from Craigslist prior to selling | $ 800 | $ 0 |
| **Total Monthly Expenses:** | $ ~900 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☐ Yes    ☒ No

    If yes, describe on an attached sheet.

10. *Have you spent--or will you be spending--any money for expenses or attorney fees in connection with this lawsuit?*

    ☐ Yes    ☒ No

    *If yes, how much?* $ 0

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    This litigation has been ongoing for close to 2 years. The reason I started this action against the defendants is their rejection of my good-faith offer to pay my mortgage, which let to losing the financial support of my business partners resulting to bringing my business to a halt. As of today, I have not been able to work for 3-4 years and all of my savings have been deplited.

12. *State the city and state of your legal residence.*

    City Gilbert    State AZ

    *Your daytime phone number (ex., 4153558000):* 4804578888

    *Your age:* 46    *Your years of schooling:* 18

    *Last four digits of your Social Security Number (ex.,6789):* 5066

-7-