BRYAN CAVE LLP (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000
(602) 364-7070 fax
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

Attorneys for Defendants Bank of America, N.A. and ReconTrust Co., N.A.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>     Plaintiff,<br><br>v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>     Defendants. | No. 2:13-CV-02155-DLR<br><br>**NOTICE OF ERRATA**<br><br>(Hon. Douglas L. Rayes) |

Defendants Recontrust Company, N.A. ("Recontrust") and Bank of America, N.A. ("BANA," and together with Recontrust, "Defendants") provide this Notice of Errata with respect to their Motion for Attorneys' Fees (Doc. 157).

Defendants' Motion for Attorneys' Fees should be titled "Defendants Recontrust Co., N.A. and Bank of America, N.A.'s Motion for Attorneys' Fees." Defendants inadvertently omitted the name of Defendant Bank of America, N.A. from the title.

Exhibit B includes a description of work performed that references a non-party, specifically "Green Tree." This is an error. The entry dated August 27, 2014 for Sean K. McElenney stated that he spent 0.1 hours on "Receipt and review of order regarding

789328.1\0361285

conference with plaintiff, Green Tree." On August 27, 2014, this Court issued an Order setting a Rule 16 Scheduling Conference. Doc. 81. Mr. McElenney's time entry should have stated "…with plaintiff, Select Portfolio Servicing." However, because counsel for Defendants is handling other matters with another loan servicer, by the name of Green Tree Servicing, counsel inadvertently entered "Green Tree" instead. This notice of errata corrects the error. A corrected version of Exhibit B is attached hereto, with the correction noted in **bold** at page 8.

Defendants also erroneously stated that Plaintiff had obtained a stipulated injunction of the trustee's sale pending against the real property at issue. *See* Doc. 157, at 10 ("…and often (like here) obtain stipulated injunctions…"). No stipulated injunction was entered into in this matter on the record. Rather, on December 2, 2013, Plaintiff filed a motion for a temporary restraining order and preliminary injunction (Doc. 25) seeking to restrain the trustee's sale. On January 7, 2014, this Court denied Plaintiff's request for injunctive relief. Doc. 55. Thus, the passage in which Defendants erroneously refer to a stipulated injunction, should actually read:

> Because borrowers in these cases often (like here) appear pro se, and often (like here) use litigation to postpone or delay foreclosure due to the creditor's legitimate fear of litigation uncertainty, the borrower has nothing to lose, and everything to gain, by keeping meritless claims alive in the courts as long as possible.

Notably, however, after the Court denied Plaintiff's request, Plaintiff did file for Chapter 11 bankruptcy on February 21, 2014, U.S. Bankruptcy Court for the District of Arizona Case No. 2:14-bk-02115-RJH—the same date as a scheduled trustee's sale—effectively enjoining the trustee's sale for a period of time by merit of the automatic stay.

: : :

: : :

: : :

2

789328.1\0361285

1 | DATED this 21st day of October, 2015.

2 | BRYAN CAVE LLP

4 | By /s/ Coree E. Neumeyer
Sean K. McElenney
Coree E. Neumeyer
Eric M. Moores
Two North Central Avenue, Suite 2200
Phoenix, AZ  85004-4406
Telephone: (602) 364-7000

Attorneys for Defendants ReconTrust Co. N.A. and Bank of America, N.A.

ORIGINAL of the foregoing electronically filed with the Court this 21st day of October, 2015.

COPY of the foregoing mailed this 21st day of October, 2015:

Ivaylo Tsvetanov Dodev
6312 S. 161st Way
Gilbert, AZ 85298


  /s/       Lisa Remus

789328.1\0361285