BRYAN CAVE LLP (No. 00145700)
Sean K. McElenney (No. 016987)
Coree E. Neumeyer, (No. 025787)
Eric M. Moores (No. 028280)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000
(602) 364-7070 fax
skmcelenney@bryancave.com
coree.neumeyer@bryancave.com
moorese@bryancave.com

Attorneys for Defendants Bank of America, N.A. and ReconTrust Co., N.A.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Tsvetanov Dodev,<br><br>    Plaintiff,<br><br>v.<br><br>ReconTrust Company, N.A.; Select Portfolio Servicing, Inc.; The Bank of New York Mellon, Corporation, FKA The Bank of New York; Bank of America, N.A., successor of Countrywide Home loans, Inc.; Real Time Resolutions, Inc.; and Does 1-100, in his/her individual and official capacity,<br><br>    Defendants. | No. 2:13-CV-02155-DLR<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS RECONTRUST COMPANY, N.A. AND BANK OF AMERICA, N.A.'S MOTION FOR ATTORNEYS' FEES**<br><br>(Hon. Douglas L. Rayes) |

Defendants Recontrust Company, N.A. ("Recontrust") and Bank of America, N.A. ("BANA," and together with Recontrust, "Defendants") provide notice that Defendants and Plaintiff Ivaylo Dodev have reached a consensual resolution of Defendants Recontrust Co., N.A. and Bank of America, N.A.'s Motion for Attorneys' Fees (Doc. 157) ("Motion"), and on that basis Defendants withdraw the Motion. On this same date, Plaintiff and Recontrust filed a stipulation for dismissal of the appeal with respect to Recontrust. Accordingly, this matter is now finally concluded with respect to Defendants.

792077.1\0361285

1  DATED this 8th day of December, 2015.

2                                                     BRYAN CAVE LLP

4  By /s/ Coree E. Neumeyer
   Sean K. McElenney
5  Coree E. Neumeyer
   Eric M. Moores
6  Two North Central Avenue, Suite 2200
   Phoenix, AZ 85004-4406
7  Telephone: (602) 364-7000

8  Attorneys for Defendants ReconTrust
   Co. N.A. and Bank of America, N.A.

10 ORIGINAL of the foregoing electronically
11 filed with the Court this 8th day of December, 2015.

12 COPY of the foregoing mailed
13 this 8th day of December, 2015:

14 Ivaylo Tsvetanov Dodev
   6312 S. 161st Way
15 Gilbert, AZ 85298

17  /s/ Lisa Remus

2

792077.1\0361285