CV-13-02155-PHX-DLR

```
FILED ____ LODGED
RECEIVED ____ COPY

    MAR 14 2016

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

```
Court Name: United States District Court
Division: 2
Receipt Number: PHX169650
Cashier ID: lbrewste
Transaction Date: 03/14/2016
Payer Name: IVAYLO TSVETANOV DODEV
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: IVAYLO TSVETANOV DODEV
 Case/Party: D-AZX-2-13-CV-002155-001
 Amount:       $505.00
------------------------------------
CASH
 Amt Tendered: $505.00
------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00


A fee of $53 will be assessed on
all returned remittances.
```