UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 07 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IVAYLO TSVETANOV DODEV,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>SELECT PORTFOLIO SERVICING INC.; et al.,<br><br>　　　　　Defendants - Appellees. | No. 15-17040<br><br>D.C. No. 2:13-cv-02155-DLR<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

　　　The judgment of this Court, entered June 09, 2016, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　Rhonda Roberts
　　　　　　　　　　　　　　　　　　Deputy Clerk