**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 09 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| IVAYLO TSVETANOV DODEV, | No. 15-17040 |
| --- | --- |
| Plaintiff - Appellant, | D.C. No. 2:13-cv-02155-DLR District of Arizona, Phoenix |
| v. | |
| SELECT PORTFOLIO SERVICING INC.; et al., | ORDER |
| Defendants - Appellees. | |

Before: O'SCANNLAIN, CLIFTON, and WATFORD, Circuit Judges.

Upon review of the record and the response to the court's order to show cause, we conclude that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

AT/MOATT