FILED

AUG 26 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| IVAYLO TSVETANOV DODEV, | No. 15-17040 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:13-cv-02155-DLR |
| v. | District of Arizona, Phoenix |
| SELECT PORTFOLIO SERVICING INC.; et al., | ORDER |
| Defendants-Appellees. | |

Before: O'SCANNLAIN, CLIFTON, and WATFORD, Circuit Judges.

Appellant's motion for reconsideration of the court's June 9, 2016 order (Docket Entry No. 12), filed June 30, 2016 is denied as untimely. *See* 9th Cir. R. 27-10.

Appellant's petition for en banc hearing (Docket Entry No. 13) is also denied as untimely. *See* 9th Cir. R. 27-10.

All other requests contained in appellant's motion for reconsideration and petition for en banc hearing are denied.

AT/MOATT