

15-17040 Ivaylo Dodev v. Select Portfolio Servicing Inc, et al "Mandate Issued (Screening/Motions Panel)"
ca9_ecfnoticing
to:
09/07/2016 12:40 PM
Hide Details
From: ca9_ecfnoticing@ca9.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 09/07/2016 at 12:37:48 PM PDT and filed on 09/07/2016

| Case Name: | Ivaylo Dodev v. Select Portfolio Servicing Inc, et al |
| Case Number: | 15-17040 |
| Document(s): | Document(s) |

**Docket Text:**
MANDATE ISSUED. (DFO, RRC and PJW) [10114930] (Roberts, Rhonda)

**Notice will be electronically mailed to:**

Mr. Bradford E. Klein
Kim Rene Lepore, Attorney
Jamin Stell Neil
USDC, Phoenix

**Case participants listed below will not receive this electronic notice:**

Ivaylo Tsvetanov Dodev
6312 S 161st Way
Gilbert, AZ 85298

The following document(s) are associated with this transaction:
**Document Description:** Mandate Order
**Original Filename:** /opt/ACECF/live/forms/RhondaRoberts_1517040_10114930_v2Order-Mandate_216.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=09/07/2016] [FileNumber=10114930-0]
[80d4fbc65bd9c73b6d86d2cd23b0915f579673694a4eba06ff589e85d65afa86a307a73c45c38c2759580a077f22228c4138eea809eb4f77604832c1c2fa0341]]
**Recipients:**

- Ivaylo Tsvetanov Dodev
- Mr. Bradford E. Klein
- Kim Rene Lepore, Attorney
- Jamin Stell Neil
- USDC, Phoenix

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 10114930
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 11732011